RECORD NO. 17-2218

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

CAPITAL ASSOCIATED INDUSTRIES, INC.,

*Plaintiff-Appellant,*

v.

JOSH STEIN, in his official capacity as Attorney General of the State of North Carolina, NANCY LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina, J. DOUGLAS HENDERSON, in his official capacity as District Attorney for the 18th Prosecutorial District of the State of North Carolina,

*Defendants-Appellee,*

and

THE NORTH CAROLINA STATE BAR,

*Intervenor/Defendant-Appellee*

## JOINT APPENDIX – VOLUME II
### (Pages 463 to 910)

Reid L. Phillips
Jennifer Van Zant
Charles E. Coble
Craig D. Schauer
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone: (336) 373-8850

*Counsel for Plaintiff-Appellant*

Matthew W. Sawchak
David J. Adinolfi
James W. Doggett
N.C. DEPARTMENT OF JUSTICE
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6500

*Counsel for Defendants-Appellees*

Alan W. Duncan
Stephen M. Russell, Jr.
MULLINS DUNCAN HARRELL
 & RUSSELL PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3320

*Counsel for Intervenor/Defendant-Appellee*

# **TABLE OF CONTENTS**

## **VOLUME I**

1. District Court Docket (Case No. 1:15-CV-83-LCB-JLW (M.D.N.C.)) ................................1
2. Complaint (D.E. 1)............................................................................................................16
3. Order on Intervenor/Defendant-Appellee's Consent Motion to Intervene (D.E. 37)...........39
4. Intervenor/Defendant-Appellee's Answer (D.E. 38)...........................................................41
5. Defendant-Appellees' Answers (D.E. 56) ..........................................................................55
6. Memorandum Opinion and Order denying Plaintiff-Appellant's Motion for Preliminary Injunction (D.E. 54)...........................................................................................................70
7. Plaintiff-Appellant's Motion for Summary Judgment (D.E. 103)......................................114
8. Intervenor/Defendant-Appellee's Motion for Summary Judgment (D.E. 112)..................117
9. Declaration of Bruce Clarke (D.E. 14) .............................................................................122
10. Declaration of Beverly Brown (D.E. 15)...........................................................................125
11. Declaration of Dale Jenkins (D.E. 16)..............................................................................129
12. Declaration of David Finch (D.E. 17)...............................................................................133
13. Declaration of William Troxler (D.E. 18) .........................................................................138
14. Declaration of David Johnson (D.E. 41)............................................................................142
15. Declaration of Alice Mine (D.E. 42) ................................................................................147
16. Second Declaration of Bruce Clarke (D.E. 105-1) ............................................................160
17. Declaration of Kim Koy (D.E. 105-2) ..............................................................................181
18. Declaration of Kevin Robins (D.E. 105-3)........................................................................197
19. Declaration of Kelly Hayden (D.E. 105-4) 213
20. Deposition Excerpts of Bruce Clarke (D.E. 101-2, 106-1, 113-1, 121-1, 123-1, 126-1, 127-2) .....................................................................................................................223

## **VOLUME II**

21. Deposition Excerpts of Dale Jenkins (D.E. 106-2, 113-2, 121-2, 123-2, 127-3) ...............463
22. Deposition Excerpts of Beverly Brown (D.E. 106-3, 113-3, 121-3, 123-3, 127-4) ...........531
23. Deposition Excerpts of William Troxler (D.E. 106-4, 113-5, 121-4, 127-6) ....................567
24. Deposition Excerpts of David Finch (D.E. 106-5, 113-4, 121-5, 123-4, 127-5)................592
25. Deposition Excerpts of Michael Youngblood (D.E. 106-6, 113-6, 121-6, 127-7) .............632
26. Deposition Excerpts of David Johnson (D.E. 106-7, 121-7, 123-6, 126-2, 127-9)............660
27. Deposition Excerpts of Mark Merritt I (D.E. 106-8, 113-7, 121-8, 123-5).......................719
28. Deposition Excerpts of Mark Merritt II (D.E. 106-9, 121-9, 127-8)..................................768
29. Deposition Excerpts of Thomas Lunsford (D.E. 106-10, 121-10, 123-9) ..........................782
30. Deposition Excerpts of Alice Mine (D.E. 106-11, 121-11, 123-7, 126-3) .........................830

## **VOLUME III**

31. Deposition Excerpts of Joshua Walthall (D.E. 106-12, 123-8) .........................................911
32. Deposition Exhibit 13 (1/10/2011 email) (D.E. 107-1).....................................................932
33. Deposition Exhibit 14 (3/9/2011 email and attachments) (D.E. 107-2) .............................934

34.   Deposition Exhibit 17 (4/22/2011 email) (D.E. 107-3) .......................................993
35.   Deposition Exhibit 23 (3/6/2013 email) (D.E. 107-4) .........................................994
36.   Deposition Exhibit 25 (4/16/2013 email) (D.E. 107-5) .......................................998
37.   Deposition Exhibit 30 (excerpt from *Disbarment Enclosed*) (D.E. 107-6) .....................1002
38.   Deposition Exhibit 36 (CAI application for PPLSP) (D.E. 107-7) ...............................1016
39.   Deposition Exhibit 41 (Proposed Ethics Decision 2013-2) (D.E. 107-8).........................1040
40.   Deposition Exhibit 45 (CAI articles of incorporation) (D.E. 113-11)..............................1048
41.   Deposition Exhibit 47 (CAI charter) (D.E. 113-12) .........................................1052
42.   Deposition Exhibit 48 (CAI bylaws) (D.E. 113-13).........................................1058
43.   Deposition Exhibit 50 (CAI website printout) (D.E. 113-14) ...................................1068
44.   Deposition Exhibit 55 (CAI Member List - placeholder) (D.E. 113-15) .........................1072
45.   Deposition Exhibit 61 (CAI member value handout) (D.E. 113-16)...............................1073
46.   Deposition Exhibit 62 (CAI recruiting handout) (D.E. 113-17)...................................1076
47.   Deposition Exhibit 63 (CAI background check handout) (D.E. 113-18) .........................1078
48.   Deposition Exhibit 64 (CAI affirmative action plan handout) (D.E. 113-19)..................1080
49.   Deposition Exhibit 65 (CAI HR consulting handout) (D.E. 113-20) ............................1085
50.   Deposition Exhibit 66 (CAI HR On Demand handout) (D.E. 113-21) ...........................1087
51.   Deposition Exhibit 67 (CAI training bulletin) (D.E. 113-22).....................................1090
52.   Deposition Exhibit 68 (CAI conferences handout) (D.E. 113-23) ...................................1097
53.   Deposition Exhibit 69 (CAI membership handout) (D.E. 113-24).................................1103
54.   Deposition Exhibit 71 (IRS no-change reports) (D.E. 122-1) ...................................1107
55.   Deposition Exhibit 73 (CAI's 2015 form 990) (D.E. 107-9).....................................1109
56.   Deposition Exhibit 76 (CAI PPLSP handout) (D.E. 113-26) ...................................1143

# VOLUME IV

57.   Deposition Exhibit 77 (CAI catalog of member calls - redacted) (D.E. 107-10).............1146
58.   Deposition Exhibit 80 (CAI internal memorandum) (D.E. 113-28)...............................1230
59.   Deposition Exhibit 85 (CAI internal memorandum) (D.E. 107-11)...............................1233
60.   Deposition Exhibit 88 (2/2/2016 email) (D.E. 122-2) .......................................1237
61.   Deposition Exhibit 93 (CAI internal memorandum) (D.E. 113-30)...............................1240
62.   Deposition Exhibit 96 (3/14/2013 email) (D.E. 127-1).......................................1242
63.   Deposition Exhibit 108 (*Access to Affordable Justice*, by Neil Gorsuch) (D.E. 107-12) .......................................1244
64.   Deposition Exhibit 110 (NCCALJ Final Report) (D.E. 107-13)...................................1254
65.   State Bar Supplemental Response to CAI's Interrogatory No. 11 (D.E. 108-1) .............1275
66.   CAI Response to State Bar Interrogatories (D.E. 108-2) ...................................1283
67.   CAI Services Corp. 2015 Tax Return (placeholder) (D.E. 113-31) .................................1299
68.   Bruce Clarke Letter (D.E. 113-32) .......................................1300
69.   IRS Private Letter Ruling (D.E. 113-33) .......................................1303
70.   Stipulation (D.E. 101-1).......................................1325
71.   ASIS printouts (D.E. 101-4) .......................................1329
72.   Memorandum Opinion and Order denying Plaintiff-Appellant's Motion for Summary Judgment, Denying Defendants-Appellees' Motion for Summary Judgment, and Granting Intervenor/Defendant-Appellee's Motion for Summary Judgment (D.E. 150)...............1331
73.   Judgment (D.E. 151).......................................1375
74.   Plaintiff-Appellant's Notice of Appeal (D.E. 152).......................................1376

# SEALED VOLUME

75. Deposition Exhibit 55 (CAI Member List) (D.E. 115)......................................................1379
76. Deposition Exhibit 77 (CAI Catalog of Member Calls) (D.E. 115-1)............................1397
77. CAI Services Corp. 2015 Tax Return (D.E. 115-2).........................................................1482

1           IN THE UNITED STATES DISTRICT COURT

       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

2         CIVIL ACTION No. 1:15-CV-83-LCB-JLW

3   CAPITAL ASSOCIATED INDUSTRIES,)

    INC.,                      )

4                           )

           Plaintiff,       )

5                           )

    vs.                      )

6                           )

    ROY COOPER, et al.,       )

7                           )

          Defendants.      )

8                           )

                          )

9

10

11

12         Deposition of ALLEN DALE JENKINS

13           (Taken by Defendants)

14          Raleigh, North Carolina

15        Monday, February 6, 2017

16

17

18

19

20

21

22

23

24         Reported in Stenotype by

          Lauren M. McIntee, RPR

25   Transcript produced by computer-aided transcription

463

```
 1                    ALLEN DALE JENKINS,

 2          having first been duly sworn, was examined

 3                  and did testify as follows:

 4                        EXAMINATION

 5    BY MR. RUSSELL:

 6        Q.    Good morning, Mr. Jenkins.

 7        A.    Good morning.

 8        Q.    We just met before the deposition began.  My

 9    name is Steve Russell, and I represent the State Bar in

10    this litigation.  Could you please state your full name

11    for the record?

12        A.    Allen, that's A-l-l-e-n, Dale, D-a-l-e,

13    Jenkins.

14        Q.    And where are you employed, Mr. Jenkins?

15        A.    Medical Mutual Holdings.

16        Q.    What is your position at Medical Mutual

17    Holdings?

18        A.    I'm the Chief Executive Officer.

19        Q.    How long have you held that position?

20        A.    I've held that position since 1995.

21        Q.    What is your business address?

22        A.    Business address is 700 Spring Forest Road.

23    That's in Raleigh, and the zip code is 27609.

24        Q.    Have you ever been deposed before?

25        A.    I have.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 2 of 27

464

1       Q.      What documents did you ask to review?

2       **A.      I wanted for the financial statements.  I**

3   **wanted to look at those again.  And then I think that**

4   **was the one I had asked for, and then everything else**

5   **was sort of supplied to me.**

6       Q.      And that would be the financial statements

7   for Capital Associated Industries, Inc.?

8       **A.      That's correct.**

9       Q.      And do you recall what years financial

10  statements you reviewed?

11      **A.      It was for the year 2015.  And obviously it**

12  **was comparative, so it had 2014 as well.**

13      Q.      Did you review in preparation for your

14  deposition the declaration that you submitted to the

15  court back in February of 2015?

16      **A.      Yes, I did.**

17      Q.      After reviewing the declaration, did you see

18  anything in there that you thought was no longer

19  accurate or that you would want to change?

20      **A.      No.**

21      Q.      So as far as you believe, everything in the

22  February 2015 declaration is true and correct?

23      **A.      Yes.**

24      Q.      Could you give me the thumbnail sketch of

25  your educational background?

465

1    graduated from Wake Forest, and could you give me the

2    thumbnail sketch of your employment.

3        A.    Sure.  1978 to 1994, Ernst and Young.  And

4    1994 to today, Medical Mutual.

5        Q.    And what is the, the full legal name of

6    Medical Mutual, the entity where you work?

7        A.    So we have a holding company, referred to as

8    Medical Mutual Holdings, and then underneath Medical

9    Mutual there's several operating subsidiaries.  Most

10   people know the name Medical Mutual Insurance Company of

11   North Carolina as sort of the flagship company that we

12   have.

13       Q.    Could you describe for me Medical Mutual's

14   business?

15       A.    Our primary business is providing

16   professional liability insurance to physicians.  We also

17   have an active investment company, and we make

18   investments in operating companies and real estate.

19       Q.    Did you do any work with Medical Mutual while

20   you were at Ernst and Young?

21       A.    Yes, I did.

22       Q.    Describe for me briefly what kind of work you

23   did with Medical Mutual before becoming employed there.

24       A.    So beginning in 1983 we provided, I, the

25   firm, provided accounting, audit, and consulting

1   Carolina, could you describe for me the company's

2   operations in this state?

3       **A.    We are headquartered here in Raleigh.   The**

4   **company was founded in Raleigh by North Carolina**

5   **physicians, and again we insure practicing North**

6   **Carolina physicians against professional liability risk.**

7   **We insure approximately 6,000 doctors in North Carolina.**

8       Q.    How many employees does Medical Mutual have

9   in North Carolina?

10      **A.    Approximately 120.**

11      Q.    And then company-wide how many employees do

12  you have?

13      **A.    I would say approximately 150.**

14      Q.    And other than the headquarters facility in

15  Raleigh, does the company operate any other facilities

16  in North Carolina?

17      **A.    Not in North Carolina.**

18      Q.    You mentioned before that there is an

19  investment arm of the company.   Could you describe for

20  me, first let's start with the name of that entity, if

21  it's a separate entity, and then describe for me more

22  specifically what it does.

23      **A.    I think this is right.   So I think the**

24  **correct name is Medical Mutual Investment Holdings, and**

25  **then it has a subsidiary underneath that called SharpVue**

Case 1:15-cv-00083-LCB-JLW   Document 113-2   Filed 05/22/17   Page 4 of 35

**467**

```
 1        Q.    What do you understand this lawsuit to be
 2   about?
 3        A.    This is a lawsuit that involves CAI's desire
 4   to provide legal services to the membership.  And the,
 5   the prevailing statutes, prevailing law indicates that
 6   that is not permissible.  So our goal is to be able to
 7   provide legal services to our members.
 8        Q.    Why does CAI have that desire to provide
 9   legal services to its members?
10        A.    We think there is a significant need for this
11   service.  We believe there are a lot of legal needs
12   there are going unmet.  We also believe that legal
13   services can be costly, and so our desire is to be able
14   to continue to effectively extend the services we offer
15   to our membership in terms of the advice and the counsel
16   we give them into the area of legal issues.
17               So we think it's cost, accessibility.  We
18   think it's a continuation that will allow us to better
19   serve our mission, and it will allow us to better serve
20   our members and help them meet a need that's going
21   unmet.
22        Q.    You said you believe a lot of legal needs are
23   going unmet.  What's your basis for that belief?
24        A.    Being a citizen of North Carolina, you know,
25   I understand, you know, what, what is generally the
```

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 4 of 27

468

1   effort it requires to engage a lawyer. I believe that,

2   you know, there's simple questions that sometimes people

3   think, well, I can Google that answer or I can look up

4   that answer in a different way. I think that is a, you

5   know, ill-advised method. So I think just being a

6   general, general person of awareness, I think sitting on

7   the CAI board we're informed a lot about issues that

8   come up. So I think those two things give me a basis of

9   making the statement that I did.

10       Q.   Have you ever seen any kind of study or

11   formal evaluation of whether or not there are a lot of

12   legal needs going unmet?

13       A.   I have, I have not seen a formal study.

14       Q.   You testified that while sitting on CAI's

15   board you're informed a lot about issues that come up.

16   So I'd like to unpack that a little bit. What kind of

17   issues are you talking about?

18       A.   I think, you know, our goal at CAI is to

19   really help empower employees to, you know, reach their

20   maximum potential. And as you well know, there's lots

21   of issues that come up in the area of employment and

22   employment-related matters. A lot of those matters I

23   think bleed over into legal issues.

24       And today we start down a path of helping,

25   you know, a particular client address a matter, and then

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 5 of 27

469

1    will bring in periodically other members of his team,

2    but Bruce is the primary person that we, we visit with.

3        Q.    Okay.  You testified a few moments ago about

4    the goal of CAI, and I want to make sure I understood

5    you clearly.  Is it your testimony that CAI's goal is to

6    empower employers or to empower employees?

7        A.    Well, a better way to say that is we want to

8    help employers maximize their employee potential.  You

9    know, we want to keep them engaged, we want to keep them

10   enthused, we want to keep them informed, we want to keep

11   them educated so they can realize their potential, which

12   in turn will be good for the employers.  So it's really

13   a, it's an idea that sprang back in the '60s.  It said

14   businesses have common problems related to labor and

15   employee issues.  So why can't we come together, address

16   those issues on a common ground, and provide an

17   outstanding value for the members of our organization?

18   So that's essentially what we do.

19       Q.    Has Medical Mutual had any significant

20   mergers or acquisitions since 2010?

21       A.    We have, effective January 1st of 2016 we

22   acquired the, what's called the renewal rights,

23   essentially the right to assume the policies of an

24   organization in Pennsylvania called HPIX, Healthcare

25   Professionals Insurance Exchange.  That's sort of the

1     Q.     And do those individuals provide human

2     resources services to all of the Medical Mutual

3     affiliated entities?

4     A.     Yes, they do.

5     Q.     Has the staffing of that human resources

6     department been consistent since 2010 or has it grown or

7     shrunk in that time?

8     A.     It's grown.  In fact, we just added the

9     assistant within the last six months.

10    Q.     Okay.  Why did you add the assistant?

11    A.     The growth of the, you know, the number of

12    employees.  We feel like we were poised to grow even

13    more, so the workload had become such that we needed

14    additional help.

15    Q.     Does Medical Mutual employ an inhouse

16    attorney?

17    A.     We have attorneys on our staff, yes, we do.

18    Q.     How many attorneys do you have on your staff?

19    A.     At least three, perhaps more.

20    Q.     Are these North Carolina licensed attorneys?

21    A.     Yes.

22    Q.     So they're operating here in the Raleigh

23    headquarters?

24    A.     Yes.

25    Q.     And what are the names of the three that you

471

1　can recall?

2　　A.　　So our, our Chief Operating General and

3　General Counsel is David Sousa.　The Senior Vice

4　President, Head of Claims and Risk, his name is Jason

5　Newton.　And then one of our Senior Claims

6　Representatives is Crystal Mezzullo.

7　　Q.　　And have you had three licensed attorneys on

8　your staff consistently since 2010, or has that number

9　grown or shrunk?

10　　A.　　It has grown.

11　　Q.　　Okay.　Tell me about that.

12　　A.　　We had two probably in 2010.　We've added a

13　third one since 2010.

14　　Q.　　And who was added since 2010?

15　　A.　　Crystal Mezzullo.　And Jason Newton would be

16　added since 2010.　We've had one of the attorneys to

17　leave.　His name was David Ernest.

18　　Q.　　Do you have any other employees that work in

19　the general counsel's office?

20　　A.　　No.

21　　Q.　　So does Mr. Sousa have an assistant?

22　　A.　　He does have a, he and I share an

23　administrative assistant.

24　　Q.　　Okay.　Any paralegals or other legal

25　professionals on the staff?

1    license; in other words, that they be licensed

2    attorneys?

3         **A.    Not a requirement.**

4         Q.    Does Mr. Newton provide any legal services to

5    the company in his position as a Senior Vice President

6    at this time?

7         **A.    No.**

8         Q.    What about Ms. Mezzullo?  Does she provide

9    any legal services to the company?

10        **A.    No.**

11        Q.    Have either of them ever provided to your

12   knowledge any legal services to the company?

13        **A.    No.**

14        Q.    How long has Mr. Sousa served as general

15   counsel?

16        **A.    David joined Medical Mutual, I believe this**

17   **is right, in 1996.**

18        Q.    And did the company have a general counsel

19   prior to Mr. Sousa joining as GC in '96?

20        **A.    No.**

21        Q.    Mr. Sousa is a direct report to you; is that

22   right?

23        **A.    Yes.**

24        Q.    To your knowledge, has Mr. Sousa ever

25   provided any legal services to Medical Mutual with

Case 1:15-cv-00083-LCB-JLW   Document 113-2   Filed 05/22/17   Page 7 of 35

473

1  respect to human resources issues?

2  　　A.　　I mean I think there are, definitely has been

3  consultation, you know, on issues regarding human

4  resources.  So I would say the answer to that would be

5  probably yes.

6  　　Q.　　When you say consultation, do you mean like

7  your HR director may meet with Mr. Sousa or talk to him

8  about an issue?

9  　　A.　　Yes.

10  　　Q.　　Okay.  And what about Mr. Sousa talking to

11  you about an HR issue?

12  　　A.　　I have, I have occasionally gotten involved

13  in HR issues, yes.

14  　　Q.　　When you've gotten involved, that's been in

15  conjunction with Mr. Sousa's work?

16  　　A.　　Yes.

17  　　Q.　　To your knowledge, has Mr. Sousa ever

18  represented Medical Mutual in any legal proceeding?

19  　　A.　　I'm not, I'm not completely sure about that

20  because I'm not a lawyer, so I can't tell you if a

21  meeting, you know, might have taken the form of a legal,

22  you know, arbitration or counsel.  I don't know the

23  answer to that.  I mean we, the primary, we have

24  corporate counsel.  And all of our, you know, suits that

25  are handled for our policyholders, we have independent

1    counsel.  So, so we don't, I mean there could be, but I
2    can't specifically say that.
3         Q.    Do you remember any instance when Mr. Sousa
4    went to court on behalf of the company?
5         A.    I, I recall that we've had a couple of cases
6    that have had what we refer to as kind of global
7    settlement options.  And those, David may have
8    presented, you know, an argument in court for the
9    company on a global settlement opportunity or something
10   of that nature, but I don't recall specifically, you
11   know, the details behind that.
12        Q.    Do you recall what court that might have
13   occurred in?
14        A.    The only immediate recollection I have is
15   there was a case involving tainted steroids.  And this
16   came out of a, a specialty pharma company in
17   Massachusetts, and I seemingly recall David spending
18   time before the holidays a few years ago in
19   Massachusetts making some arguments in front of that
20   court.
21        Q.    The matter from a few years ago with a
22   compounding pharmacy --
23        A.    Correct.
24        Q.    -- that led to some paralysis issues?
25        A.    Correct.

1    Q.    How do you spell Mr. Sousa's last name?

2    A.    S-o-u-s-a.

3    Q.    Was it your determination to hire an

4    individual into the general counsel position in 1996?

5    A.    David was primarily hired to head up our

6    claims function.  You know, his duties as general

7    counsel were sort of secondary.  We weren't trying to

8    just hire an individual to head up the legal affairs of,

9    you know, Medical Mutual.  He really focussed his

10   attention and continues to focus a lot of his attention

11   on the claims issues.

12   Q.    You testified earlier that the company has

13   corporate counsel.  Who is it that you, that serves as

14   the company's corporate counsel?

15   A.    Our primary counsel is Wyrick Robbins, Larry

16   Robbins.

17   Q.    I'm going to ask you some questions about the

18   company's relationship with Wyrick Robbins, and I don't

19   want to get into and I don't intend to get into specific

20   communications you may have had with counsel.

21   A.    Sure.

22   Q.    So that we're clear.  But I went to

23   understand some of the types of legal issues that you've

24   worked with them on.  So if you would, describe for me

25   as best you can recall the kinds of legal matters over

1    the last few years for which you've engaged Wyrick

2    Robbins.

3          MR. PHILLIPS:  Objection.  I don't know that

4       he can do that without revealing privileged

5       communications.  I think the essence of the question

6       would require him to say the nature of the

7       consultation, and I don't think he could do that.

8       So objection on grounds of privilege.

9          MR. RUSSELL:  I'm going to disagree with the

10      objection, but let me see if I can ask some more

11      refined questions that might resolve that concern so

12      we don't have to, we don't have to go back and forth

13      any further about it.

14      Q.    Has the company engaged Wyrick Robbins with

15   respect to corporate issues; that is, with regard to the

16   formation of entities, registration with the Secretary

17   of State, issues on that level?

18      A.    Yes.

19      Q.    Has the company engaged Wyrick Robbins to

20   represent it in any litigation, let's say since 2010?

21      A.    No.

22      Q.    Has the company engaged any other lawyers or

23   law firms to represent it in litigation since 2010?  At

24   the company level, not the policyholders.

25      A.    No.

1    Q.   As far as you know, other than the matter up

2  in Massachusetts has the company been involved in any

3  litigation since 2010?

4        MR. PHILLIPS:  You mean as a party?  Is that

5    the way you mean it?

6        MR. RUSSELL:  Well, I don't mean it in that

7    narrow a sense, no.

8        MR. PHILLIPS:  Well, as opposed to the

9    policyholder litigation that we've already talked

10    about.

11        MR. RUSSELL:  Well, a company can certainly

12    engage an attorney in its role as a third party to

13    litigation.  For instance, if there's a subpoena

14    issue.

15  BY MR. RUSSELL:

16    Q.   So I mean it more broadly with respect to any

17  ongoing litigation matter, has the company engaged any

18  other firm since 2010?

19    **A.   Possibly.  I don't know of any specifics, but**

20  **I mean, you know, we litigate every day, mostly on**

21  **behalf of our policyholders, but occasionally we, you**

22  **know, the company will be sued, so.  But I can't recall**

23  **any specific suit we've had in the last -- since 2010.**

24    Q.   And when you say, "we litigate on behalf of

25  policyholders," you mean the company provides counsel to

Case 1:15-cv-00083-LCB-JLW  Document 113-2  Filed 05/22/17  Page 12 of 35

```
 1   policyholders under the duty to defend an insurance
 2   policy?
 3        A.   That's correct.
 4        Q.   So that we're clear, as far as you know right
 5   now Medical Mutual itself, putting the policyholder
 6   defense to the side, is not involved in any litigation?
 7        A.   Not that I'm aware of.
 8        Q.   Involved in any administrative proceedings?
 9        A.   No.
10        Q.   EEOC proceedings?
11        A.   No.
12        Q.   Do you know if the company has any
13   unresolved, but active disputes with its policyholders
14   or vendors?
15        A.   No, we do not.
16        Q.   Do you know if the company has any active and
17   unresolved disputes with any of its employees or former
18   employees?
19        A.   We do not.
20        Q.   Since 2010 has the company engaged Wyrick
21   Robbins with respect to any human resources issues?
22        A.   Yes.
23        Q.   Has the company since 2010 engaged Wyrick
24   Robbins with respect to the issues related to the
25   termination of an employee?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-2   Filed 05/22/17   Page 13 of 35

**479**

1     **A.**    **There could have been questions of Wyrick in**

2    **that regard, but I don't think we actually engaged**

3    **Wyrick to do anything other than answer a few questions.**

4     Q.    Do you think you paid them for answering

5    those few questions?

6     **A.**    **Probably.**

7     Q.    Okay.  Do you recall whether, since 2010, the

8    company has worked with Wyrick Robbins with respect to

9    issues related to the hiring of an employee?

10     **A.**    **No.**

11     Q.    Since 2010 has the company worked with Wyrick

12    Robbins with respect to any EEOC or state-level

13    discrimination proceedings?

14     **A.**    **I mean again there could have been a question**

15    **about that, but not to my knowledge.**

16     Q.    If the company had a legal matter that

17    involved a human resources issue, is Wyrick Robbins the

18    firm that you would go to?

19     **A.**    **Initially.  We, we might, but we, I mean we**

20    **have relationships with multiple law firms beyond**

21    **Wyrick.  So there may be others that we feel like are a**

22    **more appropriate source if we had a situation that**

23    **required we felt like outside counsel.**

24     Q.    What other law firms beyond the Wyrick

25    Robbins firm does Medical Mutual have a relationship

Case 1:15-cv-00083-LCB-JLW   Document 113-2   Filed 05/22/17   Page 14 of 35

480

1  with?

2      A.      I mean we have a relationship with Smith

3  Anderson, and then we have relationships with Robinson

4  Bradshaw.  We have relationships with, you know, Yates

5  McLamb.  We have Walker Allen.  I mean there's lots.

6  Not, not corporate relationships, but, you know,

7  relationships in that broad sense.

8      Q.      Has, and again putting the matter involving

9  the policyholder and the duty to defend aside, has

10  Medical Mutual had any active engagements with the Smith

11  Anderson firm since 2010?

12      A.      Yes.

13      Q.      What about the Robinson Bradshaw firm?

14      A.      Yes.

15      Q.      What about Yates McLamb?

16      A.      Not, not -- only policyholder related for

17  Yates.

18      Q.      What about the Walker Allen firm?

19      A.      Only policyholder.

20      Q.      Do you recall whether the company's

21  engagements with the Smith Anderson firm since 2010 have

22  related to any HR-type issues?

23      A.      One matter.

24      Q.      Same question for the Robinson Bradshaw firm?

25      A.      No HR issues.

1     Q.    So since 2010 is it fair to say based on your

2  best recollection right now that the company has engaged

3  or has at least worked with the Wyrick Robbins firm and

4  the Smith Anderson firm on HR matters?

5     **A.**    **Yes.**

6     Q.    Any other firms that you can think of that

7  the company has worked with on HR matters --

8     **A.**    **No.**

9     Q.    -- since 2010?

10    **A.**    **No.**

11    Q.    Who is it at Medical Mutual that decides that

12  the company needs to consult with outside counsel on a

13  legal matter?

14    **A.**    **David Sousa.**

15    Q.    And do you have any role in making that

16  determination?

17    **A.**    **I mean ultimately I do, but I defer to him**

18  **because he has a better, more expertise than I do, so I**

19  **will always defer to his judgment in that area.**

20    Q.    And does he have to clear it with you before

21  he would reach out to an outside attorney?

22    **A.**    **He does not.**

23    Q.    Does he have to report to you upon reaching

24  out to an outside attorney?

25    **A.**    **He does not.**

1     Q.    Are you familiar with the legal issues on

2  which the company has engaged outside counsel since

3  2010, or do you think there's some that you may not know

4  about?

5     **A.**    **I think in, I think I'm familiar with all of**

6  **them, but there could be some I don't know about.**

7     Q.    When the company engages outside counsel, and

8  again we'll put, unless I say otherwise, let's just put

9  the duty to defend cases --

10     **A.**    **Sure.**

11     Q.    -- with the policyholder to the side.

12     When the company has engaged outside counsel,

13  is that typically on an hourly basis or a contingency

14  base or some other basis?

15     **A.**    **Hourly.**

16     Q.    Has there ever been an instance to your

17  knowledge when Medical Mutual has determined that it

18  needed to retain an outside attorney, but it was unable

19  to do so?

20     **A.**    **No.**

21     Q.    Has there ever been an instance to your

22  knowledge when Medical Mutual determined that it needed

23  to go to court over an issue, but it was unable to do

24  so?

25     **A.**    **No.**

1      Q.    In connection with your service on the CAI

2 board of directors, have you had the opportunity to

3 review what I'll call CAI's organizational documents;

4 that is, its articles of incorporation or bylaws?

5      A.    Yes.

6      Q.    And is that something that you, you regularly

7 review those documents?

8      A.    No.

9      Q.    So when is it, what were the circumstances of

10 your review of the -- start with the articles of

11 incorporation.

12      A.    In conjunction with this deposition.

13      Q.    Had you ever reviewed CAI's articles of

14 incorporation before your preparation for this

15 deposition?

16      A.    Not to my knowledge.

17      Q.    All right.  There is also a document called

18 the Restated Charter of CAI.  Is that a document you

19 reviewed in preparation for today?

20      A.    I don't remember.

21      Q.    Okay.  Do you recall whether that's a

22 document you've ever seen before?

23      A.    I don't remember.

24      Q.    And what about the bylaws?  Had you reviewed

25 those before your preparation for today's deposition?

484

1      A.      No.

2      Q.      What is the board of directors' role with

3  respect to the preparation and finalizing of CAI's tax

4  returns?

5      A.      **We file tax return form 10 -- Form 990.  And**

6  **the board's responsibility is to review that return, if**

7  **they do so choose.  There's no absolute requirement that**

8  **that term be reviewed from my understanding.**

9      Q.      When you say review the return, do you mean

10  the draft return before it's finalized or the return

11  after it's filed?

12      A.      **Prior to filing.**

13      Q.      Is that something you personally have done;

14  that is, reviewed draft returns before they're

15  finalized?

16      A.      **In some years I have.**

17      Q.      What about for the 2015 tax year?

18      A.      **I don't recall.**

19      Q.      Do you know whether any other members of the

20  board have reviewed draft tax returns prior to their

21  filing since 2010?

22      A.      **I do not.**

23      Q.      If, if a board member had done that, do you

24  think you would know?

25      A.      **No.**

485

 1   Mutual paid for from CAI outside of the membership fee?

 2        A.    We've attended some of the training courses

 3   and conferences.  We've also engaged CAI to provide us

 4   with membership survey information.  And we have a

 5   relationship with CAI where they provide essentially,

 6   you know, HR consulting and advice to the membership of

 7   Medical Mutual.

 8        Q.    Describe that last one for me.

 9        A.    So based on my knowledge of CAI, several

10   years ago I approached Bruce and said, look, what you do

11   I would like to make available to the membership of

12   Medical Mutual.  I think that would be a great

13   value-added service for, an asset of Medical Mutual to

14   offer.  And so we worked out an arrangement where he has

15   a dedicated individual who is backed up by other team

16   members, and they answer questions from the Medical

17   Mutual membership regarding, you know, a variety of

18   matters that typically CAI would provide the, the normal

19   membership.

20        Q.    By that do you mean issues like would be

21   addressed to the A&R hotline?

22        A.    Correct.

23        Q.    So that I'm clear, is it your testimony that

24   there is a separate dedicated A&R hotline for Medical

25   Mutual members?

1     A.    Bruce can tell you better than I how he's got

2  it internally structured, but there is an individual,

3  there is a number that Medical Mutual members can call

4  and have access to the resources that CAI makes

5  available.

6     Q.    And the, do the Medical Mutual members have

7  to also be members of CAI to receive those resources?

8     A.    They do not.

9     Q.    Do they have to pay any money to CAI?

10    A.    They do not, except if they use services

11  beyond the, you know, what typical membership services

12  would provide you.

13    Q.    How much does Medical Mutual pay CAI for that

14  service; that is, the availability of services to

15  Medical Mutual's members?

16    A.    I don't, I don't deal with that anymore, but

17  I would suspect it's probably somewhere around $200,000.

18    Q.    Do you know whether CAI on its financial

19  statements books that as membership revenue or some

20  other kind of revenue?

21    A.    I do not.  It would be revenue.  I just don't

22  know what kind.

23    Q.    CAI in its marketing materials will often

24  list and in its pleadings in this case has listed its

25  number of members, and it's typically somewhere around

```
 1    1,000.  Do you know whether the Medical Mutual members,
 2    Medical Mutual policyholders are include in that count,
 3    or are they separate from the count of members that CAI
 4    typically publicizes?
 5         A.    Based on intuition, that would not be
 6    included because there's many more practices than 1,000.
 7    So it would be my instincts that that would not be
 8    included.
 9         Q.    You testified that Medical Mutual pays for
10    membership survey information.  Is that the, a wage and
11    benefit survey or some other survey?
12         A.    The survey I'm particularly remembering is a,
13    it's almost like a satisfaction; how satisfied are you
14    with your relationship with Medical Mutual as a
15    policyholder.  And it would ask a variety of questions
16    about, you know, service characteristics and the
17    perceived value that you might get from being a member
18    of Medical Mutual.
19         Q.    So Medical Mutual paid CAI to put together
20    that survey that then went to Medical Mutual's members?
21         A.    Correct.
22         Q.    Does Medical Mutual use CAI's background
23    checking services?
24         A.    I do not know.
25         Q.    Does Medical Mutual use -- strike that.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-2   Filed 05/18/17   Page 7 of 25

**488**

```
1   CAI other than the membership fee, the approximately
2   200,000 for its members to access services, and then the
3   specific payments for training conferences and the
4   membership survey?
5       A.    Not to my knowledge.
6       Q.    Do you know whether Medical Mutual has made
7   any payments to CAI that would be for the purpose of any
8   kind of lobbying or political activity?
9       A.    I do not know that.  I don't think, you know,
10  I don't know that CAI would take monies for a specific
11  lobbying purposes.  I mean I think CAI's lobbying
12  activities would be more generic in nature that would
13  benefit all members.  We're not in the habit of taking
14  individual calls for an individual company.  That's not
15  who we are.  We take issues that affect all employees,
16  all employers on a macro scale, and there's no
17  individual lobbying for specific bills to my knowledge.
18      Q.    Other than CAI do you serve on any other
19  corporate boards at this time?
20      A.    I do.
21      Q.    What other boards do you serve on?
22      A.    The University of North Carolina Healthcare
23  System, the Investors Management Corporation, the North
24  Carolina Chamber, Nomarco.
25      Q.    Spell that one.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 7 of 27

489

1  committee, and that's Saylor, Neuhaus, Jenkins, at least

2  those three.  There may be one more.

3      Q.    And what about the nominating committee?

4      A.    That is usually, you know, a smaller group.

5  So that, it could vary from period to period.  It's

6  usually going to be me, Turner, Perry, and Barnhill.

7      Q.    And what's the role of the nominating

8  committee?

9      A.    If we have an opening, you know, arising on

10  the board, we talked about it with the nominating

11  committee.  If we, you know, have directors whose terms

12  are expiring, you know, we review that with the

13  nominating committee, but again the way CAI operates is

14  that committee generally will consult with the full

15  board.  It doesn't go off in secret and come up with

16  some ideas and then try to implement them without full

17  board knowledge.

18      Q.    Are all of the board members part of a member

19  company of CAI?

20      A.    I'm not, I'm not sure, but I would guess that

21  would be true.

22      Q.    Do you know whether an individual can serve

23  on CAI's board if, if he or she is not affiliated with a

24  member company of CAI?

25      A.    I believe the requirement is you have to be a

490

1  member.

2      Q.    So it would be fair to say then that there's

3  not, there are not any independent directors on the

4  board in the sense of someone that's not affiliated with

5  the CAI group?

6      **A.    Correct.  They represent a business, and**

7  **their business is affiliated with CAI.**

8      Q.    Does an individual have to be the highest

9  officer or employee of a member entity to serve on the

10  board?

11      **A.    Not necessarily, but that's, that's certainly**

12  **who we want.  I mean that's who we require -- or maybe**

13  **require is not the right word.  That's who we desire.**

14      Q.    Okay.

15      **A.    We desire to get the CEO of member companies**

16  **as our board members.**

17      Q.    Let me follow up with this question.  In your

18  role as a member of the nominating committee, what are

19  the kind of qualifications or factors that you look for

20  in picking a nominee?

21      **A.    Well, we're looking for a variety of things.**

22  **We're looking for diversity.  We're looking for --**

23  **that's, that can span not just, you know, race, gender,**

24  **those kind of things.  It's, it's geographic diversity.**

25  **We like different types of businesses, you know, that**

491

1    through electronic means.  Anybody can see it.

2         Q.    So that, what are the electronic means you're

3    referring to?

4         A.    Website, yeah.

5         Q.    And is that, you're referring to material on

6    the website that anyone can just go to the website and

7    see as opposed to having to log in as a member?

8         A.    I think there are, there are certain things

9    you can see on the website.  And I would even argue that

10   the, some of the printed material is widely available.

11   So it's not just, you know, held close to the vest so to

12   speak.

13        Q.    And what kind of printed material are you

14   speaking of?

15        A.    Newsletters primarily.

16        Q.    And how are those newsletters distributed?

17        A.    I assume they're distributed both

18   electronically and hard mail.

19        Q.    Do you know to whom they're distributed

20   electronically or hard mail?

21        A.    I couldn't tell you individual recipients,

22   but I would assume member companies would be primarily

23   the beneficiaries of that, but there could be others.

24        Q.    Do you have any firsthand knowledge one way

25   or the other as to whether there are others beyond the

492

1  member entities?

2      **A.**    **No, I do not.**

3      Q.    In your time on the board, has the board

4  considered any amendments or revisions to the Restated

5  Charter of CAI?

6      **A.**    **I don't recall, but it would seem likely that**

7  **we would.  I don't recall any specifics.**

8      Q.    Do you recall actually passing any revisions

9  to the charter?

10      **A.**    **I do not recall specifically doing that.**

11      Q.    Do you recall whether the board has

12  considered, but decided against adopting any amendment

13  to the charter?

14      **A.**    **I do not remember an instance where there was**

15  **an issue where we thought about revising the charter and**

16  **bylaws and we did not do it.**

17      Q.    You don't recall any such instance?

18      **A.**    **I do not.**

19      Q.    Do you know whether any potential amendments

20  or revisions to the charter are in the works right now?

21      **A.**    **To my knowledge there are not.**

22      Q.    As the chairman of the board, do you think it

23  would be important that you were aware of any such

24  potential revisions or amendments if they were in the

25  works?

493

1    A.    I would, I would likely discuss that with

2  Bruce before the full board would be apprised, yes.

3    Q.    I have some similar questions about the

4  bylaws of CAI.  To your knowledge, are the bylaws

5  mandatory?

6    A.    I think organizations, if they're

7  incorporated, you use a set of bylaws, yes.

8    Q.    And do you think they are required to abide

9  by the provisions of the bylaws?

10    A.    I think organizations should abide by the

11  bylaws.

12    Q.    In your time on the board do you recall

13  whether any amendments to the bylaws of CAI have been

14  considered by the board?

15    A.    I do not.

16    Q.    Are you aware of any potential amendments to

17  the bylaws that are in the works right now?

18    A.    I am not.

19    Q.    And do you think it would be important that

20  as chairman of the board you were made aware of any

21  potential amendments if they were in the works?

22    A.    Yes.

23    Q.    How often does the, does the board of

24  directors of CAI meet?

25    A.    We usually meet two to three times each year.

494

1     Q.    And the last few years it's been two times a

2  year, hasn't it?

3     A.    **Generally, right.**

4     Q.    And let me show you what's been previously

5  marked as Exhibit 48.  Do you see that Exhibit 48 is the

6  Capital Associated Industries, Inc., Bylaws as amended

7  May 29, 1984?

8     A.    **Yes, I do.**

9     Q.    To your knowledge, is this the current and in

10  force version of the bylaws?

11     A.    **To my knowledge.**

12     Q.    Look at Article II, Section 1, which is at

13  the top of Page 2.  And could you read for the record

14  Section 1?

15     A.    **Excuse me.  Repeat that, please.**

16     Q.    Yes, sir.  On Page 2 of Exhibit 48.

17     A.    **Yes.**

18     Q.    You see at the top there's Article II,

19  Section 1?

20     A.    **Yes.**

21     Q.    Could you please read that for the record?

22     A.    **At least three meetings per year shall be**

23  **held by the board of directors at such time and place as**

24  **the board of directors may fix.**

25     Q.    So in that provision of the bylaws, why is it

1    that in recent years CAI has only held two board of

2    directors meetings a year?

3        A.    I think it's most likely given the activities

4    that we believe are going on at the organization and

5    quite frankly the competence we believe that we have,

6    the competence and the confidence we have in the

7    management team of CAI.

8        Q.    When you say the activities going on in the

9    organization, tell me what you mean by that.

10        A.    The frequency of needing input on the

11    activities and the operations of the organization would

12    indicate that you could handle that with two meetings a

13    year.  And then the second part of what I commented on

14    was our confidence in Bruce and his team of being able

15    to capably lead the organization without a tremendous

16    amount of oversight.

17        Q.    Well, is the role of the board of directors

18    to provide input to the executives, or is it to govern

19    the entity?

20        A.    I believe that the role of the board is to

21    govern the entity.  I think the board also should

22    provide input to the executive.  I mean we see issues

23    every day in our businesses that CAI could help with, so

24    it's incumbent upon us I think, if we see those issues,

25    to provide input to Bruce.

496

1    Q.    And why do you have that understanding that
2  prepaid legal services are limited to specific or
3  limited tasks?
4    **A.    I think that is generally the way those**
5  **programs are structured, you know.  And so I think there**
6  **is, you know, a defined set of things that generally**
7  **they govern.  And so I think we were trying to mirror,**
8  **you know, to comply with existing law, I think we were**
9  **trying to mirror what is standard practice with what,**
10  **what we want to do.**
11    Q.    You used the word "generally" there, so I
12  just want to make sure I understand the basis for your
13  testimony.  Do you have an understanding of whether as a
14  matter of law prepaid legal services plans are limited
15  in the kinds of legal services they can offer?
16    **A.    I do not.**
17    Q.    When you testified about the, your, your
18  belief as to the limited nature of services a plan can
19  offer, is that based on things that have been told to
20  you by Mr. Clarke?
21    **A.    No.  Just general awareness, you know.**
22  **Reading articles in the newspaper, magazines, things**
23  **like that.**
24    Q.    Okay.  We've deposed so far three other, the
25  executives of three other CAI members.  And they have

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 8 of 27

**497**

1  each testified under oath that they have not heard at

2  all about the prepaid legal services plan.  Do you know

3  why that is?

4     A.   Well, I think we're still working, working

5  through that.  I mean I think the idea is that we want

6  to be able to do this in the right way so that we're

7  being cautious and we're being careful.  I mean CAI is

8  very intent on being compliant with, you know, the

9  regulations and rules that, you know, the Bar and others

10  have set.  So we're treading kind of softly at this

11  point.

12        MR. PHILLIPS:  And I'm going to object to the

13     characterization of the testimony.

14        MR. RUSSELL:  It will, of course, speak for

15     itself.

16     Q.   Mr. Jenkins, I'm going to show you what was

17  previously marked as Exhibit 80.  Do you recognize this

18  document, Exhibit 80?

19     A.   I don't, I don't recognize this, no.

20     Q.   Remind me.  Were you, you were already on the

21  board in February of 2008; is that correct?

22     A.   Correct.

23     Q.   Do you believe that this document was ever

24  put to the board for its consideration or approval?

25     A.   The concept perhaps, but I don't recall if

1      Q.    And for the record the bates numbers are CAI

2   850 to 853.

3            Have you seen this document before,

4   Exhibit 85?

5      A.    I don't recall.

6      Q.    Do you recall whether this document has at

7   any time been presented to CAI's board of directors?

8      A.    I don't recall whether this particular

9   document was presented.  I do recall a meeting where

10  Mr. Gupton was present to discuss this.

11     Q.    Do you recall when that meeting took place?

12     A.    I don't.

13     Q.    Was it before or after this litigation

14  commenced; do you know?

15     A.    It was before.

16     Q.    Okay.  Was it back during the time period

17  that CAI was, had sponsored a, led some legislation that

18  would have changed North Carolina law?

19     A.    I don't recall.

20     Q.    Okay.  And what was the nature of the, I

21  think you testified that Mr. Gupton made a presentation

22  to the board?

23     A.    Correct.

24     Q.    What was the nature of that presentation?

25     A.    I think John, John and, along with Bruce, I

499

1    think they wanted to outline, you know, what they

2    perceived to be a need relative to legal services for

3    our members, a way we could do that.  But it was

4    certainly, the spirit of the conversation was how can we

5    do this and comply with the laws.

6              I mean we certainly were sensitive.  And

7    Bruce being a lawyer, John being a lawyer, they know

8    they're bound by the ethics rules, and we as an

9    organization are very concerned about doing things in

10   the appropriate way in terms of complying with, you

11   know, the legal requirements.  So there was a

12   conversation about how to, how potentially we could do

13   this and still be under the, you know, the, still be in

14   compliance with the laws.

15        Q.    Did those, did that conversation with the

16   board lead to the board's approval of moving forward

17   with the prepaid legal services plan?

18        A.    I'm not sure if that was the conversation,

19   but it could have been part and parcel to it.  I don't

20   know if that was, that was the moment we did it.  I

21   can't remember.

22        Q.    Okay.  Did you have any role in gathering

23   documents in connection with the discovery process in

24   this lawsuit?

25        A.    I did not.

500

1    Q.    Were you asked by anyone to look through your

2  own e-mails or files for any documents that might be

3  relevant to the case?

4    A.    I was not.

5    Q.    In your role as chairman of the board and

6  other than those executive sessions you testified about,

7  have you ever communicated in any manner with any other

8  board members or any CAI personnel outside of

9  Mr. Clarke's presence?

10    A.    Yes.

11    Q.    All right.  Tell me about that.

12    A.    Those, the only issue that I can recall doing

13  that on is compensation.  Every year I do an annual

14  review of Bruce.  We meet.  We talk.  I document that

15  review.  And then I share, you know, that review and

16  thoughts and comments about, you know, future

17  compensation matters with the executive committee, and I

18  typically have done that with an e-mail.

19    Q.    Is that solely focussed on Mr. Clarke's

20  compensation or other employees' compensation as well?

21    A.    Only on his.

22    Q.    Okay.  And is Mr. Clarke the only employee

23  whose compensation the board of directors determines?

24    A.    Yes.

25    Q.    And what are the, what are the factors that

501

```
 1    you consider as part of the annual review of
 2    Mr. Clarke's compensation?
 3         A.    I consider the, sort of the performance of
 4    the organization.  I consider the strategic, you know,
 5    direction of the organization.  I consider the value of
 6    the organization to the membership.  I consider his
 7    ability to lead and motivate people.  I consider
 8    enthusiasm.  I consider energy, and I consider passion
 9    for what he does.  Those are important things to me.
10         Q.    You started that off with the performance of
11    the organization.  And what are the, are there
12    particular metrics you look at from a performance
13    standpoint?
14         A.    Clearly, you know, any business looks at
15    margin, you know.  And certainly we believe that even as
16    a not-for-profit, if there is no margin, no mission.  So
17    we look to always make sure we're good stewards of the
18    resources that our members have entrusted us with, so
19    that's certainly one thing we look at.
20              We also look at sort of the breadth and depth
21    of the opportunities our members have to take advantage
22    of the resources and whether Bruce is, you know, and his
23    team are keeping relevant, keeping up with things.  And
24    we also are engaging, you know, how membership is
25    growing, how membership is, you know, retention, new
```

Case 1:15-cv-00083-LCB-JLW   Document 106-2   Filed 05/18/17   Page 11 of 25

502

1   business growth, those kind of things.  So there's some

2   metrics like that that kind of come into play every

3   year.

4        Q.    And when you say new business growth, what

5   are you referring to?

6        A.    New member growth.  How many, how many new

7   members could we attract in a given year.

8        Q.    Okay.

9        A.    How is our retention of membership in a given

10  year.  Those are important metrics.

11       Q.    Do you consider any industry data or other

12  data from outside of CAI in connection with your annual

13  review of Mr. Clarke's performance?

14       A.    In the past we have.  Periodically, we have

15  had a third-party consultant help us with compensation

16  matters related to the CEO.

17       Q.    How periodically is periodically?

18       A.    I would say probably every five years, six

19  years, something like that.  And most, I should also

20  tell you that most of our board members as you know from

21  their experience, I mean they're, they are, you know,

22  they're seasoned individuals.  They sit on other boards.

23  They see other organizations.  So it's not like we're

24  doing this in a vacuum even in the years when we're, you

25  know, not relying on a third-party consultant.

503

```
 1          Q.     What is CAI Services Corporation?
 2          A.     CAI Services is a, is a for-profit
 3     corporation that was set up to, I think primarily today
 4     provides background checks.
 5          Q.     And do you have any role with CAI SC?
 6          A.     I do sit on that board as well.
 7          Q.     You call it Services or CAI SC?
 8          A.     Services.
 9          Q.     Services?
10          A.     Right.
11          Q.     All right.  How many members are on the board
12     of Services?
13          A.     We have, I think we have four members.  We
14     have three that are CAI board members, and then we have
15     one independent person who is not a CAI board member.
16          Q.     All right.  So who are the CAI board members?
17          A.     So I think that is Perry, maybe only --
18     because I think, I take that back.  I think there may
19     only be three board members because I think it's Jim
20     Perry, myself, and then the third party.  The third one
21     is the independent director.
22          Q.     And who is the independent director?
23          A.     She is the, I think her name is Suzanne.
24     She's relatively new, maybe one meeting.  And she is
25     the, she's with the North Carolina CPA Association.
```

504

```
 1        Q.    Who appoints the members of CA -- of
 2   Services's board of directors?
 3        A.    The CAI board.
 4        Q.    Why is there a, why do you have one
 5   independent director on the Services board?
 6        A.    I'm not sure.  I mean I guess that could be a
 7   requirement of the, you know -- or it may be just good
 8   governance.  Either way, it makes sense to me to do
 9   that.
10        Q.    Does it make sense to you to have an
11   independent director on CAI's board?
12        A.    I don't think that's, I don't think that is
13   imperative, no.
14        Q.    What's the difference?
15        A.    Services is a little bit more broadly -- I
16   mean it's a, if you're in the business to make a profit,
17   then I think you're looking beyond just the membership.
18   So there's interest there that could be different, you
19   know.  So it could be, make sense to have a third party
20   that's sort of an independent looking at it from a fresh
21   set of eyes.
22        Q.    CAI is in the business to make a profit too,
23   right?  It's no margin, no mission?
24        A.    It is not in the business to make a profit,
25   but it can't survive without making margin.  So that's
```

Case 1:15-cv-00083-LCB-JLW   Document 106-2   Filed 05/18/17   Page 14 of 25

505

1    not the primary motive for the business, but it can't,

2    but it has to make a margin to survive.

3        Q.    And Services has to make a margin to survive?

4        A.    I would say any business has to make a margin

5    to survive.

6        Q.    That's whether it's tax exempt or otherwise?

7        A.    Correct.

8        Q.    You mentioned background checking.  Is there

9    any other line of business that Services engages in

10   other than background checking?

11       A.    Not to my knowledge.  At one point, you know,

12   we had media.  We were doing some work in the area of

13   media and creating information, you know, creating media

14   for companies, but we don't do that anymore to my

15   knowledge.

16       Q.    And was that media work done under Services?

17       A.    I believe it was, yes.

18       Q.    What time period are we talking about?

19       A.    I think that was probably, time goes by

20   quickly, five years ago, four years ago, something like

21   that.

22       Q.    All right.  Does the Services board have any

23   committees?

24       A.    It does not.

25       Q.    Does the, how often does the Services board

506

1  meet?

2     A.    **Twice a year.**

3     Q.    Is that basically the same day as the CAI

4  board?

5     A.    **It meets after the CAI board.**

6     Q.    Are minutes kept of the Services board

7  meeting?

8     A.    **Yes, they are.**

9     Q.    And does Services have its own articles of

10  incorporation?

11     A.    **I would assume so, but I can't say that for**

12  **sure, But I would assume so.**

13     Q.    You have not seen them one way or the other?

14     A.    **I have not seen them.**

15     Q.    Does Services have its own set of bylaws?

16     A.    **Again, I would assume it would, but I haven't**

17  **seen it.**

18     Q.    Does Services file its own tax return every

19  year?

20     A.    **Yes.**

21     Q.    Does Services, does Services receive its own

22  financial statement every year?

23     A.    **There is a separate financial statement**

24  **prepared for Services, yes.**

25     Q.    But we've seen that Services is consolidated

507

1    onto CAI's financial statement. You're familiar with

2    that, right?

3        A.   I am.

4        Q.   But your testimony is that Services also has

5    its own independent financial statement?

6        **A.   Not in -- the operative word you just said is**

7    **independent. What I was referring to is there is a**

8    **separate set of financial statements prepared for**

9    **Services. The only independent audit report I've seen**

10   **covers both Services and CAI.**

11       Q.   Okay. How many employees does Services have?

12       **A.   I don't know.**

13       Q.   About how many hours a year would you

14   estimate you spend in your capacity as a board member

15   for Services?

16       **A.   Less than five.**

17       Q.   You think that's the same for the other two

18   board members?

19       **A.   I don't know.**

20       Q.   How long does a typical Services board

21   meeting last?

22       **A.   A typical meeting could be 15 minutes to 45**

23   **minutes.**

24       Q.   Do you know which individuals are in an

25   executive capacity with Services?

1    A.    I don't.  I would assume Bruce is the CEO,

2  but I don't know.  I don't recall right off the top of

3  my head how that's structured.

4    Q.    Okay.  What is the Employers Coalition of

5  North Carolina?

6    A.    It would be a guess if I answer that

7  question, so I don't have an answer.

8    Q.    Okay.  Is that a name you've heard before?

9    A.    I've heard that name, and I have a feeling I

10  think I know what that is, but I'm not sure.

11    Q.    Okay.  And I don't want you to speculate.

12    A.    Yeah.

13    Q.    I want factual testimony.  So fair to say you

14  don't have any factual knowledge about Employers

15  Coalition of North Carolina?

16    A.    I have a peripheral knowledge.  I think I

17  know who, what it is about, but not certain enough to

18  answer probably your question.

19    Q.    Well, what's your belief as to what it's

20  about?

21    A.    It's a, it's group of, it's a group of

22  organizations that have come together to, to look at

23  issues that are common to employers and employees.  Is

24  that, is that vague enough for you?

25         (Whereupon, Exhibit 86 was marked for

1      identification.)

2          Q.    I hand you now what's been marked as

3      Exhibit 86.  And does this appear to be the declaration

4      of A. Dale Jenkins with a filing date on the bottom of

5      the first page of February 16, 2016?

6          A.    Yes, it does.

7          Q.    And you understand that this declaration was

8      submitted to the court in connection with this

9      litigation?

10         A.    Yes, I do.

11         Q.    Have you prepared any other declarations in

12     draft or final form in connection with this litigation?

13         A.    I have not.

14         Q.    Do you have any intention as you sit here

15     today of providing any additional declarations or

16     affidavits in connection with this litigation?

17             MR. PHILLIPS:  Objection to the extent you're

18         asking him to disclose any conversation with

19         counsel.

20         Q.    And I'm not asking you to disclose any

21     conversation with your counsel.  I'm just asking if you

22     have a personal intent, as you sit here today, to

23     provide any additional declaration or affidavit.

24         A.    I could.  I might.  I don't know.

25         Q.    Okay.

1  content available to employers that may otherwise be
2  inaccessible or very costly on an individual basis."
3      **A.      Correct.**
4      Q.      So first off, did I read that correctly?
5      **A.      Yes, you did.**
6      Q.      All right.  Do you recall if any of those
7  words are your words, or is that the text of that
8  sentence as you received it in draft form?
9          MR. PHILLIPS:  Objection.
10     **A.      I don't, I don't recall.**
11     Q.      Do you, do you agree with that statement of
12  the purported non-profit mission of CAI?
13     **A.      I think that is an accurate statement.**
14     Q.      And what is your source for knowing what the
15  non-profit mission of CAI is?
16     **A.      I think it's through my association with the**
17  **organization on the board that I know what the, I know**
18  **what the intent of the organization is.  And the intent**
19  **of the organization is to take common issues that every**
20  **employer faces with their employee base and to provide,**
21  **you know, expertise and research and analysis and**
22  **resources to address a variety of problems that those**
23  **common, those companies face in common.  And so I think,**
24  **I think CAI does a really good job of doing that.**
25          **And you couldn't get those, just to add and I**

1 don't mean to be verbose here, but you can't get those

2 as economically or as efficiently as if every company

3 had to go out and replicate that. So why would every

4 company want to have an individual wage and salary

5 survey? You know, why not do it one time and let it

6 apply to all companies? Those kind of things.

7     Q.   Do you know whether CAI's members could get a

8 wage and benefit survey from some other entity out there

9 than CAI?

10     A.   I don't think we're the only source, for

11 sure.

12     Q.   So why would a company go to CAI instead of

13 one of the other sources out there?

14     A.   Well, I think it could be the expertise of

15 CAI, the geographic region covered by CAI, the nature of

16 employees that are covered by that survey, the cost of

17 that survey. Those are reasons that I would, I would

18 say that people would go to CAI as opposed to maybe a

19 third party.

20     Q.   And you, you would agree, wouldn't you, that

21 there's also third parties out there that provide

22 background checking services and not just CAI?

23     A.   Yes, they do.

24     Q.   There's third parties out there that provide

25 recruiting services?

Case 1:15-cv-00083-LCB-JLW   Document 121-2   Filed 06/16/17   Page 13 of 27

512

1  comply with the complex web of interlocking and

2  sometimes conflicting workplace laws." And first off,

3  did I read that correctly?

4      A.   Yes, you did.

5      Q.   What do you mean by CAI plays a major role?

6      A.   I think for the members of CAI, anytime an

7  employee issue comes up, I think one of the first calls

8  they make is to CAI. I think they, you know, CAI has

9  developed a reputation over about 50-plus years of being

10  in business that it is a go-to organization when it

11  comes to employment-related matters. And so I, I don't,

12  I think that is an absolutely true statement.

13      Q.   Does CAI play a major role with respect to

14  North Carolina employers other than CAI's members?

15      A.   I would argue that, yes, they do. And here's

16  what I mean by that, is because we, being who we are and

17  the breadth of the membership that we have, it allows us

18  to engage in public policy issues and other issues that

19  influence all North Carolinians. And so I think by a

20  result of us being there, we are a positive and major

21  influence on the employee workplace, you know, the

22  employer workplace here in the state.

23      Q.   How does CAI engage on public policy issues?

24      A.   Periodically we have, you know, we have a

25  lobbyist. And that, you know, that individual works

513

1  sentence there has a reference to CAI leadership?

2      A.   Yes.

3      Q.   And who do you, who do you mean by that

4  phrase, "CAI leadership"?

5      A.   That would be the CEO.

6      Q.   All right.  The sentence says, "It is our

7  board's direction to CAI leadership to ensure staff

8  attorney compliance with all ethical rules and standards

9  of the North Carolina State Bar when providing legal

10 services in the future."  And first off, did I read that

11 correctly?

12     A.   You did.

13     Q.   All right.  Describe for me what direction in

14 particular that the board gave to CAI's leadership in

15 that regard.

16     A.   So the, the proposal as it was presented to

17 us, and it was very important that, to the board that

18 effectively we were going to, we are going to provide

19 these legal services under all the, you know, rules,

20 requirements, ethics of the Bar.  I mean we were going

21 to try to uphold and deliver those services in the most,

22 you know, honorable way with the most professionalism.

23 There was no hint from the board that we wanted to

24 circumvent any laws.

25          Obviously, we've tried to, you know, work

1    with various organizations to get the laws changed.

2    We're trying to work with the Bar.  We're trying to work

3    with the State to make sure we're complying with all

4    those rules and regulations.  And it was very important

5    to us that we do things from a, you know, a very strong

6    fiduciary compliance standpoint.  And so there was no

7    hint at the board level, and certainly there was even no

8    hint coming back from the CAI leadership that we

9    didn't -- all we wanted to do was do it the right way.

10              We wanted these folks to be licensed lawyers.

11   We wanted them to work for a licensed lawyer within CAI.

12   We wanted them to be up to, to be held to the high

13   standards of the Bar.  Every bit of that was important

14   to us as we, as we looked to launch this endeavor.

15        Q.    Are you personally familiar with any of the

16   provisions of the North Carolina Rules of Professional

17   Conduct?

18        A.    I have not looked at those.

19        Q.    Did the board give CAI's leadership any

20   specific direction as to how to comply with specific

21   ethical or legal obligations, or was the board's

22   direction more high level, just that you should comply?

23        A.    It was more high level.

24        Q.    Okay.  So no specific directives from the

25   board on a specific issue of compliance?

1      Q.    Do you think there would be any entries on

2    this chart from any of the other Medical Mutual

3    affiliated entity names?

4      **A.    I don't know.  I assume it would come through**

5    **Medical Mutual, but I don't know that for sure.**

6      Q.    Okay.  If you could just look down the line,

7    on Line 267, and review this situation that's discussed

8    in the chart, and then tell me whether or not you have

9    any familiarity with this issue.

10     **A.    I am familiar with that issue.**

11     Q.    Okay.  Were you familiar with it from the

12   time that it took place, or is it something you've just

13   learned about recently?

14     **A.    From the time it took place.**

15     Q.    All right.  Do you see that at the very end

16   of the Box H there is a reference in parentheses to

17   "notes on file"?

18     **A.    I see that.**

19     Q.    Do you know what that means?

20     **A.    I do not.**

21     Q.    Do you know whether Medical Mutual provided

22   any information to CAI about this situation other than

23   what is reflected here in Line 267?

24     **A.    I do not.**

25     Q.    Do you know what Medical Mutual did in this

1     situation after it contacted CAI?

2        A.    Yes.

3        Q.    What happened?

4        A.    Once it, I think we decided that once it had

5     made the initial contact with CAI and gotten some, some

6     advice, that this is one of those instances you had

7     asked me about earlier. We started out and I think

8     consulting with Wyrick Robbins about this issue, and I

9     think ultimately we decided Smith Anderson was a better

10    choice.

11       Q.    Okay. And so did the firm, did Medical

12    Mutual then engage Smith Anderson to provide legal

13    services with respect to this situation?

14       A.    I believe we did.

15       Q.    Okay.

16       A.    Yes.

17       Q.    And do you, do you recall what the ultimate

18    outcome was?

19       A.    It was a, it was a resolution. This

20    individual was terminated, and I think the question in

21    fact was, you know, what would the length of severance

22    and some of the provision of the termination be, and I

23    think there was a compromise reached and all parties

24    signed off on the settlement.

25       Q.    Do you recall whether the employee that

517

1    A.    Okay.  I, I don't know if that would have

2  happened for any other employee, but I don't know the

3  answer to that.

4    Q.    Do you have any personal knowledge of any

5  other instance when CAI has said to Medical Mutual you

6  would need to seek outside legal assistance?

7    A.    I do not know the answer to that.

8    Q.    Okay.  All right.  Let's take a break for a

9  few minutes.

10             (Recess taken 12:20 p.m. to 12:30 p.m.)

11  BY MR. RUSSELL:

12    Q.    All right.  Mr. Jenkins, I want to ask you

13  about a few terms that I have seen referenced in CAI's

14  board minutes and ask you to describe for me your

15  understanding of each of these.  The first one is the

16  Membership Initiative, capital M, capital I.  Does that

17  ring a bell?

18    A.    It would be nice to see that in the context

19  of a paragraph.  I don't, Membership Initiative means,

20  could mean a lot of things to me.  I mean the idea of

21  how to grow membership, how to retain membership, those

22  kind of things, but it would be helpful to see that in

23  the context of a paragraph.

24    Q.    Okay.  I'll show you what was previously

25  marked Exhibit 57.

1      A.      Okay.

2      Q.      Does Exhibit 57 appear to be board meeting

3   minutes from April 9, 2013?

4      A.      Yes, it does.

5      Q.      And if you look towards the bottom, you will

6   see there's a paragraph that begins, "Bruce Clarke

7   provided an overview of CAI's Membership Initiative."

8      A.      Yes, I see that.

9      Q.      And do you see that the sentence goes on to

10  say that, "Mr. Clarke led the board through a discussion

11  of why CAI believes this is so critical to our future

12  success."

13     A.      I see that.

14     Q.      All right.  Does that refresh your

15  recollection as to what the Membership Initiative is or

16  was?

17     A.      I mean I think it does to some extent.  I

18  mean certainly as a membership organization you're

19  always looking to make sure you're relevant to the

20  market.  Bruce is very attuned to that.  And so the

21  Membership Initiative is one I think where, you know,

22  he's looking at what is necessary to remain relevant.

23  What services, what products, you know, what do we need

24  to do as an organization to make sure we're an important

25  part of our membership's businesses?

519

```
1            And so that's really where that's coming
2     from.  It's like I said earlier, is how do we continue
3     to grow our membership, how?  Do we retain our existing
4     members?  It's all the issues around, you know, how do
5     we provide value to the customer who is our member.
6         Q.    Do you remember ever seeing any kind of
7     document that had bullet points or specific elements of
8     the Member Initiative?
9         A.    I don't recall.  I mean there could have been
10    a PowerPoint or something like that, but I don't recall
11    anything that.  I mean we've seen, you know, lots of
12    discussion.  You know, today, if we fast-foreword, twice
13    our size and lots of things like that, but I don't
14    recall specifically what the handouts have been or
15    anything like that.
16        Q.    Is the effort to offer legal services part of
17    the Member Initiative?
18        A.    Yes, it is.
19        Q.    And how is that part of the Membership
20    Initiative?
21        A.    Well, it's another resource that we could
22    provide to them we believe.  Again, it's a need that's
23    not being met.  It's expensive.  It's a continuation of
24    the things we're doing.  So it's just a logical thing
25    for us to get involved, and we think that would be an
```

1    enhancement of the membership with CAI.  We think that's
2    an important issue.
3        Q.    Do you believe that if CAI is able to offer
4    legal services to its members, that would drive new
5    membership to the organization?
6        A.    I think it would be hard to quantify the
7    exact numbers, but I think it would be perceived as
8    value added.  So I think it would be an enhancement to
9    the current offerings that we do have, surely.
10       Q.    So you wouldn't dispute that part of CAI's
11   goal with offering legal services is to either gain new
12   members or to retain existing members?
13       A.    I think that's a fair statement, but I don't
14   think that's the only reason we want to do it.
15       Q.    I'll ask you about another term.  Does the
16   term Super Membership, capital S, capital M, have
17   meaning to you?
18       A.    Yes.
19       Q.    And what do you understand Super Membership
20   to be?
21       A.    Super Membership is a, is a category of
22   membership that we talked about, that we talked about in
23   saying is there an opportunity perhaps to distinguish,
24   you know, the services we offer among the membership, so
25   having tiers of service.  So if you're a super member,

521

1    you may get these level of services and products.  If

2    you're not a Super Membership, you get these level of

3    services and products.  So it's basically a

4    differentiation in perhaps what we offer.  We haven't --

5    it's just been talked about though.

6         Q.    So to understand from your testimony then,

7    that at present there's just one tier of membership?

8         A.    That's right.

9         Q.    What's the status of that effort to

10   potentially put in place a Super Membership?

11        A.    I would say it's in, you know, it's still

12   being discussed, you know.  We're looking at, you know,

13   different models today, for example, on how we charge

14   members.  So there's lots of activity around, you know,

15   discussions around that, but no definitive answers have

16   been reached.

17        Q.    Would legal services be part of a regular

18   membership or a Super Membership?

19        A.    You know, I believe that legal services

20   probably, a level of legal services would be embedded in

21   the base membership.  It's not designed to be something

22   that is exclusively for a subset of the membership.

23        Q.    Would CAI, if it's successful in this

24   litigation and can offer, is then allowed to offer legal

25   services to its members under law, would CAI increase

1    its membership fee rate in connection with the offering
2    of legal services?
3        A.    There's been discussion about that, but
4    there's also discussion that that wouldn't be necessary,
5    that we likely wouldn't do that, that some of the extra
6    work we could do by having legal opportunities would
7    offset the additional cost of hiring the lawyers.  So no
8    determination has been made about that.  But intuitively
9    you would think, we might could.  We have a relatively
10   low membership fee today compared to the value you get.
11   I mean it's, it's shockingly low.  I think the minimum
12   is like $800 or something, and so I think the idea could
13   be that you could do that.
14       Q.    Another term from the minutes is 2X.  Does 2X
15   have any meaning to you?
16       A.    It does.
17       Q.    What does that mean?
18       A.    It means we want, we want to be twice our
19   size.  We're trying to grow, and we're trying to again
20   make sure that we're a sustainable organization for
21   many, many years to come.  I mean this is an
22   organization that basically lives year to year.  I mean
23   the memberships have to renew every year.  People have
24   to sign up for trading every year, and there's, there's
25   no annuity here so to speak.

523

```
 1            So it's an organization that essentially has
 2   to be relevant every single year for a business to
 3   engage.  That's what we want to do.  So we're trying to
 4   always look for ways we can scale our business, increase
 5   our business, do more for the membership we have.  We
 6   also recognize it's also a game of how big you are.  So
 7   the bigger you are, the more sustainable you are in our
 8   opinion.
 9        Q.    The bigger you are meaning the membership
10   base?
11        A.    That's correct.
12        Q.    Is 2X something different than the Membership
13   Initiative?
14        A.    I think that would be, I think 2X could be
15   sort of a -- Membership Initiative to me is this broad
16   context about the general strategy of the business.
17   Okay.  You know, everything revolves around the member,
18   what are we doing to better support the member.  It
19   seems to me as I think about it, 2X has sort of evolved
20   as kind of a, you know, a theme that we can latch onto.
21   You know, it's a concept we can all grasp onto.  So
22   it's, they're not dissimilar, but they're not exactly
23   the same.
24        Q.    Would it be fair to say that 2X is the goal
25   and the Member Initiative is how you reach the goal?
```

524

1      A.    Yeah, I think when we talk -- well, I

2  wouldn't say yes.  I would just say that 2X is a concept

3  that we've come up with to say we play above our weight

4  today.  We want to continue to do that, and we want to

5  continue to grow, and we have an aspirational goal of

6  being twice our size.

7      Q.    Would, is this legal services project part of

8  2X?

9      A.    It is.

10      Q.    And when I say legal services project, you

11  recognize that as a term that's been used at CAI to

12  reference this litigation and the related issues?

13      A.    The issue we're talking about here today.

14      Q.    Okay.  If CAI is successful in this

15  litigation, do you think that or is it -- strike that.

16      If CAI is successful in this litigation, is

17  it your intent that Medical Mutual would, would engage

18  CAI to offer legal services to it?

19      A.    I would say yes.  I mean we would expect it,

20  so on issues that we think that are employment related,

21  that we think that we can get CAI to help us with, we

22  absolutely would do that.

23      Q.    And you forecast my next question I think.

24  What kind of legal issues would it be your intent that

25  Medical Mutual would utilize CAI's legal services

1    offerings?

2         A.    I think developing employee contracts.    I

3    think, you know, dealing with, you know, separations and

4    terminations, that would be one area.    You know, I think

5    interpreting exempt and non-exempt people, who those

6    might be would be, would be another area.    You know,

7    interpreting, you know, these new Family Leave Acts,

8    things like that, those, that would be an area.

9              It's, the thing that CAI offers, they have a

10   breadth and depth of knowledge about what's going on

11   with employee-related issues.    And it's like, you know,

12   getting to a part of a project and saying, you know,

13   it's like entering a new county, you know, when we get

14   to these legal issues that says, oh, I can only work in

15   Wake County.    You know, if your issue goes to Durham

16   County, I have to stop.    And so it's a frustrating

17   thing, and they've got all this expertise, and yet we

18   can't step across the line into the next county and

19   help.    And so I think we at Medical Mutual would

20   absolutely take advantage of the services.

21        Q.    Let me ask you the flip side of the question.

22   If CAI is not successful in this litigation, do you

23   think Medical Mutual would cancel its membership in CAI?

24        A.    I don't think we would cancel our membership

25   in CAI most likely.    Because I, I think, you know, we

1    have within our capabilities, I mean because, I mean

2    let's face it.  We use more lawyers than most companies.

3    And so I think we understand when it's time to call a

4    lawyer and when it's not time to call a lawyer.  A lot

5    of businesses out there are not as sophisticated as

6    Medical Mutual.  They don't have that knowledge.  They

7    don't -- and so there's a big gap in my opinion about

8    what's being offered and what people don't know that's

9    being offered.  So that's, that's the void I think we're

10   trying to fill here.

11       Q.    What's your basis for your belief that there

12   is that gap that you just described?

13       A.    Well, I grew up in a small town, okay, in

14   North Carolina.  And I can look back at the businesses

15   that I was engaged with and the sophistication of those

16   businesses based on, you know, the work I did in the

17   summer, the families that I knew.

18           I look at today, even some of the boards I

19   sit on, and I look at the dilemma they face sometimes

20   when they get to an issue related to employees.  And

21   they feel like, you know, they don't, they think, oh,

22   well, I don't want to spend, you know, $2,000 for a

23   simple little question that is probably going to take

24   ten minutes, or I don't even know who to call, or I'll

25   just Google this, you know, that kind of thing.

1       So there's a big void I think particularly

2   for smaller businesses that is being unmet.  And it's,

3   and it's, it's counterproductive to all of us.  I think

4   as a lawyer, I would hope that you would want, you know,

5   the best advice, the most solid advice.  You would want

6   things to be done in the best way possible.  That's

7   really what we're trying to accomplish at CAI with this

8   service.

9       Q.    Is that, your perception of that gap or that

10  void, is that based on any kind of study or analysis

11  that you've seen or based only on your, those personal

12  experiences that you've just described?

13      A.    It's 40 years of being in business.

14      Q.    Okay.  We, we discussed earlier the line of

15  business of CAI Services Corporation.

16      A.    Yes.

17      Q.    And that it was involved in offering

18  background checks.  At an earlier time you said that it

19  had provided some media-related services --

20      A.    Right.

21      Q.    -- but that was a number of years ago?

22      A.    That's correct.

23      Q.    Do you have an understanding of whether the

24  expenses that are allocated to CAI Services Corporation

25  are only those expenses that relate to background

1    **A.**    **That's right.**

2    Q.    We've talked today and you've expressed or

3  you've given your testimony as to why you believe CAI

4  should be able to offer legal services.  Are there any

5  other reasons that you don't recall us talking about

6  today so far as to why you believe CAI should be able to

7  offer legal services to its members?

8    **A.**    **No, I think we've covered them.  I think**

9  **we've hit them all I think.  You know, cost excess,**

10  **quality, you know, depth of resource, singular purpose,**

11  **you know, those kinds of things.  I think we've talked**

12  **about them all.**

13    Q.    Okay.  When the board meets, does it always

14  approve the previous meeting's minutes?

15    **A.**    **Yes, we do.**

16    Q.    Okay.  I might be done.  Let me just check my

17  notes.

18        To your knowledge, has CAI's board budgeted

19  any particular amount of money for the development and

20  offering of legal services?

21    **A.**    **We have talked a little bit about that.  I**

22  **don't recall seeing any sort of performers or anything**

23  **on that, but in general terms we've talked about that.**

24    Q.    And describe for me then what you have in

25  general terms talked about.

Case 1:15-cv-00083-LCB-JLW   Document 113-2   Filed 05/22/17   Page 34 of 35

1     A.    We've talked about the additional expense it

2  might involve, you know, and that principally was

3  revolving we discussed around what the staffing model

4  might look like, you know.  So I think we've talked

5  about at that level, but we have not seen any specific

6  saying this is exactly what it's going to cost or this

7  is how it's going to impact the overall organization.

8     Q.    So what you have talked about, does that go

9  back to your testimony earlier that there were

10  discussions about a growth in membership --

11     A.    Yes.

12     Q.    -- may then fund the hiring of --

13     A.    Yes.

14     Q.    -- additional attorneys?

15     A.    Yes.

16     Q.    All right.  I don't have anything further.

17  Thank you very much for your time this morning.

18     A.    Thank you.

19     MR. BALENTINE:  I don't have anything.

20     MR. PHILLIPS:  No questions.  Okay.  We're

21    finished.

22        (DEPOSITION CONCLUDED AT 12:50 P.M.)

23          (SIGNATURE RESERVED)

24

25

530

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
                  CASE NO. 1:15-CV-83
 3

 4   CAPITAL ASSOCIATED INDUSTRIES,
     INC.,
 5
                  Plaintiff,
 6
          vs.
 7
     ROY COOPER; NANCY LORRIN
 8   FREEMAN; J. DOUGLAS HENDERSON;
     and the NORTH CAROLINA STATE
 9   BAR,

10                Defendants.

11

12

13

14            DEPOSITION OF BEVERLY BROWN

15               (Taken by Defendants)

16            Goldsboro, North Carolina

17            Friday, February 3, 2017

18

19

20   Reported by Lisa A. Wheeler, RPR, CRR

21

22

23

24

25
```

531

```
 1            P R O C E E D I N G S
 2               BEVERLY BROWN,
 3        being duly sworn, was examined and
 4              testified as follows:
 5                 EXAMINATION
 6   BY MR. RUSSELL:
 7        Q.    Good morning, Ms. Brown.
 8        A.    Good morning.
 9        Q.    We're here today for your deposition in
10   the matter of Capital Associated Industries versus
11   the North Carolina State Bar and other state
12   officials.  Could you please state your name for the
13   record.
14        A.    Beverly Brown.
15        Q.    And where are you employed, Ms. Brown?
16        A.    ClientFirst.  I'm not really employed
17   but this is my company.  Does that count?
18        Q.    Okay.  Well, that --
19        A.    ClientFirst and Brian's Transmissions.
20        Q.    Are you an owner of the business?
21        A.    My husband and I, yeah.
22        Q.    Okay.  And are --
23        A.    He pays the bills.  That's why I'm
24   having him to bring that thing in here.
25        Q.    Are you and your husband the only owners
```

1  attorney fee, but that's -- no, I didn't do much.

2      Q.    And what do you mean by the attorney fee

3  notes?

4      A.    Like when we had to pay outside

5  attorneys.  In case y'all asked about that I wanted

6  him to -- to pull up the expense of it and I --

7  that's -- I think that's the only one I could think

8  of and he pulled that one up.

9      Q.    Okay.  So you can think of one instance

10  of retaining an outside attorney and you were able

11  to obtain the amount you paid to that attorney?

12      A.    Right.  That I have.  We've had to hire

13  other -- other attorneys that's just as a business

14  and I don't know if he -- my husband would have to

15  find all of that stuff for how many we possibly

16  used, but the only one I've had to deal with is

17  personnel related.

18      Q.    Okay.  So do you believe your husband on

19  behalf of the business has had to deal with other

20  attorneys --

21      A.    Uh-huh.

22      Q.    -- for the business?

23      A.    Yeah.  I think it's standard stuff like

24  when you're starting a business having to meet with

25  them because we had to meet with attorneys over

1    just creating -- for us to buy another account
2    recently, to buy another business and so we had to
3    meet with them.  So I think it's all like business
4    related.  I don't -- we don't have any attorney
5    stuff except for signing off the business we
6    bought.  You know, that's all.
7         Q.    Okay.  What's your husband's name?
8         A.    He goes by Kip, K-i-p, Brown.
9         Q.    And does he have a -- a formal position
10   with the business other than owner?
11        A.    He don't have another title, but he
12   handles all of the funding and he does the bills --
13   I mean, pays the bills and gets -- paid -- makes
14   sure everybody gets paid every week.  Other than
15   that he don't have a whole lot to do here.
16        Q.    And what are your responsibilities at
17   the business?
18        A.    I have to run the whole business, the
19   whole -- all of the programs which is where our
20   staff are.  He handles all like fire -- fire
21   hydrants, all of -- everything safety, I mean, he
22   does all of that.  So I just handle people and the
23   policy, the programs that they work in.
24        Q.    Other than the printout page that your
25   husband brought to you a few minutes ago, is there

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 4 of 23

534

```
1    responded.   What do you mean by --

2         A.    Yeah, to the --

3         Q.    -- that?

4         A.    To just providing written information

5    about what we had done.   That declaration that's --

6    I think.   Didn't I bring that?   I was thinking one

7    of y'all said you had it or I brought it.   Here it

8    is.

9                   MR. PHILLIPS:   There it is.

10   BY MR. RUSSELL:

11        Q.    What I'm really trying to understand is

12   when you say responded, responded to what?

13        A.    Attorneys.   Sometime -- it was just

14   stuff that we needed an attorney for that we could

15   respond.   One in particular was -- that stands out,

16   it's probably the biggest one we had, we had a

17   couple of employees here who got written up for

18   something they had done and they got mad and they

19   both came in the next day and resigned.   And then

20   they started texting me and calling me at work and

21   they were violating HIPAA laws because -- because

22   they were still contacting clients that they had

23   no -- no relationship with at that point and had

24   them calling -- calling our MCO to make complaints

25   and it was just getting really ugly.   And I called
```

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 5 of 23

535

```
 1    and they were -- they gave me some basic

 2    information but mostly it included I'd have to get

 3    an attorney and then they referred me to an

 4    attorney I could use or attorney's office, not

 5    anybody in particular.

 6                        (BROWN EXHIBIT 83, Declaration of

 7           Beverly Brown, was marked for identification.)

 8    BY MR. RUSSELL:

 9         Q.    I'm going to hand you what's been marked

10    as Exhibit 83 in the case.

11                        THE WITNESS:  Is that yours?

12                        MR. PHILLIPS:  That's for you.

13    BY MR. RUSSELL:

14         Q.    Does Exhibit 83 appear to be a copy of

15    the declaration of Beverly Brown that you mentioned

16    earlier?

17         A.    Yes, sir.

18         Q.    And we'll go over this in some more

19    detail later, but the situation that you just

20    referenced with employees resigning and the HIPAA

21    violation, is that the situation that's discussed in

22    Paragraph 5 of your declaration?

23         A.    Yes.

24         Q.    Okay.  Same scenario?

25         A.    It is, yes.
```

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 6 of 23

536

1    Q.    All right.  You said that CAI asked you
2  to -- to submit a declaration.  Who at CAI asked you
3  to do so?
4    A.    I'd have to look back at my -- all my
5  e-mails to find out.  I don't know.  I just know
6  they called and asked if I was interested because
7  it's kind of frustrating for us that we weren't
8  able to get an attorney.  I thought that was part
9  of our package and we could get attorney services
10  through there, but then that's when I found out
11  they were limited really in what they could do for
12  us.
13    Q.    Did that request come in to you or to
14  your husband, do you know?
15    A.    It would have been to me.
16    Q.    Okay.  Have you been the primary person
17  at the company that interfaces with CAI?
18    A.    Uh-huh.  I'm the only person.  My
19  husband doesn't do it.
20    Q.    Okay.  As you have reviewed your
21  declaration in advance of this deposition, did you
22  see anything in there that you thought wasn't
23  accurate?
24    A.    Uh-uh.  I did not.
25    Q.    So as far as you know everything in the

1    every employee you have, but what in general are

2    the -- the classifications or job duties of your

3    employees here?

4         A.    We have a psychiatrist and we have

5    outpatient therapy.  The psych -- psychiatric --

6    the psychiatric doctor, she does like mental health

7    and -- they're like a comprehensive clinical

8    assessment that the therapist does, but she does

9    the med management and then the therapists are the

10   ones who evaluate them, you know, just offers

11   outpatient services on a regular basis.  And both

12   the doctor and the therapist refer to the programs

13   that we have which is ACT and Supported Employment

14   so we get a lot of clientele from there and then

15   Eastpointe refers people over.

16        Q.    Okay.  Do you only offer services at

17   this location or do your folks go out to other sites

18   as well?

19        A.    They don't go to another company site

20   because we don't have one, but they do go into the

21   community where the clients work and live.

22        Q.    And in general what's the description of

23   the services provided by ClientFirst?

24        A.    Assertive Community Treatment, which is

25   the ACT team, and Supported Employment, outpatient

538

```
1    therapy and med management.
2        Q.    And what does that mean Supported
3    Employment?
4        A.    There's a lawsuit that the Department of
5    Justice filed against the state for inappropriately
6    housing mentally ill patients and along with that
7    was we're going to run -- supposed to be running
8    side by side with the people who are doing the
9    transition to community living and so we started
10   doing that.  We're helping those particular -- that
11   population, the severe and persistent mentally ill
12   and substance abuse people, and that's who we get
13   employment for.
14       Q.    So do you help them actually locate
15   employment?
16       A.    Uh-huh.  We help them fill out resumes,
17   job applications, especially the ones on line now.
18   We help them with that.  We take them there.  We do
19   mock interviews.  Some want us to go in with them,
20   some want us to wait in the car.  Some want
21   hands-on help, some need it after they're hired and
22   so we provide that.  And we do job coaching and if
23   the clients don't want anything except us fill out
24   resumes, then that's all we do, but they have that
25   window right there of all the stuff that they can
```

Case 1:15-cv-00083-LCB-JLW  Document 127-4  Filed 06/30/17  Page 4 of 5

539

1       A.     Anybody in this office?

2       Q.     Well, who is it at the business?  So

3  whether that's someone in this office or otherwise.

4       A.     Well, Kip and I are the only two in the

5  business except our employees.  I'm trying to find

6  out if you're including employees or just the

7  owners.

8       Q.     Well, I don't know how your company

9  works so I -- I want to know that from you.  Is it

10  just you -- you and your husband or are there any

11  employees involved in that decision-making process?

12       A.     No, no other employees are involved

13  in -- uh-uh, not with decision-making stuff.

14       Q.     Okay.  Are you and your husband both

15  involved in making the decision that there's a legal

16  issue for which you need outside assistance?

17       A.     Yes, sir.

18       Q.     Do you think you're aware of all of

19  the -- the legal issues that the company has faced

20  since 2010?  And we use -- we've just used that date

21  in the litigation so I'll stick with it.  Are you

22  aware -- are you familiar with the legal issues the

23  company's faced since 2010 or do you think that your

24  husband may know of some legal issues the company's

25  faced that you don't know about?

1      A.      It would just be me and we haven't had

2  anything else.  We've had minor stuff on how to do

3  things and laws that come out, but that's stuff

4  that we can ask CAI and we -- we do that, but when

5  it gets to legal stuff we cannot.

6      Q.      Is the company involved right now in any

7  current litigation?

8      A.      No.

9      Q.      All right.  Any administrative

10 proceedings?

11     A.      No.

12     Q.      Are there any outstanding legal issues

13 right now that maybe just haven't risen to the level

14 of litigation?

15     A.      No.

16     Q.      So no ongoing dispute with an

17 employee --

18     A.      Nothing.

19     Q.      -- or former employee --

20     A.      No.

21     Q.      -- or a vendor or a customer?

22     A.      No.

23     Q.      No issues right now between your company

24 and the government from a certification --

25     A.      No.

1     Q.    -- or program standpoint?

2     A.    We get audited very frequently.

3  Everybody that owns this kind of business gets

4  audited.  The state comes in on some -- for

5  programs the state comes in about every couple of

6  years for each one of the programs and they do a

7  fidelity review.  We have a national accreditation

8  with CARF.  They come every three years.

9     Q.    And is that because of the concern of --

10  the risk of Medicare or Medicaid fraud --

11     A.    No.

12     Q.    -- those kinds of issues?

13     A.    No.  Mostly it's required.  Like when

14  you have this business the MCO and the state, they

15  just -- they put it in the service definition which

16  is what we go by to provide the service, that's

17  whatever it tells us, and they require, you know,

18  all the positions.  You don't get to pick people

19  that are the best workers.  They have to have a

20  certain education level, criteria and experience

21  that the state requires.  And then we just have to

22  find those people.

23     Q.    You have already mentioned briefly, and

24  we'll talk about it more, but the situation in

25  Paragraph 5 of your declaration.  Is it correct --

1   correct that you had to -- you ended up engaging

2   outside counsel in that matter?

3       A.    (Nods head).

4       Q.    Has there been any other time since 2010

5   that the company has engaged outside counsel other

6   than as it relates to corporate formation --

7       A.    No.

8       Q.    -- matters?

9       A.    No.

10      Q.    Has there been any time since 2010 that

11  you thought the company had a need to engage outside

12  counsel but you did not?

13      A.    We have.

14      Q.    All right.

15      A.    I don't know if I could give you too

16  much specifics, but I know, you know, we try do a

17  lot of stuff on our own.  We had problems with --

18  with DSS violating the rights of our clients and, I

19  mean, nobody was willing to help.  The state,

20  nobody would participate in that.  But we did that.

21  We didn't think about hiring an attorney because we

22  would have to hire an attorney for all of those

23  clients and that would have been really expensive.

24          And what else?  What other part of the

25  question?  I feel like I'm not answering everything

543

```
1    don't have to -- we don't have to get anybody to do
2    that because I've done that a lot.  I know how to
3    do that.
4         Q.    Okay.  So the -- on the Workers' Comp
5    matter CAI was able to help you with that?
6         A.    (Nods head).
7         Q.    Okay.
8         A.    They did help me with little stuff but
9    it goes -- once it goes to the legal department --
10   they'll refer me over there, some of the people
11   will, to see if they can help me if it's maybe a
12   little on the fence, but it's really just been us
13   having to do that.  Sometimes we call like Cooper
14   Standard.  My husband retired from there and we
15   know the HR manager there so sometimes we would
16   call her and ask her HR stuff.
17        Q.    Okay.  You mentioned the problems with
18   DSS violating the rights of clients.  If I
19   understood you correctly, that's not so much a --
20   that -- that ClientFirst had that legal issue but
21   you thought the -- the clients that you work with
22   had a legal problem that you wanted to help them out
23   with?
24        A.    Yes, because they're incompetent.
25        Q.    Okay.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-3   Filed 06/16/17   Page 7 of 18

544

1   unless you paid them time and a half and, you know,

2   we had a problem because we were trying to figure

3   out how we're going to handle all the community

4   people. So they sent us stuff out on that which

5   was helpful.

6        Q.   Did you have any further consultation

7   with CAI once they sent you that information?

8        A.   No. Fortunately, we -- they -- they

9   sent out an e-mail the next day or two and were

10   like, well, never mind, they didn't do it. They

11   didn't pass it. But in the meantime, yeah, we were

12   getting revved up so --

13        Q.   Yeah. Okay. So that issue at least for

14   now is off the table?

15        A.   Yes.

16        Q.   Good. Good. The instance that's

17   addressed in your declaration where the company did

18   retain outside counsel, do you know whether you paid

19   those attorneys on an hourly basis or a flat fee

20   basis?

21        A.   They -- he told me it was an hourly

22   basis, like $350, the attorney did.

23        Q.   Okay.

24        A.   And I was trying to think how much it

25   cost total but right around $600.

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 11 of 23

545

1     Q.    So other than that $600 do you know

2  whether your company -- and I'm putting the -- the

3  corporate formation issues to the side.  But on

4  employment or HR-related legal issues has your

5  company spent any money other than that $600 for

6  legal services since 2010?

7     **A.    No, nothing where we -- we had to hire**

8  **an attorney.**

9     Q.    Okay.  Has the company ever determined

10  it had a need to go to court over a legal issue but

11  it was unable for whatever reason to go to court?

12     **A.    Probably the same three clients that DSS**

13  **got rid of.  If we'd have had the money or could**

14  **have found the money, we would have probably paid**

15  **for them to go.**

16     Q.    Paid for those client -- those -- your

17  clients --

18     **A.    Those clients --**

19     Q.    -- to go to court to challenge what DSS

20  was doing to them?

21     **A.    Uh-huh.**

22     Q.    Is that right?

23     **A.    Yeah.  Wanted them to be able to go and,**

24  **you know, speak for themselves where they wanted**

25  **services from.  I don't know that you're familiar**

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 12 of 23

546

1     Q.    Okay.  So as you just described, is that

2  your understanding of CAI's mission?

3     A.    Is to help with human resources.  That's

4  what I -- that's what I call them for.  I don't

5  know if they do other stuff or not, but that's what

6  I do.  They do training too.  I know that.

7     Q.    When did -- when did ClientFirst join

8  CAI?

9     A.    Seems like it's been -- this might be

10  the third year.

11     Q.    Who is it that made the decision to

12  join?

13     A.    Me.

14     Q.    Do you -- do you make the decision every

15  year as to --

16     A.    Yes.

17     Q.    -- whether or not to renew the

18  membership?

19     A.    Yes.

20     Q.    And have you thought at any point over

21  the last couple years about cancel -- cancelling or

22  not renewing the membership?

23     A.    No.  I mean, we want to still keep it

24  for the items that we do need it for.  I mean,

25  there is, you know, stuff that they can handle in

```
 1    house, but we just -- yeah, the legal part where
 2    they -- you know, they would have to stop and say,
 3    well, you know, this goes to legal and we're not
 4    allowed to handle that so -- and, you know, they
 5    just refer us out which is nice.  They give us some
 6    choices at least on who to -- who they refer to.  I
 7    think they give us two or three choices.  So
 8    that's...
 9         Q.    Is it your intention as you sit here now
10    to remain a CAI member for the indefinite future?
11         A.    Uh-huh.
12         Q.    Is that yes?
13         A.    That is a yes.
14         Q.    And is it -- do you intend to remain a
15    CAI member whether or not CAI is successful in this
16    lawsuit?
17         A.    Sure.
18         Q.    You testified earlier if I understood
19    you correctly that you thought receiving an -- an
20    attorney was part of the package that CAI offered
21    when you joined, is that right?
22         A.    Yeah.  I thought we could get legal
23    advice from them.
24         Q.    And what made you think that at the
25    time?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 13 of 23

548

1     Q.    When you said they gave you some

2  options, what did you mean by that?

3     A.    They -- I mean, she said I could -- I

4  could -- if they had their own place I could

5  contract them to come in here and work for our

6  company or I -- my other choice was to pay them

7  salaried positions with benefits.

8     Q.    Okay.  Are you familiar with the fact

9  that CAI has created and registered with the North

10  Carolina State Bar a prepaid legal services plan?

11     A.    No.  I don't know about that.

12     Q.    Do you know what a prepaid services --

13  prepaid legal services plan is?

14     A.    No.

15     Q.    And never heard about that in connection

16  with CAI?

17     A.    I have not.

18     Q.    If CAI is able to offer legal services

19  if it's successful in this litigation, would you be

20  willing to pay a higher membership fee to receive

21  legal services?

22     A.    I would talk to my husband about it, but

23  it depends.  I would have to look at how much usage

24  we are getting and -- and just see if that was

25  something feasible.  But we probably would I'm

Case 1:15-cv-00083-LCB-JLW  Document 121-3  Filed 06/16/17  Page 9 of 18

549

1    A.    Uh-huh.

2    Q.    Okay.

3    A.    I had to look up a lot of dates because

4  I didn't remember them but...

5    Q.    That's because you wanted to make sure

6  what's in here is accurate --

7    A.    Uh-huh.

8    Q.    -- is that right?

9    A.    Yes, sir.

10   Q.    Ultimately as you've testified you

11 retained the Ogletree Deakins firm with respect to

12 these two former employees, is that right?

13   A.    Yeah.

14   Q.    And they billed you about $600 for legal

15 services, is that right?

16   A.    Uh-huh.

17              (Reporter asks for verbal answer.)

18 BY MR. RUSSELL:

19   Q.    Is that yes?

20   A.    Yes.

21   Q.    And what -- what -- what did they do in

22 the matter?  And -- and what I mean that -- and let

23 be be clear.  I don't -- I don't need and want to

24 know about communications you had with Ogletree

25 Deakins as your attorneys.

1   A.  Okay.

2   Q.  But what I would like to know is what

3 happened in the matter. For instance, did they send

4 a letter to these employees? Did -- was a lawsuit

5 filed? What was the process?

6   A.  First Jordan sent -- had her attorney

7 send a letter to us, her friend attorney, asking

8 for her personnel records and stuff like that. And

9 I know the guy at Ogletree sent her attorney a

10 letter and sent us a copy of it and it's basically

11 saying that -- that we're not in the habit of

12 releasing personnel records for no reason and he

13 attached to that attorney all the stuff that she

14 had done wrong, all of the -- all of the

15 documentation that we had. And he reviewed all

16 that and then he sent the letter to her attorney

17 and we didn't hear from her anymore.

18   Q.  Okay. So Jordan is the first name of

19 one of the two former employees?

20   A.  Jordan Carrasquillo.

21   Q.  Was Jordan the nurse or the qualified

22 professional?

23   A.  She was the qualified professional.

24   Q.  And so Jordan had an attorney friend of

25 hers send a letter --

Case 1:15-cv-00083-LCB-JLW Document 113-3 Filed 05/22/17 Page 15 of 23

551

1     A.    No, sir.

2     Q.    Okay.  So as -- as far as you know as we

3 sit here today are both of those situations with the

4 nurse and with the qualified professional resolved?

5     A.    Yes, sir.

6     Q.    Did you have any prior experience

7 working with the Ogletree Deakins firm before this

8 one situation?

9     A.    No, sir.

10    Q.    Have you had to work with them any since

11 this one situation?

12    A.    We did and I can't remember what it was

13 for.  I sent a question over there and the attorney

14 that -- I don't remember his name, and I think I

15 found it the other week when I was looking through

16 it, but he did -- he did a letter or something for

17 us.  I think it was a letter.  But, anyway, I -- I

18 e-mailed him back and asked him for his fee he

19 charged so we could pay him and he said not to

20 worry about it, just -- just remember him the next

21 time we needed an attorney.

22    Q.    Do you recall what the -- what kind of

23 legal issue or situation was involved when you

24 needed the attorney to do another letter?

25    A.    I don't remember.  I really don't.

Case 1:15-cv-00083-LCB-JLW  Document 113-3  Filed 05/22/17  Page 16 of 23

552

1  Q.  Was it like an -- an employee issue or a

2  vendor or client issue?

3  A.  If I had to guess, I would say it was an

4  employee issue, but I don't remember what it was.

5  Q.  Okay.  In any event, at least you didn't

6  have to pay for that one, is that right?

7  A.  That's right.

8  Q.  So that's the only other time you've had

9  to use the Ogletree Deakins firm, is that right?

10  A.  Yeah.  That's the only time.

11  Q.  If you had another legal issue arise,

12  would you then most likely go to -- to that firm?

13  A.  Right now I would, yes, sir.  But if CAI

14  could do it, I would contact them, especially if it

15  comes with my -- membership is what I call it.  I

16  don't know if that's what it's called.

17  Q.  Okay.  Paragraph 6 of your declaration

18  you write, this is extremely disappointing to me

19  because it dramatically decreases my management

20  efficiency having to bring an outside professional

21  into the issue as well as significantly increases my

22  cost to do so.

23  First, did I read that right?

24  A.  Yes, sir.

25  Q.  What does that mean that it was

1   you'd called CAI with this issue about the two

2   former employees?

3       A.    That could be definitely accurate.  I --

4   you know, I would definitely have to look back to

5   make sure but -- because my concept of time is

6   really bad.  But it might have been because we had

7   talked about doing it anyway, but we didn't ever

8   have any -- enough money and then we -- we joined.

9   But I don't -- I don't remember it being that close

10  together but it's possible.

11      Q.    You said we talked about doing it.  Di

12  you mean talked about --

13      A.    Like --

14      Q.    -- getting some legal assistance to deal

15  with these former employees?

16      A.    Uh-huh.  So we could -- could have.

17      Q.    Going back to Paragraph 6, I want to

18  understand what you mean by it dramatically

19  decreases my management efficiency.  Would you

20  explain what you mean by that?

21      A.    Well, I have to -- I have to spend a lot

22  of time on line looking up stuff and trying to find

23  out -- you know, without having to pay anything

24  extra, especially an attorney, to try to find

25  somebody else that knew the answer, see what the

1    consensus is on an online search, you know, what I

2    find regularly.  And the girl that I used to ask

3    stuff from Cooper Standard, she -- she was the HR

4    manager there, but she doesn't work there anymore.

5    She doesn't work in HR.  I had called her a couple

6    of times and she just told me what she remembered

7    how it was but -- I don't know.  You know, I wasn't

8    sure how accurate that was but we try to -- you

9    know, we look everywhere else before we try to hire

10   an attorney.

11       Q.    All right.  So time on line looking up

12   stuff.  What kind of stuff are you talking about?

13       A.    Would be legal stuff, contracts, OSHA,

14   they all -- everything that we have to do because

15   like for our -- like -- I don't know if everybody

16   has to do it, but for our business we have to do

17   fire drills and bomb threats and a couple of other

18   drills I can't even remember.  Inclement weather.

19   We have to do all that stuff and we have to do it

20   so it --

21       Q.    Are those the kind of issues that now

22   that you're a member of CAI you can call their A and

23   R hotline about?

24       A.     I do call -- I don't know if that's what

25   it's called.  I do call them, yes.

1     Q.    So those are the kind of things CAI now

2  after you joined them can help you with, is that

3  right?

4     A.    If they can't, they tell me.  I usually

5  talk to Emily.  I think she's -- I don't know if

6  she's assigned to us or if I just get her most

7  times but she always tells me what I need to do and

8  she'll tell me, you know, that sounds like a -- a

9  legal issue, I'm not sure so I'll send you to so

10  and so.  Then she'll put it through to one of the

11  attorneys and then they'll let know if it's a legal

12  issue and that they can't help or they can

13  recommend somebody that can.

14     Q.    Okay.  Then the last part of that

15  sentence references significantly increases my cost

16  to do so.  So could you explain to me what you mean

17  with that phrasing.

18     A.    I'm just thinking like $600 extra for an

19  attorney so it's -- it's definitely -- I mean, I

20  could have just used something I came up with, you

21  know, from my research and stuff like that, but it

22  does bother me if the -- if the legal staff there

23  can't look over it and let me know if it's -- if

24  what I'm doing is legal and give me suggestions for

25  what's not.  And also, I mean, like they can't send

556

1    you had complained to somebody.  Tell me about that.

2       A.    I'd have to remember what sentence it

3    was.  Tell me what -- what we were talking about

4    and I'd probably remember.

5       Q.    I think if I recall your testimony you

6    said that you complained to someone and then CAI

7    asked you to submit a dec -- or to do a declaration.

8       A.    Yeah.  Whenever somebody -- I think it's

9    just when somebody answered the phone and I was

10   asking those questions and then they forwarded me

11   to the legal department and whoever told me that

12   they couldn't help me and had to refer me out,

13   that's -- that was -- that was aggravating.

14      Q.    Okay.  And so that's the -- so that's

15   the situation in Paragraph 5 then with the two

16   employees -- the former employees?

17      A.    Uh-huh.

18      Q.    Okay.  All right.  I'm going to show you

19   what was previously marked as Exhibit 77.

20      A.    You're going to give all this to me?

21      Q.    This is -- I will represent to you that

22   this is a document that was produced in the case by

23   CAI, that it has described as a log of calls to the

24   advice and resolution service that were referred to

25   or involved an outside attorney from mid 2013 to mid

1   2016 and that's in the top left of the first page if
2   you see that.  I take it this is not a document
3   you've seen before?
4        A.    I didn't see it in this size.  That's
5   for sure.
6        Q.    Okay.  If I could ask you to turn to
7   Page 24 because there are some entries on this log
8   from your company that I want to ask you about.
9        A.    Okay.  You said 24 -- Page 24?
10       Q.    Yes, ma'am.
11       A.    These glasses don't help a whole lot.
12             MR. RUSSELL:  Do you want a copy,
13       Reid?  I've got more copies.
14             MR. PHILLIPS:  No.  I think I'll --
15       we'll let you keep it.  Do you want to see it?
16             MR. CLARKE:  (Shakes head).
17       A.    This is coming apart as I mess with it.
18             MR. PHILLIPS:  That's okay.  Don't
19       worry about it.  Just get to where he wants
20       you to go.
21       A.    I'm there, I think.  Page 24?
22       Q.    Yes, ma'am.
23       A.    Okay.
24       Q.    Do you see that there are three entries,
25   126, 127 and 128 for ClientFirst?

1        A.      Uh-huh.

2        Q.      Is that a yes?

3        A.      Yes, sir.

4        Q.      All right.   The -- in the second line

5   the title line it reflects that the call to CAI came

6   from executive director?

7        A.      That's me.

8        Q.      Okay.   Good.   And I want to ask you some

9   questions mainly about Column H, the detail column

10  for each call.   The first one here is on -- is on --

11              MR. PHILLIPS:   H.

12       A.      I'm just thinking this is a long time

13  ago.   I'm trying to remember all of it.   Okay.

14       Q.      Yeah.   The first one is a call from

15  November 20th, 2014.   At least that's what the log

16  says.   So maybe the easiest thing to do is just if

17  you'll review Column H quickly and then I can ask

18  you some questions.

19       A.      (Complies).

20       Q.      Have you read through that information

21  in Column H?

22       A.      Yeah.   Yes, sir.

23       Q.      All right.   Focusing on the entry at 126

24  so the first of the three entries --

25       A.      Uh-huh.

```
 1        Q.    -- is that the same situation we've
 2   already talked about that's discussed in Paragraph 5
 3   of your declaration with the two former employees?
 4        A.    Paid.
 5        Q.    I think you're in the wrong column.
 6        A.    This is H.
 7        Q.    Or you're in the wrong line.
 8        A.    That might be.
 9        Q.    Yeah.  It should be three in a row in
10   the middle of the page.
11                  MR. PHILLIPS:  May I point?
12                  MR. RUSSELL:  Yes, please.
13                  THE WITNESS:  Yeah.
14                  MR. PHILLIPS:  So he's asking about
15        this block and this block --
16                  THE WITNESS:  Okay.
17                  MR. PHILLIPS:  -- and then that's
18        the last one.
19                  THE WITNESS:  Okay.  Yeah.  I know
20        what -- I know what that block is.
21                  MR. PHILLIPS:  Okay.
22                  THE WITNESS:  They're probably all
23        the same -- related to the same thing
24        probably.
25   BY MR. RUSSELL:
```

Case 1:15-cv-00083-LCB-JLW   Document 113-3   Filed 05/22/17   Page 20 of 23

```
 1        Q.    Well, and that's what I want to
 2   understand.  So starting with -- with Line 126 which
 3   is a November 20th --
 4        A.    Uh-huh.
 5        Q.    -- 2014 call --
 6        A.    Right.
 7        Q.    -- is that the same situation we've
 8   already discussed that's in Paragraph 5 of your
 9   declaration?
10        A.    Uh-huh.
11        Q.    The two former employees?
12        A.    Yes.
13        Q.    All right.  There's a reference in that
14   entry, it says, have already sent a cease and desist
15   letter.
16        A.    Correct.
17        Q.    So help me understand what that means.
18   Did -- did you send a --
19        A.    I did.
20        Q.    So before you ever called CAI you had
21   put together a letter to one or both of the former
22   employees?
23        A.    I called CAI to ask them like what can
24   I -- what can I do about these employees and how
25   best is it to handle it to get them to stop what
```

1  programs that they're signing something saying I
2  realize there was other places I could get the
3  service, but this is where I want it.  But for some
4  reason nobody has done anything about her doing
5  that and they still don't.
6      Q.    Okay.  The second entry for ClientFirst
7  which is on Line 127 --
8      A.    Okay.
9      Q.    Let's -- these are not in date order so
10 let's actually skip to the third entry, Line 128.
11 You see it is for a November 26th, 2014 call?
12     A.    Uh-huh.
13     Q.    And is that, again, about the same
14 situation with the two former employees?
15     A.    Uh-huh.
16     Q.    Is that a yes?
17     A.    It is, yes, sir.
18     Q.    All right.  And who is Matt Keen?
19     A.    I'm not sure.  I'm trying to think if he
20 was the attorney's -- the name definitely sounds
21 familiar but I don't remember -- I don't remember
22 what he did or anything.  Is this -- does the
23 comment below tell me anything?  Is that related to
24 that same --
25     Q.    I believe 129 is a different member's

1    Q.    No.   I'm sorry.   This entry.

2    A.    **Is everything to do with this square**

3  **right now?**

4    Q.    Yes.

5    A.    **Okay.**

6    Q.    This line in particular.

7    A.    **Okay.**

8    Q.    Box H.  Do you see it begins, many

9  issues with this former employee?

10    A.    **Uh-huh.**

11    Q.    Does that entry, again, relate to this

12  situation with the two former employees that's in

13  Paragraph 5 of your declaration?

14    A.    **Yes, sir.**

15    Q.    Okay.

16    A.    **I've never had anybody else cause that**

17  **kind of trouble.**

18    Q.    All right.  So this -- this also has the

19  name of Phil Strach or Strach, S-t-r-a-c-h.  Do you

20  see that?

21    A.    **Uh-huh.  Yes, sir.  And I think he's at**

22  **the same place that this other guy was that we were**

23  **just talking about because one of them -- one of**

24  **them referred me over to the other one for some**

25  **reason.  And I don't know if it's because one of**

563

1      Q.    Have you ever seen any documents

2  prepared by CAI that describe its plan or its

3  proposal for offering legal services to members?

4      A.    Not seen a plan for them to do that, no.

5      Q.    Do you have any information as to how if

6  CAI were to be successful in this lawsuit it would

7  actually go about the process of offering legal

8  services?

9      A.    I'm -- I'm assuming that's what they're

10  doing the lawsuit for, that they want to be able to

11  provide legal services.

12      Q.    And what I want to just make sure is

13  that if you -- if you knew anything about how they

14  actually would go about doing that, that is, how

15  they would actually offer legal services that I can

16  ask you questions about that.

17      A.    I don't.  I mean, I know that they have

18  to get approved to do it first.  I know that.  And

19  I don't know what they're going to do after that.

20  I'm assuming that they would offer legal services

21  if they won the case.

22      Q.    Okay.  Do you know why it is that CAI

23  wants to provide legal services?

24      A.    I can speak for myself.  Maybe other

25  people have the same problem.  Just needing more

 1   immediate help than what you can get from an

 2   attorney and then -- or maybe not from an attorney

 3   but doesn't cost -- you know, doesn't cost us

 4   anything to call them and get them to help with

 5   stuff.  And, yeah, if -- especially if it was

 6   something simple like sending a letter to another

 7   attorney.

 8        Q.    So do you think that issue that you

 9   could -- they could provide you assistance at a, you

10   know, cheaper or quicker basis, do you think that's

11   a violation of the United States Constitution?

12                 MR. PHILLIPS:  Well, objection to

13        form.

14                 THE WITNESS:  Do what?

15                 MR. PHILLIPS:  You may answer.  I

16        put an objection to -- to the question but

17        you -- you can answer.  And he'll repeat it

18        for you if you want him to.

19        A.    Okay.  Ask me again.

20        Q.    Okay.  Sure.  Do you -- do you think

21   that the -- the fact that you believe you can --

22   that you could receive legal services from CAI

23   cheaper on a -- on a quicker basis or for some other

24   reason, the fact that you can't receive those

25   services right now, is that a violation of the

```
 1    United States Constitution?
 2                    MR. PHILLIPS:   Objection.
 3         A.    I don't know the answer to that
 4    anyway --
 5         Q.    Okay.
 6         A.    -- if it's a violation of the
 7    Constitution.
 8         Q.    Okay.  Is there any other reason that we
 9    haven't talked about today already why you think CAI
10    should be allowed to offer legal services to its
11    members?
12         A.    It just seems like to me that that's
13    part of any -- like HR departments always have to
14    handle legal issues anyway and that's what they
15    are.  They're a human resource company that
16    provides a lot of services and keeps us updated on
17    policies and things like that so it would -- it
18    just makes sense to me that they could do it there
19    and then they always would keep -- obviously they
20    keep records of the things that we call for and
21    what we do with it so they would be familiar with
22    us already and what we've done.
23         Q.    Okay.
24                    (BROWN EXHIBIT 84, Customer Request
25         Profile, was marked for identification.)
```

1              IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2
                  CASE NO. 1:15-CV-83
3

4   CAPITAL ASSOCIATED INDUSTRIES,
    INC.,
5
                Plaintiff,
6
         vs.
7
    ROY COOPER; NANCY LORRIN
8   FREEMAN; J. DOUGLAS HENDERSON;
    and the NORTH CAROLINA STATE
9   BAR,

10              Defendants.

11

12

13

14         DEPOSITION OF WILLIAM TROXLER, JR.

15              (Taken by Defendants)

16            Raleigh, North Carolina

17          Thursday, February 2, 2017

18

19

20   Reported by Lisa A. Wheeler, RPR, CRR

21

22

23

24

25

```
 1                   P R O C E E D I N G S
 2                  WILLIAM TROXLER, JR.,
 3            being duly sworn, was examined and
 4                  testified as follows:
 5                      EXAMINATION
 6   BY MR. RUSSELL:
 7        Q.    Good afternoon, Mr. Troxler.
 8        A.    Good afternoon.
 9        Q.    Just met you.  My name is Steve Russell
10   and I'm here on behalf of the North Carolina State
11   Bar in this litigation.  For the record, could you
12   please state your full name.
13        A.    It's William Finch Troxler, Jr.
14        Q.    And where are you employed, Mr. Troxler?
15        A.    At Troxler Electronic Laboratories.
16        Q.    What is your position at Troxler
17   Electronic Laboratories?
18        A.    I am president and chairman of the
19   board.
20        Q.    What is the -- your business address?
21        A.    The street address is 3008 Cornwallis
22   Road, Research Triangle Park, North Carolina.
23        Q.    Have you ever been deposed before?
24        A.    Yes.
25        Q.    How many times have you been deposed?
```

Case 1:15-cv-00083-LCB-JLW   Document 121-4   Filed 06/16/17   Page 2 of 12

568

```
 1        Q.     In addition to your deposition did you
 2   testify in court in that matter?
 3        A.     Did not.
 4        Q.     Do you recall the court in which that
 5   matter was pending?
 6        A.     I really don't think it got that far.
 7        Q.     Okay.  Was a lawsuit filed?
 8        A.     I do not recall.
 9        Q.     Okay.
10        A.     I don't think it was.
11        Q.     For the -- the -- the HR matter, did --
12   did your company retain counsel to defend it?
13        A.     Yes.
14        Q.     And in the patent matter was -- I assume
15   your company retained counsel?
16        A.     Yes.
17        Q.     The attorney that represented you in
18   the -- the patent matter, was that an attorney that
19   your company had worked with before?
20        A.     It was our patent attorneys.
21        Q.     Okay.  And I take it by that answer that
22   your company's had a regular relationship with
23   that --
24        A.     Uh-huh.
25        Q.     -- firm?  Is that a yes?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 3 of 18

569

```
 1        A.      We have, yes.

 2        Q.      All right.   In the HR matter, were you

 3    represented by an attorney with whom the company had

 4    already had a relationship?

 5        A.      I don't believe so.

 6        Q.      Okay.   Since that matter was concluded

 7    has the company continued to use that attorney for

 8    any reason?

 9        A.      We have not.

10        Q.      Does your company have a -- any ongoing

11    attorney relationships at this point in time other

12    than perhaps with -- with counsel for patent issues?

13        A.      We do.   We have a corporate -- a firm we

14    use for corporate law, general issues.

15        Q.      And does that include employment-related

16    issues?

17        A.      It does.

18        Q.      How long has your company had a

19    relationship with that firm?

20        A.      For about ten or 12 years.

21        Q.      Are you the one who typically interfaces

22    with an attorney in that firm or is it someone else

23    in your business?

24        A.      Usually it's me.   You know, it's general

25    business questions type things.
```

570

```
 1        Q.    Yes, sir.
 2        A.    So I spoke with Bruce about it and he
 3   sent to me the document and I read it and corrected
 4   where I thought needed to be corrected and made
 5   sure I was comfortable with it, signed it, dated it
 6   and sent it back.
 7        Q.    As you have reviewed that document in
 8   preparation for your deposition, do you -- do you
 9   stand by the statements that are in it today?
10        A.    I do.
11        Q.    They're all accurate?
12        A.    They're all accurate.
13        Q.    What -- describe for me Troxler's -- the
14   company's line of business.
15        A.    In -- in a nutshell we make -- invent
16   and design and manufacture test instrumentation
17   that's sold to the civil engineering industry
18   mostly around highways and bridges, infrastructure.
19        Q.    Are you -- are you personally listed as
20   the inventor on any patents?
21        A.    Well, I am actually.
22        Q.    How many?
23        A.    I think there's two of them.
24        Q.    How many locations does the company
25   have, operate?
```

```
 1        A.      We have manufacturing and -- well,

 2   all -- all the services here in the Research

 3   Triangle Park.  Then I have five or six service

 4   locations around the U.S. and a couple service

 5   locations overseas.

 6        Q.      How many employees does the company have

 7   at the -- the Research Triangle location?

 8        A.      Probably about 65 out there.

 9        Q.      Are any of the other facilities in North

10   Carolina?

11        A.      No, they're not.

12        Q.      Okay.  What would be the -- the total

13   head count for the company world --

14        A.      93.

15        Q.      93 worldwide?

16        A.      Well, no.  Worldwide it would be just

17   over a hundred.

18        Q.      Has the company gone through any mergers

19   or acquisitions with other entities?

20        A.      Not mergers but we've acquired product

21   lines.

22        Q.      Okay.  Does -- does the company have any

23   internal human resources personnel?

24        A.      We do.

25        Q.      Do you describe it as a department or an
```

1      A.      I don't really know.  Is not many a

2  proper answer?

3      Q.      Well, that's a start.  We can -- we can

4  try to drill down -- we can try to drill down from

5  there because not many can mean different things to

6  different people.  So do you think one or two, more

7  than that?

8      A.      I think if you -- yes, one or two if you

9  net out any patent --

10     Q.      Yes.

11     A.      -- issue which are clouding the thing.

12     Q.      So it sounds then like there -- a legal

13 issue that -- with which you need to consult with

14 outside counsel, one of them comes up every three

15 years or so.  Does that seem reasonable?

16     A.      Seems reasonable, uh-huh.

17     Q.      When the company -- when -- when you

18 work with the outside counsel on corporate or

19 employment issues or this recent contractual issue,

20 do you pay that attorney on an hourly basis or a

21 fixed fee basis or some other basis?

22     A.      It's an hourly basis.

23     Q.      Has the company ever concluded that it

24 needed to hire an attorney to represent it in

25 connection with a legal matter but was unable to do

Case 1:15-cv-00083-LCB-JLW  Document 113-5  Filed 05/22/17  Page 5 of 18

573

1   so?

2       A.      Can you be more specific for that?

3       Q.      Well, I can't be too specific because I

4   don't know the facts of your company.

5       A.      Uh-huh.

6       Q.      But let me try to ask the question --

7   let me try to ask the question a little differently.

8   What I want to know is have -- have you on behalf of

9   the company ever concluded that this is the kind of

10  legal issue for which we need to consult with

11  outside counsel but you were then unable to retain

12  an attorney to consult with or to work with?

13      A.      Because they didn't want to work on that

14  proj -- that case?

15      Q.      Well, I'm asking, period, at the end of

16  the day you were unable to get an attorney.

17      A.      No.  I think we've always been able to

18  find representation.

19      Q.      Has there ever been an instance when the

20  company had a need to go to court over a legal issue

21  but was not able to do so?

22      A.      No.

23      Q.      Has the company ever received a demand

24  letter from a vendor or customer, employee or former

25  employee and been unable to respond to that demand

```
 1    as to how to do that.
 2         Q.    All right.  And that's the matter
 3    discussed in Paragraph 4?
 4         A.    Yes.
 5         Q.    All right.  We'll get to that one in a
 6    minute.  Any other instances that you have called or
 7    contacted CAI about a workplace issue or some other
 8    matter?
 9         A.    I've personally called at least three
10    times in that vein --
11         Q.    Okay.
12         A.    -- since 2010.
13         Q.    And Paragraph 4 is one of those times?
14         A.    Uh-huh.
15         Q.    Is that yes?
16         A.    Yes, sir.
17         Q.    What are the -- what are the other two
18    times?
19         A.    Similar issues, senior employee that had
20    to make a -- I had made a decision on and I had to
21    make sure I was doing the right things.
22         Q.    In those instances who at CAI did you
23    speak with?
24         A.    I do not recall.
25         Q.    Okay.  Do you know if you called the
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 7 of 18

575

1    hotline number?  Do you think you had a particular

2    point of contact back then?

3        A.    No.  I just called their telephone

4    number.

5        Q.    Okay.  Was CAI able to help you in the

6    other -- not the Paragraph 4 instance but the

7    other --

8        A.    Uh-huh.

9        Q.    -- two instances?

10       A.    I think in one case I felt okay enough

11   about what I was doing.  In another case I did have

12   to contact an attorney.

13       Q.    What was the -- and you've referenced

14   there was an issue with, I guess, terminating a

15   senior employee.

16       A.    Uh-huh.

17       Q.    In the -- in the first one what was

18   the -- the general issue about which you felt okay?

19   What I'm trying to really get at here is was it like

20   a contract term?  Was it a discrimination issue?

21   What was the -- the -- the substance of the issue?

22       A.    I think that first one was more of a

23   proper severance issue.

24       Q.    An amount?

25       A.    An amount.

```
 1   other --
 2        A.      It did not.
 3        Q.      -- dispute?
 4        A.      It did not, right.
 5        Q.      The second instance where you said
 6   you -- you did contact an attorney, what was the --
 7   the nature of the issue there?
 8        A.      It was just a little more involved in
 9   letting a person go.
10        Q.      Was it also about the terms of severance
11   and separation?
12        A.      It was -- it was the whole thing.  That
13   was part of it.  It was making sure that I had
14   grounds to do so.
15        Q.      Did you end up consulting with the firm
16   that you've testified about already that regularly
17   provides you with employment and corporate advice?
18        A.      Yes.  It was the same firm.
19        Q.      And was that situation ultimately
20   resolved to your satisfaction?
21        A.      It was resolved.
22        Q.      So tell -- tell me about the
23   conversation that you had with CAI in that first
24   instance where you end -- you ended up not retaining
25   counsel.  What was the nature of the information
```

577

1   that CAI provided to you?

2      A.    You know, that was so -- it was a long

3   time ago.  I don't remember all that.

4      Q.    Okay.  Did CAI make a recommendation to

5   you about retaining counsel?

6      A.    I don't recall, but that particular

7   instance I guess you could say I was more nervous

8   about it than I needed to be so they made me --

9   they -- as we talked through it they said, you

10   know, you could do this.  That's my recollection.

11      Q.    Was it -- was that one of the first

12   times you'd had to deal with a -- perhaps a

13   complicated separation?

14      A.    Yes.

15      Q.    Okay.  The -- in the second instance

16   where you ultimately did consult with an attorney,

17   did CAI recommend in that instance that you do so?

18      A.    They did.

19      Q.    Let's look at -- I want to ask you about

20   the -- the issues addressed in Paragraph 4 of your

21   declaration.  Just des -- describe for me the

22   situation that arose where you needed a workplace

23   investigation.  Again, I don't -- I don't need

24   specific names but just give me the -- the flavor of

25   the situation.

```
1        A.    I'm not quite sure how deep we go into
2   it.  It was my HR director so I couldn't go to HR
3   for help so I went to CAI.
4                THE WITNESS:  I'm not sure the
5           legal terms, Jennifer, but when someone's
6           protected or you think they are because of age
7           or gender or something.
8        A.    I was worried with that -- about that.
9        Q.    You -- you thought that the employee
10  might be in a protected class?
11       A.    Yes.  Uh-huh.
12       Q.    And was this a situation that you were
13  considering having to terminate the employee?
14       A.    Yes.
15       Q.    What -- and what kind of workplace
16  investigation would you have needed or did you need
17  in connection with that matter?
18       A.    I needed some information gathered from
19  employees, a few employees, and I wasn't the one
20  to -- to do that.
21       Q.    That would have been in -- information
22  that would have informed the decision of whether or
23  not to terminate?
24       A.    Right.
25       Q.    Okay.  Was the employee ultimately
```

579

1    terminated?

2         A.    Yes.

3         Q.    Okay.  So a different HR manager than

4    we're talking about now?

5         A.    Yes.

6         Q.    About when -- when did that take place?

7         A.    2014 about mid year.

8         Q.    You write here in Paragraph 4 that

9    you -- you were told by that CAI lawyer that he

10   cannot perform a workplace investigation for a fee

11   because statutes restrict fee-based investigations

12   to licensed private investigators and to attorneys

13   providing legal advice.

14              Which CAI lawyer did you talk to?

15        A.    I'm sorry.  I don't remember.

16        Q.    Was it Mr. Clarke?

17        A.    It may have been.

18        Q.    Okay.

19        A.    Can I ask him?

20        Q.    Not right now.  The last sentence of

21   that paragraph says that you engaged another

22   resource outside CAI to do the investigation work we

23   needed.

24              What do you mean by another resource?

25        A.    I had to contact our corporate attorney

```
 1    and he put me in touch with an HR attorney in their
 2    firm.
 3         Q.    The HR attorney at that firm, is that an
 4    individual that you'd worked with before?
 5         A.    No.
 6         Q.    And -- and ultimately that attorney
 7    performed an investigation, is that right?
 8         A.    Uh-huh.
 9         Q.    Yes?
10         A.    Yes.
11         Q.    And you say here it cost about $2,000?
12         A.    Yes, sir.
13         Q.    Did you ever give any consideration to
14    retaining a licensed private investigator to do the
15    investigation?
16         A.    No.
17         Q.    Why didn't you consider that option?
18         A.    I wouldn't think an investigator would
19    know about the legal issues around the protected
20    class, if -- if so, or whatnot.
21         Q.    Okay.  In the conversation when the CAI
22    lawyer said that -- that he cannot perform the
23    workplace investigation, did -- did the lawyer
24    advise you that there's a private investigator that
25    works with CAI?
```

Case 1:15-cv-00083-LCB-JLW  Document 113-5  Filed 05/22/17  Page 13 of 18

581

```
 1        A.     I don't think so.  I don't recall.

 2        Q.     Are you aware of that fact, that there's

 3   a licensed private investigator that works with the

 4   company?

 5        A.     Wasn't aware.

 6        Q.     If you had been aware of that fact, do

 7   you think you would have been inclined to retain

 8   CAI's licensed private investigator?

 9        A.     No.  This was not really as much of an

10   investigation as it was legal issues.

11        Q.     Okay.  Ultimately was the -- was the

12   matter resolved to your satisfaction?

13        A.     We resolved it.  I think we could

14   have -- I could have done better.

15        Q.     What do you mean done better?

16        A.     I think the corporate lawyer led me down

17   the road of being too generous with a severance

18   than what I needed to be --

19        Q.     Okay.

20        A.     -- to be perfectly honest.  So net-net

21   it probably was -- cost us more than $2,000.

22        Q.     And I'll use your word.  Was -- your

23   generosity, was that spurred by something that came

24   out of the investigation that was performed or was

25   that related to some other issue with this employee?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 14 of 18

582

```
 1        A.      We made it?  All right.

 2        Q.      If you just want to take a moment to

 3   review that.  Does that ring any bells?

 4        A.      Yes.

 5        Q.      Okay.  Do you know whether there were

 6   any other instances from July 1st, 2013 to June

 7   30th, 2016, so a three-year period, where someone

 8   from your company called CAI's A and R line and were

 9   told that the matter would involve or need an

10   attorney?

11        A.      Not -- personally I do not.

12        Q.      Okay.  All right.  With respect to this

13   particular in -- instance that's on Page 71 at Entry

14   439, do you know who it is that contacted CAI on

15   behalf of your company?

16        A.      I'm sure it was my HR manager.

17        Q.      All right.  And what's his name?

18        A.      Doug.

19        Q.      What's Doug's last name?

20        A.      Kobs, K-o-b-s.

21        Q.      And do you know any specifics of this

22   issue that led to the inquiry about H1B visa

23   process?

24        A.      No, but we've had one or two employees

25   that had a visa.  We were probably looking at how
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 15 of 18

583

```
 1    we can retain them.  I don't know.
 2        Q.    Okay.  So you believe -- you believe it
 3    related to the -- the ongoing status of a current
 4    employee?
 5        A.    I believe so.
 6        Q.    Okay.  Do you see in the -- in Column H
 7    it -- it says, confirmed with John Gupton that
 8    attorney isn't required but we recommend due to the
 9    complicated process?  Do you see that language?
10        A.    I do.
11        Q.    Do you know whether your company ended
12    up retaining an attorney in connection with this
13    immigration matter?
14        A.    I think we did.
15        Q.    And did you have -- do you have an
16    attorney that you've worked with regularly on
17    immigration issues?
18        A.    I do not know.
19        Q.    Okay.  Do you have any recollection of
20    how this immigration issue was resolved?
21        A.    I do not.
22        Q.    Okay.  The language says there that CAI
23    advised that an attorney isn't required in this
24    circumstance.  Did you give any consideration to
25    dealing with the issue without the assistance of an
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 16 of 18

584

1    of what -- what kinds of legal services CAI wants to

2    be able to offer to its members?

3           A.    I know they want to -- it will be

4    centered around the HR laws --

5           Q.    Okay.

6           A.    -- and employment laws which is why we

7    would call.

8           Q.    Are you aware of any other instances

9    that someone at your company has contacted CAI and

10   told that your company would need to retain counsel

11   to deal with the matter?

12          A.    I am not.

13          Q.    Are you familiar with the prepaid legal

14   services plan that CAI has developed and registered

15   with the state bar?

16          A.    I'm not.

17          Q.    Ever heard of that before at all?

18          A.    Never have.

19          Q.    Do you know what a prepaid legal

20   services plan is?

21          A.    No.

22          Q.    Would you be willing on behalf of the

23   company to pay a higher membership fee to CAI in

24   exchange for legal services?

25          A.    Yes.

Case 1:15-cv-00083-LCB-JLW   Document 121-4   Filed 06/16/17   Page 7 of 12

585

```
1        Q.      How much more?
2        A.      Depending on what the amount would be.
3        Q.      Okay.  How much more?
4        A.      I don't know.
5        Q.      Okay.
6        A.      I would look at what we were -- have
7   paid outside and then look at what -- what they
8   would require and make a judgment call then.
9        Q.      Have you ever seen or heard any
10  information from CAI about the rates that they would
11  propose to charge for legal services?
12       A.      I have not.
13       Q.      Do you know why it is that -- strike
14  that.
15               What's your understanding of why CAI
16  wants to offer legal services to its members?
17       A.      The -- my understanding is that the
18  membership would like to see that.
19       Q.      Why would the membership like to see
20  that?
21       A.      Because we'd be able to obtain
22  employment law advice and guidance at a -- at a
23  discount from an organization that knows our
24  company and I think all around it would be a
25  better, more efficient way.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-4   Filed 06/16/17   Page 8 of 12

586

```
1        A.      A little bit, yes.

2        Q.      Okay.  Tell me what you are familiar

3    with.

4        A.      That legally as a association they're

5    not allowed to offer legal benefits to their --

6    their members.

7        Q.      And do you have an understanding of --

8    of why that's the case?

9        A.      No.

10        Q.      Okay.  You -- you mentioned the --

11    the -- the cost issue, that you think you could get

12    legal services at a less expensive rate from CAI

13    than elsewhere and you mentioned that CAI has a

14    familiarity with your company.

15        A.      Uh-huh.

16        Q.      Are there any other reasons why you

17    believe that CAI should be able to offer legal

18    services to your company?

19        A.      I don't see any reasons why they

20    shouldn't be able to.

21        Q.      What do you mean by that?

22        A.      I see the CAI lawyers being just as

23    certified and members of the bar and whatever may

24    be that -- that they should be able to offer the

25    same legal advice as someone downtown.
```

Case 1:15-cv-00083-LCB-JLW  Document 121-4  Filed 06/16/17  Page 9 of 12

587

1    Q.    So is there any -- any reason other than

2    the fact that CAI's attorney employees are licensed

3    attorneys that -- that you think they should be able

4    to offer legal services to your company?

5    A.    Well, as I stated, I think by their

6    knowledge of our company already that it would be a

7    better product from them than starting new with

8    someone on any HR issues.

9    Q.    When you say them, are you referring to

10   any particular persons that work at CAI?

11   A.    No.  I've found them to be a seamless

12   team over there.

13                MR. RUSSELL:  Let's take a break.

14       Let me organize my notes and come back.

15                THE WITNESS:  Okay.

16                (Whereupon, there was a recess in

17       the proceedings from 2:45 p.m. to 2:55 p.m.)

18   BY MR. RUSSELL:

19   Q.    Mr. Troxler, I don't have very many more

20   questions.  If CAI were to be successful in this

21   litigation, what are the kinds of legal issues that

22   you believe you would -- that you would contact CAI

23   for?

24   A.    It would be around the employment issues

25   of hiring and firing.

```
 1    this case, since 2010 has business been good or has
 2    it been bad?
 3         A.    It's been both.
 4         Q.    Both?
 5         A.    Yes, sir.
 6         Q.    Are there some years more of one, more
 7    of the other?
 8         A.    Yes, sir.
 9         Q.    All right.  Has there been any year,
10    again, since 2010, that's been so bad that it has
11    threatened the survival of the company?
12         A.    There has not.
13         Q.    Has there been any year that's more than
14    just a normal bad year, a severely bad year?
15               MS. VAN ZANT:  Object to the form.
16         A.    You'd have to describe that.
17         Q.    That's fair.  Well, I'm trying to be
18    sensitive to the -- your concern about
19    confidentiality and -- and work with you on a way
20    that you might be comfortable answering these
21    questions.
22         A.    How do they pertain to this issue?
23         Q.    Well, has there ever been a year that
24    you would have been unable as a financial matter to
25    retain outside counsel if needed?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-5   Filed 05/22/17   Page 17 of 18

589

```
 1        A.     Not yet.

 2        Q.     Do you foresee that year coming?

 3        A.     Everything's possible in this industry.

 4        Q.     Any specifics?

 5        A.     No, sir.

 6        Q.     All right.  I think that's fair enough

 7   on that.  Other than the things we've already talked

 8   about in the course of the deposition that I don't

 9   want to plow back through, are there any other

10   reasons that you believe that CAI should be able to

11   offer legal services to its members, anything we

12   haven't talked about?

13        A.     You know, I've thought it, I'm not sure

14   I've actually said it, but I feel like that CAI in

15   a nutshell would be more efficient at -- at working

16   with the members and delivering that guidance --

17   that legal guidance and counsel as opposed to the

18   members having to break off from CAI and go out and

19   retain an employment lawyer and go through all the

20   process all over again to get to where they need to

21   be.

22        Q.     And what do you mean by more efficient?

23        A.     I'm sure I mentioned that they are --

24   CAI already knows our company.  We've been members

25   for over 30 years and we've worked with them on HR
```

590

1   issues.  And if there's a legal situation where

2   they get to the point and they say, we cannot go

3   beyond this point, you need to go find another

4   lawyer, then that's where it becomes inefficient in

5   that everything that's gone on to that point does

6   not get transferred.  We start all over again on

7   the issue, trying to explain it, may not be as good

8   at doing all that and the outcome may not be as

9   good.

10      Q.    Well, you've testified that your firm

11  has a -- has had a relationship with a -- a firm

12  that provides you with employment advice at times.

13  And if you had reached out to that firm in the first

14  instance on a matter, then you wouldn't have to have

15  that transfer.  That's fair, right?

16      A.    That's fair if I had known I needed it

17  at that point.

18      Q.    Okay.  Does that concept of being more

19  efficient essentially boil down to it would allow

20  you to do something in a shorter period of time for

21  less money?

22      A.    Yes.

23              MR. RUSSELL:  I don't think I have

24      anything further.  Thank you.

25              THE WITNESS:  Thank you.

Case 1:15-cv-00083-LCB-JLW   Document 121-4   Filed 06/16/17   Page 12 of 12

**591**

1        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

2

            CASE NO. 1:15-CV-83

3

4   CAPITAL ASSOCIATED INDUSTRIES,
    INC.,

5
            Plaintiff,

6
        vs.

7
    ROY COOPER; NANCY LORRIN

8   FREEMAN; J. DOUGLAS HENDERSON;
    and the NORTH CAROLINA STATE

9   BAR,

10          Defendants.

11

12

13

14          DEPOSITION OF DAVID B. FINCH

15          (Taken by Defendants)

16          Raleigh, North Carolina

17        Thursday, February 2, 2017

18

19

20   Reported by Lisa A. Wheeler, RPR, CRR

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2                 DAVID B. FINCH
 3           being duly sworn, was examined and
 4                 testified as follows:
 5                    EXAMINATION
 6   BY MR. RUSSELL:
 7        Q.    Good morning, Mr. Finch.
 8        A.    Good morning.
 9        Q.    We met briefly.  My name's Steve Russell
10   and I represent the North Carolina State Bar in this
11   litigation.  For our record, could you -- could you
12   please state your full name.
13        A.    David Finch.
14        Q.    And where do you work, Mr. Finch?
15        A.    ATCOM Business Technology Solutions.
16        Q.    What's your position at ATCOM?
17        A.    CEO.
18        Q.    And what's your business address?
19        A.    4920 South Austin Avenue in Durham.
20        Q.    Have you ever been deposed before?
21        A.    (Shakes head).
22        Q.    We're going to go over some rules and
23   the first rule is going to be if you could please
24   give us yes or no or verbal answers as opposed to
25   shaking or nodding your head so our court reporter
```

593

```
 1    you believe to be confidential?

 2        A.    Yes.

 3        Q.    Okay.  Then let me ask it this way:  Are

 4    you a majority owner or a minority owner in the

 5    business?

 6        A.    I'm a minority owner.

 7        Q.    Okay.  And there's one other owner?

 8        A.    Correct.

 9        Q.    And is the business a C corp or S corp?

10        A.    We're a C corp.

11        Q.    And is ATCOM incorporated in North

12    Carolina?

13        A.    Yes.

14        Q.    Have you ever had any other employment

15    after graduating from college other than the series

16    of positions with ATCOM to which you've testified?

17        A.    No.

18        Q.    Have you ever had any role at CAI in

19    terms of its board or any other position with that

20    entity?

21        A.    No.

22        Q.    Then how would you describe ATCOM's

23    relationship with CAI?

24        A.    I don't remember not being a member of

25    CAI.  There -- it may -- it may have -- there may
```

```
1    have been a time period when I first came on board

2    when I really didn't care about HR issues that we

3    weren't, but I've been there 33 years.  I don't

4    ever remember not being a member.

5              So over the years we've relied on them

6    heavily through upturns and downturns in the

7    business for all sorts of HR help including they --

8    the -- the relationship is so close that at one

9    point they had an employee that they were

10   subcontracting to us to handle our HR because we

11   didn't have a full-time HR person.

12        Q.    What was the name of that CAI employee?

13        A.    I don't remember.

14        Q.    Okay.  What -- what time period are we

15   talking about?

16        A.    I'm not sure.  It would have been after

17   2000 -- after 2000.

18        Q.    And for how long was a CAI employee

19   subcontracted to ATCOM to handle HR?

20        A.    Little less than a year.

21        Q.    And just tell me the circumstances that

22   led you to having a CAI employee in house like that.

23        A.    What's -- what's nice about that is --

24   is we had scaled back after the dot-com crash in

25   2000 and then we were ramping back up and so we --
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 4 of 28

595

```
 1        A.      Yes.

 2        Q.      One more thumbnail sketch.  What's the

 3   thumbnail sketch of ATCOM's business?

 4        A.      We are a provider of business technology

 5   to companies headquartered in North Carolina that

 6   are sub-Fortune 2000.

 7        Q.      How many locations does ATCOM operate?

 8        A.      Three.

 9        Q.      Where are those?  I don't need addresses

10   but cities.

11        A.      Durham, Charlotte and Greensboro.

12        Q.      Approximately how many employees work in

13   the Durham location?

14        A.      Having gone virtual I can give you a

15   total number.  That's best I could do.

16        Q.      Across all three --

17        A.      Yeah.

18        Q.      -- facilities?

19        A.      Yeah.

20        Q.      Okay.

21        A.      Because we're virtual now.  It's --

22   it's -- we're really -- it's not about who works in

23   which office anymore.  A lot of people even work

24   from home now so probably 60.

25        Q.      60 total employees?
```

596

1    issue?

2        A.    It's -- an employee had an accident back

3    last summer and they're settling -- that we didn't

4    know about but the -- they're settling the cases

5    and -- and we got subpoenaed when they found out

6    she worked for us.  So we're having to respond to

7    it.  It's a subpoena for documents.  There are no

8    documents so there's nothing to -- to send back so

9    it's that -- that minor.  But that's technically a

10   legal issue.

11       Q.    I take it the -- the accident was not

12   work related?

13       A.    No.

14       Q.    Okay.  And this person, are they -- are

15   they still an employee of ATCOM?

16       A.    Yes.

17       Q.    Okay.

18       A.    And this would have been a good example

19   of -- sorry to interrupt.  This would have been a

20   good example of when we would have liked to have

21   called CAI and we can't because it was a very

22   simple response that needed to be filled out, sent

23   back and it's ridiculous that we can't call him up

24   and -- and ask that question.  So we have to call

25   an attorney and pay for it.

1      Q.      The -- when did you -- when did ATCOM
2   receive the subpoena approximately?
3      A.      Last week sometime.
4      Q.      Okay.  And I take it that the subpoena
5   was issued in connection with an ongoing litigation
6   matter?
7      A.      Uh-huh.
8      Q.      Do you recall what -- you must give a
9   yes or no for the record.
10      A.      Yes.  Yes.
11      Q.      Do you recall what -- what court that
12   matter is pending in?
13      A.      No.
14      Q.      Okay.  So it's your belief that CAI
15   should be able to offer you legal services in
16   connection with responding to a subpoena in that
17   litigation matter?
18      A.      It -- for employee issues, yeah, HR
19   issues, yes.
20      Q.      Are you aware that CAI has stated to the
21   court in this case that it would not offer legal
22   services to its members in connection with
23   litigation?
24      A.      Yes.  This was not litigation.  This
25   particular case was not litigation though.  We

Case 1:15-cv-00083-LCB-JLW  Document 121-5  Filed 06/16/17  Page 6 of 28

598

1   were -- we were not charged with anything.

2       Q.    So to you responding to a subpoena that

3   was issued in a -- in a piece of litigation is not

4   itself litigation?

5       A.    Well -- well, let's put it this way:  If

6   I'm -- if I'm wrong because I'm a lawyer [sic] and

7   don't understand the law and I called CAI, then

8   they would refer me to a law firm if that's where I

9   needed to go, if it's something that they couldn't

10  do.

11      Q.    And that's the state of affairs today,

12  isn't it?

13      A.    Right.  If -- if this were reversed --

14  if this gets reversed and it wouldn't be

15  appropriate for him to help me with it, then I

16  would expect them to tell me that.

17      Q.    And is that how things are today, that

18  if you raise to them an issue that needs legal

19  services or legal advice, they would -- CAI would

20  refer you, point you in the direction of an

21  attorney --

22      A.    Yes.  That has --

23      Q.    -- an outside attorney?

24      A.    That has happened.  That has absolutely

25  happened.

Case 1:15-cv-00083-LCB-JLW  Document 121-5  Filed 06/16/17  Page 7 of 28

599

| | |
|---|---|
| 1 | Q. Okay. Other than this matter has -- has |
| 2 | ATCOM had any other legal matters since 2010? |
| 3 | A. Yes. |
| 4 | Q. Approximately how many? |
| 5 | A. A few. |
| 6 | Q. And can you just describe for me -- and |
| 7 | start with the first one -- |
| 8 | A. Yeah. |
| 9 | Q. -- that you can remember. Just describe |
| 10 | the issue that was involved. |
| 11 | A. Okay. I'm going to call this a legal |
| 12 | issue. You tell me if it is or it isn't. I -- I |
| 13 | called an attorney for some advice on a contract |
| 14 | that I had signed in 2011. And I called an |
| 15 | attorney that I use regularly for that sort of |
| 16 | thing and she helped me sort it out. As usual, I |
| 17 | didn't get a definitive answer or advice. I was |
| 18 | given -- you know, I spent, you know, $2,000 and |
| 19 | got a -- a -- several choices because there -- I'm |
| 20 | sure there wasn't, you know, one specific answer. |
| 21 | Q. Okay. Any other matters that you can |
| 22 | recall since 2000, legal matters that ATCOM has |
| 23 | faced? |
| 24 | A. On that same issue I contacted that same |
| 25 | attorney again -- I'm sure there's been others, but |

Case 1:15-cv-00083-LCB-JLW   Document 113-4   Filed 05/22/17   Page 5 of 21

**600**

1   these are the two that I remember.  I contacted her

2   again about what my liability might be with regards

3   to that contract.  So it was the same matter, but

4   it was a different issue and it was at a later

5   date.

6       Q.    So you said the first call was around

7   2011?

8       A.    It was at -- it was later than that.

9   I'm not sure exactly what -- what the dates were,

10  but it was aft -- it was -- it was after that.  The

11  contract was signed in 2011.

12      Q.    Okay.  Got it.

13      A.    But it was -- it was probably a

14  year-and-a-half to two years after that that the

15  question came up.  And then probably another

16  year-and-a-half after that I subsequently called

17  her back again.

18      Q.    And I don't need to know the

19  counterparty to the contract, but what was the

20  contract about?

21      A.    It was our -- our major vendor that

22  we -- we negotiated a deal to go exclusive with --

23  with their product and it was a -- it was a special

24  deal that I was involved with.

25      Q.    Was it a hardware product or software

601

```
1   product?
2       A.    It was both.   Both.
3       Q.    Okay.   You testified that you called an
4   attorney that you use regularly.   Is this an
5   attorney that ATCOM has engaged in matters other
6   than this particular contract over the years?
7       A.    Yes.
8       Q.    All right.   Do you have any concern with
9   sharing the name of that attorney?
10      A.    I'd rather not.
11      Q.    Does the attorney practice in a law
12  firm?
13      A.    Yes.
14      Q.    Does ATCOM maintain today a relationship
15  with that attorney?
16      A.    Yes.
17      Q.    Does that attorney assist ATCOM with
18  issues other than contract issues?
19      A.    Yes.
20      Q.    Is the person -- is this attorney a
21  generalist or do they have --
22      A.    No.   They specialize in business law,
23  employment law and something else too that I can't
24  recall.
25      Q.    Okay.   I take it when you -- since you
```

Case 1:15-cv-00083-LCB-JLW   Document 127-5   Filed 06/30/17   Page 4 of 6

602

```
 1   have had a regular relationship with this attorney,
 2   when you call him or her up you don't have to
 3   reinvent the wheel each time that -- that they're
 4   fam --
 5        A.    I absolutely do.
 6        Q.    You do?
 7        A.    Absolutely.
 8        Q.    Okay.  Describe that for me.
 9        A.     So I'll give you a great example.  So
10   CAI helped us prepare our employee manual.  They
11   did 99.9 percent.  What part couldn't they do?
12   They couldn't get us over the goal line because of
13   the legal -- some -- there were some legal parts to
14   it, right.  So that had to go to this person.  And
15   when you send that manual to that person, what do
16   they have to do?  They have to read the whole thing
17   and they have to find things wrong with it and it
18   takes them a long time.  Just always seems to be
19   that way.  And I -- no -- nothing against this
20   person, but if I were going to give somebody advice
21   on a manual like that, I'd probably want to read
22   the whole thing too so I don't blame them, right.
23   But they don't know our business.  They're not
24   intimate with our business like CAI.  CAI helped us
25   write the -- but I'm sure that -- that they have
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 8 of 28

603

1 someone on staff who's an attorney who could give

2 me the answers to those questions in about two

3 minutes but they weren't allowed to.

4 So -- so just for the record, I didn't

5 call this person because I didn't want to pay for

6 that so we used our best wits, my CFO and I, and we

7 came up with -- we winged it. We put what we

8 thought would -- would be the best thing. We took

9 a little bit of risk, we thought, but we felt like

10 it was worth it to save a few thousand bucks.

11 Q. So did you -- did you call the attorney

12 at all?

13 A. No.

14 Q. Okay. So you never got, for instance,

15 an estimate from the attorney of what it might cost

16 for that attorney to go through their process?

17 A. No. I had -- I had seen that before in

18 a previous -- the previous -- when the founders

19 were there I'd seen what it cost.

20 Q. What about with the -- where there was

21 the -- the contract and then you had two subsequent

22 contacts with the attorney about issues related to

23 that contract, was the attorney when you called them

24 up familiar with the issues as a result of their

25 prior work on the matter?

604

```
 1       A.      Somewhat.   She had to be refreshed.

 2       Q.      Didn't have to reinvent the wheel that

 3  time?

 4       A.      Well, it had been a year-and-a-half so

 5  not completely, but we had to put the hubcaps back

 6  on.

 7       Q.      We may get too far out of bounds with

 8  our analogy here.   All right.   Any other instances

 9  other than the two that relate to the contract and

10  the subpoena issue that you can recall where ATCOM

11  had a -- a legal matter since 2010?

12       A.      The only other one I remember -- and

13  there have been other ones.   There have been other

14  ones, minor ones.   The only -- the only other

15  one -- this wasn't major, but I did have to spend

16  quite a bit of money on it -- was we recruited an

17  employee from technically a competitor and he had a

18  noncompete and so we negotiated a -- through the

19  attorney negotiated a buyout of the noncompete.

20       Q.      In other words, ATCOM paid money to

21  this -- the former employer to release the employee

22  from the noncompete?

23       A.      That's right.

24       Q.      Okay.   Did ATCOM retain an attorney in

25  connection with that process?
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 10 of 28

605

1   **A.    Oh, yes.**

2   Q.    For advice up front or for the actual

3   negotiations or both?

4   **A.    Both.**

5   Q.    Was that matter resolved satisfactorily?

6   **A.    Yes.**

7   Q.    Just curious.  Do you know whether

8   the -- the former employer of this employee was a

9   CAI member?

10   **A.    I don't know.**

11   Q.    Okay.  What was the name of the -- the

12   former employer?

13   **A.    I don't remember exactly.**

14   Q.    Okay.  Do you have a recollection about

15   part of the name?

16   **A.    It's Computer something.  That's all I**

17   **remember.**

18   Q.    With respect to the two contract matters

19   that you testified about a few minutes ago where you

20   did contact an attorney, were those matters resolved

21   satisfactorily?

22   **A.    I'm sorry.  Could you repeat the**

23   **question?**

24   Q.    Yes, sir.  With respect to the two

25   contract matters that you testified about earlier

606

1    issue where -- where you determined that it was in

2    ATCOM's best interest to hire an attorney but the

3    company was unable to do so?

4         A.    I'm not sure what you mean by unable.

5         Q.    Well, with respect to the -- the matter

6    involving the handbook review, I believe your

7    testimony was that you -- you chose not to contact

8    the attorney and potentially spend the money that

9    would have -- it would have cost to have the

10   attorney conduct the review.  Is that fair?

11        A.    Right.

12        Q.    So have there been any instances where,

13   you know, it wasn't a choice about spending the

14   money or not where, you know, literally you were

15   unable to retain an attorney?

16        A.    Financially?

17        Q.    Well, let's start with financially, yes,

18   sir.

19        A.    No.

20        Q.    For -- for any other reason has there

21   been a circumstance that you were unable to retain

22   an attorney when you thought you needed one?

23        A.    I can't think of one.

24        Q.    Has ATCOM ever had to go to court over

25   an issue but you've not been able to go to court?

Case 1:15-cv-00083-LCB-JLW   Document 123-4   Filed 06/19/17   Page 3 of 6

607

```
 1        A.      To my knowledge we've -- no.  To my
 2   knowledge, no.
 3        Q.      Has ATCOM ever been sued in a matter and
 4   been unable to respond to the suit?
 5        A.      Never been sued.
 6        Q.      That's good.  Has ATCOM ever, you know,
 7   received a demand letter from someone threatening
 8   litigation or threatening some kind of legal action
 9   and not been able to respond to that letter?
10        A.      Uh-uh.
11        Q.      No?
12        A.      No.  Sorry.
13        Q.      Have you ever seen CAI's articles of
14   incorporation or charter or bylaws, what I'll call
15   its -- its organizational documents?
16        A.      No.
17        Q.      Are you familiar with what CAI has
18   reported in its organizational documents as its
19   mission?
20        A.      No.
21                    MS. VAN ZANT:  Object to the form.
22                    THE WITNESS:  Huh?
23                    MS. VAN ZANT:  Go -- go ahead.
24        Ignore me.
25   BY MR. RUSSELL:
```

Case 1:15-cv-00083-LCB-JLW   Document 113-4   Filed 05/22/17   Page 11 of 21

608

1  you said that you're out of day-to-day operations.

2  Are you still actively involved at --

3        A.    Yes.

4        Q.    -- at ATCOM?

5        A.    Yes.

6        Q.    Okay. So by that you just mean in -- in

7  your position as CEO you're out of day-to-day

8  operations?

9        A.    Yes.

10       Q.    But still overseeing the business?

11       A.    Yes.

12       Q.    All right. And let's talk about

13  instances when you've called in to CAI. As you can

14  recall, how many times have you contacted CAI in any

15  manner and they've referred you to an attorney or

16  said you have to go get an attorney for this issue?

17       A.    I don't know the exact -- the exact

18  number. It's been frequent enough over the years.

19  I've known about it since before 2010. I've known

20  that I -- that I couldn't get legal advice since

21  before 2010. In fact, I had discussions with --

22  with Bruce about it before 2010, why -- why -- why

23  is that? You're a member of the bar association,

24  why can't you finish this? The specific example

25  that I would give would be they were helping us

609

```
 1    with a -- we were having to do a layoff and --
 2    which we're not accustomed to doing and so we --
 3    they were helping us through that process and
 4    they -- it's a very difficult thing that you have
 5    to do.  You don't want to do it and so they were
 6    helping us with that whole process.  And then after
 7    we did the layoffs we had some EEOC -- two
 8    complaints and they were not allowed to help us
 9    with our responses forcing us to seek outside
10    counsel and subsequently costing us our entire
11    deductible of $5,000 for both of the complaints --
12    responses.  Excuse me.
13         Q.    By that you mean you had to pay the
14    5,000 deductible twice or both --
15         A.    Twice.
16         Q.    -- responses together ate up the $5,000?
17         A.    Twice is my recollection.
18         Q.    Okay.
19         A.    They were sep -- they were handled
20    separately.
21         Q.    I take it from -- with your reference to
22    the deductible then you would have -- you had
23    insurance coverage that would have applied to the
24    extent the cost of dealing with that EEOC issue
25    exceeded $5 ,000?
```

Case 1:15-cv-00083-LCB-JLW  Document 121-5  Filed 06/16/17  Page 13 of 28

610

1     A.     That's correct.

2     Q.     And did you actually get to the point

3 where the insurance kicked in?

4     A.     My recollection is that we did and the

5 reason being when I called and complained to my

6 insurance agent, that it was, you know -- that I

7 had -- it's always my deductible every time this

8 happens.  He said, well, we were on the hook too.

9 So I don't know for sure, but that's what I

10 remember him telling me.

11     Q.     In this in -- with those matters did you

12 make a -- make a claim with your insurer and then

13 they assigned counsel to the matter?

14     A.     Yes.  We were -- and we were told that

15 we could provide our own counsel if we wanted to.

16     Q.     Was that something you explored doing,

17 retaining your own counsel?

18     A.     I did and it was going to be more

19 expensive.

20     Q.     Okay.  So through the -- through the

21 insurance policy you had an option that was less

22 expensive than just going out on your own?

23     A.     That's correct.

24     Q.     All right.  What was the -- the nature

25 of the complaint that -- you said there were two

611

1  other instance when CAI has said that this is

2  getting into a legal area, they can't provide

3  assistance where you then did go and engage outside

4  counsel?

5      A.    The -- the noncompete case was one.  The

6  other ones that I remember were ones where we

7  didn't seek outside counsel.

8      Q.    All right.  Let's go through those then.

9  Can you recall about how many there were where

10  you -- CAI said this is getting into the legal

11  service area and you did not decide to engage

12  outside counsel?

13      A.    Well, yes.  The -- the offer letters.

14  There was an instance -- at least one instance --

15  and then, of course, once -- once you know that

16  they can't help you with the offer letter piece,

17  the legal piece of that, you just -- we just

18  made -- we made the decision just, you know, we're

19  going to wing it.  You know, we hire lots of people

20  so you don't call them every time to get them to

21  tell you they can't help you so there would be

22  that.  The separation letter in a -- where we had

23  an employee that we were concerned about and there

24  were some legal pieces that they could not help us

25  with and, again, we did not call outside counsel.

Case 1:15-cv-00083-LCB-JLW  Document 121-5  Filed 06/16/17  Page 14 of 28

612

```
 1    We used our best judgment.
 2        Q.    So other than offer letters or
 3    separation letter, any other instances that you can
 4    recall when CAI has said they can't provide a
 5    service but ATCOM decided not to engage outside
 6    counsel?
 7        A.    No.  However, there are times where we
 8    know since they can't give us legal advice that we
 9    don't call them.  So they don't tell us but we
10    don't call them because we know we're not going to
11    get -- for example, the accident situation from
12    last week, we didn't call them.  So there were
13    instances that this come -- that this happens and
14    we know we're not going to be able to call them for
15    legal advice so we -- we have to make the call, are
16    we going to call counsel or not.
17        Q.    Okay.  With respect to the offer letter
18    and separation letter, do you know whether or not
19    CAI makes available to its members template or form
20    versions of those documents that members can use?
21        A.    I do not.
22        Q.    Okay.  To your knowledge has ATCOM
23    ever -- ever tried to download from CAI any template
24    or form separation letters or offer letters?
25        A.    I don't think so.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 15 of 28

613

1      question, I suppose.

2      A.    He's -- he's very knowledgeable.  He's

3  been there a long time.

4      Q.    Okay.  Fair enough.

5      A.    And -- and he knows a lot about our

6  company.

7      Q.    Okay.  From the interactions he's had

8  over time with the company?

9      A.    Yeah.  One of the -- one of the key

10 benefits is -- if you think about it, we've been

11 dealing with them so long they have these employees

12 that are so long tenured they -- some of them know

13 more about the -- how ATCOM has evolved than our

14 own employees, especially the new ones.  So like

15 when -- when she -- when JoBeth came on board, she

16 was getting -- she was getting information from --

17 from CAI about us that she didn't know and she was

18 technically, you know, handling our HR part time.

19     Q.    That's just from the -- the personal

20 experience built up by the particular CAI

21 employees --

22     A.    Yes.

23     Q.    -- over time?

24     A.    Yes.

25     Q.    I mean, do you know, does CAI maintain

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 16 of 28

**614**

1   that also what we've talked about today?

2        A.      Yes.

3        Q.      Okay.

4        A.      That's happened more than once.

5        Q.      In terms of contacted by --

6        A.      Whoever called -- whoever called and

7   asked them for help with the separation agreement

8   didn't realize that they couldn't help us with

9   that.  They -- they hadn't been -- they hadn't been

10  down that road before with them.

11       Q.      Okay.

12       A.      So that's happened more than once.

13       Q.      Okay.  The first sentence of Paragraph 6

14  says, typically, when CAI is unable to go further on

15  a matter, we, ATCOM, do not seek other counsel due

16  to cost, time and logistical constraints.

17           Do you see that?

18       A.      Yes.

19       Q.      Typically is one of those words that can

20  mean different things to different people.  So in

21  the course of our time together today you've

22  testified about some instances when ATCOM has

23  retained outside counsel, some instances when it

24  hasn't.  And is that what you're referring to with

25  that word typically?

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 17 of 28

615

```
 1      A.    Yes.

 2      Q.    Okay.  No other meaning to that word in

 3   terms of the frequency of -- of obtaining outside

 4   counsel or not?

 5      A.    That's correct.  Again, it's based on

 6   my -- for me personally my experience with spending

 7   the money, you know, reinventing the wheel.  You

 8   call somebody up, you've got to go through the

 9   whole story, what kind of business are you in, how

10   many employees do you have.  You've got -- you've

11   got to stop what you're doing and I've got to make

12   a decision tomorrow.  So it's a time -- it's a time

13   issue for me.  I learn that -- you know, you --

14   first of all, you call them.  You call the

15   attorney.  You're not going to get him on the phone

16   right then, right.  You're lucky if you get to them

17   in the same business day.  Then they may hand you

18   off to somebody else, a more junior person.  Then

19   by -- by the time you've -- by the time you've

20   brought them up to speed on everything, we should

21   have already made a decision and in a separation

22   example, we should have let that person go, right.

23   There's a problem, right, and we delay it several

24   days and we're just not -- a small business just

25   isn't -- that doesn't work for us.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 18 of 28

616

1     Q.    Uh-huh.

2     A.    So you just have to -- so typically,

3 using that word, we typically just say, you know,

4 let's just use our own experience and take the risk

5 of making this decision on our own.

6     Q.    Do you have any personal knowledge of

7 CAI's plans with respect to staffing up, structuring

8 and operating a legal department as part of its

9 business?

10    A.    No.

11    Q.    Okay.  The -- that last term in the

12 first sentence of Paragraph 6 is logistical

13 constraints.  What do you -- what do you mean by

14 that term?

15    A.    That was what I was referring to, the

16 logistics of having to make a decision in a short

17 amount of time.  You know, we're a -- we're a PT

18 boat out there competing with battleships and --

19 and so we have to make decisions quickly.  That's

20 one of the things that makes us different than our

21 competitors out there.  And that's what I mean by

22 logistics.

23    Q.    Okay.

24    A.    We want to move -- so for -- so -- so

25 how does that -- what does that have to do with

Case 1:15-cv-00083-LCB-JLW  Document 121-5  Filed 06/16/17  Page 19 of 28

617

```
 1   CAI?  What does that have to do with CAI?  They
 2   know us.  They helped us recruit the person that
 3   we're getting ready to have to let go, right, or
 4   whatever the -- whatever the scenario is.  So
 5   there -- it's real easy to get somebody and -- and
 6   talk to them.  They know -- in our context and they
 7   can help us very quickly.  And it's my personal
 8   experience they've been able to help us quicker,
 9   less expense -- obviously less expensive because
10   we're not paying them by the hour than it is to --
11   to have to go to outside counsel for these minor
12   things.
13        Q.    Uh-huh.
14        A.    If it was something more serious or
15   something, then I absolutely would go outside.  I
16   might call -- I might call for their advice to see
17   who I should talk to, if the person that we're
18   using -- because we value their -- their counsel,
19   but that's what I mean logistically.
20        Q.    And as things stand right now you could
21   call in to CAI or call Mr. Clarke and say, I've got
22   this issue, can you recommend someone for me?
23   That's something you could do right now, isn't it?
24        A.    Yes.  Yes.
25        Q.    And do you do that from time to time?
```

618

1    A.    I do.  I do.

2    Q.    All right.  The attorney you referenced

3  earlier who helped draw up the vendor contract and

4  then you contacted with two questions about that

5  contract, is that an attorney you've utilized for

6  other things from time to time?

7    A.    Yes.  Let me clarify something.  I --

8  I -- if I -- if I said this before, I don't -- I

9  don't believe I did, but if I did, I misspoke.  She

10  did not draw up this contract.  She reviewed a

11  contract that was written up by a vendor.

12    Q.    Okay.  Thank you for that --

13    A.    Sure.

14    Q.    -- clarification.

15    A.    Sure.

16    Q.    Have you -- have you sought that

17  attorney's assistance with other HR-related issues?

18    A.    Yes.

19    Q.    Have you sought that attorney's

20  assistance with other contract-related issues?

21    A.    Yes.

22    Q.    Is -- is she the first person on your

23  list to call when an issue comes up that's a legal

24  issue?

25    A.    If it's business or employment law

Case 1:15-cv-00083-LCB-JLW   Document 127-5   Filed 06/30/17   Page 5 of 6

619

```
 1   related, yes.
 2       Q.    Are you the one that usually makes the
 3   call?
 4       A.    Yes.
 5       Q.    About how often do you talk to her in
 6   her professional capacity?
 7       A.    No more than once a year.
 8       Q.    Okay.  If -- if issues came up more
 9   frequently, you'd have to call her more often
10   though?
11       A.    Yeah.  Let -- yeah.  Let me -- let me
12   back up.  That's -- it's episodic in nature so it
13   might be, you know, two or three times one year and
14   not even talk to her the next year.
15       Q.    Uh-huh.
16       A.    So on average, you know, I'm averaging
17   it once a year.
18       Q.    Okay.
19       A.    But it is episodic to your point.
20       Q.    And that's just based on the frequency
21   that a legal issue of that nature arises in your
22   business?
23       A.    That's correct.  Which that -- that's
24   part of the -- one of the issues that I have is --
25   or difficulties I have and even with working with
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 21 of 28

620

1  her.  I'm going to her when there's a problem or

2  there's a potential for a problem.  CAI is working

3  with me to -- to prevent problems from happening.

4  They're working with me on the front end and then

5  if the problem occurs, they're the ones that have

6  helped me, you know, get to that point and they're

7  just a natural to be able to -- you know, whether

8  it's referring me to another attorney or if they

9  are able to, if it's a minor legal matter, they

10  could help me with that.  That's one of my

11  frustrations.

12      Q.    Is your -- your frustration there that

13  it would be more efficient, less expensive to

14  receive the service from CAI?

15      A.    Yes.  It's much less -- it's much more

16  efficient and much, much more expensive.

17      Q.    To get outside counsel?

18      A.    Yes.

19      Q.    If CAI is able to offer legal services,

20  would you be willing to pay a higher membership fee?

21      A.    Yes.

22      Q.    How much more?

23      A.    I'm not even sure what we pay now,

24  exactly what it is.  But I -- I'd pay double what

25  it is.  Wish he wasn't in the room when I said

```
 1        A.    Yes.
 2        Q.    All right.  I'll ask you to trust the
 3   calculator's math on this.  But 60 employees, which
 4   you said was the approximate number, times --
 5        A.    Yes.  Yes.
 6        Q.    -- 19.50 is $1,170.  Three facilities
 7   times 100 is $300.  And the total there is $1,470.
 8   Does that ring a bell as within about the range
 9   of --
10        A.    Yes.
11        Q.    -- what you pay?
12        A.    Yes.
13        Q.    Okay.  Slide that one back to me because
14   I don't want to lose it.  Thank you.
15        A.    Uh-huh.
16        Q.    Are you familiar with CAI's development
17   and registration of a prepaid services -- prepaid
18   legal services plan?
19        A.    No.
20        Q.    Okay.  It's not something you've heard
21   about at all?
22        A.    No.  No.
23        Q.    Do you know what a prepaid legal
24   services plan is?
25        A.    I've been pitched that by -- years ago
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 23 of 28

622

```
 1  by somebody, but it wasn't -- obviously wasn't CAI.
 2       Q.    Okay.   Then if you don't have
 3  familiarity you just may not be able to answer this
 4  question.  But if -- CAI when it begins to operate
 5  its prepaid legal services plan, is that something
 6  that ATCOM would be likely to use when it needs to
 7  engage outside counsel?
 8       A.    I don't know.
 9       Q.    Okay.   If -- if ATCOM was able to -- to
10  obtain the services of an outside lawyer through
11  CAI's prepaid legal services plan, would -- do you
12  think ATCOM would use that instead of engaging with,
13  for instance, the attorney that you've referenced
14  that helps you with the contract and other business
15  issues?
16       A.    I don't know that either.
17       Q.    Okay.   Let me show you what was
18  previously marked as Exhibit 77.
19            MR. RUSSELL:  Do you want another
20       copy, David?
21            MR. ADINOLFI:  No, thank you.  I
22       have that, read it, digested it.  Thanks.
23            MS. VAN ZANT:  Memorized it.
24            MR. RUSSELL:  I've got it right
25       here.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 24 of 28

623

```
1    consider that infringement upon their rights.
2        Q.    An infringement upon the rights of the
3    particular attorney?
4        A.    Of the association that -- that -- that
5    it -- that employs that attorney.
6        Q.    Okay.
7        A.    And, again, I don't understand the law.
8    I'm not a lawyer.  This is as a businessperson.
9        Q.    Uh-huh.
10       A.    It just doesn't make sense to me.
11       Q.    Yeah.  Well, I mean, this is your
12   declaration so I want to understand --
13       A.    Right.
14       Q.    -- what you meant.
15       A.    Right.
16       Q.    Let me ask you this:  Is that -- that
17   phrasing, infringement upon CAI's associational
18   rights, was that language that you added to the
19   document or was that there when you got the document
20   from Mr. Clarke?
21       A.    That was -- that was there and that's --
22   and I just explained what my understanding of it
23   was.
24       Q.    Okay.  So to -- to make sure I
25   understand that, it's the -- it's CAI's rights for
```

624

```
 1   its attorney employees to be able to offer legal
 2   advice?
 3        A.    Correct.
 4        Q.    Is that the only constitutional harm
 5   that is present in this case to your knowledge?
 6        A.    I wouldn't know.  I'm not that familiar
 7   with constitutional harm, what -- I'm not even
 8   familiar with that phrase.
 9        Q.    Okay.  Let me ask you this to use the
10   phrase that's here:  Are there any other
11   infringements upon rights that you're intending to
12   reference with the phrasing here in the declaration?
13        A.    No.
14        Q.    The next line -- well, continuing with
15   that sentence it says, the current unauthorized
16   practice of law statutes financially injure ATCOM.
17   Do you see that?
18        A.    Yeah.
19        Q.    And how is it that the statutes
20   financially injure ATCOM?
21        A.    He has the information.  I call and want
22   help and he can help me and he can do it
23   efficiently at -- at a -- at a much less cost and
24   he's not allowed to do that.  They aren't allowed
25   to do that.  And, therefore, I spend extra -- I --
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 25 of 28

625

```
1    I'm -- I'm spending that $5,000 deductible every
2    single time that I -- that -- I'm in conversations
3    with -- with Bruce over there he's telling me that
4    it wouldn't be that much with them because of the
5    depth of the relationship between the two
6    companies.
7        Q.    Okay.  Are there any other injuries to
8    ATCOM that you believe have been caused by the
9    unauthorized practice of law statutes?
10       A.    Just -- just legal cost.  Just legal
11   cost.
12       Q.    Okay.  And -- and as far as you know the
13   statutes have prohibited a trade association from
14   offering legal services from the time ATCOM was
15   founded to the present, right?
16       A.    I was made aware of it in -- prior to
17   2010.
18       Q.    Okay.
19       A.    I was incredulous actually.
20       Q.    What I'm trying to under -- understand
21   is you're not contending that there's been some
22   change that's caused a recent injury?
23       A.    That's correct.
24       Q.    It's just that -- that's been the -- the
25   state of affairs?
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 26 of 28

626

1   help as I have in the other parts of the business

2   that weren't legal and -- and I feel like he's

3   sincere when he says it's going to be -- if you're

4   covering that cost over all the members it's going

5   to be less expensive than going out and getting it

6   on your own.

7       Q.   Do you have any knowledge of what CAI's

8   reasons are why it wants to offer legal services to

9   its members?

10      A.   No.  To -- although -- although in

11   discussions with Bruce in years past, many years

12   past, it would be a natural fit for what they do.

13      Q.   Do you think it would be appropriate for

14   CAI to want to offer legal services because that

15   would allow it to increase its membership and,

16   thereby, increase the membership fees that it

17   receives?

18      A.   That's possible.

19      Q.   No -- no problem with that?

20      A.   No.

21      Q.   What's going to happen to ATCOM if -- if

22   CAI doesn't prevail in this lawsuit?

23      A.   I can't really predict the future, but I

24   think we'll probably still be in business.  I think

25   we'll keep doing what we're doing because we don't

1     have another alternative.  Again, that doesn't make

2     it right.

3         Q.    We've referenced where in the -- in

4     Paragraph 9 of your declaration you mentioned that

5     infringement upon CAI's associational rights.  And

6     we've made reference to the unauthorized practice of

7     law statutes.  Do you have any other understanding

8     of the -- of the legal issues that CAI has raised in

9     this case?

10        A.    No.

11        Q.    Okay.  And if you did, I'd want to

12     explore --

13        A.    Sure.

14        Q.    -- that --

15        A.    Sure.

16        Q.    -- just to make sure I had your full

17     testimony.

18        A.    Sure.

19        Q.    Okay.

20        A.    As I -- as I understand it, again, I'm

21     not -- I can't speak from a legal perspective, but

22     it's my understanding from the little bit of

23     investigation that I've done, which is very

24     minimal, there wasn't a law on the books until a

25     certain time, and I -- I don't know what that date

```
 1   services, is it your understanding that it would

 2   work the same way, that is, you could -- you could

 3   call them up, describe the specific circumstances

 4   and then they could provide legal services in

 5   response to those specific circumstances?

 6        A.    I'm not sure.  I'm not sure if that

 7   would have to be, you know, portioned off, you

 8   know, have to go -- you go through some sort of

 9   triage and then they send you to the -- to the

10   legal department.  I'm not sure what -- what their

11   plan is for that.

12        Q.    So, in other words, there may be a

13   couple steps involved before you get the answer from

14   a legal standpoint to whatever the specific issue

15   affecting your business is?

16        A.    Correct.

17        Q.    When -- when CAI worked on your employee

18   handbook, did they just give you a form document or

19   did -- was that tailored to specific realities of

20   your business?

21        A.    It was tailored.

22        Q.    On the version of the declaration that

23   you brought with you today, at the break with your

24   counsel's permission I looked at the notes you had

25   written on there and I noticed one that I wanted to
```

1   today?

2      **A.**   **No.**

3      Q.   We have talked about your belief that if

4   ATCOM could obtain legal services from CAI, that

5   would be a less expensive way to obtain legal

6   services than if ATCOM just went to outside counsel,

7   is that fair?

8      **A.**   **Yes.**

9      Q.   All right.  And by less expensive, that

10   means at the end of the day ATCOM could potentially

11   make more money that year, is that fair?

12      **A.**   **Yes.**

13      Q.   All right.  Are there any other reasons

14   that we haven't discussed why you as CEO of a CAI

15   member believe that CAI should be able to offer

16   legal services to its members?

17      **A.**   **Yes.  I get better advice -- I would get**

18   **better advice from them than I'm -- than what I am**

19   **getting currently and -- and the reason I'm getting**

20   **better advice is because the depth of the**

21   **relationship -- the length and the depth of the --**

22   **of the relationship.  They've seen us evolve.  I**

23   **mean, we've gone through -- we've gone through**

24   **several phases and they know what phase -- for**

25   **example, we're in the maturity phase of our**

```
 1   business.  We went through a growth phase.  They
 2   were with us through that part and -- and a lot of
 3   the same people.  Going to an outside counsel,
 4   it's -- those -- those folks are not going to know
 5   that.  They're not going to have that information.
 6   It would be way too much background information to
 7   get into and, as you know, you're paying for that.
 8   You're on the clock or you're paying for it as a
 9   monthly fee -- monthly amount on retainer.  So I
10   feel like I'm getting -- I feel like I would be
11   getting -- in fact, I'm -- I'm confident based on
12   my 30-some years' experience working with them that
13   I would get better results than I'm currently
14   getting.  I would even go so far as to say this:
15   If I had to pay the $5,000, I would rather pay them
16   the $5,000 in the -- in the example that I gave.
17        Q.   Do you mean by that your -- your return
18   on the $5,000 you think would be higher with CAI
19   than with another provider of legal services?
20        A.   I -- I would get -- I would get better
21   help.
22        Q.   Okay.
23        A.   There -- there was a mistake made.  I
24   don't know it's a mistake that was made because I'm
25   not a lawyer.  There was a mistake made that --
```

Case 1:15-cv-00083-LCB-JLW   Document 121-5   Filed 06/16/17   Page 28 of 28

631

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2
        CASE NO. 1:15-CV-83
3

4
CAPITAL ASSOCIATED INDUSTRIES,      )
5   INC.,                            )
                                     )
6         Plaintiff,                 )
                                     )
7      v.                            )
                                     )
8   ROY COOPER; NANCY LORRIN         )
    FREEMAN; J. DOUGLAS HENDERSON;   )
9   and the NORTH CAROLINA STATE BAR, )
                                     )
10        Defendants.                )
─────────────────────────────────────

11

12                  DEPOSITION OF

13            MICHAEL T. YOUNGBLOOD

14            FRIDAY, APRIL 21, 2017
                  1:08 P.M.
15
                  YS TALENT
16            2517 DELANEY AVENUE
          WILMINGTON, NORTH CAROLINA
17        ─────────────────────────────

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2         (WHEREUPON,
 3              MICHAEL T. YOUNGBLOOD
 4         was called as a witness, duly sworn, and
 5         testified as follows:)
 6              E X A M I N A T I O N
 7   BY MR. DUNCAN:                        1:08 P.M.
 8         Q.   Mr. Youngblood, good afternoon.  My name is Alan
 9   Duncan and I represent the North Carolina State Bar in this
10   lawsuit and I'll be asking you some questions today.
11              Could you please state your full name for the
12   record?
13         A.   Michael Todd Youngblood.
14         Q.   Please give me, if you would, your home address
15   and your business address.
16         A.   Home address is 5913 Turnstone Court, T-u-r-n-s-
17   t-o-n-e, Court, Wilmington, North Carolina.  Zip is 28409.
18   Business address is 2517 Delaney Avenue, D-e-l-a-n-e-y,
19   Wilmington 28403.
20         Q.   Thank you.  Have you ever been deposed before?
21         A.   Yes.
22         Q.   How many times?
23         A.   Once or twice.
24         Q.   All right.  And, without giving me the details,
25   just generally what have been the reasons that you've been
```

1　decided to use our own name because there couldn't be any

2　conflict that way.

3　　　Q.　Okay.

4　　　A.　So we never used that.

5　　　Q.　Very good.　When was HireScene.com incorporated

6　to the best of your recollection?

7　　　A.　Three, four years ago.　That's a guess.　I'm not

8　sure.

9　　　Q.　All right.　So around 2013 roughly?

10　　　A.　I'm guessing.　I'm not sure.　I'd have to look.

11　　　Q.　Okay.　How about Pharma Contracting?

12　　　A.　I'm not sure either.　That's probably three, four

13　years ago.　I don't know.

14　　　Q.　All right.　So, for both of those, it's been a

15　few years but not nearly as long as YS Talent; is that

16　correct?

17　　　A.　Correct.　Yes.

18　　　Q.　Is there an interrelationship between these three

19　companies, or are they all separate companies with separate

20　-- with a separate corporate existence?

21　　　A.　There is an interrelationship.

22　　　Q.　Can you tell me about that, please, sir?

23　　　A.　YS Talent does temporary contract employees.

24　HireScene mainly provides RPO services.　Pharma does --

25　　　Q.　Would you stop there?　Would you stop -- would

Case 1:15-cv-00083-LCB-JLW　Document 127-7　Filed 06/30/17　Page 3 of 6

634

1    you stop for me there?  I don't know what RPO services are.

2    **A.**    **Recruitment process outsourcing.  We place**

3    **employees directly on companies' payrolls.**

4    **Q.**    Okay.  Thank you.  Keep going.  I apologize for

5    interrupting.  I just didn't know what that -- what that

6    initial stood for.

7    **A.**    **And Pharma just provides contract employees of a**

8    **higher risk, Workers' Comp risk.**

9    **Q.**    In that answer, at least on my line, you broke up

10    a little, but I heard "contract employees" and I didn't

11    hear the rest of the answer.

12    **A.**    **That may carry a higher Workers' Comp risk that**

13    **are in that pool.**

14    **Q.**    And what type of employees would that be?

15    **A.**    **Most of a few -- maybe like at a construction**

16    **site that we didn't want to do on our other Workers' Comp**

17    **policy.  But it's used -- not used very much at all.**

18    **Q.**    Okay.  Is YS Talent Corp. or -- excuse me -- YS

19    Companies, is that entity a member of CAI?

20    **A.**    **Yes.**

21    **Q.**    And how many years has YS Companies been a

22    member?

23    **A.**    **I'm not sure but I'm guessing in excess --**

24    **Q.**    Approximately.

25    **A.**    **-- of ten years.  But I don't know the exact**

Case 1:15-cv-00083-LCB-JLW   Document 127-7   Filed 06/30/17   Page 4 of 6

```
 1        Q.   All right.  As I look at the -- as I look at the

 2   Secretary of State documents for YS Companies, Inc., it's

 3   indicated that the registered agent is Lonnie B. Williams,

 4   Jr.  Is that the -- is that my friend Lonnie Williams, the

 5   lawyer, trial lawyer in Wilmington?

 6        A.   No, you may be thinking of his father.  There's a

 7   Lonnie, Jr.  Mr. Williams retired.

 8        Q.   Okay.

 9        A.   This is his son.

10        Q.   Very good.  Is his son also an attorney, or does

11   his son do a different kind of work?

12        A.   He's an attorney with the same firm.

13        Q.   Same firm.  All right.  And so he serves -- he

14   serves YS Companies at least in the capacity as registered

15   agent, I see; is that right?

16        A.   Correct.

17        Q.   Does he provide service -- services to the

18   company by way of legal services other than just simply

19   serving as the registered agent?

20        A.   Yes.

21        Q.   Can you tell me about, not the specifics

22   obviously and certainly nothing to violate attorney-client

23   privilege, but, just generally, what types of services that

24   Mr. Williams would provide to YS Companies?

25        A.   He helps us to keep our corporate minutes.
```

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 3 of 22

636

1     Q.   Any other services other than those, what I'm

2  going to call business-related-type services?

3     A.   **He does real estate closings for us on our**

4  **Youngblood Management Services.**

5     Q.   Okay.  Anything else?

6     A.   **No.**

7     Q.   Does your -- has your company ever had the

8  misfortune to encounter a litigation situation?

9     A.   **Yes.**

10    Q.   And do you have counsel that you routinely look

11  to for litigation matters?

12    A.   **Yes.**

13    Q.   Who is that?

14    A.   **Well, in that one case, it was Michael Lord from**

15  **William Mullens [sic].**

16    Q.   And he's in Raleigh; is that correct?

17    A.   **Correct.**

18    Q.   And was he provided by an insurance carrier, or

19  was he retained separately and independently by you?

20    A.   **Separately and independently.  Now, we also have**

21  **cases from time to time like a Workers' Comp.**

22    Q.   Yes, sir.

23    A.   **And those are provided by the insurance company.**

24    Q.   And is there one firm that typically handles

25  those on behalf of your company, that is, the Workers' Comp

Case 1:15-cv-00083-LCB-JLW  Document 113-6  Filed 05/22/17  Page 4 of 22

637

1    claims?

2    A.    I've seen Cranfill Sumner Hartzog on some of the

3    cases, but I'm not familiar with them.

4    Q.    Yes, sir.

5    A.    I don't work with them that closely.

6    Q.    And the Cranfill Sumner, is that the Wilmington

7    office or the Raleigh office or do you know?

8    A.    I do not know.

9    Q.    And, when you say you don't work with them that

10   frequently, is that because someone else in the

11   organization oversees the Workers' Compensation matters

12   when they arise?

13   A.    Yes.

14   Q.    Who would that typically be within your

15   organization?

16   A.    Right now, it would be Tracy Hodge and/or Emily

17   Perry.

18   Q.    Insofar as you know, have you been satisfied with

19   the services received in the Workers' Comp area and,

20   obviously, the business services provided by Mr. Williams

21   in the years past?

22   A.    Yes.

23   Q.    And I think you indicated Mr. Lord provided

24   litigation services.  And when you have to go and ask for

25   those services from Mr. Lord and, I believe you said on one

638

1    occasion, were you satisfied with those services?

2        A.    Yes, and he's helped with some things over the

3    years as they would come up, so, yes.

4        Q.    All right.  So he's done a few things for you not

5    -- you met him through one litigation, but he's done some

6    other things for you over time?

7        A.    Yes.

8        Q.    Okay.  Have they generally been in the area of

9    litigation or some of them been in areas other than

10   litigation?

11       A.    Other than litigation.

12       Q.    Okay.  And, again, without telling me, you know,

13   the details or in any way violating, you know, an attorney-

14   client privilege or confidentiality, can you just give me a

15   general sense of what those types of matters would be?

16       A.    We generally call Mike after we call CAI, if they

17   cannot accommodate.  Then we're -- then we have to go to

18   outside counsel.  And it can be any number of things.  We,

19   as a company, try very hard to follow all the rules and

20   they're -- sometimes it's kind of complicated to figure out

21   what the rules are.  So we have a process we go through

22   and, if we get to a point with CAI and they say, you know,

23   "You need outside counsel," or "We can't answer this; you

24   need to go to an attorney," that's when we probably would

25   call Mike.

639

```
 1   And it sounds like many -- you've done it a good number of
 2   times; is that fair?
 3       A.   We've had a number of --
 4       Q.   I mean strike --
 5       A.   -- I mean like anybody -- since 1991, I don't
 6   want to characterize that we're constantly in court, but I
 7   think in the nature of employment of people there are
 8   Workers' Comp injuries, there's unemployment claims,
 9   there's -- you name it and that's just the nature of doing
10   business.
11       Q.   Okay.  And, in a general sense, at least by
12   categories, you've tried to explain to me as best you can
13   the contacts you've had with outside counsel and the
14   services that have been necessary for your company to
15   retain through the years; is that right?
16       A.   Yes.
17       Q.   Has there ever been occasion when you needed an
18   outside lawyer and you were not able to get one --
19       A.   There --
20       Q.   -- for YS Companies?
21       A.   There have been cases where you could get a
22   lawyer, but really the question was finding the right
23   lawyer that specialized in that specific area.
24       Q.   Right.  Can you give me an example of an area
25   where you have found that to be a concern, an area of law?
```

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 7 of 22

640

1      A.   For example, if there was an EEOC claim,

2   responding to that, we would not go to what I call a

3   general shingle attorney for something of that nature.   We

4   would seek out someone who has specific experience in that

5   area.

6      Q.   And have you been able to identify such people

7   over time?

8      A.   I have and some of it with help from CAI.   They

9   say, you know, "You should call this attorney.   It'd be a

10  good person to talk to.   He specializes in those type

11  cases."

12     Q.   Okay.   So you've gotten a referral from CAI that

13  you've found to be helpful?

14     A.   CAI has been very helpful on a number of fronts.

15     Q.   Yes, sir.   Including referrals to a lawyer for

16  EEOC cases if you needed that?

17     A.   If we needed it.

18     Q.   Is that right?

19     A.   We talk with them to a point.

20     Q.   Yes.

21     A.   And then we got to where we needed an attorney,

22  they said, "Well, this may be somebody you want to call."

23     Q.   All right.   And are you aware of any plans that

24  CAI would have if they were successful in this lawsuit to

25  start doing EEOC cases?

```
 1        A.   No.

 2        Q.   Okay.  All right.  Eventually, when you needed an

 3   EEOC case and perhaps with the help of a referral from the

 4   folks at CAI, have you been able to find a lawyer if you

 5   needed to have one for YS Companies?

 6        A.   We eventually found an attorney, yes.

 7        Q.   Okay.

 8        A.   In some cases, the attorneys are provided by an

 9   insurance company if it's covered under coverage, others

10   not.

11        Q.   Yes, sir.  Okay.  And I'm glad you said that.

12   It's the next thing I was going to ask you actually which

13   is:  Are there some matters for which your company has

14   coverage, insurance coverage, that would provide an

15   attorney if necessary?

16        A.   Yes.

17        Q.   And I'm assuming one of those areas we've already

18   talked about, which would be Workers' Compensation matters;

19   is that -- is that right?

20        A.   Correct.  Yes.

21        Q.   Are there other areas you can identify for me in

22   which you would have some form of liability insurance that

23   would provide an attorney in the event that there was a

24   legal matter that arose?

25        A.   Well, although we have insurance coverage, the
```

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 9 of 22

642

1   deductibles on some of these can be quite high and, if it's

2   a very small matter, we may hire a local attorney or -- not

3   a local -- but an attorney on our own because it's beneath

4   the coverage.

5        Q.   Yes, sir.

6        A.   That would be some of those situations --

7        Q.   Yes, sir.

8        A.   -- we would enter into an attorney.

9        Q.   Are there -- are there times -- I think you

10  indicated Mr. Lord may have been assigned by an -- no, you

11  didn't say that.  Let me retract or strike that.

12            Are there times when you have been assigned an

13  insurance company outside the Workers' Comp area because

14  you had insurance coverage for whatever the nature of the

15  claim was?

16       A.   Well, not a Workers' Comp.  It could be anywhere

17  from the EEOC; it could be an alleged employee theft; it

18  could be a wage and hour issue.  I mean it could be a

19  number of things that we would seek outside counsel.

20  A lot of times we're not litigating.  We just want advice.

21       Q.   Yes, sir.

22       A.   And that's a -- it's a hardship to find somebody

23  because it's outside of our insurance, we have to pay extra

24  money because -- you know, every case we have is not

25  litigious.  When you're trying to follow best practices and

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 10 of 22

643

1  determine what the law is and how it applies in this
2  situation, our goal is to not be in a litigious situation.
3  So we will consult an attorney who knows that specific area
4  before it goes to the insurance policy and say, "This may
5  be a problem. What do you think? Have we done everything
6  we should do? Was there anything else we should -- you
7  know, we haven't done what we should do?" So we're seeking
8  advice, because I don't want to characterize everything we
9  do ends up litigious and we go to an insurance company. I
10 mean that's very rare. You know, most of the time, it's --
11     Q.   Yes, sir.
12     A.   -- it's a lot of fluid conversation about where
13 we are with things.
14     Q.   So, before it gets to that point, it's been the
15 habit or custom of your company, YS Companies, to get
16 advice from an attorney to see if it can be resolved well
17 short of reaching the stage of getting into litigation; is
18 that correct?
19     A.   Resolve before litigation. Did we do everything
20 we have and also to review our procedures leading up to
21 that and make sure our procedures were sound legally? And
22 is there anything we need to do going forward?
23     Q.   Yes. Yes, sir. So just to round out the insure
24 -- do you have employment insurance coverage of any type?
25     A.   Yes.

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 11 of 22

644

1  consider yourself one of the HR services leaders depending

2  upon the situation?

3      A.    Yes.

4      Q.    Do you -- who has the primary role in making a

5  determination when the company may need an outside

6  assistance or an outside lawyer regarding a legal issue?

7      A.    **Principally, it's going to be me and, a much**

8  **lesser degree, Sandra.**

9      Q.    So, without again getting into specific issues,

10  are you aware of any current legal matters that exist for

11  which you have the need to use outside lawyers?

12      A.    **Currently, no.**

13      Q.    And I'm going to ask an obvious question --

14      A.    **Wait a second.**

15      Q.    -- I think I already know the answer to.  But --

16      A.    **Excuse me.  We had a collections case we**

17  **discussed with an attorney.**

18      Q.    Okay.  I think I know the answer to this

19  question, but do you have any in-house counsel in your

20  business?

21      A.    **No.**

22      Q.    Have you ever considered having in-house counsel

23  in your business?

24      A.    **We used to have in-house counsel.**

25      Q.    When did you have in-house counsel?

Case 1:15-cv-00083-LCB-JLW  Document 113-6  Filed 05/22/17  Page 12 of 22

1     A.    It was in the '90s.  I can't tell you the
2  specific years.
3     Q.    And who was it?
4     A.    Patty Soraghan.  And I'm sorry.  I don't know how
5  to spell that last name.  She was with Ward and Smith
6  before she came with us.  She's not licensed to practice
7  anymore and she retired.
8     Q.    Did she retire while working with you, or did
9  that happen sometime after?
10    A.    After.  She started a family so --
11    Q.    Did she leave on her own, or did you make a
12  decision you didn't want to have or didn't need an in-house
13  counsel?
14    A.    No, she left on her own to start a family.  It
15  was a very amicable -- I mean we --
16    Q.    Do --
17    A.    Sorry.
18    Q.    No, go ahead and finish.  I'm sorry.
19    A.    No, it was a very amicable situation.  She left
20  to start a family.
21    Q.    Yes.  And have you looked for and/or considered
22  hiring in-house counsel since Ms. Soraghan left to start
23  her family?
24    A.    No.
25    Q.    You have any particular thought process behind

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 13 of 22

```
1   get locked into somebody who -- if I get an unusual
2   situation, and I don't know what that may be, but, for
3   example, if I was looking for -- had a question about
4   ERISA, you know, a pretty complex issue, I don't want to be
5   locked in and have to spend all my money on something.  I
6   need to be convinced that there's everything there that
7   we're going to need.  Or we end up just going to another --
8   you know, having to seek additional advice somewhere else
9   anyway.
10       Q.   So, by way of example, if CAI were to provide
11  legal services, do you know if there's any intention to
12  provide ERISA advice or information or direction of ERISA
13  plans?  Do you have any information about that?
14       A.   No.  If you're asking has CAI come to me, said,
15  "Mike, if we could provide legal services, we'd give you
16  ERISA advice," no, we've not had that discussion.
17       Q.   Okay.  You know if it's part of the plan from
18  what you know, if they were successful in this lawsuit?
19       A.   No, I mean really what, I guess, my desires would
20  be is that -- frequently, when we're getting advice, they
21  get to a point when one of the counselors or consultants to
22  say, "Okay, well, you may need to talk to an attorney about
23  this."  And that's a delay in time till we have to find
24  which attorney to talk to.  It's an additional expense.
25            And a lot of times we would like to get these
```

Case 1:15-cv-00083-LCB-JLW   Document 106-6   Filed 05/18/17   Page 3 of 6

647

1    questions quickly because, if we can get right to it and
2    handle it, we can move on to something else.  So, when we
3    delay it by having to find someone else, that's quite a
4    burden to us.
5        Q.    Well, so I'm asking with respect to ERISA.  Do
6    you know if CAI would even do that?
7        A.    Well, I haven't spoken with them specifically
8    about ERISA, like I said, so I don't know that answer.  I
9    haven't asked that question.
10        Q.    Right.  So if, for example, it was not the plan
11   of CAI to do ERISA work, you're going to encounter the same
12   issue regardless --
13        A.    And what issue is that?
14        Q.    -- if that was the nature of your question.
15        A.    No, I'm sorry.  Could you be a little bit more
16   clear?  What issue is that?
17        Q.    That you would have to seek -- that you would
18   have -- the issue would be you'd have to seek outside
19   counsel.
20        A.    I mean this is pretty vague.  I don't know where
21   I am right now with this because I don't have specifics on
22   a situation, so it's kind of hard to answer a
23   conjecturetory-type [sic] -- you know, if this happened,
24   would you do this?
25        Q.    Right.

648

1      A.   I think, if you recruit a new member, you get

2   some kind of small discount on your next year's annual

3   dues.

4      Q.   Has your company been fortunate enough to receive

5   some of those discounts as you recall it?

6      A.   I believe we received one one time and I can't

7   recall the amount.

8      Q.   I think, if I remember, at the start of your

9   testimony you said your company joined CAI sometime more

10   than ten years ago without you having a real precise

11   recollection.  Am I remembering that correctly?

12      A.   Yes.

13      Q.   When you made the decision to join CAI, did

14   whether or not CAI provided legal services have any role in

15   that decision?

16      A.   You know, here again, there are HR issues and

17   there are legal issues.  You can't separate some of them in

18   my opinion because whether it's something as simple as

19   benefit enrollment -- I'll call it simple -- as complex as

20   benefit enrollment or what type of questions you can ask in

21   an interview and not ask.

22           Our motivation was to inform and keep our

23   employees as well as informed as possible on what is done

24   correctly.  And CAI has been very valuable that those

25   people can call at their discretion, has certainly relieved

Case 1:15-cv-00083-LCB-JLW   Document 106-6   Filed 05/18/17   Page 5 of 6

649

1  a lot off two or three of the management team from having

2  to constantly answer the phone.  It's been a big relief for

3  us in that end.

4          But, from a -- from a perspective from legal

5  services, one of the best things CAI has done by us

6  following the rules, we have not needed as many legal

7  services over the years.  Now, where it would have been

8  nice is when we do get to that point is that we don't have

9  to stop and start all over again, find an attorney and

10  start the whole process over again.  It would be nice if we

11  could have the legal services in the same situation.  I've

12  wondered over the years why we didn't.

13          Q.   Well, let me ask you the question a different way

14  because I'm not quite -- I appreciate that answer.  I'm not

15  quite sure if it's the answer to the question I asked.  So

16  let me ask it this way.  When you joined CAI -- when your

17  company joined CAI, you understood that CAI could not

18  provide legal services to your company, correct?

19          A.   Correct.

20          Q.   And it's fair to say you have not been receiving

21  legal services from CAI from the time you joined through

22  the present time; that's also correct, isn't it?

23          A.   Yes.

24          Q.   And the fact that CAI has not been able to

25  provide legal services has not caused you to even think

650

1      Q.   Let me ask the question this way:  If CAI is

2  unsuccessful in this lawsuit, that would not cause you to

3  drop your membership with CAI, would it?

4      A.   No, but it would cause me a hardship and a lot of

5  other people a hardship.

6      Q.   And can you describe for me in your words what

7  that hardship would be?

8      A.   All right.  Let's take in a real world situation

9  that I see people who are CAI members.  They have 150

10 employees or some small manufacturer in eastern North

11 Carolina and, you know, in their world, they're constantly

12 dealing with, "If we do this, will the EPA do this?"  They

13 want to follow the rules.  These people are trying to do

14 the right thing every day.  When we live in our world --

15 which I don't know where you live, Raleigh, Greensboro,

16 wherever you're from -- we don't have large law firms with

17 12 shingles all around and experts and consultants.

18           CAI has been a lifeline for people like us.  And,

19 you know, it puts us, I think, on evening footing of some

20 of the large mega-corporations because we can't afford a

21 large HR organization.  I can tap into a nonprofit

22 organization that gives me access to do that.

23           And the way the complexity of life is coming

24 down, I mean, when I started doing contract employment

25 services in 1986 from now the legal requirements just on

1   hiring, maintaining, and things are so much more
2   complicated now than when I started.  And it's really
3   moving to a point that we need a one-stop place, and I
4   don't -- I don't think I'm just speaking for ourselves.
5   I'm thinking for a lot of people in the rural parts of
6   North Carolina or smaller areas.
7           I think sometimes people in Raleigh and some in
8   Charlotte and the big cities lose sight of how -- what a
9   different world we live in than you guys.  And, yes, we do
10  need that and that is a hardship.  Does that mean I'm going
11  to drop them?  No, because I'll take what I can get.  But
12  would it be very helpful and keep me from spending large
13  sums of money that maybe I wouldn't have to?  Does it put
14  me on more of a competitive, even keel with somebody in
15  these large communities?  You'd better believe it does.
16      Q.   So, in short, you would keep the membership
17  because you value the HR services that you get?
18      A.   Right.  But I -- but that includes -- if I could
19  not get the legal services, it puts me at a disadvantage in
20  some of my national or international-based corporations
21  that I compete against that can afford to have these large
22  departments and have it all in one.  It would give them an
23  advantage.  I --
24      Q.   Do you know what the --
25      A.   I'm sorry.  I didn't mean to interrupt.

1      Q.   I'm going to ask you if I can to try to pin down

2    a little better what services your company uses with its

3    membership with CAI.  Do you use any of their in-house HR

4    resources?

5      A.   Yes.

6      Q.   Has CAI ever -- well, strike that.

7           Let me ask it this way.  All right.  Do you

8    consider that in some ways you outsource part of your HR,

9    what would be an HR department, to CAI in order to get the

10   services you need that would help round out a department if

11   you had one?

12     A.   Yes.

13     Q.   And can you tell me when you say that what are

14   the kinds of services you feel like you're outsourcing?

15   Can you give me some specifics on that?

16     A.   I feel like I'm outsourcing general HR functions

17   and it can be -- they're varied.  For example, how do I

18   handle this performance review?  What are -- you know, what

19   do I say to this employee if we're going to have to

20   discharge them?  What should I say in this offer letter?

21   All of those type of things are a very valuable sounding

22   board for us to call somebody and say, "Hey, this is what

23   I'm getting ready to do.  Can I do it?"  "What's the best

24   way to say this?"  And we usually get to talk to someone

25   specifically with a lot of experience, you know, HR

653

| | |
|---|---|
| 1 | **A.    I have no clue who this is.** |
| 2 | Q.    So you don't have a recollection of who it is and |
| 3 | so obviously you can't know whether they're a member of CAI |
| 4 | or not? |
| 5 | **A.    No.** |
| 6 | Q.    Is that fair? |
| 7 | **A.    That's fair.** |
| 8 | Q.    Do you know if CAI's proposed model of providing |
| 9 | legal services, if it were allowed to do so, would include |
| 10 | working on non-compete matters? |
| 11 | **A.    You know, I don't know because they've not given** |
| 12 | **me a specific.  I would hope it would.  That would be** |
| 13 | **helpful to me.** |
| 14 | Q.    And would that include -- well, would that |
| 15 | include CAI engaging in litigation on behalf of your |
| 16 | company in a non-compete context? |
| 17 | **A.    I don't know whether it would or --** |
| 18 | Q.    Would that be -- |
| 19 | **A.    -- it wouldn't.  I mean they've not covered it to** |
| 20 | **me.  I mean, you know, very rarely, as you know, do most of** |
| 21 | **these things come to litigation anyway and, if you can** |
| 22 | **resolve it beforehand in a reasonable situation, that's** |
| 23 | **usually what happens in by far the majority of these cases.** |
| 24 | **And that's usually what ends up happening.  In all the** |
| 25 | **years that I've been in business --** |

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 17 of 22

654

1      Q.    Before you get to that --

2      A.    **Go ahead.**

3      Q.    Excuse me.  Go ahead.  I'm sorry.

4      A.    **I said in all the years I've been in business --**

5      Q.    No, you go ahead.  I'm sorry.

6      A.    **-- I've only been -- had to go to court one time**

7  **in that regard and we won.**

8      Q.    And was that trying to enforce a non-compete or

9  was that defending against a non-compete claim?

10     A.    **Enforcing.**

11     Q.    Enforcing.  And did you have legal counsel for

12 that?

13     A.    **Yes.**

14     Q.    And do you recall who it was?

15     A.    **Mike Lord.**

16     Q.    And did Mike -- did Mr. Lord appear to be

17 competent and know what he was doing in terms of non-

18 compete agreements in that instance?

19     A.    **Yes.**

20     Q.    And you, it sounds like, have had some personal

21 experience with a non-compete because, if I heard your

22 history right, you sat out a year --

23     A.    **Correct.**

24     Q.    -- based on a non-compete; is that correct?

25     A.    **Yes.**

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 18 of 22

655

1    A.    No, I could not.

2    Q.    Is that fair?

3    A.    That's fair.

4    Q.    Okay.  I think you indicated that you don't have

5    much familiarity at this point with CAI's prepaid legal

6    services plan.  Do you -- do you -- do you have any idea

7    whether you intend to utilize it or do you have to just

8    research it more?

9    A.    I'd have to research it more.  I mean if -- and

10   I --

11   Q.    Okay.

12   A.    -- may be mistaken, but when I --

13   Q.    You just haven't had time to do that yet?

14   A.    When I saw -- I think it was an email or

15   something the other day, it appeared to me to be another --

16   it was a law firm, and I was sitting there thinking, "You

17   know, I'll choose my own law firm.  This isn't CAI.  This

18   is a third party," is what my impression was and that may

19   be wrong.

20        It's a different story if --

21   Q.    Okay.  So --

22   A.    -- I'm calling CAI and I'm staying at the same

23   place.  But if this is just being contracted out to another

24   firm, I probably would just do my own referrals because I

25   have a number of attorneys that I trust and have worked

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 19 of 22

656

```
 1    with over years.
 2        Q.   Okay.  Have you seen plans prepared by CAI
 3    regarding which legal services that they would offer?  That
 4    is, have you seen any documents based -- "If we're
 5    successful, here's what we would offer"?
 6        A.   No.  We have not had any conversations or
 7    anything saying, "Mike, if we could get this, this is what
 8    we'll do."  And I tell you and my response would be on that
 9    is that, "Call me when you can do it because I've got too
10    many other things to go on until we're definite."  I mean,
11    I don't have a lot of time and so, you know, "Hey, I'm all
12    ears.  When you get approval, call me.  Make me one of the
13    first ones on your list."
14        Q.   Okay.  So I got from that answer you haven't seen
15    anything in writing.
16        A.   No.
17        Q.   Correct me if I'm wrong.  Is that right?
18        A.   That's correct.  And I --
19        Q.   So --
20        A.   And, being quite honest with you, I guess the
21    point I was trying to get across, I don't know how
22    interested I would be until he got a -- what's the point of
23    talking to someone and spending time on it until you have
24    approval?  Because if anything you've gotten out of this
25    conversation is I'm a rule follower.  So, when you get
```

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 20 of 22

1   permission, then I'll talk. But, until the permission is

2   granted, and I don't mean to sound ugly about this, don't

3   waste my time with it because I have other things to do.

4       Q. All right. So along those lines I take it then

5   you haven't spoken with anyone associated with CAI about

6   what it might be planning to do either at this point?

7       A. Just maybe some brief general conversations,

8   "We'd like to do this." And, as I said before, I think it

9   would be great because it puts regional North Carolina

10   small companies, especially in the tough part of living in

11   -- eastern North Carolina is a great place to live, but

12   it's a much tougher economic environment than the metro

13   parts of North Carolina. I said that would really be great

14   and give us an equal footing with some of our large

15   competitors in the big cities and also give us, I think, a

16   more equal footing, and I'm not talking about competitors

17   just in the recruitment industry. But, when we're engaging

18   -- someone's engaging our service for contract workers, I

19   would very like -- much like to think -- I think -- feel

20   like I've got a big HR department now in CAI, but wouldn't

21   it be great if I had one place like some of these big

22   multinational corporations that sign contracts with us that

23   I can be on an equal footing with them?

24       Q. So you're not going to like this next question

25   but I need to ask it. You said you've had very brief

Case 1:15-cv-00083-LCB-JLW   Document 113-6   Filed 05/22/17   Page 21 of 22

658

1          Being a small regional business, you don't have

2    those options.  That's the -- that's why it would be nice

3    if CAI could do this.  It would put us on equal footing --

4          Q.    Okay.

5          A.    -- with some of the big companies.  But,

6    otherwise, we have to go out, spend money and have a delay

7    in a response for the answer.

8          Q.    I hear that.  And I guess going back to the

9    question.  I didn't hear you say you recall any document or

10   presentation that would say members would save money just

11   because CAI could offer legal services; is that right?

12         A.    I don't recall a specific one and, if it did

13   come, what I'm -- what I'm trying to get across to you, I

14   would dial that out pretty quick until someone can say,

15   when you have it more specific, call me.  I'm going to

16   probably push that aside.

17         Q.    Okay.  Now, if CAI were permitted to offer legal

18   services by the court, that is, if the decision went in a

19   way that CAI is requesting, is it fair to say that you

20   would not automatically utilize the legal services offered

21   by CAI but rather you would consider what all the options

22   would be, including the options now presented for CAI as

23   you made a decision depending upon what the matter was for

24   which your company needed legal services?

25         A.    I think that's fair.  I mean, I can't commit to

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2            CIVIL ACTION NO. 1:15-CV-83-LCB-JLW

3   CAPITAL ASSOCIATED INDUSTRIES,   )
    INC.,                            )
4                                    )
             Plaintiff,              )
5                                    )
        vs.                          )
6                                    )
    ROY COOPER, et al.,              )
7                                    )
             Defendants.             )
8

9

10

11                 Videotaped Deposition of
                   DAVID RICHARD JOHNSON
12                   (Taken by Plaintiff)
         217 East Edenton Street, Raleigh, North Carolina
                   January 5, 2017, 9:36 a.m.
13

14

15

16

17

18

19

20

21

22

23

24
                   Reported in Stenotype By
25            Margaret M. Kruse, CSR, RMR, CRR
        Transcript produced by computer-aided transcription

```
 1              APPEARANCES:

 2   ON BEHALF OF PLAINTIFF:

 3              BROOKS PIERCE, by
               MR. REID PHILLIPS and
 4             MR. CRAIG D. SCHAUER
               1600 Wells Fargo Capitol Center
 5             150 Fayettevville Street
               Raleigh, North Carolina  27601
 6             (919) 573-6206
               cschauer@brookspierce.com
 7             rphillips@brookspierce.com

 8   ON BEHALF OF DEFENDANTS:

 9             MULLINS DUNCAN, by
               MR. ALAN W. DUNCAN
10             MR. STEPHEN RUSSELL
               300 North Greene Street
11             Suite 2000
               Greensboro, North Carolina  27401
12             (336) 645-3325
               aduncan@mullinsduncan.com
13             srussell@mullinsduncan.com

14                 and

15             STATE OF NORTH CAROLINA DEPARTMENT OF JUSTICE, by
               MR. DAVID J. ADINOLFI II
16             SPECIAL DEPUTY ATTORNEY GENERAL
               9001 Mail Service Center
17             Raleigh, North Carolina  27669-9001
               (919) 716-6500
18             dadinolfi@ncdoj.gov

19   ALSO PRESENT:

20        MR. BRUCE CLARKE
          MR. MICHAEL KIRBY, CLVS
21

22

23

24

25
```

Case 1:15-cv-00083-LCB-JLW   Document 126-2   Filed 06/30/17   Page 2 of 8

```
1            THE VIDEOTAPED DEPOSITION of DAVID RICHARD JOHNSON,

2     a witness called on behalf of Plaintiff, before

3     Margaret M. Kruse, Registered Merit Reporter, Certified

4     Realtime Reporter, and Notary Public in and for the State of

5     North Carolina, at 217 East Edenton Street, Raleigh, North

6     Carolina, on January 5, 2017, commencing at 9:16 a.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:15-cv-00083-LCB-JLW   Document 126-2   Filed 06/30/17   Page 3 of 8

662

```
 1              THE VIDEOGRAPHER:  We're on the record at
 2    9:37 a.m.
 3              This is the videotaped deposition of Dave Johnson
 4    in the matter of Capital Associated Industries,
 5    Incorporated v. Roy Cooper, et al.
 6              This deposition is being held in the offices of
 7    the State Bar at 217 East Edenton Street in Raleigh, North
 8    Carolina, 27601, on January 5, 2017.
 9              The court reporter is Margie Kruse.  The
10    videographer is Michael Kirby, both with CaseWorks.
11              Will counsel please introduce themselves.
12              MR. PHILLIPS:  Reid Phillips for the plaintiff.
13              MR. SCHAUER:  Craig Schauer for the plaintiff.
14              MR. ADINOLFI:  David Adinolfi for defendants
15    Attorney General and District Attorneys Freeman and
16    Henderson.
17              MR. DUNCAN:  Alan Duncan for the North Carolina
18    State Bar.
19              MR. RUSSELL:  Steve Russel for the State Bar.
20              THE VIDEOGRAPHER:  Court reporter, please swear
21    the witness.
22                        (Witness administered an oath.)
23
24
25
```

Case 1:15-cv-00083-LCB-JLW   Document 126-2   Filed 06/30/17   Page 4 of 8

**663**

```
1                   DAVID RICHARD JOHNSON,
2    having been first administered an oath, was examined and
3    testified as follows:
4                        EXAMINATION
5    BY MR. PHILLIPS:
6         Q.    Tell us your full name, please.
7         A.    David Richard Johnson.
8         Q.    What is your residence address?
9         A.    I would prefer not to give my residence address.
10   I can tell you that I live in Raleigh, North Carolina.
11        Q.    And where do you work?  What is your business
12   address?
13        A.    I work at the North Carolina State Bar.  The
14   business address is 217 East Edenton Street in Raleigh,
15   North Carolina.
16        Q.    Who is your employer?
17        A.    The North Carolina State Bar.
18        Q.    What is your title?
19        A.    I am deputy counsel.
20        Q.    And describe briefly for us your duties as deputy
21   counselor for the State Bar.
22        A.    They are extensive.  They involve primarily
23   acting as -- serving as counsel to the authorized practice
24   committee of the North Carolina State Bar.  That's a
25   subcommittee of the council of the State Bar.  I do
```

664

```
1    appellate work for the State Bar.  I have from time to time
2    done -- helped with the legislative committee and other
3    assorted committees of the State Bar.
4         Q.    Do you supervise any other employees of the State
5    Bar?
6         A.    I do not supervise any employees.
7         Q.    Do any of the State Bar employees report to you?
8         A.    No.
9         Q.    Are there regularly scheduled meetings of the
10   State Bar staff or any subset of the staff?
11        A.    No.
12        Q.    Are there retreats or annual meetings for the
13   State Bar staff?
14        A.    No.
15        Q.    Who supervises you?
16        A.    Katherine Jean, the counsel to the North Carolina
17   State Bar.
18        Q.    And who does she report to?
19        A.    She reports to Tom Lunsford, who's the executive
20   director and secretary of the North Carolina State Bar.
21        Q.    Is there a personnel file for you kept at the
22   State Bar?
23        A.    I assume so.
24        Q.    Have you ever seen it?
25        A.    No.
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 3 of 27

665

```
 1   than North Carolina?

 2       A.    No.

 3       Q.    And where was your --

 4       A.    Well, when you say "jurisdictions," I am admitted

 5   to the federal courts, all three, in this state, and the

 6   Fourth Circuit Court of Appeals, and the Supreme Court.

 7       Q.    And where did you have your undergraduate

 8   education?

 9       A.    University of North Carolina at Chapel Hill.

10       Q.    What year did you receive your degree?

11       A.    1975.

12             MR. PHILLIPS:  Let me show the deposition notice

13   we can mark as Exhibit No. 1.

14             (Whereupon, Johnson Deposition Exhibit 1 was marked

15             for identification.)

16   BY MR. PHILLIPS:

17       Q.    This is the notice of the deposition of the

18   North Carolina State Bar pursuant to Rule 30(b)(6).  Have

19   you reviewed this?

20       A.    I have.

21       Q.    And do you understand that you've been designated

22   by the State Bar to testify here today on topics 3, 8, 10,

23   11, and 12?

24       A.    Yes.

25       Q.    Briefly, what did you do to prepare for your
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 4 of 27

666

```
 1    the State Bar, you are familiar with those statutes,
 2    correct?
 3        A.    I am.
 4        Q.    Is there any document at the State Bar that
 5    defines the term "legal advice"?
 6        A.    None that I'm aware of.
 7        Q.    Look at topic 8 which is the Bar's review and
 8    study of trade associations operating in other states that
 9    offer legal advice to their members.
10              Did you review any documents in preparation for
11    your deposition today with respect to that topic?
12        A.    I reviewed the memorandum that Mr. Clarke
13    provided to me written by Doug Proctor back in 2011.  I
14    also reviewed my own memorandum that I prepared in that
15    same time frame.  And I did not review the Pennsylvania
16    statute again, except as outlined in those memo -- in that
17    memoranda.  And that is the only information I have
18    conducted on any survey.
19        Q.    And did you spend any additional time, other than
20    what you've already testified about, with Mr. Duncan or
21    Mr. Russell in preparation for your deposition on that
22    topic?
23        A.    No.
24        Q.    You mentioned Mr. Brocker.  Is Mr. Brocker an
25    attorney now living in Raleigh, North Carolina?
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 5 of 27

1      A.    Yes.

2      Q.    And is he a former member of the State Bar staff?

3      A.    Yes.

4      Q.    And did you serve with Mr. Brocker for a time at

5  the State Bar?

6      A.    Approximately one year.

7      Q.    Has the State Bar, to your knowledge, ever made

8  any study of trade associations operating in other states

9  that provide legal services to their members?

10     A.    No.

11     Q.    Are you aware of any studies of trade

12 associations operating in other states that provide legal

13 services to their members?

14     A.    I am not.

15     Q.    Are you aware of any professional literature on

16 that topic, that is, the provision of legal services by

17 trade associations to their members?

18     A.    I am not.

19     Q.    Have you called anyone or corresponded with

20 anyone in any other state to discuss the provision of legal

21 services by trade associations to their members?

22     A.    Not that I can recall.

23     Q.    And have you ever talked to any member or officer

24 of the State Bar in any other state concerning the topic of

25 legal services provided by trade associations to their

1  the organization that you have access to; is that correct?

2      A.    That is correct.

3      Q.    And have you ever seen a discussion or

4  participated in a discussion, either one, on that list

5  serve on the topic of trade associations providing legal

6  services to members?

7      A.    Not that I remember.

8      Q.    And then other than the NOBC, you mentioned the

9  Wake Bar and the North Carolina Bar Association.

10          Have you ever attended or heard any presentations

11  by either of those organizations on the topic of trade

12  associations providing legal services to their members?

13      A.    I have not.

14      Q.    Are you a member of any committee of the NOBC?

15      A.    No.

16      Q.    Have you ever held an office in the NOBC?

17      A.    No.

18      Q.    Are you a member of any task force or planning

19  group or any other subset of that organization of the NOBC?

20      A.    No.

21      Q.    Topic 10 is the Bar's communication with CAI,

22  correct?

23      A.    Yes.

24      Q.    And what have you done to prepare for this

25  deposition with respect to that topic?

1      A.    Yes.

2      Q.    And you've given some testimony about that

3  already, correct, background questions?

4      A.    Well, I'm not sure I would characterize that.

5  You asked me if I --

6      Q.    Fair enough.  Let me ask the question.

7      If I tell -- if I tell someone that the speed

8  limit on Interstate 40 between Durham and Raleigh is

9  65 miles an hour, have I provided legal advice?

10     A.    Not in the --

11     MR. DUNCAN:  Let me object to hypotheticals, but

12  you can go ahead and answer this for now.

13  BY MR. PHILLIPS:

14     Q.    Have you provided legal advice?

15     A.    Not necessarily in that context, but there's

16  going to be additional context that might result in legal

17  advice.

18     Q.    If I'm a passenger riding in a car somewhere

19  between Durham and Raleigh and I say to the driver, "The

20  speed limit here is 65 miles an hour," have I provided

21  legal advice to that driver?

22     MR. DUNCAN:  Same objection.

23  BY THE WITNESS:

24     A.    Again, the question of whether anything

25  constitutes legal advice is based on the context and how it

1  is provided, and all of the facts and circumstances would

2  have to be examined.

3  BY MR. PHILLIPS:

4      Q.    So under what set of facts and circumstances

5  could a passenger advising the driver of the speed limit on

6  a public highway in Durham County, North Carolina

7  constitute legal advice?

8          MR. DUNCAN:  Same objection.

9  BY THE WITNESS:

10      A.    If the passenger is attempting to explain that if

11  you exceed the speed limit and that police officer behind

12  you is going to stop you or might have some other

13  application to making sure that you comply with the law,

14  then it may very well constitute legal advice.  As a

15  general proposition, simply advising somebody about general

16  information about the law would not constitute legal

17  advice.

18  BY MR. PHILLIPS:

19      Q.    So a passenger telling a driver what the speed

20  limit is on a public highway in Durham County could, under

21  some circumstances, in your view, constitute giving legal

22  advice; is that correct?

23          MR. DUNCAN:  Same objection.

24  BY THE WITNESS:

25      A.    It is conceivable to me that there could be

Case 1:15-cv-00083-LCB-JLW  Document 121-7  Filed 06/16/17  Page 7 of 27

671

1   circumstances under which it might constitute legal advice.

2   BY MR. PHILLIPS:

3       Q.    And if a passenger said to a driver of a car on a

4   public highway in Durham County, North Carolina, that the

5   penalty for speeding could be a fine, would that constitute

6   giving legal advice to the driver?

7           MR. DUNCAN:  Same objection.

8   BY THE WITNESS:

9       A.    Again, the -- there may be circumstances where

10  that constitutes legal advice.  There may be circumstances

11  where it does not.

12  BY MR. PHILLIPS:

13      Q.    And do you know of what those circumstances

14  were -- would constitute legal advice would be?

15      A.    Generally speaking --

16          MR. DUNCAN:  Same objection.

17  BY THE WITNESS:

18      A.    -- we would examine any kind of statement to --

19  from one person to another as to whether or not it

20  constituted counseling about their legal rights and

21  responsibilities in application to a specific fact or

22  circumstance.

23  BY MR. PHILLIPS:

24      Q.    So any conversation, any speech about what the

25  law is could constitute legal advice in view of the State

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 8 of 27

672

```
1    Bar; is that correct?
2            MR. DUNCAN:  Objection to the form.
3    BY THE WITNESS:
4        A.    Again, it's impossible to say yes or no to that
5    question because we would have to examine all of the facts
6    and circumstances surrounding the statement.
7    BY MR. PHILLIPS:
8        Q.    And I think that goes to the question.
9              You would look at -- you would have to make a
10   determination on your own of what all the facts and
11   circumstances were in order to determine whether that
12   constituted legal advice, is that what you're saying?
13       A.    I don't know that we would have to make that
14   determination on our own.
15             There are clearly some circumstances where if
16   a -- a statement might constitute legal advice.  There are
17   clearly some circumstances where it might not constitute
18   legal advice, and it's in the middle that we would have to
19   examine it.
20       Q.    So what circumstances are there where it is clear
21   that something is legal advice?
22       A.    I think if you are providing information about
23   the law to your colleague there for him to act on as -- in
24   his own -- not as a lawyer but in his own personal
25   circumstances.  But if you're providing legal information
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 9 of 27

673

1   for him to rely on and act upon that legal information for

2   purposes of changing his conduct or giving -- counseling

3   him that he should not engage in conduct or should engage

4   in conduct.

5       Q.    And then at the other end of the spectrum, you

6   said there were circumstances where it would be clear that

7   something is not legal advice, correct?

8       A.    Yes.

9       Q.    Okay.  Give me an example where it's clear in

10  your mind that something is not legal advice.

11      A.    I think it is not legal advice for somebody to

12  simply state that the speed limit is 65 miles an hour in

13  this zone or I believe the speed limit is 65 because that

14  was the last sign I saw.

15      Q.    But if that same passenger says to the driver

16  what the penalties are for speeding or the potential

17  penalties are for speeding, in your view that could

18  constitute legal advice; is that correct?

19      A.    Again, that would depend on what the purpose of

20  the statement was and how it was -- what the expectation of

21  the recipient of the statement was.

22           MR. DUNCAN:  Objection to the form of the last

23  question.  I didn't have an opportunity to get it in there.

24  BY MR. PHILLIPS:

25      Q.    Well, if the purpose was to alert the driver so

Case 1:15-cv-00083-LCB-JLW  Document 121-7  Filed 06/16/17  Page 10 of 27

674

```
 1   that he could conform his conduct or choose not to conform

 2   his conduct to the speed limit, would that constitute legal

 3   advice?

 4            MR. DUNCAN:  Same objection.

 5   BY THE WITNESS:

 6       A.    It might.

 7   BY MR. PHILLIPS:

 8       Q.    If that same passenger gave to the driver of the

 9   automobile the language of the statute that explains the

10   effect or possible effects on that person's driver's

11   license of a speeding conviction, would that constitute

12   legal advice?

13            MR. DUNCAN:  Same objection.

14   BY THE WITNESS:

15       A.    It very well might, particularly if the

16   explanation is intended to -- to have the recipient of that

17   information changed --

18   BY MR. PHILLIPS:

19       Q.    Slow down.

20       A.    Not necessarily slow down but giving them advice

21   about what the consequences are.

22       Q.    And if the same passenger, after the driver had

23   been stopped and written up for speeding and gotten their

24   ticket and citation to court, said to the driver, "Well,

25   you should go to court and try to speak with the District
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 11 of 27

675

1   Attorney about having the charge reduced," would that

2   constitute legal advice?

3           MR. DUNCAN:  Same objection.

4   BY THE WITNESS:

5       **A.      Again, the facts and circumstances surrounding**

6   **that, but more likely than not that that would constitute**

7   **legal advice.**

8   BY MR. PHILLIPS:

9       Q.      And what are some facts and circumstances that

10  would rule it out of the realm of legal advice in your

11  view?

12      **A.      If it is commonly known that that is an --**

13  **somebody has that ability to talk to the DA, if there's no**

14  **coupling with advice on what to say to the DA or how to go**

15  **about doing it.**

16      Q.      Are you the person at the State Bar that makes

17  the initial determination about whether or not something

18  constitutes legal advice?

19      **A.      I don't know that I am.**

20      Q.      Well, let's talk about the process then.

21          When somebody writes to the State Bar or calls

22  the State Bar to complain about a person giving legal

23  advice who is not a licensed attorney, who -- where does

24  that end up, or better yet, where does that start at the

25  State Bar?

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 12 of 27

676

1   **have represented themselves pro se.**

2   BY MR. PHILLIPS:

3      Q.    If one of them is an attorney, then is it

4   different?

5      **A.    No.**

6         MR. DUNCAN:  Same objection.

7   BY MR. PHILLIPS:

8      Q.    If a third neighbor, hearing about the difference

9   before it's been resolved, advises the neighbor who has the

10   crushed picnic table to file a lawsuit, has that person

11   engaged in the practice of law?

12         MR. DUNCAN:  Same objection.

13   BY THE WITNESS:

14      **A.    Again, as with the other hypotheticals that you**

15   **presented, a lot of it depends on context.  But to provide**

16   **a recommendation on how somebody should act to protect**

17   **their legal rights would generally constitute the practice**

18   **of law.**

19   BY MR. PHILLIPS:

20      Q.    So in that particular case on those

21   circumstances, would that be the practice of law?

22         MR. DUNCAN:  Same objection.

23   BY THE WITNESS:

24      **A.    Most likely, yes.**

25

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 13 of 27

677

1    circumstances that may constitute the unauthorized practice

2    of law.

3        Q.    And is there any written guidance by which you

4    make that determination?

5        A.    We review the statutes and our knowledge of the

6    law in the area.

7        Q.    Okay.  But do you have a checklist or do you have

8    an internal guide or do you have a set of training

9    instructions for other people at the State Bar, a set of

10   criteria, anything of that nature that you go by?

11       A.    No.

12       Q.    And does anybody review your determination as to

13   whether or not this is a complaint about the unauthorized

14   practice of law?

15       A.    I'm not sure I can answer the question as

16   phrased.

17       Q.    Let me try it this way.

18             You have that initial, may I call it, screening

19   function --

20       A.    Yes.

21       Q.    -- is that fair to say?

22             And are there some complaints that you receive

23   that appear to be violations of the UPL statutes but you

24   don't have the resources or you don't think it's

25   significant enough to pursue?  Do you screen some out just

```
1    does that ever happen?
2        A.      Regularly.
3        Q.      Then what's the next step?
4        A.      Well, the next step, whether or not we received a
5    response, is --
6               MR. PHILLIPS:  We need to go off the record.
7    Bruce Clarke has arrived.
8               THE VIDEOGRAPHER:  We're off the record at
9    10:45 a.m.
10              (Recess at 10:45 a.m. until 10:46 a.m.)
11              (Whereupon, Mr. Bruce Clarke entered the
12              proceedings.)
13              THE VIDEOGRAPHER:  We're back on the record at
14   10:46 am.
15   BY MR. PHILLIPS:
16       Q.      Before we went off the record we were talking
17   about the process, and we had established that the process
18   after the initial review begins with a letter being sent to
19   the person about whom the complaint has been made, with a
20   period of time for that person to respond, correct?
21       A.      Yes.
22       Q.      And then you said whether or not there is a
23   response to that, there's a next step.  And you were about
24   to tell me, I believe, what the next step is.
25       A.      Well, the next step -- the whole thing is a
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 15 of 27

1  process and there may be intervening steps between where we

2  might conduct legal research on the question or we might

3  have to interview witnesses, gather more information from

4  other sources, whatever, that would occur whether or not we

5  received a response from the respondent.

6      Q.   And is that a period of investigation?  Can we

7  call it that?

8      A.   That's what we would classify it as in our

9  investigation.

10     Q.   And do you operate under any timetable or

11 schedule for the completion of your investigations?

12     A.   No specific timetable.  We make every effort to

13 do them as expeditiously as possible.

14     Q.   And what happens at the conclusion of the

15 investigation when you feel you've gathered the information

16 that you can with respect to this matter that's been

17 brought to your attention?

18     A.   We prepare a report about -- that summarizes the

19 information that has been collected, both the original

20 complaint, the response, our investigative results and our

21 analysis of the law as it applies to the circumstance.

22     Q.   And to whom do you give the report?

23     A.   To the authorized practice committee.

24     Q.   And how often does the committee meet?

25     A.   It meets quarterly.

680

```
 1        Q.    And on a typical agenda, how many items are
 2   there?
 3        A.    Typical agenda, I would say probably 30 to 35.
 4        Q.    How many members serve on the Unauthorized
 5   Practice of Law Committee?
 6        A.    Members?  How many people are on the committee as
 7   opposed to counselors?
 8        Q.    Yes.
 9              We'll break it down.  So do it however way you
10   want, so yes.
11        A.    There are -- I do not know what the count is for
12   the upcoming committee.  I believe I remember the count for
13   last year as 41 total members.
14        Q.    And do all of the members sit together to
15   determine whether or not something constitutes the
16   authorized or unauthorized practice of law?
17        A.    Yes.
18        Q.    And what is the typical attendance at a meeting
19   of these 41 members?
20        A.    Typical attendance may be one or two absentees.
21        Q.    And you alluded but I want to elicit your
22   testimony.
23              How many of those people who sit on the
24   Authorized Practice of Law Committee are lawyers?
25        A.    I don't know what the full count is.  The vast
```

681

```
 1   insufficient evidence to support the allegation.  And it
 2   was reported back to the senior resident Superior Court
 3   judge who had asked us to look into it.
 4        Q.    Okay.  So you and Josh make the presentations to
 5   the APL committee, correct?
 6        A.    That's correct.
 7        Q.    All right.  And after your presentation, does the
 8   chairman call for discussion?
 9        A.    Typically, yes.
10        Q.    And then a vote?
11        A.    Yes.
12        Q.    Okay.  And what are the options that are
13   available to the committee at the end of the presentation
14   of the APL committee?
15        A.    The options are to send a letter of caution to
16   the respondent, to send a letter of cease and desist to the
17   respondent, to dismiss, to take no action, or to seek
18   injunctive relief, all or some of which may be coupled with
19   referrals to the District Attorney or other regulatory
20   agencies who may have an interest in the matter.
21        Q.    And would a referral to a District Attorney be a
22   recommendation that the District Attorney consider criminal
23   charges against the person?
24        A.    We do not make such a recommendation.  We just
25   refer the information to the District Attorney for whatever
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 18 of 27

682

1       A.      It is a misdemeanor, yes.

2       Q.      Do you know of any cases that have been referred

3    to District Attorneys in the past five years?

4       A.      In the last five years, I'm sure we have, but I

5    don't recall any specifically.

6       Q.      Does the Authorized Practice of Law Committee

7    itself maintain any written definition of "practicing law"?

8       A.      No.

9       Q.      And does the Authorized Practice of Law Committee

10   have or maintain any written definition of "legal

11   services"?

12      A.      None other than the statute.

13              (Whereupon, Johnson Deposition Exhibit 2 was marked

14              for identification.)

15   BY MR. PHILLIPS:

16      Q.      Let me show you what's been marked as Exhibit 2

17   and give you a few minutes to look through that.

18              Have you had a chance to look over that?

19      A.      I've had a chance to glance through it.

20      Q.      Sure.  And I understand not enough time to read

21   every word of it.

22              Were you responsible for gathering some of the

23   documents that were produced to CAI in discovery in this

24   case?

25      A.      Yes.

683

1      A.    Yes.

2      Q.    And do you know who composed that sentence for

3   this letter?

4      A.    It would have either been -- I think it was

5   probably me.

6      Q.    And I understand we're just talking about

7   Mike Robinson who was then chair of the committee.  But I

8   take it it is your practice to prepare letters --

9      A.    For him to review.

10     Q.    Right.

11           And for him then to sign if he approves it; is

12   that correct?

13     A.    That's correct.

14     Q.    Do you know that source of information you looked

15   at in order to write that description of legal services?

16     A.    Again, that would be -- our synthesis and

17   understanding of the statutes as interpreted by various and

18   sundry courts over not necessarily North Carolina courts

19   but. . .

20     Q.    Do you know if you looked at any of those sources

21   before writing this particular letter?

22     A.    I do not know.

23           MR. DUNCAN:  Objection, form in terms of

24   chronology of time you're talking about.  Did you mean

25   immediately before you wrote the letter as opposed to any

684

1    Q.    And not Alice Mine?

2    **A.    No.  But it was forwarded to me.**

3    Q.    All right.  And if you look at the page marked

4    1109, which is a letter from Lee & Lee attorneys to the

5    North Carolina State Bar addressed to your attention, do

6    you see beginning with the second sentence in the first

7    paragraph the words:

8          "I incorporated this business several months ago

9    when these ladies, both registered nurses and licensed

10   nursing home administrators, decided to open a consulting

11   business.  To this end, they formed a corporation, prepared

12   certain brochures, and began to consult with certain

13   nursing homes as to how to comply with the numerous

14   regulations and requirements necessary to maintain state

15   certification."

16         Do you see that?

17   **A.    I do.**

18   Q.    Is advising nursing homes on how to comply with

19   regulations and requirements necessary to maintain state

20   certification the practice of law?

21   **A.    It could be.**

22   Q.    And could advice about those things be the

23   provision of legal advice?

24   **A.    It could be.**

25   Q.    And what factors would you want to know or

1  consider in determining whether or not that was giving of

2  legal services or the provision of legal advice?

3       **A.    Are they giving specific information about how**

4  **the particular -- under the particular circumstance of the**

5  **nursing home, what they need to do to come into compliance**

6  **or are they just giving general, broad information about**

7  **the rules and regulations.**

8       Q.    So how does a nurse or a consultant in this case

9  know when they have gone from giving general information to

10 giving specific advice, to use your words?

11      MR. DUNCAN:  Objection to the form.

12 BY THE WITNESS:

13      **A.    Could you repeat the question?**

14 BY MR. PHILLIPS:

15      Q.    Sure.

16      How does a registered nurse or a licensed nursing

17 home administrator know when she has progressed from giving

18 general advice to giving specific advice?

19      MR. DUNCAN:  Same objection.

20 BY THE WITNESS:

21      **A.    I don't know that they necessarily would**

22 **recognize it unless they consulted with an attorney who**

23 **told them that they had crossed the line.**

24 BY MR. PHILLIPS:

25      Q.    And so in order to know whether someone is giving

1    legal advice if they are not an attorney, they need to ask

2    an attorney?  Is that what you're saying?

3    **A.    Well, if they want advice on whether their**

4    **business involves the giving of legal advice that they can**

5    **rely on, yes, they need to talk to an attorney.**

6    **They also could determine it for themselves if**

7    **they had read the statute.  But what we find most often is**

8    **people like this have not even thought about the fact that**

9    **they are -- they might be involved in an area that involves**

10   **legal advice.**

11   Q.    In this case, do you recall what determination

12   the State Bar made?

13   **A.    I do not.**

14   Q.    And if you look at the last page, it's marked

15   North Carolina State Bar 01111, do you see in the paragraph

16   there that the committee voted to dismiss the complaint

17   because of insufficient evidence?

18   **A.    I do.**

19   Q.    All right.  I take it that you -- but you confirm

20   for me if you would please -- that that does not constitute

21   a determination that they were not providing legal advice,

22   it simply means there wasn't sufficient evidence to make

23   that determination; is that correct?

24   **A.    If I plow through the double negatives.**

25   Q.    Please do so I won't have to say it again.

687

```
 1      A.      I think if what you are saying is the committee
 2    decided there was insufficient evidence and decided to
 3    dismiss on that basis but still cautioned them that they
 4    could cross the line.
 5      Q.      And to be clear, and to go back to the
 6    description of what they were doing, you believed that
 7    there are circumstances under which consulting with nursing
 8    homes as to how to comply with numerous regulations and
 9    requirements necessary to maintain state certification can
10    be the giving of legal advice that is prohibited by the UPL
11    statutes?
12      A.      That is correct.
13      Q.      And in order to make that determination, you
14    would need to conduct an investigation and gather
15    information about the specifics of that situation; is that
16    your testimony?
17      A.      If you're referring to me individually, yes.  It
18    also would be necessary for the committee to make that
19    determination.
20      Q.      All right.
21      A.      And you will note that the letter does caution
22    them and say that there are instances where they could
23    cross the line.
24
25
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 22 of 27

688

1  do."

2       Is the lawyer prohibited from telling the member

3  what they should do in those circumstances?

4       MR. DUNCAN:  Objection to the form.

5  BY THE WITNESS:

6    **A.    Again, the question is whether it's a legal**

7  **situation or exactly what it is.**

8  BY MR. PHILLIPS:

9    Q.    I'm not talking about help with homework.  I'm

10  talking about, you know, a real problem that the person is

11  calling the trade association for because they know the

12  trade association has expertise in that area and has a

13  lawyer on staff and is saying to the lawyer, "What should I

14  do about this situation?"

15    **A.    Again, if it's --**

16       MR. DUNCAN:  Objection to the form if that's a

17  question.

18  BY THE WITNESS:

19    **A.    If it is the provision of legal advice, then that**

20  **is prohibited by the statute.**

21  BY MR. PHILLIPS:

22    Q.    And the reason it's prohibited -- but I want to

23  be clear here -- is because that lawyer at that moment is

24  employed by that trade association, correct?

25    **A.    That is correct.**

689

1     Q.    That's what is prohibited?

2     **A.**    **That's right.**

3     Q.    Okay.  So the very same facts and circumstances,

4  except now the lawyer is working in an office one block

5  away where he has a sole proprietorship as his own new law

6  firm, can he now give that advice to that member of the

7  trade association that he was prohibited from giving when

8  he worked for the trade association?

9     **A.**    **Yes.**

10    Q.    And the only difference is who his employer is,

11  correct?

12    **A.**    **Yes.**

13    Q.    The only difference is the identity of the

14  employer, the difference being a nonprofit trade

15  association in one case and his own solo practice as a

16  lawyer in the other case, right?

17    **A.**    **The difference is that the statute prohibits a**

18  **corporation from providing legal services, and a lawyer is**

19  **generally free to provide legal services if they are not,**

20  **to anyone if they are not employed by the corporation.**

21    Q.    All right.  Are you aware of any documents at the

22  State Bar that articulate any reasons for that distinction

23  in who is allowed to provide legal services?

24    **A.**    **Other than what?**

25    Q.    Pardon?

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 24 of 27

690

```
 1       A.    No.

 2       Q.    And have you looked for any historical records or

 3  any documents shedding any light on why many years ago the

 4  legislature chose to prohibit the practice of law by

 5  corporations?

 6       A.    I have not looked at any of the historical

 7  records of the State Bar on that point, but the statute was

 8  enacted before the State Bar existed.

 9       Q.    Likely you don't have them here then?

10       A.    No.   I believe any such documents would have

11  existed at the Capitol at one time.

12       Q.    And do you yourself, in the role that you have at

13  the State Bar, have any understanding of any rationale or

14  reason for prohibiting trade associations from giving

15  advice to their members through North Carolina licensed

16  attorneys?

17       A.    I don't have any specific rationale associated

18  with simply by the fact that it's a trade association

19  giving advice to its members.   It's my understanding it

20  would be the same rationale regardless of what the nature

21  of the corporation is, and that is that there's the chance

22  of the corporation's interests being furthered and advanced

23  in conflict with the client's interest, putting the lawyer

24  and employee in the middle, among other things.

25            MR. DUNCAN:   If I can interject again.   That
```

Case 1:15-cv-00083-LCB-JLW   Document 121-7   Filed 06/16/17   Page 25 of 27

691

```
 1   question goes to topic area No. 4 for which another witness
 2   has been designated.
 3           MR. PHILLIPS:  Fair enough.  I won't take that
 4   testimony on behalf of the State Bar.
 5           MR. DUNCAN:  I think that would be -- yeah.  I'm
 6   not saying anything about the testimony one way or another.
 7   I'm simply pointing out that that's not the identified
 8   witness for that question.
 9           MR. PHILLIPS:  Sure.
10   BY MR. PHILLIPS:
11       Q.    Let's go to topic 8 in particular now with you as
12   the 30(b)(6) witness.  And that, as you recall, is the
13   Bar's review and study of trade associations operating in
14   other states that offer legal services to their members.
15   And you said you were prepared to testify on that topic,
16   correct?
17       A.    Yes.
18       Q.    And what, if any, review and study of trade
19   associations operating in other states that offer legal
20   services to their members has the State Bar made?
21       A.    Only -- the only study that the State Bar has
22   made in that regard is, as I testified earlier, the review
23   and confirmation that Pennsylvania has, in fact, enacted a
24   statute under which it has been represented to us by CAI
25   that two organizations in Pennsylvania are providing legal
```

1  services pursuant to that statute.

2      Q.    And you said you belong to a national and

3  professional association of bar regulators.  Is that a fair

4  way to characterize it?

5      A.    Yes.

6      Q.    And you attend meetings, not every one, but there

7  are annual meetings and you go to some of those meetings,

8  correct?

9      A.    Yes.

10      Q.    Have you ever picked up the phone to call anybody

11  at the State Bar in Pennsylvania to ask if they've had any

12  difficulty with trade associations giving legal advice to

13  members through licensed attorneys?

14      A.    Not that I can recall.

15      Q.    Are you familiar in any way with any of the

16  employer associations similar to CAI that operate in other

17  states?

18      A.    No.

19      Q.    One of them is Mid-Atlantic Employers'

20  Association?

21      A.    I never heard of them until you put something in

22  one of the pleadings, I believe.

23      Q.    And there's an organization called Management

24  Association in the State of Illinois.  Are you familiar

25  with that?

```
 1      A.     No.

 2      Q.     And Mountain State Employers' Council, are you

 3   familiar with that organization?

 4      A.     I am not.

 5      Q.     As the person who has the primary responsibility

 6   at the start bar with respect to enforce the APL statutes,

 7   have you not been curious to find out if other states have

 8   had problems with trade associations giving advice to their

 9   members through licensed attorneys?

10      A.     No.  Because the issue here is our statute

11   prohibits it and our mission is to enforce the statute.

12   What other states do in that regard is -- may be of some

13   interest but is not pertinent to my job and how I go about

14   doing it.

15      Q.     Would it be pertinent to your job to understand

16   that when lobbying the legislature to keep the law from

17   changing?

18      A.     No, not necessarily.

19      Q.     Did you participate in making presentations to

20   legislators or facilitate presentations to legislators to

21   prevent the proposed amendment of the UPL statutes proposed

22   by CAI?

23             MR. DUNCAN:  Objection to the form.

24   BY THE WITNESS:

25      A.     Those are multiple prongs.
```

1    Q.    In your own words, what do you recall were your

2  concerns about changing the statute?

3    A.    Well, there were a number of concerns including

4  that the change in the statute was very broad and could

5  have opened the doors for just about anybody to begin to

6  practice law, and we were concerned about the potential for

7  abuse and fraud from that standpoint.

8          We were also concerned that in this particular --

9  not in this particular situation with CAI, but as a general

10  proposition, allowing corporations to practice law would

11  potentially cause the problem, the ethics problems that we

12  described.

13    Q.    And so did you conduct any investigation of

14  exactly what CAI proposed to do or did you already know it

15  at that point?

16    A.    Well, we -- to the best of my knowledge still

17  don't know what CAI proposes to do, other than we had a

18  bullet point list from them from January of 2011 that said

19  eventually they wanted to provide full-blown legal

20  services.

21    Q.    To their members?

22    A.    To their members.

23    Q.    Through licensed attorneys?

24    A.    That's what it says, yes.

25    Q.    Well, you didn't doubt that, did you?

695

1     A.    No.

2     Q.    Just to be clear about that point.

3         Now, you mentioned the point about corporations

4 practicing law. You understand that there are a lot of

5 companies in North Carolina who employ attorneys to work

6 for them, correct?

7     A.    Oh, yes.

8     Q.    And is the State Bar able to regulate the conduct

9 of those attorneys?

10     A.    Yes, assuming they're licensed here.

11     Q.    Sure.

12         And are there cases -- are there any cases that

13 you recall where the State Bar has regulated the conduct of

14 attorneys working for corporations in North Carolina?

15     A.    I know we have disciplined inhouse counsel.

16     Q.    A better way to ask my question --

17     A.    For various and sundry.

18     Q.    You view yourself, that is you view the State Bar

19 as having the power and authority to discipline attorneys

20 who work for corporations, correct?

21     A.    Or licensees, yes.

22     Q.    And are there any -- and do you know how many

23 instances you've disciplined an inhouse attorney in the

24 past five years?

25     A.    No.

```
 1           MR. PHILLIPS:  I think we're ready for the break.

 2           THE VIDEOGRAPHER:  We're off the record at

 3    1:02 p.m.

 4        (Recess at 1:02 p.m. until 1:49 p.m.)

 5           THE VIDEOGRAPHER:  We are back on the record at

 6    1:49 p.m.

 7    BY MR. PHILLIPS:

 8      Q.    Mr. Johnson, are you aware of any evidence

 9    whatsoever of any ethical violations by trade associations

10    as a result of them offering legal services to their

11    members?

12      A.    I am unaware of any trade associations that offer

13    legal services to their members.

14      Q.    And, therefore, you don't have any evidence of

15    any violations by trade associations for offering legal

16    services to members?

17      A.    That's correct.  Right.

18      Q.    And you say you're not aware of any trade

19    associations that have offered legal services to their

20    members?

21      A.    None that I can recall, no.

22      Q.    So you've had no complaints or no reports that

23    you can recall of any such violations by any of the trade

24    associations offering to North Carolina?

25      A.    That's correct.
```

1  lawyer on the telephone and a lawyer responds in that same

2  conversation, is there any conduct that you need to

3  evaluate there?

4         MR. DUNCAN:  Objection to form.

5  BY THE WITNESS:

6    A.    Well, in the sense that yes, this is a lawyer

7  providing legal advice, that's conduct.

8  BY MR. PHILLIPS:

9    Q.    But what you would use to evaluate what had

10 occurred were the words that were spoken by the person

11 calling and the lawyer answering, correct?

12   A.    Not necessarily that narrow.  Again, if

13 somebody's calling a lawyer for legal advice and the lawyer

14 gives legal advice to the other person, that's a

15 combination of the content of the information and the fact

16 that they gave it, which is conduct.

17   Q.    So help me understand the distinction that you're

18 drawing there.

19         What is it other than the words that are spoken

20 that you say constitutes conduct?

21   A.    It's the fact that the lawyer has spoken those

22 words.

23   Q.    Just the fact of the speaking of the words is

24 what you mean by conduct in that answer?  Am I

25 understanding you correctly?

```
 1      A.      It is the combination of the fact that the person

 2   called seeking legal advice from a lawyer and the lawyer is

 3   implicitly stating by giving such legal advice, and I'm

 4   giving you legal advice for you to follow simply by virtue

 5   of being the lawyer.

 6      Q.      What is the conduct?

 7      A.      It's giving the advice.

 8      Q.      The words?

 9      A.      No.  It's giving the advice.

10      Q.      That's where you and I still are not

11   communicating well or I'm not understanding well what

12   you're trying to say.

13      A.      It's not necessarily what the words or the

14   content of the words is, it's the fact that it is giving

15   what the lawyer's representing to be legal advice to the

16   client.

17      Q.      Which is contained within the words that are

18   spoken in my example, correct?

19      A.      The -- what the advice is is in the words that

20   are spoken.  The fact of giving the advice is what

21   occurred.

22      Q.      So is there anything that needs to be evaluated

23   in that circumstance other than the words that are used

24   in -- are used between the two parties?

25      A.      Or a lawyer?
```

699

```
 1              MR. DUNCAN:  Thank you.
 2    BY MR. PHILLIPS:
 3         Q.    All right.  At the bottom it's stamped North
 4    Carolina State Bar No. 079360.
 5              Do you recognize this as a document produced to
 6    us by the State Bar in response to our discovery request?
 7         A.    Yes.
 8         Q.    And is this one of the documents that you
 9    gathered in response to our discovery request?
10         A.    Yes.
11         Q.    Who is Sharon Scudder?
12         A.    She identifies herself as the general counsel at
13    that time for the North Carolina Association of County
14    Commissioners.
15         Q.    Do you know Miss Scudder?
16         A.    I do not.
17         Q.    Do you recall any conversation with her about the
18    legal services bill for nonprofits that was before the
19    General Assembly?
20         A.    The only thing I recall is more or less
21    documented in the email, which is that we had a
22    conversation and she provided me with a copy of the
23    proposal.
24         Q.    And your message says, "Thanks, Sharon.  I see
25    the proposal tracks the change for public interest law
```

700

1   firms."  And then it says, "The concern then was the

2   potential for people to fraudulently establish 501(c)(3)

3   exempt nonprofit organizations and use any exception as a

4   loophole."

5         Did I read that correctly?

6   **A.    Yes, you did.**

7   Q.    And what did you mean to convey by that?  What

8   was the concern that you were trying to alert her to?

9   **A.    I was just telling her that that was part of our**

10   **basis for opposing the change in the bill that was proposed**

11   **the session before.**

12   Q.    And help me understand.  Why was that a concern?

13   **A.    Because the original language in that proposed**

14   **bill was so broad, it would have allowed anybody to just**

15   **simply establish a nonprofit organization and attempt to**

16   **provide legal services.**

17   Q.    And was that concern addressed by some later

18   proposals to change the legislation?

19   **A.    There was -- there was a series of meetings among**

20   **proponents of the bill and the State Bar and eventually**

21   **some language was identified as permissible.**

22   Q.    And was that language acceptable to you?

23   **A.    To the State Bar.**

24   Q.    Yes.  You're testifying now on behalf of the

25   State Bar, so I should make that question clear.

Case 1:15-cv-00083-LCB-JLW  Document 126-2  Filed 06/30/17  Page 8 of 8

 1              Did the State Bar accept that?

 2      **A.    The State Bar accepted it.**

 3      Q.    So that removed the concern about fraudulent

 4   501(c)(3) organizations?

 5      **A.    I'm not sure it completely removed the**

 6   **possibility, but it was sufficient to reduce the. . .**

 7      Q.    Okay.

 8            (Whereupon, Johnson Deposition Exhibit 13 was

 9             marked for identification.)

10   BY MR. PHILLIPS:

11      Q.    Let me hand you Exhibit 13, and you can be

12   looking at it while we get it across the table to your

13   counsel there.

14            Again, for the record, who is Katherine Jean?

15      **A.    Katherine Jean is counsel to the State Bar.**

16      Q.    And if you look turning over to page marked North

17   Carolina State Bar 07964, do you see the second email up

18   from the bottom is from Tom Lunsford to several people,

19   with a copy to others, including you, dated January 7,

20   2011?

21      **A.    Yes.**

22      Q.    And if you read -- well, we've established who

23   Mr. Lunsford is.

24            Who is Anthony di Santi?

25      **A.    Anthony di Santi was the president of the Bar at**

1  correct?

2      A.    Yes.

3      Q.    Okay.  And then what is that process that the

4  State Bar goes through to determine whether the State Bar

5  will take a position?

6      A.    **Well, generally, it consists of asking staff**

7  **counsel to review the situation and provide information to**

8  **whatever committee it's going to go before and let the**

9  **committee make a decision.  The committee will then report**

10  **to the executive committee and the executive committee**

11  **would report to the full council as to what the**

12  **recommendation was.**

13      Q.    In the next memorandum or email up from that,

14  Monday, January 10 at 10:33 p.m., there's a reference to

15  the issues committee.  Do you see that?

16      A.    **Yes.**

17      Q.    What is the issues committee?

18      A.    **The issues committee is one of the committees of**

19  **the State Bar that reviews matters that are -- that come up**

20  **from time to time concerning the regulation of the**

21  **profession.**

22      Q.    And who serves on the issues committee?

23      A.    **Whatever counselors have been appointed to the**

24  **committee at that time.**

25      Q.    Is it possible for the State Bar to elect not to

1  take a position with respect to legislation before the

2  General Assembly?

3      A.    Yes.

4      Q.    Is that the usual case?

5      A.    **Classifying something as usual or unusual is**

6  **difficult to make.  We tend to take positions on things**

7  **that directly affect the regulation of the profession.  We**

8  **steer clear of any things that might impact lawyers, such**

9  **as proposals to tax services or things like that.**

10      Q.    Okay.  And who has the authority to make the

11  final decision about whether the State Bar will take a

12  position on legislation?

13      A.    **The council.**

14      Q.    And has the council delegated that authority to

15  the executive committee?

16      A.    **The executive committee just by virtue of the**

17  **general delegation authority could take positions in**

18  **between meetings.**

19      Q.    Okay.

20      A.    **Or it could specifically be delegated authority**

21  **by the full council.**

22      Q.    And then at the top of page 7963 is a message

23  from Katherine Jean to you saying, "Can you be prepared to

24  give a briefing to the executive committee on this issue

25  next week?"

1    referenced here.

2           I did provide, I believe, drafts and final

3    product.

4       Q.   Well, so to break it down, I take it you looked

5    for any drafts as well as final product that existed,

6    correct?

7       A.   Yes.

8       Q.   Okay.  And do you recall finding any drafts with

9    respect --

10      A.   I do not recall finding any drafts.

11      Q.   Okay.  And with respect to any final product, do

12   you recall if they were produced in this case or not?

13      A.   I do not remember finding any product that went

14   to the council at this time.

15      Q.   And what about to the executive committee or the

16   issues committee on or about this time?

17      A.   I don't believe there was anything.  I believe

18   that if there was any presentation by me, it was maybe

19   handing out the proposal and talking about it.

20      Q.   Okay.  And earlier you testified about a concern

21   about fraudulent 501(c)(3)'s, right?

22      A.   Right.

23      Q.   And you said that was a concern that later was

24   addressed, correct?

25      A.   No.  I said it was -- well, in a sense it was

1    addressed.  I've said that the statute that eventually was

2    crafted, the amendment to the statute that was eventually

3    crafted alleviated some of the concerns.  But to say it

4    addressed the concerns, I don't know that it really fully

5    addressed all the potential concerns.

6        Q.    Do you recall any concerns that were not

7    addressed by the draft that was eventually agreed upon?

8        A.    Again, I think there's always a concern that some

9    fraudulent entity might attempt to pass themselves off as a

10   501(c)(3) entity and attempt to provide legal services.

11       Q.    And have you ever been concerned or made aware of

12   people who fraudulently hold themselves out to be lawyers

13   when they're not actually lawyers?

14       A.    Daily.

15       Q.    And is part of what you do in your work

16   investigate where you can and take appropriate action

17   against those people who are not lawyers but claim to be

18   lawyers?

19       A.    Exactly, but that doesn't mean we want to make it

20   easier for them to attempt to pass themselves off by posing

21   as something they're not.

22             At about this time, there was a news story on

23   Channel 5 about a gentleman from Durham who created a phony

24   Chamber of Commerce, enlisting people to join that phony

25   Chamber of Commerce.

1      Q.     With respect to CAI, by the way, you've satisfied

2    yourself that it's a real trade association and not in any

3    way phony or fraudulent, haven't you?

4      **A.     I have satisfied myself that it is a real**

5    **organization that is not phony or fraudulent.**

6      Q.     And you've met with Bruce Clarke on more than one

7    occasion, correct?

8      **A.     With respect to this, I only remember meeting**

9    **with Bruce directly twice.**

10     Q.     Okay.  And what were those occasions that you

11   recall?

12     **A.     There was a meeting shortly after this email in**

13   **Exhibit 3 about mid-February, and then there was a second**

14   **meeting, I believe, in May.**

15          MR. DUNCAN:  So you may have said Exhibit 3 and

16   may have intended Exhibit 13.

17          **THE WITNESS:  It's Exhibit 13.  I couldn't read**

18   **the handwriting.**

19          MR. DUNCAN:  Just for clarity of the record.

20          MR. PHILLIPS:  Thank you.

21   BY MR. PHILLIPS:

22     Q.     And have you done any investigation to determine

23   anything about CAI?

24     **A.     None particularly.  I was somewhat familiar with**

25   **CAI from my prior life at ISA.**

1    Q.    And you testified -- well, let me ask you.

2          Do you take the position that the State Bar could

3    discipline a North Carolina licensed attorney employed by

4    CAI?

5    **A.    Do I take that position?**

6    Q.    Does the State Bar.

7    **A.    Does the State Bar take the position?**

8    Q.    Yes.

9    **A.    The State Bar takes the position that if an**

10   **attorney with Capital Associated Industries violated the**

11   **Code of Professional Responsibility, the State Bar could**

12   **discipline that attorney for that violation.**

13   Q.    And if an attorney at a trade association

14   provided compromised legal advice because of pressure from

15   a superior, could you discipline the attorney for doing

16   that?

17         MR. DUNCAN:  Objection to the form.

18   BY THE WITNESS:

19   **A.    "Compromised legal advice" is an undefined term.**

20   BY MR. PHILLIPS:

21   Q.    Well, is one of the concerns that the State Bar

22   has at least tried to articulate that a licensed attorney

23   working for CAI might be subject to some pressure from an

24   officer of the company who is not a lawyer --

25   **A.    Sure.**

**708**

1     Q.     -- to somehow behave differently than that lawyer

2   should under the rules of professional conduct?  Is that

3   part of the State Bar's position?

4     **A.     That's part of the State Bar's position.**

5     Q.     To stick with that, supposing that occurred,

6   supposing that lawyer was in some fashion giving in to

7   improper influence, not giving the matter enough time

8   and attention, not giving it the diligence that the rules

9   required --

10    **A.     If the conduct amounted to a violation of the**

11  **rules of professional conduct, then they could be**

12  **disciplined.**

13    Q.     And the fact that that lawyer worked for CAI

14  would not prevent the State Bar from disciplining that

15  lawyer for that conduct, correct?

16    **A.     That is correct.**

17    Q.     And the Authorized Practice of Law Committee does

18  call before it and prosecute companies that are not

19  composed of lawyers for the violation of Unauthorized

20  Practice of Law Statutes, correct?

21    **A.     Not completely certain I followed your**

22  **articulation there, but companies that purport to be**

23  **providing legal services regularly are on the docket for**

24  **the Authorized Practice Committee.**

25    Q.     I think I can say it more simply.

1          Your enforcement powers are not limited to

2   attorneys, are they?

3      **A.    No.**

4      Q.    Your enforcement powers extend to any

5   organization in whatever form that attempts to provide

6   legal services, correct?

7      **A.    Depends on what you say our regulation authority**

8   **is.**

9          **If an entity is attempting to engage in the**

10  **Unauthorized Practice of Law, we do have the authority to**

11  **seek injunctive relief.**

12         **If the entity -- what we can't do and don't have**

13  **the means to do is to prosecute the entity for a violation**

14  **of the rules of professional conduct.**

15     Q.    But you can prosecute lawyers employed by those

16  companies, correct?

17     **A.    Yes.**

18     Q.    And you do, in fact, do that, don't you?

19     **A.    Well, we, in fact, have disciplined lawyers who**

20  **are employed by companies.**

21     Q.    And that enforcement of power includes everything

22  up to disbarment, correct?  You could disbar a lawyer who

23  violated the rules of professional conduct while employed

24  by a corporation, correct?

25     **A.    I could not.  Technically, the State Bar cannot.**

1    in there, "At some point exceptions can overtake the

2    general rule.  Is the public interest protected by allowing

3    the proliferation of exceptions?"

4            Have I read that correctly?

5    **A.    Yes.**

6    Q.    Those are your words, correct?

7    **A.    Yes.**

8    Q.    Was it true that in the case of CAI, you were not

9    so much concerned about CAI and what it might do, but

10   rather were concerned about the possibility that it would

11   open the door or allow for other exceptions to the

12   Unauthorized Practice of Law Statutes?

13   **A.    Well, I believe the answer to that is twofold.**

14   **Were we concerned that CAI was going to be a phony**

15   **organization doing something?  No.  But we were concerned**

16   **that trying to craft an exception for CAI to do something**

17   **might be problematic in terms of what it could -- what**

18   **could happen with other organizations who might not have**

19   **people like Mr. Clarke associated with that.**

20   Q.    Did you have that same set of concerns in the

21   Legal Zoom litigation; that is, did the State Bar have that

22   same set of concerns in the Legal Zoom litigation?

23   **A.    I believe, yes.  It was less about Legal Zoom and**

24   **more about the principal.**

25           MR. DUNCAN:  I'm going to again object to that

1      A.    No.

2            (Whereupon, Johnson Deposition Exhibit 22 was

3            marked for identification.)

4    BY MR. PHILLIPS:

5      Q.    And then look next at Exhibit 22, which is a

6    message from you to Katherine Jean and to Tom Lunsford

7    dated April 26, 2011, in which you say, "I'm not sure there

8    is zero financial impact, but it would be difficult to

9    quantify," correct?

10     A.    Yes.

11     Q.    And then you say, "I could envision some sort of

12   registration tracking scheme to identify those entities who

13   provide such services," correct?

14     A.    Yes.

15     Q.    So you would have the capacity if you chose to at

16   least establish some sort of registration and tracking for

17   entities that provided legal services such as trade

18   associations, correct?

19     A.    That might be a possibility, depending on what

20   happened with the legislation.

21     Q.    Well, it would be pretty simple, wouldn't it?  I

22   mean, you could say to any lawyer -- because you could

23   regulate lawyers, right? -- that if you work for a trade

24   association, you're required to tell the State Bar who that

25   trade association is and describe the legal services they

```
1   more work for him and the State Bar to enforce the
2   exception."
3           Did you express that concern to Miss Fitzgerald?
4       A.    I do not believe I would have expressed anything.
5   It just adds more work for me.  I wouldn't say it would
6   impact the State Bar.
7       Q.    Further, it indicates that there was a discussion
8   about conflicts of interest.  Do you see that?
9       A.    Yes.
10      Q.    And do you agree that conflicts of interest arise
11  in the private law firm setting?
12      A.    Yes, conflicts of interest may arise in the
13  private law firm setting.
14      Q.    And there are rules to help lawyers resolve those
15  conflicts, correct?
16      A.    Yes.
17      Q.    And ethical guidance on what they should do in
18  order to deal with conflicts of interest when they do
19  arise, correct?
20      A.    Yes.
21      Q.    And any lawyer licensed in North Carolina is
22  subject to those rules and to resolving conflicts in the
23  manner provided by the rules, correct?
24      A.    Yes.
25      Q.    And it doesn't matter who they work for, the
```

Case 1:15-cv-00083-LCB-JLW   Document 106-7   Filed 05/18/17   Page 50 of 55

1   BY MR. PHILLIPS:

2      Q.   Okay.  And you say "not necessarily."  So tell me

3   what you mean by that or why you say that.

4      **A.   Well, even if Mr. Gupton and Mr. Clarke are no**

5   **longer there and the next batch of attorneys come in, I**

6   **don't know whether they're going to provide good**

7   **information, bad information, whatever.  I couldn't put a**

8   **quantitative evaluation on such a question.**

9      Q.   And the same would be true if the lawyers

10  anywhere changed positions or left, right?  What I'm trying

11  to understand to help get to the question is, do you agree

12  that receiving good legal advice is a benefit to a company?

13          MR. DUNCAN:  Objection to the form.

14  BY THE WITNESS:

15     **A.   I agree that a company may need good, qualified**

16  **legal advice from time to time.**

17  BY MR. PHILLIPS:

18     Q.   And in the area of human resources or HR advice,

19  do you agree that companies can benefit from the advice of

20  licensed attorneys on HR issues?

21     **A.   Could you repeat that question.**

22          MR. DUNCAN:  Same objection.

23  BY MR. PHILLIPS:

24     Q.   Do you agree that companies can benefit from good

25  legal advice on HR issues?

1      **A.      They can benefit, yes.**

2      Q.      And do you agree that understanding the federal

3    regulations that apply to employers and the state

4    regulations that apply to employers and knowing how to deal

5    with those regulations can be a benefit to companies in

6    North Carolina?

7           MR. DUNCAN:  Objection to the form.

8    BY THE WITNESS:

9      **A.      I agree that a company may need that kind of**

10     **service from time to time.**

11   BY MR. PHILLIPS:

12     Q.      And are you making some distinction between

13   needing that service from time to time and it being a

14   benefit to the members?

15     **A.      Well, again, the question, when you pose it as**

16   **stating it's a benefit, that implies to me that we're**

17   **talking about member benefits, and that's not necessarily**

18   **something that can be offered as a member benefit.**

19     Q.      Change it to need.

20           Do you agree that companies sometimes have need

21   for HR advice?

22     **A.      Yes.**

23     Q.      And do you agree that companies sometimes have

24   need for advice in EEOC matters?

25     **A.      Yes.**

1        A.      Yes.

2        Q.      If somebody was not calling about sort of general

3   information or something like that, if they said I have a

4   conflict with another organization or an individual, you'd

5   have to potentially check a lot of names, right?

6        A.      Yes.

7        Q.      But it is a process that could be done, right?

8                MR. DUNCAN:   Objection to form.

9   BY THE WITNESS:

10       A.      I don't know whether it could be done or not.

11  That's a management-level issue about whether -- given the

12  extensive nature of the number of members and other

13  factors, you might have issue conflicts checks, you might

14  be member-member conflicts checks.  There any number of

15  conflicts checks which would mean large scale and hard for

16  me to know whether they're manageable or not.

17  BY MR. PHILLIPS:

18       Q.      Do you know, for example, how many names are in

19  the database in the law firm of Arnold & Porter that they

20  have to check for conflicts?

21       A.      I do not.

22       Q.      But probably quite a few?

23       A.      I'm sure there are quite a few names, but they

24  may be of a different caliber because you might have

25  questions arise about upper level management or members of

 1  and how they would be handled?

 2      **A.    Yes.**

 3      Q.    And I take it you had that concern for every

 4  lawyer in every law firm, too, right?  You want me to

 5  handle my conflicts checking correctly, don't you?

 6      **A.    We do.**

 7      Q.    Okay.

 8      **A.    Again, there are varying levels of complexity in**

 9  **any conflicts check.**

10      Q.    All right.  And then earlier, you alluded to

11  maybe some influence or pressure by management on a lawyer.

12  Is that a concern that you have about a trade association

13  offering legal services?

14      **A.    Yes.**

15      Q.    And have you done any studies to see if that

16  would be any different in the context of a trade

17  association than it is in a law firm that monthly publishes

18  its profits per partner and reams of financial data

19  encouraging lawyers to do more work and bill more hours?

20          MR. DUNCAN:  Objection to form.

21  BY THE WITNESS:

22      **A.    I haven't conducted any studies.**

23  BY MR. PHILLIPS:

24      Q.    And do you know of any studies?

25      **A.    I do not know of any studies.**

1      Q.     So, again, would you acknowledge or do we need to

2  spend more time on this that in private law firms,

3  attorneys can feel financial pressures?

4      **A.     Anybody can feel financial pressures, sure.**

5             MR. DUNCAN:  Objection to form.

6  BY MR. PHILLIPS:

7      Q.     But do you have any evidence or reason to believe

8  that the financial pressures on lawyers in a trade

9  association setting would be any different than it is on

10  lawyers in private practice?

11     **A.     I have concerns that the nature of management in**

12  **a trade association or any corporation that might be**

13  **governed and overseen by nonlawyers may not be fully**

14  **appreciative of the nature of the representation of clients**

15  **and how to handle them and if the financial pressures of**

16  **the organization may devolve upon the attorney.**

17     Q.     But two follow-ups or two things I want to

18  understand about that.  You express that as concern.

19  Again, my question is, do you have any data or any

20  information to show that that is a real concern?

21             MR. DUNCAN:  Objection to form.

22  BY THE WITNESS:

23     **A.     I have read numerous cases, including Justice**

24  **Souter's acknowledgment of that being a potential concern.**

25

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2             CIVIL ACTION No. 1:15-CV-83-LCB-JLW

 3   CAPITAL ASSOCIATED INDUSTRIES,)
     INC.,                        )
 4                                )
                   Plaintiff,     )
 5                                )
     vs.                          )
 6                                )
     ROY COOPER, et al.,          )
 7                                )
                   Defendants.    )
 8                                )
                                  )
 9


10


11        Videotaped Rule 30(b)(6) Deposition of

12             NORTH CAROLINA STATE BAR

13            By and Through its Designee:

14             MARK WILLIAM MERRITT

15              (Taken by Plaintiff)

16            Raleigh, North Carolina

17           Wednesday, January 11, 2017

18


19


20


21


22


23


24            Reported in Stenotype by
               Lauren M. McIntee, RPR
25   Transcript produced by computer-aided transcription
```

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 1 of 38

719

```
 1          THE VIDEOGRAPHER:  We're on the record at

 2   9:31 a.m.  This is the videotaped deposition of

 3   Mark Merritt in the matter of Capital Associated

 4   Industries, Incorporated, verse Roy Cooper, et al.

 5   This deposition is being held in the offices of the

 6   State Bar, 217 East Edenton Street, Raleigh, North

 7   Carolina 27601, on January 11, 2017.  The court

 8   reporter is Lauren McIntee.  The videographer is

 9   Michael Kirby, both with Caseworks.  Would counsel

10   please introduce themselves.

11          MS. VAN ZANT:  Jennifer Van Zant from Brooks

12   Pierce representing the Plaintiff.

13          MR. SCHAUER:  Craig Schauer from Brooks

14   Pierce representing the Plaintiff.

15          MR. DUNCAN:  Alan Duncan representing the

16   State Bar.

17          MR. RUSSELL:  Steve Russell representing the

18   State Bar.

19          MR. ADINOLFI:  David Adinolfi representing

20   Defendants, District Attorneys Freeman and

21   Henderson and the Attorney General.

22          THE VIDEOGRAPHER:  Would the court reporter

23   please swear in the witness.

24                MARK WILLIAM MERRITT,

25     having first been duly sworn, was examined
```

```
 1              and did testify as follows:
 2                      EXAMINATION
 3   BY MS. VAN ZANT:
 4       Q.    Mr. Merritt, will you state your full name
 5   for the record, please?
 6       A.    My name is Mark William Merritt.
 7       Q.    Okay.  My name is Jennifer Van Zant, as you
 8   know, and I'm going to ask you questions today.  Have
 9   you ever had your deposition taken before?
10       A.    Yes.
11       Q.    Okay.  And how many times?
12       A.    One time.
13       Q.    And what, in what type of matter was that?
14       A.    It was in a fee dispute matter.
15       Q.    And who were you testifying on behalf of?
16       A.    I was testifying on behalf of my law firm,
17   Robinson, Bradshaw and Hinson.
18       Q.    Okay.  And you have taken multiple
19   depositions as an attorney --
20       A.    I have.
21       Q.    -- correct?  And how many would you say
22   you've taken?
23       A.    Probably over a couple hundred.
24       Q.    Okay.  And I assume you've defended many as
25   well, correct?
```

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 3 of 38

721

1    Q.    What are those factual circumstances?

2    A.    **That they want to employ attorneys to provide**

3 **legal services to their members.**

4    Q.    And do you understand that the attorneys they

5 seek to employ are North Carolina licensed employee --

6 attorneys?

7    A.    **I do.**

8    Q.    And by CAI, you're referring to the

9 Plaintiff, Capital Associated Industries, Inc.?

10    A.    **That is correct.**

11    Q.    Okay.  Are there any public interests that

12 would be furthered if CAI were allowed to offer legal

13 services to its members through salaried and licensed

14 attorneys?

15    A.    **Not that I'm aware of.**

16    Q.    If CAI were allowed to offer legal services

17 to its members, would any of its members' interests be

18 served?

19    A.    **I can't really answer that because I don't**

20 **really know that much about its individual members.**

21    Q.    When you were in private practice, in what

22 areas of law did you practice?

23    A.    **I practiced in general commercial litigation,**

24 **antitrust, securities litigation, eminent domain,**

25 **employment law, construction law, and just a, a wide**

722

1  variety of civil litigation.  Toward the end of my

2  career it was more complex commercial litigation and

3  antitrust law.

4      Q.   In your employment work, did you have

5  occasion to advise clients on interpretation of various

6  statutes that apply to employing individuals?

7      A.   Employing individuals, yes.

8      Q.   And was it in your clients' interest to seek

9  legal advice about those topics?

10     A.   In most circumstances, I would think yes.

11     Q.   Why do you say that?

12     A.   Because the questions they asked me made

13  sense as issues on which they needed legal advice.

14     Q.   And often they sought legal advice to protect

15  their interests, correct?

16     A.   To either protect or advance their interests,

17  yes.

18     Q.   When an employer complies with employment and

19  labor regulations, that compliance protects the

20  employees as well as the employers, correct?

21     A.   In most instances, yes.  Sometimes compliance

22  with the law requires employers to fire employees, which

23  would not be in the employee's interest.

24     Q.   There is a public interest in an employer's

25  complying with applicable laws and regulations, correct?

723

1    A.    I believe so, yes.

2    Q.    And can a lawyer further that public interest

3 through the lawyer's advice?

4    A.    **If the lawyer is doing his job properly, yes.**

5    Q.    Do you understand that CAI's members include

6 employers?

7    A.    **That is my understanding based on what I've**

8 **read in their complaint.**

9    Q.    And those employers have an interest in

10 complying with employment laws and regulations, correct?

11    A.    **Based on my experience, employers have an**

12 **interest in abiding by the law to manage their legal**

13 **risk, yes.**

14    Q.    Is it preferable for an employer to seek

15 legal advice when in doubt about compliance with a

16 statute or regulation?

17    A.    **I can't answer that.  In an unqualified way,**

18 **I would say in most circumstances, yes.**

19    Q.    Is there a public interest in providing

20 cost-effective legal services?

21    A.    **Yes, there is.**

22    Q.    In your private practice did you experience

23 situations where your clients were reluctant to consult

24 with you or your law firm due to the cost of that

25 consultation?

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 6 of 38

724

1  their compliance with applicable statutes and

2  regulations, correct?

3      **A.    Some do.**

4      Q.    And as a lawyer, when you were in private

5  practice was it your goal to assist your corporate

6  clients in complying with the law?

7      **A.    That was one of my goals, yes.**

8      Q.    Do corporations search for free legal advice

9  on the internet?

10     **A.    I'm not aware of anyone doing that.  I can't**

11 **really answer that question.**

12     Q.    Is the Bar opposed to having a non-profit

13 member association offer legal services to its members

14 through licensed attorneys, salaried attorneys, licensed

15 salaried attorneys?

16     **A.    What the Bar has done is articulate to the**

17 **General Assembly the rationales behind 84-4 and 84-5 and**

18 **the important interests that they protect, and I believe**

19 **that could be fairly construed as opposition.**

20     Q.    Are the rationales separate from the

21 important interests that you mentioned?

22         MR. DUNCAN:  Objection to the form.

23     **A.    Can you repeat that?  Because I don't really**

24 **understand what you just said.**

25     Q.    So you think, I believe what you said was

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 7 of 38

725

1   that the State Bar has identified the rationales and the

2   important interests behind 84-4 and 84-5.

3        A.   Correct.

4        Q.   Is that -- okay.  So I'm, I'm asking whether

5   rationales are separate from important interests or are

6   they, can we --

7        A.   No.

8        Q.   -- put those together?

9        A.   They're, they're, they're basically the same,

10  and they're essentially embedded in the text of the

11  statutes.

12       Q.   So, so what are the rationales behind 84-4

13  and 84-5?

14       A.   They're somewhat separate.

15       Q.   Okay.  We can take them separately.

16       A.   Yeah.

17       Q.   84-4 first, please.

18       A.   84-4 generally prohibits persons other than

19  members of the State Bar from practicing law, and in

20  North Carolina we have a system of licensure that is

21  designed to make sure that people have a base level of

22  competence and are qualified to give legal advice before

23  they're allowed to give legal advice.  And so the

24  prohibition for non-members of the State Bar from

25  practicing law is essentially to protect the public from

Case 1:15-cv-00083-LCB-JLW   Document 113-7   Filed 05/22/17   Page 3 of 24

726

1  people who haven't met the standards set by the State to
2  demonstrate the competence that they need in order to
3  practice law.
4          Also embedded within 84-4 is information that
5  rounds out or defines what constitutes the practice of
6  law, which is also addressed in 84-2.1.  And 84-4 also
7  has essentially a prohibition from people, from people
8  holding themselves out as having the ability to give
9  legal advice when they're not qualified to do that
10 because they're not members of the Bar.  So I see 84-4
11 as directed in part to what I would call competence and
12 appropriate protection of the public so that people
13 aren't either giving legal advice or holding themselves
14 out to give legal advice who aren't qualified to do it.
15         84-5 has a little bit different focus, and
16 it's embedded in the fundamental establishment by our
17 General Assembly of the legal profession as a profession
18 that needs to be regulated as a profession.  And to me,
19 84-5 protects a number of very important public
20 interests.  One of the fundamental duties of any lawyer
21 is to exercise their independent judgment on behalf of
22 their clients.  Our General Assembly has included --
23 concluded in 84-5 that that is best done in a format
24 where lawyers aren't beholden to non-lawyers in any
25 capacity, given that non-lawyers don't have the same

1    duties as lawyers to the court and to their clients and
2    even to society at large.
3         And the organization of any entity in which
4    non-lawyers either own or direct the operations to any
5    degree of the conduct of lawyers inherently poses
6    conflicts between the lawyer's duties and the duty of
7    corporate entities to either make profits if they're
8    for-profit or, if they're non-profits, to have
9    sufficient revenue to cover their expenses and,
10   therefore, ensure their existence.
11        And so, you know, to me the fundamental issue
12   about 84-5 has always been protecting the lawyer's
13   exercise of independent judgment, but then there are
14   other important considerations.  There is within any
15   kind of legal organization an ongoing duty for lawyers
16   to give advice only where they're competent to do so.
17   And I have always questioned an organization where there
18   are non-lawyers, whether they have the skill sets
19   necessary to evaluate whether lawyers are giving
20   competent advice and that non-lawyers have the skill set
21   required to really supervise lawyers.  So I think
22   there's a, a pretty fundamental issue of ensuring
23   competence that's embedded in 84-5.
24        The other issue that I think 84-5 addresses
25   is conflicts of interest.  When you have membership

1  organizations of any size and you have a single lawyer

2  or a small group of lawyers purporting to represent or

3  be able to represent a wide membership, the problem of

4  resolving potential conflicts and actual conflicts is,

5  is extraordinarily difficult and would certainly warrant

6  a legislature having a prohibition of the corporate

7  practice of law with those kinds of conflicts, could be

8  difficult to resolve.

9          I think 84-5 also requires a fundamental

10  understanding of how lawyers have historically been

11  regulated, which is they're regulated at an individual

12  level and not at a corporate level.  And when you

13  interject any kind of non-lawyer structure over the

14  conduct of lawyers, it holds out the possibility of

15  potentially interfering with that regulation of

16  individuals.

17          The other thing to me is that when you become

18  a lawyer, you know, you take an oath that you're going

19  to do certain things in certain ways.  Non-lawyers don't

20  take that oath.  Non-lawyers have other motives.  They

21  have motives that are driven by profit.  They have

22  motives that could be driven by political agendas.  They

23  have motives that could be affected by personal

24  relationships.  And one of the fundamental obligations

25  of lawyers is to put your client's interest above any

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 10 of 38

729

1  kind of any other interests consistent with the law and

2  your professional obligations.

3        And so to me the fact that non-lawyers don't

4  take an oath and don't have the kind of professional

5  obligations that lawyers do is a meaningful reason for a

6  General Assembly to prohibit the practice of law in the

7  corporate format.  That may not be all the reasons, but

8  that's my summary of why a statute like 84-5 makes sense

9  and protects important interests that the General

10 Assembly has chosen to respect and that, as a regulator,

11 the State Bar is duty bound to enforce.

12       Q.    On 84-4, you identified the important

13 interest or rash -- and/or rationale of being a question

14 of competence; is that correct?

15       A.    I, I think it's more focussed on competence,

16 but I think the rationale I described for 84-5 also

17 overlaps with 84-4, and I think the rationale I describe

18 for 84-4 also has some overlap into 84-5.  It's hard to

19 take statutes -- you know, to, to me the whole Chapter

20 84 fits together in terms of the regulation of the

21 profession, and I think you have to look at, you know,

22 how the pieces fit together.

23       Q.    CAI seeks to provide legal services through

24 licensed North Carolina attorneys, correct?

25       A.    That's my understanding.

1    Q.    And so because if, if CAI were allowed to do

2 so, the people providing legal services would be

3 licensed North Carolina attorneys, then they would have

4 met the standards of competence set forward by the State

5 Bar, correct?

6    A.    Yes.  Assuming, you know, they weren't

7 subject to any kind of disciplinary or other action.

8    Q.    Correct.

9    A.    But let me be clear.  They set the minimum,

10 they meet the minimum level of competence to practice

11 law, which is a very different question of whether they

12 meet their ethical obligation to provide competent legal

13 services in a given legal situation.

14    Q.    That is a question that practicing lawyers

15 face every day, correct?

16    A.    It is indeed.

17    Q.    Okay.  And the Bar regulates that aspect of

18 the practice by relying on the individual lawyer's

19 judgment on, with regard to their competence in a

20 particular area, correct?

21    A.    No, not necessarily.  For people that

22 practice in law firms where other lawyers are part of

23 the management and supervisory structure, we count on

24 all lawyers in that firm to make sure that their firm is

25 providing competent legal services.  If I'm in a law

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 11 of 38

731

1   firm and I know that someone else in the law firm is
2   providing work in an area in which they're not
3   competent, I would have a legal ethical obligation to
4   prevent them from doing that work until they either
5   acquired a sufficient level of competence or called on
6   someone who had sufficient competence in an area so that
7   they could provide that advice consistent with their
8   duty of competence.
9       Q.    But lawyers are allowed to practice solo,
10  correct?
11      A.    They are, but they're not allowed to
12  ethically practice in areas where they're not competent.
13      Q.    Right.  But a solo practitioner relies on his
14  or her own judgment about competence in a particular
15  area, correct?
16      A.    Yes, although I think good lawyers will have
17  peers and other people that they can consult with when
18  they have doubts about those issues.
19      Q.    And lawyers employed by CAI could have
20  similar peers, correct?
21      A.    They could.
22      Q.    You mentioned independence.  Does the State
23  Bar have a concern that CAI would allow non-lawyers to
24  influence the attorney's loyalty to the client?
25      A.    I think the General Assembly has that

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 12 of 38

732

1  concern, which is why we have the statute.  And I think

2  that's a concern that is shared by the State Bar and by

3  other commentators on issues related to the ethical

4  conduct of lawyers.

5      Q.    Does the State Bar have a concern that CAI

6  would pressure attorneys to charge its members for

7  unnecessary legal services?

8      A.    That, we don't, we haven't identified

9  particular areas of concern with respect to CAI.  What

10 we have really focused on is the existence of the

11 important policy considerations that support the General

12 Assembly's enactment and continued support of 84-5.

13     Q.    Does the State Bar have a concern that if

14 trade associations were allowed to offer legal services

15 through salaried, licensed employees, that those trade

16 associations would pressure the attorneys to charge

17 members for unnecessary legal services?

18         MR. DUNCAN:  Objection to the form.

19     A.    That's not a particular concern that we have

20 identified with respect to CAI.  The overall concern

21 that we have with respect to the corporate practice of

22 law is that there is a misalignment of incentives and

23 duties between non-lawyers and lawyers.

24     Q.    And what do you mean by misalignment of

25 incentives?

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 13 of 38

733

1      A.     Corporations have fiduciary duties to their

2 owners and shareholders to either make profits or to

3 produce results that are consistent with the

4 corporation's documents in direction of its leadership.

5 Lawyers have obligations that are apart from those kinds

6 of duties to clients and to the public and to the court

7 system that are not necessarily consistent with

8 maximizing profits or being driven by considerations

9 that often affect the conduct of, of corporate entities.

10      Q.     But a trade association exists to benefit its

11 members, correct?

12      A.     I think that's one of the reasons a trade

13 association can exist.

14      Q.     Does the State Bar have a concern that CAI

15 would charge excessive fees for its services?

16      A.     That's not --

17      MR. DUNCAN:  Objection to the form.

18      A.     -- a concern that I've ever heard identified,

19 but that is the kind of concern that has been used to

20 explain why a statute like 84-5 makes sense, is that if

21 you're in a corporate format where non-lawyers have

22 ownership interests, that the profit motive may

23 transcend the duties that drive a lawyer's conduct under

24 the rules of professional conduct.

25      Q.     Does the State Bar have a concern that

Case 1:15-cv-00083-LCB-JLW  Document 113-7  Filed 05/22/17  Page 8 of 24

734

1    licensed attorneys working for CAI would disclose

2    privileged attorney-client communications

3    inappropriately?

4           MR. DUNCAN:  Objection to the form.

5       A.    The confidentiality is actually a good point,

6    and it's one that I didn't mention when I talked about

7    84-5, and I should have.  Lawyers have rules with

8    respect to confidentiality that are robust and that

9    don't apply to non-lawyers.  And so one of the

10   conundrums about having non-lawyers have significant

11   ownership and operational responsibilities within

12   entities where legal services are being provided is what

13   happens to confidentiality and what happens to

14   attorney-client privilege.

15           And if confidential information is shared

16   with non-lawyers in ways that aren't for advancing the

17   interests of the client and would be for advancing the

18   interest of the corporate entity, there are serious

19   questions with respect to whether the lawyer has

20   breached the lawyer's duties of confidentiality and

21   whether there could be a waiver of the attorney-client

22   privilege, which is inherently kind of a facts and

23   circumstances test.  And so confidentiality is an issue

24   of concern in any kind of entity in which non-lawyers

25   have any kind of ownership interest or, or operational,

1  you know, control or influence.

2      Q.    A lawyer practicing in a law firm has an

3  ethical obligation to make sure that, that the law firm

4  has appropriate policies and procedures to protect

5  confidentiality, correct?

6      A.    You would have that ethical obligation.

7      Q.    And a lawyer practicing at a trade

8  association would have a similar ethical obligation,

9  correct?

10     A.    The lawyer would have that obligation at an

11 individual level.  The, you know, the issue here is

12 whether pressures from non-lawyers would have the effect

13 of eroding the importance of confidentiality or whether

14 the sharing of information necessary to operate that

15 kind of entity necessarily puts the confidential

16 information at risk because of the manner in which it

17 could be or would be shared with, with non-lawyers.

18     Q.    North Carolina allows lawyers to be employed

19 by corporations, correct?

20     A.    It does.

21     Q.    Okay.  And North Carolina allows lawyers

22 employed by corporations to provide legal advice to the

23 corporation by whom they are employed, correct?

24     A.    Correct.

25     Q.    Okay.  And we commonly refer to that as

1  firm is seeking profits --
2           MR. DUNCAN:  Objection to the form.
3      Q.    -- correct?
4      A.    I would disagree with that.  I don't think
5  there's anything inherently unethical about seeking
6  profits.  I think what the rules of ethics address are
7  when fees are completely, you know, excessive or
8  unreasonable or out of line with the value of the
9  service provided.  And, and the rules address that.
10  Lawyers are ethically obligated to charge fees that, you
11  know, aren't excessive, but the ethical rules understand
12  that lawyers need to make profit or they won't stay in
13  business.
14      Q.    But a lawyer does need to continuously
15  consider whether or not the fees are ethical, correct?
16      A.    Correct.
17      Q.    So it's not, it's not that there's an ethical
18  violation, but there could be, there's still a need for
19  ethical vigilance around the point of lawyer profits?
20      A.    No, not about lawyers' profits per se.
21  Whether the fees they're charging are reasonable.  You
22  could charge an unreasonable fee, and your law firm
23  could be completely unprofitable.  The, the focus of the
24  ethical rules is making sure that the fees that are
25  charged by lawyers meet the requirements under the Rules

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 16 of 38

737

1   of Professional Conduct to be appropriate fees.

2           The, you know, we don't regulate how

3   profitable law firms are.  What we focus on is whether

4   their fees meet the standards under the Rules of

5   Professional Conduct.  And that's really a different

6   issue.  So it's, it's a nuance, but I think it's an

7   important nuance.

8       Q.    So a lawyer practicing in any setting would

9   have an ethical obligation to make sure that his or her

10  fees were not excessive, correct?

11      A.    I can't recall the exact words used in the

12  Rules of Professional Conduct, but they're consistent

13  with that, that your fees not be excessive.  And there

14  are some standards that I recall being set forth in the

15  rules that, that give you some guidance on that, but I'd

16  have to look at them to be able to tell you what the

17  exact wording is.

18      Q.    So, so law firms seek to generate a profit

19  while still having ethical fees, correct?

20      A.    Yeah, if they want to stay in existence.

21      Q.    For-profit corporations with inhouse counsel

22  earn profits for their shareholders?

23      A.    Correct.  Some do, some don't.

24      Q.    Right.  And, and does that goal of seeking

25  profits for a for-profit corporation create a conflict

738

1   of interest for an inhouse attorney?

2        A.   No.

3        Q.   Are most North Carolina lawyers ethical?

4        A.   I believe they are.

5        Q.   And there are those few bad apples out there

6   ruining our good name?

7        A.   No, I don't believe that.  I think that the

8   good reputations of lawyers more than make up for the

9   few bad apples, and that I choose to focus on what the

10  good lawyers do and how well they do it and to not let

11  our reputation be defined by the bad apples.  That's

12  important to me.

13            THE VIDEOGRAPHER:  Guys, we have five minutes

14       until we need to change.

15            MS. VAN ZANT:  Okay.  We can take a break

16       now.

17            THE VIDEOGRAPHER:  We are off the record at

18       10:25 a.m.

19            (Recess taken 10:25 a.m. to 10:31 a.m.)

20            THE VIDEOGRAPHER:  We are back on the record

21       at 10:31 a.m.

22  BY MS. VAN ZANT:

23       Q.   Mr. Merritt, when a law firm gets an

24  opportunity to represent a new client, they have an

25  obligation to run some sort of conflict check, correct?

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 18 of 38

739

1     **A.    They do.**

2     Q.    Okay.  And there are ethical reasons not to

3  represent certain clients, potential clients?

4     **A.    There are ethical reasons and sometimes**

5  **requirements that you not represent certain clients.**

6     Q.    Okay.  And, and in your private practice were

7  there times when you had to decline opportunity to

8  represent a client due to ethical constraints?

9     **A.    Yes.**

10     Q.    And declining a representation can affect the

11  profits of a law firm, correct?

12     **A.    It can, yes.**

13     Q.    And that is a tension that attorneys in

14  private practice face, correct?

15     MR. DUNCAN:  Objection to the form.

16     **A.    It's a reality that they face.  I don't know**

17  **I'd describe it as a tension.  It's a requirement set**

18  **forth in the rules that govern our professional**

19  **behavior.**

20     Q.    Does the Bar have any concern that CAI is

21  anything other than a trade association?

22     **A.    I don't know that the Bar has identified any**

23  **concerns.  I just know in looking through this material**

24  **that it doesn't have the characteristics of any trade**

25  **association that I've ever represented, and it's caused**

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 19 of 38

740

1  me to question whether it's a, a 501(c)(6) organization

2  like the other trade associations I've represented.

3      Q.    What makes you say that?

4      A.    The trade associations I've represented

5  basically have been people in the same industry who have

6  the same kind of regulatory interests and industry

7  interests, and the trade association is aligned along

8  pretty commonly shared interests of members.  They

9  haven't been set up as what appears to be to me more of

10  a collected buying group on behalf of members who may or

11  may not have interests in common.

12          And when I saw that, it just struck me as

13  unusual.  I'm not a tax expert, but just reading through

14  this, I said to myself this doesn't look like any trade

15  association with which I'm familiar.  So that, that

16  would be, that's my point.  It's not a point that I'm

17  aware of that's been raised within the, the State Bar,

18  but it's the kind of issue that the Bar, you know,

19  potentially would have to address if the law were

20  changed that shows just how complicated this area can

21  be.

22      Q.    And you understand that CAI serves its

23  members with regard to their employment issues?

24      A.    That's what they have alleged.  I have no

25  independent understanding based other than what I read

1  in their complaint.

2      Q.    And you have no basis for disputing that

3  either, correct?

4      A.    I, I have, I have really, I don't have

5  intimate knowledge of what they do other than what's

6  been described in the complaint and some of the things

7  I've read in connection with preparing for the

8  litigation.  So I have no independent knowledge.

9      Q.    Does the Bar have a concern that CAI, if it

10  were allowed to employ licensed attorneys to offer legal

11  services to its members, would pressure those attorneys

12  to violate the North Carolina Rules of Professional

13  Conduct?

14          MR. DUNCAN:  Objection to the form.

15      A.    That is not a, any concern that's been

16  specified with respect to CAI.  That is the type of

17  concern that underlies 84-5 and the inherent pressures

18  that come when you have non-lawyers involved in business

19  entities with lawyers where their professional

20  obligations, incentives, and duties don't align.

21      Q.    I think you identified five areas that are

22  rationales behind 84-5, and I wrote those down as

23  importance of independent judgment, competence,

24  addressing conflicts of interest, having attorneys

25  regulated at an individual level, not at a corporate

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 20 of 38

1  level, and the effect of the attorney oath.

2      A.    I would add to that concerns over

3  confidentiality and attorney-client privilege that I

4  discussed.  That's the additional issue that comes to

5  mind.  The other thing I would add is the General

6  Assembly certainly would have the ability and the right

7  to set forth the kinds of entities in terms of their

8  structure so that they could be more easily subject to

9  regulation.  And I think that's part of what 84-5 does,

10  by making sure that entities providing legal advice are

11  really within the ambits of people who have the

12  professional obligations of lawyers does provide some

13  ease of regulation.  That makes sense to me.

14          MR. DUNCAN:  Just to be clear, the entirety

15      of his previous testimony stands on its own --

16      A.    Yeah, it does stand.

17          MR. DUNCAN:  -- in terms of all that he has

18      said in this regard.

19      Q.    Have you identified all of the rationales

20  and/or important interests that are advanced by 84-4 and

21  84-5?

22      A.    Probably not, but I have given you an

23  exhaustive list of what I can think of sitting here.

24      Q.    Do you know who Tami Fitzgerald is?

25      A.    I do not.

743

1    efforts to amend 84-5, correct?

2         A.    I believe that's correct.

3         Q.    Okay.  And, and why is that?

4         A.    For the reasons I've already articulated in

5    my deposition as to the laudable goals that 84-5

6    protects -- presents to protect the public and to make

7    sure that legal services are being provided in a way

8    that's consistent with the public interest.

9         Q.    Could legislation impose safeguards to guard

10   against those concerns?

11        A.    I don't think so.

12        Q.    Okay.  Why is that?

13        A.    Because they're structural.  There, there's a

14   misalignment of incentives when you have lawyers who

15   have legal duties of the nature that I have identified

16   in a capacity where, to any degree, they're beholden to

17   people who don't share those same values and interests.

18   And I think that's why this is a situation where in my

19   view it would be difficult to structure around it to

20   ensure that the laudable goals of 84-5 are sustained

21   over time in any organization where you have that kind

22   of structural inconsistency.

23             MS. VAN ZANT:  Will you mark this exhibit,

24        please?  What number will that be?

25             THE COURT REPORTER:  31.

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 22 of 38

744

1     also conflict with the client's interests."  And then he

2     goes on to describe some examples of when that might

3     occur.  Do you see that?

4          A.   I do.

5          Q.   Okay.  Can you just read that sentence to

6     yourself?

7          A.   Sure.

8          Q.   Thank you.

9          A.   Okay.  I've read it.

10          Q.   Okay.  Does the Bar agree with that

11     statement?

12          A.   I do agree that there may be situations where

13     the mission of a non-profit corporation could conflict

14     with a client's interest.

15          Q.   And would that include the example that, one

16     of the examples Mr. Fox provides where a client wants to

17     settle to obtain compensation, but the corporation

18     prefers a public resolution to promote an economic or a

19     political agenda?

20          A.   I think that's one example, yes.

21          Q.   And contingent-fee representation is allowed

22     in North Carolina, correct?

23          A.   Correct.

24          Q.   Okay.  In a contingent-fee representation,

25     can a lawyer's interest conflict with his or her

1  client's interests with regard to proposed settlement?

2      **A.      Potentially, but that's the kind of issues**

3  **that, you know, lawyers are trained to work through**

4  **consistent with the Rules of Professional Conduct.**

5      Q.    Okay.  So a lawyer working for a non-profit

6  corporation would similarly be trained to, to work

7  through that kind of issue?

8      **A.      You would hope so, yes.**

9      Q.    And trade associations exist for their

10  members' benefit, correct?

11      **A.      I don't know.  I can't say that**

12  **unequivocally, but most trade associations that I've**

13  **been affiliated with or know about purport to act to**

14  **provide benefits to members, which is why the members**

15  **join.**

16      Q.    Okay.  And that would include accomplishing

17  the legal goals of the members?

18          MR. DUNCAN:  Objection to the form.

19      **A.      That can be a potential goal.**

20      Q.    A trade association seeking to offer legal

21  services could adopt a policy preventing non-lawyers

22  from interfering with the lawyers' independent judgment,

23  correct?

24      **A.      Sure, they could adopt that kind of policy.**

25      Q.    And you, you don't think that policy could

1  ever be effective, correct?

2    **A.    I think there are extraordinarily difficult**

3  **conflicts of incentives that would make it hard to**

4  **sustain that over time.**

5    Q.    A lawyer working for a non-profit corporation

6  such as a trade association in providing legal services

7  to members would have an obligation to make sure that

8  his or her independent judgment was not compromised,

9  correct?

10    **A.    You would have that obligation, yes.**

11    Q.    Just as lawyers in law firms have an

12  obligation to make sure their independent judgment is

13  not compromised, correct?

14    **A.    That's an obligation that all lawyers have**

15  **under the Rules of Professional Conduct, yes.**

16    Q.    Does the Bar regulate entities?

17    **A.    The Bar regulates individual lawyers in terms**

18  **of the ethical guidance that we provide and the**

19  **discipline that we're responsible for providing.  With**

20  **respect to the area of unauthorized practice, we have**

21  **the ability under the statute to enjoin an entity that**

22  **is engaged in the unauthorized practice of law.  We**

23  **don't regulate them like we do lawyers, but we have**

24  **certain statutory obligations to police the unauthorized**

25  **practice of law.**

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 25 of 38

747

1    Q.    If a non-lawyer at a corporation interferes

2  with professional judgment of inhouse counsel of that

3  corporation, would the non-lawyer be practicing law?

4    A.    **Sorry.  Could you repeat that?**

5    Q.    If a non-lawyer at a corporation interfered

6  with the inhouse counsel's independent judgment, would

7  the non-lawyer be practicing law?

8          MR. DUNCAN:  Objection to the form.

9    A.    **Not necessarily.**

10   Q.    Okay.  So the, but the Bar could still

11 regulate the inhouse counsel?

12   A.    **We do regulate inhouse counsel.**

13   Q.    And the Bar's remedy if, if the inhouse

14 counsel allows his or her judgment to be interfered with

15 would be to sanction the attorney?

16   A.    **Yes.**

17   Q.    Okay.  And if the interference were

18 unauthorized practice of law, then the Bar could

19 sanction the corporation that had engaged in, in the

20 unauthorized practice of law?

21   A.    **The Bar has no independent ability to**

22 **sanction non-lawyers.  The only ability we have with**

23 **respect to non-lawyers engaged in the unauthorized**

24 **practice of law is to ultimately seek an injunction that**

25 **enjoins their behavior, but we don't have the ability**

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 26 of 38

748

1    under the statute to sanction non-lawyers in the same

2    way we do in the disciplinary process to impose

3    penalties on lawyers.

4         Q.    Has the Bar ever sought to identify whether

5    there is a public interest in having trade associations

6    offer legal services to members?

7         A.    We have not sought to go out and

8    independently verify whether there is any public

9    interest that's served by trade associations being able

10   to provide legal services to members.

11        Q.    Has the Bar made any inquiry into whether

12   there is such a public interest?

13             MR. DUNCAN:  Objection to the form.

14        A.    I'm not aware of us making that kind of

15   inquiry.  The Bar is certainly aware of and

16   knowledgeable about issues that affect the profession

17   and the provision of legal services and the

18   administration of justice, and I don't recall this issue

19   ever being on anyone's agenda as an item of priority or

20   concern.

21        Q.    Will you turn to the next page of Exhibit 31,

22   which is --

23        A.    The concerns and problems?

24        Q.    Yes.

25        A.    Okay.

749

1      Q.    Thank you.

2      **A.**    **I'm with you.**

3      Q.    Have you seen this document before?

4      **A.**    **I saw it in preparation for my deposition.**

5      Q.    Okay.  Have you seen it, did you, had you

6 ever seen it in a different context?

7      **A.**    **I don't recall seeing this document.**

8      Q.    And do you know who prepared this document?

9      **A.**    **You know, I do not.**

10     Q.    Okay.  Do you know Representative Blust?

11    **A.**    **You know, I do not know Representative Blust.**

12     Q.    Is he an attorney?

13    **A.**    **I do not know the answer to that.**

14     Q.    Does the Bar agree with the statement that

15 there is inherent conflict of interest in having

16 corporations provide legal services to members?

17    **A.**    **To, when you say corporations and members --**

18     Q.    To its members.  So --

19    **A.**    **Corporations don't have members.**

20 **Corporations often have shareholders, so I'm, there's a**

21 **little bit of a disconnect here for me in your question.**

22     Q.    Okay.  I'll, I'll do it again.

23    **A.**    **The, the concern I think the State Bar has is**

24 **when the statute is violated, and the corporate form is**

25 **used to provide legal services and legal advice to third**

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 28 of 38

750

1  parties outside the corporation.

2      Q.    Yes.

3      A.    That's probably a better way for me to, to

4  state this.

5      Q.    Okay.  So does the Bar agree that there is an

6  inherent conflict of interest in allowing corporations

7  to provide legal services outside the corporation?

8      A.    Yes, as defined in 84-5.

9      Q.    And that depends, that concern depends on an

10  assumption that the individual lawyer will allow his or

11  her professional independence to be compromised?

12          MR. DUNCAN:  Objection to the form.

13      A.    I would disagree with that.

14      Q.    Okay.  Why?

15      A.    That concern stems from the fact that there

16  are structural pressures and a misalignment of

17  incentives and duties when you have non-lawyers engaged

18  in owning or operating businesses when they don't have

19  the same professional duties, obligations, requirements

20  as lawyers.  It's not about necessarily what an

21  individual lawyer may or may not do.  It's about a

22  structure that creates a potential for conflict of

23  interest that doesn't exist when you have a law firm

24  owned and controlled by lawyers who all share the same

25  professional obligations.

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 29 of 38

1      Q.    So the Bar doesn't believe that an individual

2  lawyer could ever resist this inherent conflict of

3  interest?

4      A.    I didn't say that.  I have identified the

5  concern that I believe animates the statute and provides

6  a basis for the statute that makes sense with me and

7  comports with my experience.

8      Q.    The, the pressure and incentives that you

9  identify that, are that in a corporation they only work

10  though if the individual lawyer compromises his or her

11  own professional judgment.

12      MR. DUNCAN:  Objection to the form.

13      A.    The harmful effect would require a lawyer to

14  violate their ethical obligations and duties, but there

15  is harm in incentives and pressures structurally that in

16  my view makes sense for the General Assembly to

17  regulate.  There are a lot of laws that you could say,

18  well, if individuals did the right thing, then there

19  wouldn't be any problem.  You know, there, there are

20  limits on how corporate entities are structured to

21  prevent conflicts.

22      That's what General Assemblies do.  General

23  Assemblies get to make the public policy that governs

24  how entities are formed to make sure they act consistent

25  with the public interest.  I think that's what the

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 30 of 38

752

1    General Assembly has done here.  So I don't define the

2    harm as narrowly as you do because a General Assembly

3    has the right to take prophylactic steps to prevent

4    conditions that can lead to harmful situations.  They do

5    that a lot, and we're all the better for it.

6        Q.    Can you give me an example of another

7    regulatory scheme where the legislature has acted to

8    protect against a problem which would have been avoided

9    if people just did the right thing, as you said?

10        A.    Can you repeat that question for me?

11        Q.    Will you, I believe what you said is that the

12    legislature acts to impose prophylactic measures that

13    may, that wouldn't be necessary if everyone just did the

14    right thing.

15        A.    Right.

16        Q.    Okay.  Can you give me an example?

17        A.    Sure.  Look at the regulations of doctors,

18    dentists, professional engineers, architects.  There are

19    a number of areas where there is professional licensure

20    to make sure that people act consistent with their

21    professional obligations, and that's embedded in the

22    statutory scheme to my knowledge of every state in the

23    United States.  That's where legislatures get to make

24    public policy decisions on who gets to own entities, how

25    they're structured and, you know, things of that nature.

Case 1:15-cv-00083-LCB-JLW  Document 106-8  Filed 05/18/17  Page 31 of 38

753

1          You can look at, I think 47 other states have

2    the same prohibition of the practice of corporate law as

3    North Carolina.  I think that's the last count I was

4    aware of.  So certainly in those situations, they've

5    made the public policy judgment that the corporate

6    practice of law isn't in the best interest of the

7    citizens of their state.  I don't think that this is

8    unusual with respect to lawyers, that there are limits

9    on ownership with respect to professional entities and

10   making sure that the duties of professional entities are

11   consistent with what the General Assembly has set forth

12   in statute and then in the regulations that those

13   governing bodies, you know, promulgate.

14        Q.    This document identifies protection from

15   fraud as a primary concern with prohibiting corporations

16   from providing legal services.  Does the Bar agree that

17   protection from fraud is a reason to prevent

18   corporations from providing legal services outside the

19   corporation?

20        A.    I think that could be a reason.  And we

21   certainly have seen situations where corporate entities

22   not run by lawyers have taken advantage of people via

23   what I would describe as fraud.

24        Q.    The legislature has other ways to regulate

25   fraud, correct?

Case 1:15-cv-00083-LCB-JLW   Document 113-7   Filed 05/22/17   Page 15 of 24

754

1    Q.    Okay.  Are you aware of any evidence of these

2  ethical issues arising in a corporation that offers

3  legal services outside the corporation?

4    **A.    Well, since we don't allow that in North**

5  **Carolina, I'm really not aware of this being an issue**

6  **because I believe that, you know, entities are abiding**

7  **by the current state of the law.**

8    Q.    And you're aware that other states allow

9  corporations and non-profit associations to offer legal

10  services outside the organization?

11    **A.    The way you just stated it, I wouldn't agree**

12  **with that.**

13    Q.    Okay.

14    **A.    I think different states have different**

15  **regulatory regimes that have different kinds of**

16  **restrictions.**

17    Q.    Are you aware of any evidence of the ethical

18  issues listed in response to Interrogatory 14 arising in

19  states other than North Carolina?

20        MR. DUNCAN:  I'm going to interject an

21        objection at this point that this interrogatory

22        goes to a topic for which --

23    **A.    Yeah.**

24        MR. DUNCAN:  -- Ms. Mine has been designated

25        to, to testify and not this witness, so.

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 32 of 38

755

1  donations?

2      **A.     Donations and pledges, because a lot of these**

3  **are no longer pledges because the total amount has been**

4  **paid.**

5      Q.     Exactly, okay.  All right.  Good.  That's

6  helpful.  Thank you.

7          Does the Bar Foundation have an art

8  collection?

9      **A.     I don't think so.**

10     Q.     Where does the art in this lobby in this

11  building come from?

12     **A.     I believe the State Bar owns the art.**

13     Q.     Okay.  And did the State Bar purchase the

14  art, or was it donated to the art -- Bar?

15     **A.     I believe it's a combination, but I believe**

16  **the overwhelming majority of it was purchased from the**

17  **funds that were provided by the State Bar Foundation.**

18     Q.     We talked earlier about maintaining

19  privileged information within an organization.  Can you

20  give me an example of why CAI, if it were allowed to

21  practice law through a licensed North Carolina attorney,

22  would need to disclose privileged information within the

23  organization outside of the attorney who was offering

24  legal services?

25     **A.     Because the board of directors or the**

Case 1:15-cv-00083-LCB-JLW   Document 113-7   Filed 05/22/17   Page 16 of 24

756

1  leadership of the entity might want to see why how much

2  time was devoted to a particular case or to look at

3  information that's case specific to see if, you know,

4  they're making enough money, whether it's worthwhile.

5  It could be for pure business analytical reasons.  It

6  could be to look at cases to, you know, determine if a

7  lawyer spent too much time on their case in a case in

8  the opinion of the non-lawyer managers.  And those

9  aren't the kinds of communications that -- they'd almost

10 necessarily to some extent put the attorney-client

11 privilege to risk.

12         So I think, you know, it's hard for me to sit

13 here and envision every scenario where there could be

14 pressure placed on the attorney-client privilege within

15 the context of a member organization.  I think the

16 complaint said it had over 1,000 members.  The members

17 select the board.  If the members direct the board to go

18 grab certain kind of information from the attorneys,

19 that it, you know, just sets up some dynamics that I

20 view as being potentially problematic.

21     Q.    But again, the disclosure would depend and

22 would require a breach of the attorney of his or her

23 ethical obligations.

24     A.    Not necessarily.  An IT person could go in

25 and grab files just like that.  The attorney might never

1   know it, and those non-lawyers wouldn't have violated

2   any ethical obligation arguably in, in doing so.

3       Q.   But law firms also have IT personnel who are

4   not lawyers, correct?

5       A.   Correct.  But they're responsible and, under

6   the supervisory authority of lawyers who are responsible

7   for everything they do.  If there's a breach of security

8   at a law firm and a client's confidential information is

9   exposed because of something a non-lawyer did, the

10  lawyers have responsibility for that under the Rules of

11  Professional Ethics.

12      Q.   The Rules of Professional Ethics could be

13  amended to -- or may not even be amended, need to be

14  amended, could be used to require an attorney at CAI to

15  exert similar control, correct?

16      A.   In a way that's enforceable, I don't think

17  so.  There are just too many work-arounds.

18      Q.   We talked about managing conflict of

19  interests if CAI were permitted to offer legal services

20  through a licensed North Carolina attorney.  CAI, in

21  that instance CAI would need to use some sort of

22  conflict check, correct?

23      A.   I would assume so.

24      Q.   But it would only need to engage in a

25  conflict check when it was going to provide legal

1  services, correct?

2      A.    Anytime you provide legal services to an

3  entity, you need to make sure that that engagement is

4  free of conflicts that violate the ethical rules.  So I

5  think inherent in your question, if they're going to

6  provide legal services to someone, that they would need

7  to be respectful of the rules that govern conflicts of

8  interest.

9      Q.    At your former law firm you may have

10 represented real estate companies that were landlords

11 for some of your clients; is that correct?

12     A.    Could have been, yes.

13     Q.    Okay.  And, and so when you get a new client

14 in, you don't have to make sure there's no potential

15 conflict in terms of, say, who their lease is with,

16 correct?

17     A.    No, we do that.

18     Q.    You -- every new client?

19     A.    Oh, yeah.

20     Q.    You would check and see who their lease is

21 with?

22     A.    Yeah.  Believe me, if you don't check for

23 issues and relationship conflicts, you are setting

24 yourself up for ethical trouble.  And we, we did that.

25 And there are certain clients we wouldn't represent even

1    though, you know, whether or not there was a conflict

2    was a close question because of relationships with other

3    clients.  There are issue conflicts as well as purely

4    technical conflicts, and I think lawyers who are wise

5    ethically don't want to get out on thin ice when it

6    comes to those kinds of conflicts.

7        Q.    But you can't anticipate every kind of

8    conflict.

9        A.    No, you cannot anticipate every conflict,

10   that's true.

11       Q.    Okay.  So a lawyer --

12       A.    And when conflicts arise in the context of a

13   matter, the ethical rules prescribe how you deal with

14   it.

15       Q.    So a lawyer uses his or her professional

16   judgment to determine how much conflict checking, to

17   what extent the conflicts are checked, correct?

18            MR. DUNCAN:  Objection to the form.

19       A.    No.  You, you don't, you use your

20   professional judgment informed by what the rules are.

21   It's not a question that's decided in the abstract.

22   It's decided in the context of going back and looking at

23   what the Rules of Professional Conduct require, what

24   they allow, how you can deal with particular situations.

25            It's a, it's a fairly case-specific inquiry,

1    and it's a lot more than just professional judgment.

2    It's based on a body of knowledge that lawyers need to

3    be able to have access to in order to make the right

4    judgments.  And, you know, a lot of firms have conflict

5    counsel to deal with these issues particularly because

6    they can be challenging.  Joint representations can be

7    challenging even when all the parties consent.  So the

8    conflict issue to me is a very complicated issue.

9         Q.     But an attorney at CAI could undergo the same

10   sort of process that an attorney at, at an outside law

11   firm undergoes?

12        A.     No, he could not.  And the reason for that is

13   you have a thousand members.  And unless you have

14   attorneys who know what those thousand members are doing

15   and how they might, their interests might conflict with

16   each other, I don't see how you could build a system

17   like a law firm has where if I bring in a new matter and

18   another client says, hey, we represent the party adverse

19   to this matter, because I know what they're doing or

20   what their plans are or that this is a wholly-owned

21   subsidiary or that this is the same principal as a

22   principal in another place, there's a different level of

23   knowledge embedded in a law firm with lawyers analyzing

24   conflicts.

25             How could a single lawyer or small group of

1     lawyers at CAI have as complete a sense of these

2     thousand members who are out there who may have

3     conflicting legal needs, but just haven't happen, you

4     know, to, to sort of get involved yet?  It's, it's a

5     different situation because of, of just the way law

6     firms, to me it, it seems to work in how you flag

7     conflicts.  You don't know what you, you know, you don't

8     know.

9         Q.     And you're aware that CAI seeks to offer

10    legal services related to employment law advice?

11        A.     You know, it seems to me what they want to do

12    ultimately is to provide whatever legal services that

13    they decide is in the economic and membership interest

14    of their thousand members.  And again, you know, to me,

15    they're trying to declare an existing statute is

16    unconstitutional.

17            I'm not aware of where they've specified what

18    their business plan going forward is in a way that I

19    understand consistent with whatever comes out of the

20    General Assembly if you were to win, which is a, a

21    question that is at best hypothetical and speculative.

22    I can't speculate about what they might do in the future

23    or how it needs to be regulated.

24        Q.     It's the Bar's position that existing ethical

25    codes would be ineffective in regulating attorneys

1    practicing law through trade associations and

2    corporations outside of those organizations, correct?

3        A.    It's the, I wouldn't agree with that the way

4    you phrase it.  It's the Bar's position that the General

5    Assembly's decision in 84-5 to restrict the ability of a

6    corporation to practice law and provide services to

7    outside member is the embodiment of the General

8    Assembly's belief as to what is in the public interest.

9    We believe that there are good reasons that I have

10   articulated to support the General Assembly's decision

11   in that regard and that they're reasons that make sense

12   to us as a regulator, and we'll continue to enforce the

13   statute unless the General Assembly changes it and the,

14   or the court says they've got to change it.

15            But what you've got to remember is that the

16   existing regulatory structure was designed to regulate

17   lawyers.  It wasn't designed to regulate non-lawyer

18   entities.  So the question of, you know, is it effective

19   or not effective, it's not what its intended purpose

20   was.  It was designed for something very different,

21   which is why I think getting rid of the statute raises a

22   host of problems and unintended consequences that would

23   need to be thought through by both the General Assembly,

24   with the experience of the State Bar, and ultimately,

25   you know, the Supreme Court has to approve the rules and

1    regulations that govern lawyer conduct.  So it's not the
2    State Bar making decisions.  It's the General Assembly
3    and the Supreme Court making decisions, which then, you
4    know, we're statutorily required to enforce.
5         Q.    But the problems that we've identified still
6    depend on an assumption that the individual lawyer will
7    violate his or her ethical requirements?
8              MR. DUNCAN:  Objection to the form.
9         A.    I've answered that question.  I think that's
10   an incomplete statement that doesn't capture the
11   concerns that I have articulated.
12        Q.    You mentioned the regulation of other
13   professions earlier?
14        A.    I did.
15        Q.    And different professions, different
16   professions are regulated differently in North Carolina
17   and other places?
18        A.    I think that's a correct statement.
19        Q.    All right.  But doctors, for example, work
20   for corporations, correct?
21        A.    They do.
22        Q.    And they, and they treat patients outside the
23   corporation?
24        A.    I'm sorry.  I'm not sure exactly what you
25   mean.

764

1    Q.    So when, if you an -- compare a doctor to a

2  lawyer inhouse, an inhouse lawyer can ethically now

3  provide legal services to the corporation inside?

4    A.    Correct.

5    Q.    Okay.  But not outside?

6    A.    Correct.

7    Q.    Okay.  But a doctor working for a corporation

8  can treat patients who are not otherwise affiliated with

9  the corporation?

10    **A.    Depends on the contractual relationships.**

11  **Some have covenants not to compete.  For some, their**

12  **medical malpractice insurance wouldn't govern outside**

13  **that relationship.  So I don't think it's a one size**

14  **fits all.**

15    Q.    But as far as you know, ethically they're not

16  constrained?

17    **A.    I don't want to opine on the ethical**

18  **constraints under which doctors may have to work because**

19  **I'm not as familiar with that as I am with lawyer**

20  **regulation.**

21    Q.    But a doctor often has a contract with a

22  hospital, and then the doctor treats patients?

23    **A.    Correct.**

24    Q.    Okay.  Patients who are not employed by the

25  hospital?

Case 1:15-cv-00083-LCB-JLW   Document 113-7   Filed 05/22/17   Page 22 of 24

1    A.    Correct.

2    Q.    Give me one second, please.

3          If CAI were permitted to practice law through

4    a licensed, salaried North Carolina attorney and that

5    attorney complied with all of his or her ethical

6    obligations, would the public be harmed?

7          MR. DUNCAN:  Objection to the form.

8    A.    I think potentially, yes.

9    Q.    How?

10   A.    I think there are certain institutions in our

11   society that necessarily be, need to be different.  I

12   think lawyers are one.  I think lawyers have duties to

13   protect the constitution, to ensure that people's rights

14   aren't trampled, to speak truth to power, to try and

15   provide services to people who are indigent or are being

16   abused.

17         We are protected in doing that because of our

18   independence, and I believe that if we start going down

19   the slippery slope of chipping away at the treatment of

20   lawyers as a profession and individual lawyers as having

21   independent obligations that aren't prejudiced by the

22   circumstances of their non-lawyer ownership situation,

23   that society will have lost something that's incredibly

24   valuable and has helped preserve our ordered liberty for

25   over 200 years.

766

1          And, you know, you may think that's corny,

2     but in the post-truth world in which we live, I think

3     it's more important than at any time in my lifetime that

4     lawyers maintain their independence.

5          Q.    Thank you.  The one lawyer though working for

6     CAI by his or herself wouldn't harm the public interest

7     under the scenario I, I outlined?

8          A.    I don't know the answer to that.  Time would

9     tell.

10              MS. VAN ZANT:  I don't have anything further.

11              MR. DUNCAN:  I don't have anything for the

12         witness at this time.

13              MR. ADOLFINI:  I have nothing.  Thank you.

14              THE VIDEOGRAPHER:  Okay.  This concludes the

15         videotaped deposition of Mark Merritt.  We are off

16         the record at 12:24 p.m.

17              (DEPOSITION CONCLUDED AT 12:24 P.M.)

18                   (SIGNATURE RESERVED)

19

20

21

22

23

24

25

Case 1:15-cv-00083-LCB-JLW   Document 106-8   Filed 05/18/17   Page 38 of 38

767

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2              CIVIL ACTION No. 1:15-CV-83-LCB-JLW

3   CAPITAL ASSOCIATED INDUSTRIES,)
    INC.,                         )
4                                 )
                 Plaintiff,       )
5                                 )
    vs.                           )
6                                 )
    ROY COOPER, et al.,           )
.7                                )
                 Defendants.      )
8                                 )
                                  )
9

10


11        Videotaped Continued Rule 30(b)(6) Deposition of

12                THE NORTH CAROLINA STATE BAR

13                By and Through its Designee:

14                  MARK WILLIAM MERRITT

15                   (Taken by Plaintiff)

16                Raleigh, North Carolina

17                Monday, April 17, 2017

18

19

20

21

22

23

24                Reported in Stenotype by
                  Lauren M. McIntee, RPR
25    Transcript produced by computer-aided transcription

```
 1              THE VIDEOGRAPHER:  On record at 10:07 a.m.
 2      Today's date is April 17, 2017, and this is the
 3      continued 30(b)(6) deposition of Mr. Mark Merritt.
 4      This is taken in the matter of Capital Associated
 5      Industries, Inc., versus Roy Cooper, et al.  It's in
 6      the United States District Court for the Middle
 7      District of North Carolina.  The case number is
 8      115-CV-83-LCB-JLW.  Would counsel now please
 9      introduce themselves for the record, and then our
10      court reporter will swear in the witness.
11              MS. VAN ZANT:  Jennifer Van Zant on behalf of
12      the Plaintiff.  With me is Craig Schauer also on
13      behalf of the Plaintiff.
14              MR. DUNCAN:  Alan Duncan on behalf of the
15      North Carolina State Bar.
16              MARK WILLIAM MERRITT,
17         having first been duly sworn, was examined
18              and did testify as follows:
19                        EXAMINATION
20      BY MS. VAN ZANT:
21         Q.    Good morning, Mr. Merritt.  Thank you for
22      your time today.  This is a continuation of your, of the
23      previous deposition where you were designated as the
24      30(b)(6) witness on behalf of the North Carolina State
25      Bar; is that correct?
```

769

1      A.     Correct.

2      Q.     That previous deposition took place on

3   January 11, 2017, correct?

4      A.     I believe that's correct.

5      Q.     And subsequent to that deposition did you

6   review your transcript?

7      A.     I did.

8      Q.     And I believe that you submitted some

9   corrections through Mr. Duncan's office; is that

10  correct?

11     A.     I believe I did, yes.

12     Q.     Okay.  Other than the corrections noted in

13  your errata sheet, do you have any changes to any of

14  your background information or factual questions that

15  were presented to you at that deposition?

16            MR. DUNCAN:  Objection to the form.

17     A.     Yeah, I mean with respect to a number of

18  questions I could have probably given more or less

19  information, but as I sit here, I can't think of

20  anything about my prior testimony that I would change.

21     Q.     Thank you.  And what did you do to prepare

22  for today's session of your deposition?

23     A.     I met with Mr. Duncan.

24     Q.     And did you talk with anyone other than

25  Mr. Duncan about this deposition today?

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 3 of 14

770

1      A.    I can't say that with certainty.  In some

2  circumstances it may.  In some circumstances it may not.

3  It's a, it's a hypothetical question.

4      Q.    The, the UPL statutes do restrict the types

5  of entities that can provide legal services, correct?

6      A.    That is correct.

7      Q.    What types of entities are allowed to offer

8  legal services in North Carolina?

9      A.    In North Carolina basically the statutory

10  structure allows entities that are owned by lawyers to

11  provide legal services, and it prohibits the offering of

12  legal services in the corporate format pursuant to 84-5.

13  There is a, there are some carve-outs within 84-5 that

14  are fairly extensive that deal with banks, and then

15  there is also a carve-out for non-profits of more of a

16  charitable bent that are providing legal services to

17  people who are indigent and of modest means.

18        So there are carve-outs to the general

19  prohibition, but the, the framework for the provision of

20  legal services in North Carolina is largely centered

21  around lawyer ownership and control of the entities that

22  are providing the legal services.

23      Q.    So law firms are allowed, correct?

24      A.    Law firms are allowed when the attorneys own

25  the law firm.

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 4 of 14

771

1        Q.     Okay.  And when you refer to non-profit,

2    certain non-profit organizations, were you referring to

3    public interest law firms?

4        A.     A certain, yeah, that's the, there's a

5    statutory carve-out.  It's one of the statutes I

6    referenced a minute ago.

7        Q.     Okay.  And so that's, that's not to say that

8    any non-profit with a particular charitable interest can

9    offer legal services?

10       A.     It's the non-profits that fall within the

11   definition of the carve-out.

12       Q.     Okay.

13       A.     And I can, if you want me to read it, I can

14   read it.

15       Q.     But we generally refer to those as public

16   interest law firms, correct?

17       A.     I think of them as the firms that fall within

18   the statutory exception, but we can call them public

19   interest law firms.

20       Q.     Okay.

21       A.     I don't object to that characterization.

22       Q.     Well, do you mind just giving me the

23   statutory reference --

24       A.     No, I don't at all.  84-5.1 is called

25   Rendering of Legal Services By Certain Non-Profit

1    Corporations.  And it basically provides a carve-out

2    when you have entities, the primary purpose of rendering

3    indigent legal services, it provides that they have to

4    be provided by attorneys duly licensed to practice law

5    in North Carolina for the purpose for which the

6    non-profit corporation was organized.

7        Q.    Thank you.

8        A.    But that's the statute to which I was

9    referring.

10       Q.    Thank you.  And solo practitioners are

11   allowed to offer legal services in North Carolina?

12       A.    Solo practitioners, yes.

13       Q.    And corporations other than those that fall

14   within 84-5.1 are not allowed to provide legal services

15   outside of their own corporation in North Carolina?

16       A.    Correct.  You're talking about an inhouse

17   attorney situation is how I understand that last

18   question.

19       Q.    Yes.  Thank you.

20       A.    Okay.

21       Q.    With the exception of the inhouse lawyer

22   providing services to the corporation, however,

23   corporations, unless they fall within 84-5.1, cannot

24   practice law in North Carolina?

25       A.    Correct.  Under 84-5.

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 6 of 14

773

1    A.    Law firms set the price at which they offer

2    their services.  The ultimate price that's paid is often

3    the subject of extensive negotiations with clients and

4    competitive forces, as clients play off law firms

5    against each other to reduce the cost of services.  So

6    it's a competitive market.

7    Q.    But because corporations cannot offer legal

8    services other than the corporations talked about in

9    84-5.1, law firms don't have to compete with

10    corporations on the pricing of their legal services,

11    correct?

12    A.    Under the current statutory framework, which

13    prohibits the practice offering legal services through

14    corporations, that entity is not there as a marketplace

15    participant, but that doesn't necessarily mean that the

16    prices would be affected if they were a participant.

17    Because the question assumes that the introduction of

18    legal services in a different format would affect the

19    market-clearing price, and I don't think you can make

20    that assumption.

21    Q.    Why, why wouldn't the introduction of a

22    different type of entity to offer legal services affect

23    pricing of legal services in North Carolina?

24    A.    The introduction of additional competitors

25    doesn't always result in the lowering of price if the

1    market is already imbalanced from a supply and demand

2    standpoint. You're not affecting the, you know, if

3    you're not affecting the number of lawyers who practice

4    in the market, I have a hard time understanding why

5    allowing people to offer services through a different

6    legal vehicle will necessarily affect the

7    market-clearing price for any given good or service.

8         Q.    Having different entities, different types of

9    entities available to practice law in North Carolina

10   could attract more lawyers to North Carolina, couldn't

11   it?

12              MR. DUNCAN: Objection to the form.

13        A.    I don't think I can answer that question.

14        Q.    Okay. There's no cap on the number of

15   lawyers who can be licensed in the state?

16        A.    Correct, there's no cap.

17        Q.    Does the exclusion of corporations other than

18   the, any entities affected by 84-5.1 from the legal

19   marketplace benefit legal consumers in North Carolina?

20        A.    I believe it does benefit consumers because

21   we have a regulatory structure for the practice of law

22   that imposes obligations on attorneys that are

23   protective of the interests of consumers of legal

24   services. I think that structure has worked well, and I

25   think that in that structure there is substantial

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 8 of 14

775

1  consumer protection that could be compromised if
2  services are offered by entities not owned by lawyers
3  unless you put an appropriate regulatory structure
4  around the provision of those services that would offer
5  comparable protections to the public.
6      Q.    Does the Bar have any evidence supporting
7  that position?
8      A.    Yes, we would.
9      Q.    What's that?
10     A.    We have had situations where non-lawyers
11 purport to offer legal services in North Carolina where
12 consumers have been harmed because the kinds of services
13 they provide gave poor or inappropriate legal advice.
14 And so we see and every time you go to the meeting of
15 our Authorized Practice Committee, there will be
16 examples of non-lawyers offering legal services that
17 have caused harm.  And so that's something that we have
18 a statutory authority to regulate, and we try and
19 prevent entities that aren't properly licensed from
20 offering services in ways that cause harm to North
21 Carolina consumers.
22     Q.    Today we are talking about the possibility or
23 the idea of corporations providing legal services
24 through licensed North Carolina attorneys.  Do you
25 understand that?

776

1    question only in the sense you left out the word

2    "public" harm of the activity.

3           MS. VAN ZANT:  Oh, thank you.  My reading

4    skills are deteriorating.

5       Q.    And then there's a sub-sub-bullet that says,

6    "Not intended to confirm monopoly in favor of lawyers."

7    Do you see that?

8       A.    I do.

9       Q.    And do you know what that means?

10      A.    I do.

11      Q.    And what does that mean?

12      A.    We, in our orientation to our councilors,

13   emphasize that the purpose of the State Bar under the

14   statutes is to protect the public and to promote the

15   highest standards of professionalism, and it's not in

16   any way to protect lawyers or to attempt to provide

17   benefits to lawyers of any kind of economic nature as a,

18   as a result of the way that we regulate.  So that

19   statement is consistent with our overall instruction to

20   councilors, that their lodestar is what the statute

21   entrusts the State Bar with regulating, which is to

22   regulate in the public interest.

23      Q.    Do the UPL statutes protect lawyers?

24      A.    The UPL statutes don't protect lawyers.  What

25   the UPL statutes do are to define the requirements of

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 10 of 14

777

1    people who are allowed to practice law in the state of

2    North Carolina.  And as we discussed earlier, because

3    there are restrictions inherent in those requirements,

4    it means that only people who can meet those

5    requirements are allowed to provide legal services.

6          Q.    Do the UPL statutes provide economic benefits

7    as you, I believe you just used that term, to lawyers?

8                MR. DUNCAN:  Objection to the form.

9          A.    The UPL -- excuse me?

10               MR. DUNCAN:  Objection to form.

11         A.    I don't think that's the purpose or the

12   intent of the UPL statutes.  By restricting who can

13   provide legal services, does that provide some economic

14   benefit to lawyers?  I think the answer to that is yes

15   because you are defining who can provide a service and

16   you don't leave it wide open, but what that is

17   counter-balanced by is this is appropriate state

18   government regulation to make sure that services that

19   affect people's lives and livelihoods are provided by

20   people who meet the qualifications necessary to provide

21   those services.

22                    I don't view that as being protective of

23   lawyers.  I actually view that as being protective of

24   the public and for the benefit of the public.  I think

25   incidentally it has the effect of restricting who can

778

1    A.    We make these statements at the district bar

2  meeting because attorneys in North Carolina don't

3  understand the role of the North Carolina State Bar.

4  They often mix up our role with the role of the North

5  Carolina Bar Association, which is a professional

6  association that has the ability to advocate for

7  lawyers.  The State Bar makes clear that our mission is

8  to regulate the practice of law for the protection of

9  the public and to hold lawyers to the highest

10  professional standards.

11          And I'm always amazed at how many lawyers

12  don't have a well developed appreciation for the

13  difference of the North Carolina Bar Association, which

14  is a professional association, and the North Carolina

15  State Bar, which is a regulatory body that's an arm of

16  the State.  And, and we have to make that distinction

17  clear.  And we found that every opportunity we have to

18  try and define what we do, why we do it, and how we do

19  it, that's an important part of the educational process

20  that we undertake at these district bar meetings.

21    Q.    What's, what does the term protectionism

22  refer to here?

23    A.    I think there are attorneys who are members

24  of the Bar that believe that you can have regulation

25  that's protective of their economic interest and that

Case 1:15-cv-00083-LCB-JLW   Document 106-9   Filed 05/18/17   Page 12 of 14

779

1    they would want the lodestar of the State Bar or the Bar

2    Association or the General Assembly to be, act in their

3    economic best interest as opposed to the protection of

4    the public.  So we have to explain to lawyers who may

5    hold those views that's not who we are, that's not what

6    we do.

7            And that's just the, the perception that some

8    lawyers hold, about the State Bar should be about

9    advancing the interests of lawyers as opposed to

10   protecting the public.  And I, we just try and make

11   clear that's not what we're there for.  That's not what

12   Chapter 84 requires that we do.

13       Q.    So if those individual lawyers who you're

14   referring to, they, they have the idea that the Bar

15   should protect them from competition; is that correct?

16       A.    There have been a few lawyers in my

17   experience who have had that view, yes.

18       Q.    Do the UPL statutes, in fact, protect North

19   Carolina attorneys from competition?

20       A.    To the extent that you have to have certain

21   requirements in order to provide the service at all.  It

22   defines this group of people who can provide the

23   service.  That inherently excludes other people from,

24   from providing the service that don't meet those

25   requirements.  I don't view that as, as protection.  I

1   view that as a choice the General Assembly has made as

2   to what's in the public interest.

3           But whether some attorneys view what the

4   General Assembly has done as, as protective of their

5   interest, they may hold that view, and some attorneys

6   express that, you know, we should not let any form of

7   alternative provider ever get close to providing

8   anything that looks like a legal service.  And that's a,

9   a fairly naive and unsophisticated view.

10      Q.    Is it driven though by those lawyers' desire

11  to face reduced competition?

12          MR. DUNCAN:  Objection to the form.

13      A.    I can't answer what motivates a particular

14  lawyer, but some lawyers have expressed that sentiment,

15  whereas others express it solely in terms of protecting

16  the public interest.  And so it's a mixed bag.

17      Q.    Do you understand what's meant by

18  self-regulation on that same NCSB 11555 page?

19      A.    I do.

20      Q.    And what's that?

21      A.    Under the scheme that we have in North

22  Carolina, the Chapter 84 entrusts the State Bar and

23  lawyers in the state within that statutory framework to

24  come up with the appropriate ethical guidance in a

25  process that's ultimately approved by the Supreme Court

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2             CIVIL ACTION No. 1:15-CV-83-LCB-JLB

3    CAPITAL ASSOCIATED INDUSTRIES,    )
     INC.,                             )
4                                      )
                         Plaintiff,    )
5                                      )
              v.                       )
6                                      )
     ROY COOPER, et al.,               )
7                                      )
                         Defendants.   )
8    _____ )

9

10

11

12

13

14       VIDEOTAPED DEPOSITION OF L. THOMAS LUNSFORD, II

15                   (Taken by Plaintiff)

16                  Raleigh, North Carolina

17               Wednesday, April 12th, 2017

18                 Reported in Stenotype by

19            Regina Toppins, Court Reporter

20    Transcript produced by computer-aided transcription

21

22

23

24

25

```
 1              VIDEOGRAPHER:  On record at 9:35.  Would the
 2      court reporter please swear in the witness.
 3                       P R O C E E D I N G S
 4                     L. THOMAS LUNSFORD, II,
 5          having been duly sworn, testifies as follows:
 6                          EXAMINATION
 7      BY MR. PHILLIPS:
 8          Q.  Tell us your full name, please.
 9          A.  My name is Lowell Thomas Lunsford, II.
10          Q.  Where do you live?
11          A.  I live at 223 Forest Road in Raleigh.
12          Q.  Who is your employer?
13          A.  I work for the North Carolina State Bar.
14          Q.  What is your position with the North Carolina
15      State Bar?
16          A.  I'm the Executive Director.
17          Q.  And would you describe briefly your duties as the
18      Executive Director for the State Bar?
19          A.  I am responsible for the administration of the
20      North Carolina State Bar and for carrying out the
21      policies and decisions of the State Bar Council.
22          Q.  Do you supervise other employees of the State
23      Bar?
24          A.  I do.
25          Q.  Which ones report directly to you?
```

783

1  down both the end of the question and the rest of your

2  answer.

3  　　　　　THE WITNESS:  Thank you very much.

4  BY MR. PHILLIPS:

5  　　Q.  And do you know from your reading of history or

6  your knowledge from any of the records of the State Bar

7  what led to the passage of this Statute, North Carolina

8  General Statute 84-4?

9  　　A.  No, sir, I don't.

10  　　Q.  And is it fair to say that in essence this

11  Statute prohibits anyone other than members of the State

12  Bar from practicing law?

13  　　A.  That is generally true.

14  　　Q.  And that is what the title of the Statute says,

15  correct?

16  　　A.  That is what the title says, yes, sir.

17  　　Q.  And so, in essence, does the Statute give

18  exclusively to lawyers the right to practice law in

19  North Carolina?

20  　　　　　MR. DUNCAN:  Objection to the form.  You may

21  　　answer any time I object unless I for some reason give

22  　　an instruction not to.

23  　　　　　THE WITNESS:  Well, it is generally true

24  　　that the Statute prohibits persons other than members

25  　　of the State Bar from practicing law.  We know,

784

1   however, that there are some exceptions.  The one that

2   comes immediately to mind is would have to do with

3   situations where an individual would undertake to

4   represent himself or herself and would there practice

5   law on his or her own behalf pro se.

6   BY MR. PHILLIPS:

7      Q.  So, people under some circumstances have the

8   opportunity to represent themselves is what you're

9   telling me?

10     A.  Yes, sir.

11     Q.  Okay.  Other than that is anyone allowed to

12  practice law who is not a North Carolina licensed

13  lawyer?

14     A.  Again, I would say that generally the prohibition

15  is fairly comprehensive.  There are, I believe, certain

16  exceptions that are very narrowly drawn.

17     Q.  And what exceptions are you thinking of when you

18  give me that answer?

19     A.  Nothing leaps to mind at the moment.

20     Q.  Okay.  All right, and then let me hand you what

21  I'll mark as Exhibit 104.

22         [The referred to document was marked for

23  identification as Exhibit Number 104.]

24         And I have handed you a copy of North Carolina

25  General Statute 84-5 entitled Prohibition As to the

785

1  Practice of Law By Corporations?

2     A.  It appears so.

3     Q.  And is this also a statute that was enacted in

4  1931 in its first form?

5     A.  According to the history note, that would appear

6  to be the case.

7     Q.  Okay.  And, likewise, if you look back at the

8  previous exhibit, 84-4, was it first enacted in 1931?

9     A.  So it would appear.

10    Q.  And are you familiar with the statute in front of

11 you now, North Carolina General Statute 84-5?

12    A.  Yes, sir.

13    Q.  Okay.  And do you know from your reading of

14 history or otherwise what led to the enactment of 84-5?

15    A.  No, sir.

16    Q.  And is it your understanding that pursuant to

17 84-5 a corporation cannot provide legal services to

18 constituents, shareholders, other people associated with

19 the corporation?

20    A.  A lawyer employed by a corporation can certainly

21 represent the corporation.

22    Q.  Can he do so in court?

23    A.  I believe there's some latitude in regard to

24 small claims, but generally, no.

25    Q.  Okay.  And do you understand any reason for that

1    A.   Council meetings generally span a three-day

2    period, so often we have three nights lodging for each

3    councilor who lives outside the Triangle area.  We also

4    are obligated to feed them, and we pay them mileage for

5    their automobile transportation.  As to what the average

6    cost would be, I'm afraid I don't have a ready answer

7    for you.

8        Q.   And my question really was about the total cost

9    for a meeting.  Do you know roughly what a meeting of

10   the State Bar Council costs in total?

11       A.   Not off the top of my head.

12       Q.   Okay.  Let's look at 84-21, which we'll mark as

13   Exhibit Number 106.

14           [The referred to document was marked for

15   identification as Exhibit Number 106.]

16           And are you familiar with North Carolina General

17   Statute 84-21?

18       A.   Yes, I am.

19       Q.   Okay.  And what is the title of this Statute?

20       A.   Organization of council publication of rules,

21   regulations and bylaws.

22       Q.   And in what year was this Statute first enacted?

23       A.   1933, it would appear.

24       Q.   And does this Statute empower the council to

25   enact rules and regulations governing members of the

1  State Bar?

2      **A.  Yes, sir.**

3      Q.  Okay.  And does this Statute include the power to

4  adopt the rules of professional conduct that govern

5  members of the State Bar?

6      **A.  Yes, sir.**

7      Q.  And what is the process for the council to adopt

8  a new rule, for example, governing the conduct of

9  licensed lawyers in North Carolina?

10     **A.  Well, typically, a proposed rule would be drafted**

11 **by one of our staff lawyers in response to a request**

12 **from a counselor.  It would be introduced before a**

13 **committee having some responsibility for the substantive**

14 **area involved.  The rule would be then considered by**

15 **that committee, and if approved by that committee, it**

16 **would go to the Executive Committee of the Council for**

17 **consideration in regard to whether it was of sufficient**

18 **importance to warrant the process going forward by**

19 **having it published for comment in the State Bar**

20 **Journal.**

21         **If so, then the Executive Committee would**

22 **recommend it to the Council that the matter -- that the**

23 **rule, that the proposed rule be published for comment.**

24 **The Council would then consider that matter and if it**

25 **agreed, would refer the matter for inclusion in the**

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 7 of 47

788

1    State Bar's magazine, which appears on the quarterly

2    basis.  It would thereafter appear in print.  We would

3    receive comment from interested members of the Bar.

4    That comment and any other information bearing on the

5    subject of the rule would be presented yet again to the

6    Executive Committee at its succeeding meeting for the

7    purpose of having that body recommend to the Council

8    whether the rule ought to be adopted or amended or not

9    adopted.

10        The recommendation of the Executive Committee

11   would proceed to the Council at its next meeting,

12   typically the following day, and a vote would be taken

13   after debate and appropriate motion.  If the rule were

14   adopted by the Council, it would then be sent to North

15   Carolina Supreme Court for its review and for its

16   approval.

17        The statute speaks in terms of the Chief Justice

18   in making that decision with reference to the rest of

19   Chapter 84.  In practice I believe the entire court

20   actually reviews the rules and acts as a body in regard

21   to their approval and having been approved, if, in fact,

22   it is approved, it would be published in the -- on the

23   minutes of The Court in the North Carolina reports.

24        Q.  Okay.  And is the Chief Justice of the Supreme

25   Court entitled to rewrite the rule, or is it merely that

1    Professional Conduct were amended after our most
2    recent meeting.
3  BY MR. PHILLIPS:
4      Q.  And with what frequency are the rules amended or
5  changed?
6      A.  The Rules of Professional Conduct?
7      Q.  Yes.
8      A.  Or the rules of the -- administrative rules of
9  the State Bar?
10     Q.  The Rules of Professional Conduct?
11     A.  It's a rare change where there's not some
12  amendment to the Rules of Professional Conduct.
13     Q.  Okay.  Okay, would you look at Exhibit 107, which
14  is a copy of North Carolina General Statute 84-23.
15         [The referred to document was marked for
16  identification as Exhibit Number 107.]
17         What is the title of this Statute?
18     A.  Powers of Council.
19     Q.  And are you familiar with this Statute?
20     A.  Yes, sir.
21     Q.  And according to history, what year was it first
22  enacted?
23     A.  1933.
24     Q.  Okay.  And you say you're familiar with this
25  Statute, correct?

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 9 of 47

790

1    disagreed with.

2    BY MR. PHILLIPS:

3        Q.  Okay.  Have you or to your knowledge any of the

4    people at the State Bar that you direct ever suggested

5    to the General Assembly that the definition of the

6    practice of law or what that means should be

7    reconsidered or rewritten?

8        A.  I believe that there were communications with

9    members of the General Assembly concerning the

10   definition of the practice of law in regard to the Legal

11   Zoom matter and the settlement attendant thereto, and I

12   believe that those discussions would have involved

13   matters coming within the ambit of 84-4.

14       Q.  Okay.  And let me ask a question similar to what

15   I asked of Mr. Johnson.  If a passenger in a car driving

16   down Interstate 40 in Durham County tells the driver

17   that the speed limit is 65 miles an hour, in your view

18   is that the practice of law?

19       A.  No, sir, I don't believe so.

20       Q.  Can you think of any circumstances under which

21   that would be the practice of law?

22       A.  No, sir, I don't think so.

23       Q.  Okay.  And if the same passenger tells the driver

24   that the penalty for speeding on that same section of

25   I-40 is a $200 fine and he might have to pay court costs

1   in addition to that, would that be a practice of law by

2   the passenger?

3       A.  I think not.

4       Q.  And can you think of any circumstances under

5   which that would be the practice of law?

6       A.  No, sir.

7       Q.  Okay.  And if that driver is stopped and is given

8   a ticket and the passenger says after the ticket has

9   been written to the driver that he should go to court

10  and try to see the DA and try to get the charge reduced

11  and told him how to do that, would that be the practice

12  of law?

13      A.  Well, I think you're getting closer.  This is a

14  continuum and I think that we can, you know, imagine

15  circumstances involving hypotheticals like this that

16  would, as you elaborate them, become closer and closer.

17  And a determination like this is very much dependent on

18  the facts and circumstances that appear and the

19  applicable legal authorities we have got and there are a

20  lot of them as I recall.  I'm not expert in the

21  application of 84-4.  I don't attend the meetings of the

22  AP Committee, I'm not familiar with the -- with whatever

23  precedence they have evolved there in regard to

24  particular kinds of situations.

25          So, it -- I'm not sure that I'm competent to

1  comment in any sort of authoritative way as to how these

2  hypotheticals would be addressed by the Committee.  I'm

3  an administrator.  I don't apply these rules.  It's not

4  my job.  I have expert lawyers to advise these people.

5  They do it with some considerable effectiveness.

6      Mr. Johnson, as you've indicated, has testified

7  fairly extensively on this subject and in regard to

8  these hypotheticals.  I'm not sure I've got a great deal

9  to add to his testimony.

10  Q.  You are a licensed lawyer.  You are familiar with

11  the statutes we have presented to you, correct?

12  A.  I am a licensed lawyer.  I haven't practiced for

13  quite a while.  I'm more in the nature of a bureaucrat.

14  Q.  Well, sticking with my hypothetical, you said the

15  last one was getting closer to the practice of law.  Was

16  that -- did I hear you correctly?

17  A.  That's what you heard me say.

18  Q.  Sticking with that hypothetical, now that the

19  ticket has been written, the passenger says to the

20  driver I'll go with you to court, and goes to the court

21  with the person, and in the courtroom suggests to that

22  person what he should do in order to get the most

23  favorable outcome from that court.  Is that passenger

24  now practicing law?

25      MR. DUNCAN:  I'd like to now step in and

1   been said or written by somebody at some time and

2   someone would be called upon to evaluate those words as

3   to what their effect was.  Initially, that would

4   probably be counsel to the Committee.  Ultimately it

5   would be the chairman of the Committee.

6       Q.  In some form or fashion the communication between

7   the person who may have given legal advice must be

8   considered in order to determine whether there has been

9   legal advice that's given; is that fair to say?

10      A.  Whether legal advice has been given?

11      Q.  Yeah.

12      A.  I would imagine that it would be necessary to

13  consider the actual words that were said.

14      Q.  Okay.  It's not possible to give legal advice by

15  look or gesture alone, is it?

16      A.  Again, I'm no expert on the subject.  It would be

17  unlikely it seems to me.

18      Q.  And so, the content of the communication is one

19  thing that needs to be evaluated, correct?

20      A.  Almost certainly.

21      Q.  And it's somebody at the State Bar who does the

22  screening for the Authorized Practice Committee of the

23  complaints that are received; is that fair to say?

24      A.  Well, here again I don't know what is actually

25  done in the inner workings of that particular exercise.

794

1    example.

2        Q.  Do you believe the legal profession is immune to

3    the susceptibility that Judge Gorsuch describes in the

4    paragraph I just read to you?

5        A.  No, sir, I don't think it's immune.

6        Q.  And, then, how does the State Bar protect against

7    that susceptibility?

8        A.  Well, I think we have a culture of integrity.  I

9    think that the members of the State Bar Council are made

10   mindful of their responsibility, from the very

11   beginning, of their responsibility to keep the public

12   interest paramount in every official action that they

13   contemplate or that they take.  That consciousness

14   raising continues from year to year.  It's encouraged by

15   the State Bar's leadership, all of who I believe are

16   true, true believers in that philosophy and I have never

17   seen us deviate from it.

18       Q.  And you said you remind State Bar councilors, my

19   word remind, of that responsibility.  How do you do

20   that?  In what ways do you do that?  Are there

21   orientation materials, are there regular reminders in

22   bulletins or meeting notes?

23       A.  Well, I think it's largely in conversation and in

24   meetings where members of the Council are made mindful

25   of their duty and exhorted to do it.  We have

1    to enact the statute.

2        Q.  With respect to your first observation about

3    preserving the independence of the lawyer's professional

4    judgment.

5        A.  Yes, sir.

6        Q.  Is the State Bar does allow corporations to hire

7    in-house counsel, correct?

8        A.  Yes, sir.

9        Q.  And it does allow those in-house counsel to

10   provide legal advice to the corporation, correct?

11       A.  Right.

12       Q.  Do some of those in-house counsel report to

13   executives who are not lawyers?

14       A.  Almost certainly.

15       Q.  Okay.  And, by the way, does the State Bar

16   require that every in-house counsel who works for a

17   company in North Carolina be a member of the North

18   Carolina Bar?

19       A.  No, sir.

20       Q.  Why not?

21       A.  It's a matter of law.  It's not something that we

22   can require.

23       Q.  Okay.  And so, is that reporting to somebody who

24   is not a lawyer in the in-house setting, have you found

25   that those lawyers have more difficulty fulfilling their

1    believe, however, that it is the distinction here is

2    that in the law firm situation, the people who are

3    ultimately responsible for the administration of the

4    law firm are themselves lawyers who are fully versed

5    in and advertent to the professional obligations to

6    which you and I are bound to observe.  They're also

7    accountable to the State Bar in ways that the

8    non-lawyers running for profit and not-for-profit

9    corporations are not.  I think these are significant

10    differences that justify the difference in how the

11    rules are applied.

12  BY MR. PHILLIPS:

13    Q.  But you agree that lawyers, whether they work for

14  a law firm or for a corporation that employs them as

15  general counsel, can be subject to economic pressures?

16    A.  Yes, I think everybody can be subject to economic

17  pressures.

18    Q.  And have you done any study to your knowledge at

19  the State Bar of grievances or discipline or claims of

20  ethics violations by in-house counsel as opposed to

21  attorneys working for private law firms?

22    A.  I'm unaware of any such thing.

23    Q.  You're not aware of any data that suggests that

24  the incidence of ethical violations is higher for

25  attorneys who report to non-lawyers than it is for

1   attorneys working at private law firms; is that correct?

2         MR. DUNCAN: Objection to the form. You can

3   answer.

4         **THE WITNESS: I'm not aware of any such**

5   **data.**

6   BY MR. PHILLIPS:

7   Q. And do you have any reason, you know, apart from

8   any such data to believe that attorneys working for

9   corporations in-house are generally less ethical or less

10   trustworthy or more prone to ethics violations?

11   **A. I have no such information.**

12   Q. And, in fact, is the contrary true, that you

13   don't know of any difference in the ethical compliance

14   of lawyers who work for corporations as opposed to those

15   who work in private law firms?

16   **A. I have no such information.**

17   Q. Returning to Justice Gorsuch's article on page

18   49, the third column just after the large type suggests

19   that there would be "a more nuanced approach that might

20   adequately preserve (or even enhance) quality while

21   simultaneously increasing access to competent and

22   affordable legal services.

23         Have I read that correctly?

24   **A. I believe you read it correct.**

25         MR. DUNCAN: Object to the extent that's

Case 1:15-cv-00083-LCB-JLW  Document 106-10  Filed 05/18/17  Page 16 of 47

798

1     only a partial sentence that was read for context

2     purposes.

3  BY MR. PHILLIPS:

4     Q.  And to dispense with that objection, the sentence

5  starts at the end of the previous column.  It says:

6          It seems an increasingly hard case to make

7     in light of an increasing amount of evidence

8     suggesting that at least in specified practice areas a

9     more nuanced approach might adequately preserve or

10    even enhance quality while simultaneously increasing

11    access to competent and affordable legal services.

12         Do you disagree with that opinion?

13    **A.  I don't have a personal reaction to that.  I**

14 **would simply point out that this is a policy argument**

15 **most appropriately made to the General Assembly that is**

16 **responsible for formulating the public policy of our**

17 **state and has done so in regard to this issue in 84-5.**

18    Q.  Okay.  Do you agree that it is in the public

19 interest for employers to comply with the law of

20 regulations that pertain to the employment relationship

21 they have with their employees?

22    **A.  Generally speaking, I think it's in the public**

23 **interest for every entity and individual to comply with**

24 **their legal obligations.**

25    Q.  And that includes compliance with existing laws

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 17 of 47

```
 1    and regulations, correct?
 2        A.  Yes, sir, I believe that would.
 3        Q.  Do you have -- I'm sorry.
 4        A.  I would agree with that, yes, sir.
 5        Q.  Do you have somebody at the State Bar who is
 6    responsible for administration of Human Resources
 7    policies and procedures?
 8        A.  I do have an HR person.
 9        Q.  And who is that?
10        A.  Her name is Martha Fletcher.
11        Q.  And do you agree that examples of some employment
12    regulations that might apply to employers are the FMLA?
13    Are you familiar with the FMLA in general terms?
14        A.  In general terms, yes, sir.
15        Q.  And Title 7, are you familiar with that in
16    general terms as a concept at least?
17        A.  Yes, sir, in general terms.
18        Q.  I'm not going to quiz either one of those on the
19    details of the regulations.  The American Disability
20    Act, are you familiar with that?
21        A.  Um-hmm, yes, sir.
22        Q.  OSHA?
23        A.  Yes, sir.
24        Q.  And North Carolina Wage and Hour Act?
25        A.  Yes, sir.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 18 of 47

800

1    Q.  Minimum wage laws?

2    **A.  Yes, sir.**

3    Q.  And would you agree that employers in the State

4    of North Carolina should comply with those acts and the

5    regulations under those acts?

6    **A.  Yes, sir, I think all individuals and entities in**

7    **North Carolina should do their legal duty.**

8    Q.  And that compliance with those acts is one way to

9    protect employees of those companies, correct, among

10   other things?

11   **A.  Some of those regulations you mentioned would**

12   **appear to have been enacted for the benefit of the**

13   **employees.**

14   Q.  And would you agree that employers who want to

15   comply with those acts and regulations that I referenced

16   should have access to legal services?

17           MR. DUNCAN:  Objection to the form.

18           **THE WITNESS:  I'm sorry, am I permitted?**

19   BY MR. PHILLIPS:

20   Q.  He objected to the form of the question.  I think

21   that means you can go ahead and answer it, but you take

22   your instruction from him, of course.

23   **A.  Okay.**

24           MR. DUNCAN:  As long as you understand the

25           question.  Just because I object to the form does not

1    mean you should not answer the question.

2         THE WITNESS:  I think it's a good thing that

3    everyone with legal obligations that are not

4    completely well understood have access to legal

5    advice.

6    BY MR. PHILLIPS:

7    Q.  Okay.  I mean, to speak more generally, anybody

8    that wants to comply with laws if they want should have

9    access to legal advice in a perfect world?

10   A.  In a perfect world, yes, sir.

11   Q.  All right.  And part of access to legal advice,

12   would you agree of legal services depends on the cost of

13   the service?

14   A.  That's certainly one component.

15   Q.  Cost and affordability are elements of whether

16   someone can receive legal advice; would you agree with

17   that?

18   A.  For the most part that's true.  There is

19   certainly -- there is certainly legal advice available

20   to persons of modest means quite independent of cost,

21   but for most people I would think cost is a concern.

22   Q.  And would you agree that access to legal services

23   is important for employers?

24   A.  Yes.

25   Q.  And so, the fact that it's a corporation doesn't

802

1    A.  **Everything has essentially been resolved.  I'm**

2    **not sure whether anything survives in the courthouse or**

3    **not, but the matter persisted for several years.**

4    Q.  And what did the State Bar spend on that

5    litigation?

6    A.  **I couldn't tell you without looking at the**

7    **ledger.  Hundreds of thousands of dollars.**

8    Q.  Do you know that trade associations like CAI that

9    operate in other states are permitted by the bars in

10   those states to provide legal services to their members

11   through their licensed attorneys?

12   A.  **I don't know this from any personal research.  I**

13   **am advertent to some reference in one of the depositions**

14   **to the assertion that that practice is permissible in**

15   **Pennsylvania.**

16   Q.  Have you undertaken any effort to call your peers

17   in the states that do allow trade associations to offer

18   legal advice to their members through licensed attorneys

19   to inquire about their experience?

20   A.  **No, sir.**

21   Q.  Do you know the bar executives in other states?

22   A.  **Many of them I do.**

23   Q.  Pennsylvania, do you know the director there?

24   A.  **I'm afraid not.**

25   Q.  Okay.  Illinois?

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 21 of 47

803

1    A.  No, sir.

2    Q.  Colorado?

3    A.  No, sir.

4    Q.  Do those of you in your positions as the leaders

5  or the heads of the State Bars communicate with each

6  other from time to time?

7    A.  We do.  In fact, we meet together at these two

8  meetings a year of the National Association of Bar

9  Executives.

10    Q.  Okay.  And so, would it be difficult for you to

11  call or speak with the leaders of the Pennsylvania, or

12  the Illinois, or the Colorado Bars if you chose to?

13    A.  I feel confident they would take my call.

14    Q.  Okay.  And have you ever initiated a call to

15  anybody to discuss the issue in our case, CAI versus the

16  Attorney General?

17    A.  No, sir.

18    Q.  Has anybody on the Council or anybody in the

19  leadership of the Council suggested that you should do

20  that?

21    A.  I don't recall that, no, sir.

22    Q.  And to your knowledge have any of the other

23  employees of the State Bar been asked by the leadership

24  of the State Bar to call or contact those bars in other

25  states where trade associations are allowed to give

804

1      not be able to recognize a problem, or if they

2      recognize the problem, they may not be able to

3      adequately respond.  That's the problem.

4  BY MR. PHILLIPS:

5      Q.  So, is it the problem that you think a licensed

6  lawyer working for CAI would be unable to see conflict

7  of interest?

8      A.  It's possible.  That's the nature of conflict of

9  interest.  If you are subject to certain influences that

10  tend to cloud your judgment, you may be less capable of

11  recognizing an issue when it comes, comes your way.  And

12  as I mentioned a moment ago, you may be less capable of

13  dealing with it responsibly because of the pressures

14  that adhere in the structuring that you work.

15      Q.  And is that in any way different from the

16  associate in large law firms who is eager to accept a

17  new representation of a new client?

18      A.  Yes, I think it is mainly because of the people

19  who are in charge in the large law firm.  Of course

20  everyone's a licensed attorney, they all have the same

21  ethical obligations, they're all accountable to the

22  State Bar for their professional conduct in ways that

23  the non-lawyers who are in charge of corporations are

24  not.

25      Q.  But in terms of the -- well, so, let's put it in

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 23 of 47

805

1    terms of a young lawyer who is in a solo practice who

2    doesn't have anybody to supervise them.  Is that lawyer

3    because he needs to buy groceries and feed and clothe

4    his family more susceptible to not being able to

5    recognize a conflict of interest?

6              MR. DUNCAN:  Objection to the form.

7              **THE WITNESS:  We're all subject to the**

8         **economic imperative and certainly we all have to**

9         **wrestle with that kind of conflict or potential**

10        **conflict.  We, however, presume that that lawyer by**

11        **virtue of his or her training, his or her oath and the**

12        **fact that he or she is accountable at the State Bar**

13        **can be depended upon to do the right thing.**

14   BY MR. PHILLIPS:

15        Q.  Do you think a doctor who works for a hospital,

16   is employed by a hospital gives a lesser quality of care

17   to a patient than does a doctor who is not employed by

18   the hospital?

19              MR. DUNCAN:  Objection to the form.

20              **THE WITNESS:  I really don't have an opinion**

21        **on that.**

22   BY MR. PHILLIPS:

23        Q.  Have you, and I guess from your previous

24   questions I can forecast the answer to this, but has the

25   State Bar ever looked at the medical profession to the

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 24 of 47

806

1    see what it has done over the past 10 or 15 years in the
2    involvement of care providers other than doctors and use
3    that as an example or looked at that as an example or a
4    model of how we might increase services to people, legal
5    services to people?
6        **A.  No, sir.  Again, this is the responsibility of**
7    **the General Assembly.**
8        Q.  Okay.  And, again, because you've not had any
9    conversation with State Bar officials in other states, I
10   take it you don't have any evidence that in those states
11   that do allow lawyers working for trade associations to
12   give advice to their members, that those lawyers have
13   found it in any way more difficult to ascertain
14   conflicts of interest?
15       **A.  I really don't have any information about the**
16   **experience in these other states.**
17       Q.  Every licensed North Carolina has the obligation
18   to protect confidential information; is that true?
19           MR. DUNCAN:  I think you meant to say every
20       North Carolina licensed attorney, which is the word.
21           MR. PHILLIPS:  Yeah.  Sorry for the bad
22       question there.  Let me start over again.
23   BY MR. PHILLIPS:
24       Q.  Does every North Carolina licensed attorney have
25   the obligation to protect his client's confidential

807

1  information?

2    A.  **Every North Carolina attorney, licensed attorney**

3  **in North Carolina is subject to the Rules of**

4  **Professional Conduct and the rules having to do with**

5  **protection of confidential information.  There are, as**

6  **you doubtless know, several significant exceptions to**

7  **that duty, but, generally speaking, we all have an**

8  **obligation to protect the confidences of our clients.**

9    Q.  Do you have any information or evidence to

10  suggest that licensed North Carolina attorneys who work

11  as in-house counsel have any more difficulty in

12  protecting confidential information than other lawyers?

13    A.  **I don't have any such information.**

14    Q.  And same with government attorneys, do you have

15  any knowledge or facts to suggest that attorneys

16  employed by the government, any branch of government,

17  have more difficulty protecting confidential information

18  than do attorneys working in law firms?

19    A.  **Again, I don't have such information.**

20    Q.  And would you agree that attorneys in almost all

21  settings work with other people in their practices who

22  are not attorneys?  So, unless you're a solo

23  practitioner who has no employees, the nature of law

24  practiced today is you're going to be working with

25  non-licensed attorneys to establish the provision of

808

1    legal advice?

2              MR. DUNCAN:  Objection to form.

3              **THE WITNESS:  Non-licensed attorneys?**

4    BY MR. PHILLIPS:

5      Q.  I'm sorry, attorneys who work in government work

6    with people who are not licensed attorneys, correct?

7    They have staff, they have superiors?

8      **A.  I believe so, yes, sir.**

9      Q.  Those who work in corporations work with people

10   who are not licensed attorneys, correct?

11     **A.  I believe that's the case, yes, sir.**

12             MR. DUNCAN:  Are you implying -- I'm trying

13     to understand the question that there are attorneys

14     but not licensed, or that they're people who simply

15     have -- they're not attorneys with a license or not?

16     It's not clear to me.

17             MR. PHILLIPS:  Non-attorneys.

18             MR. DUNCAN:  I'm simply -- yeah.  Okay, so,

19     I want the witness to answer the question you're

20     trying to ask and that wasn't clear to me.

21             MR. PHILLIPS:  Thank you.  We'll clear it up

22     if we can.

23   BY MR. PHILLIPS:

24     Q.  Most attorneys by the nature of what they do need

25   the help of secretaries or paralegals or receptionists

1    Q.  All right.  I asked you a while ago if you had

2  any communication with the leaders of the bars in

3  several other states that I named, Pennsylvania,

4  Illinois and Colorado, and you said you had not with

5  respect to the topic that we're here about today?

6    A.  That's right.

7    Q.  Okay.  And apart from that do you have

8  understanding of an organization called Mid Atlantic

9  Employers Association that operates in the State of

10  Pennsylvania?

11    A.  No, sir, I don't.

12    Q.  And do you have any knowledge of an organization

13  called Management Association in the State of Illinois?

14    A.  No, sir, I do not.

15    Q.  And any knowledge of Mountain State's Employers

16  Council in Colorado and other states?

17    A.  No, sir.

18    Q.  Let me hand you what's been previously marked as

19  Exhibit 43.  Do you recall if this is one of the

20  documents you reviewed in preparation for your

21  deposition?

22    A.  No, sir, I don't immediately recognize this.

23    Q.  All right.  Exhibit 43 appears to be an e-mail

24  from Suzanne Lever.  Do you know her?

25    A.  I do know her.

1  a book, which is a collection of essays I wrote for
2  publication in the Bar Journal from 1997 until about
3  2010.
4      Q.  And a compilation of essays that were written by
5  you, correct?
6      **A.  Yes, sir.**
7      Q.  Okay.  And if you would look at the essay Number
8  16.  I'm sorry, look at the essay entitled Consumer
9  Sovereignty.  Let me get the page reference for you
10  here.
11      **A.  Um-hmm.  You can look at almost any page here and**
12  **find something wise and interesting.**
13          MR. DUNCAN:  Here's a start on page 68, if
14      that's helpful to you.
15  BY MR. PHILLIPS:
16      Q.  And this reference you make, number 1, in spring
17  2003, is that about the time it was written?
18      **A.  Yes, sir, I believe that's correct.**
19      Q.  And in the essay you write:
20              The FTC initiated the controversy by
21      expressing its concern that the State Bar was acting
22      anticompetitively by taking the position that
23      non-lawyers could not participate in closings
24      independent of lawyers.  The FTC's view was strongly
25      opposed by elements of the real property bar from

811

1       whence there first issued a considerable amount of

2       overheated rhetoric concerning the loss of the real

3       estate practice.

4               You see that?

5       A.  I do see that, yes, sir.

6       Q.  Okay.  And, first of all, is the reference to the

7       FTC a reference to those matters that we discussed in

8       connection with the previous exhibit about the real

9       estate closings?

10      A.  I believe so.  The -- this business with the lay

11      closing stuff persisted over a considerable period of

12      time, but I think that the reference in my article was

13      generally to the subject matter of their letter that

14      you've previously shown me.

15      Q.  Okay, and then I'm interested in the phrase

16      elements of the real estate from whence there first

17      issued a considerable amount of overheated rhetoric

18      concerning the loss of the real estate practice.

19      A.  Um-hmm.

20      Q.  Were there real estate lawyers what you're saying

21      here that were concerned that they were going to lose a

22      portion of their practice if non-lawyers can participate

23      in closings?

24      A.  That's my recollection.

25      Q.  Okay.  And do you recall how those lawyers

1  expressed that?

2     **A.  No, sir.**

3     Q.  Okay.  And do you recall who the lawyers were?

4     **A.  No, sir.**

5     Q.  Do you recall how they organized themselves or

6  how they communicated what you describe as overheated

7  rhetoric?

8     **A.  No, sir.  I assume I'm alluding here to items of**

9  **actual correspondence, or e-mail, perhaps telephone**

10  **conversations that were reported to me, but I don't have**

11  **specific recollection about particular communications.**

12     Q.  But is it fair to say that what you heard was the

13  reaction of lawyers who said I'm going to lose part of

14  my practice if lawyers aren't required to be present for

15  all of every real estate closing?

16            MR. DUNCAN:  Objection to the form.

17            **THE WITNESS:  That was my perception.**

18  BY MR. PHILLIPS:

19     Q.  Okay.  And in that sense the rhetoric was about

20  preserving the economic interest of those lawyers,

21  correct?

22     **A.  That was my perception, yes, sir.**

23     Q.  Okay.  And then did you or anybody at the State

24  Bar to your knowledge issue any public statements to the

25  real estate bar or the bar generally saying that's

1 Q. Okay. Go to the next paragraph.

2 **A. Okay.**

3 Q. Where it says:

4   "Civil legal services are currently beyond

5 the reach of many North Carolinians."

6   Did I read that correctly?

7 **A. You did.**

8 Q. Do you agree with that observation?

9 **A. I believe that to be true.**

10 Q. And then go to the next full paragraph that says:

11   This lack of affordability affects more than

12 indigent people. Small and medium-size businesses,

13 for example, find it increasingly unaffordable to hire

14 lawyers to address the legal issues that inevitably

15 arise in a modern business.

16   Did I read that correctly?

17 **A. Yes, sir, you did.**

18 Q. And do you agree with that observation?

19 **A. I think that's likely true.**

20 Q. Okay. Go, if you will, to page 50, still in the

21 same exhibit and the same report, and I think you'll see

22 under the caption Recommendations a bullet that reads:

23   **A new North Carolina legal innovation center**

24  **should be created.**

25   **Do you see that?**

Case 1:15-cv-00083-LCB-JLW  Document 106-10  Filed 05/18/17  Page 32 of 47

814

1     THE WITNESS:  I'm sorry, and I'll be more
2     than happy to accept your further question.
3  BY MR. PHILLIPS:
4     Q.  Do you believe a blanket prohibition against
5  corporations practicing law through licensed attorneys
6  is necessary to protect the public?
7     A.  Yes, sir, I do.
8     Q.  And is that for the reasons that you've already
9  articulated in response to other questions in this
10  deposition, or do you have other thoughts or reasons
11  about why you believe that to be the case?
12     A.  I believe that the reasons I've stated are
13  sufficient.  There perhaps are other reasons that
14  haven't occurred to me, but I think if you'll inspect
15  the depositions of Ms. Mine and Mr. Merritt, you may
16  find additional rational bases that would be sufficient
17  themselves.
18     Q.  So, to be clear, it's your testimony that you
19  believe today in 2017 that a blanket prohibition against
20  the practice of law by corporations is necessary to
21  protect the public; have I stated that correctly?
22     A.  Yes, sir.
23     Q.  Okay.  And is that because you believe that
24  attorneys who work for corporations for the reasons
25  you've articulated are not trustworthy?

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 33 of 47

815

1  A. I've never suggested that lawyers working for

2 corporations aren't trustworthy.

3  Q. I think what you said, but it's your testimony so

4 correct it so we'll be saying it correctly here, is that

5 attorneys who work for corporations are subject to

6 influences that are different from attorneys who work

7 for law firms because they have law firm supervisors in

8 law firms and they don't in corporation?

9  A. Yes, I think the risk to the public is greater.

10  Q. And the risk comes from the supervision by people

11 who are not also themselves licensed attorneys; is that

12 correct?

13  A. That's the primary structural problem.  There are

14 a great many other rational bases for the prohibition.

15 Again, I think you'll find them described quite

16 adequately in the depositions of Ms. Mine and

17 Mr. Merritt.

18  Q. And, again, to be clear, notwithstanding the fact

19 that attorneys who work in corporations as general

20 counsel report to executives who are not lawyers, you

21 trust and believe that those general counsel can give

22 competent and ethical advice to their employers,

23 correct?

24  A. I do.

25  Q. Okay.  And you said that without any hesitation

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 34 of 47

816

1    or reservation, correct?

2        A.  **Yes, sir, I do.**

3        Q.  There are within corporations different

4    interests, correct, that is the interest of the

5    shareholders and the chief executive officer and the

6    board of directors are not always exactly the same,

7    true?

8        A.  **I think that's correct.**

9        Q.  And because of that the bar has a particular rule

10   that tells the attorney what that attorney must do in

11   the event those interests are in conflict, correct?

12       A.  **I believe that's true.**

13       Q.  And is that a rule that the State Bar had the

14   authority to promulgate with the approval of the Chief

15   Justice of the Supreme Court?

16       A.  **Yes.**

17       Q.  Okay.  And do you recall when that rule came in?

18       A.  **No, sir.**

19       Q.  Would there be anything that would prohibit the

20   State Bar from writing a similar rule to apply to

21   attorneys who worked for trade associations and provided

22   advice to members of the trade association?

23       A.  **Yes.**

24       Q.  And is that rule the existing statute?  Is that

25   prohibition, is that limitation the existing statute?

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 35 of 47

817

1   regulatory response would be with any sort of

2   specificity.

3       Q.  Well, without asking to you predict what that

4   would be, you identified and described earlier in your

5   deposition a process by which new Rules of Professional

6   Conduct could be adopted?

7       A.  True.

8       Q.  And that's a well-established process and one

9   that I believe you said, but correct me if I'm wrong,

10  the bar engages in almost every year; did I?

11      A.  Quite right.

12      Q.  Am I recalling that right?

13      A.  Yes, sir.

14      Q.  If an attorney employed by a trade association to

15  offer legal services to members complies fully with all

16  of its ethical obligations, is there any harm posed to

17  the member of the trade association who receives that

18  advice?

19              MR. DUNCAN:  Objection to form.

20              THE WITNESS:  I think that's an irrelevant

21      question.  The -- it's plain that the activity you

22      described is unlawful.  It makes no difference whether

23      anyone is actually harmed or not.

24  BY MR. PHILLIPS:

25      Q.  And I understand you are deeming the question

818

1  irrelevant, but in the event the judge or somebody else

2  doesn't deem it irrelevant, tell me this, if a lawyer

3  complies with all of his legal professional obligations

4  -- let me start over again. Assuming that the statute

5  is struck down, then if the statute no longer exists or

6  cannot be enforced and the lawyer working as a lawyer

7  for a trade association provides advice to the member

8  that is consistent with the Rules of Professional

9  Conduct, is there any harm to the member?

10          MR. DUNCAN: Objection to the form.

11          **THE WITNESS: I can't really offer anything**

12     **other than a speculative response as to whether**

13     **there's harm. Either there's harm or there's not.**

14     **You can hypothesize there's no harm, but unless we**

15     **have an actual example and real life facts and**

16     **circumstances we can't say with any degree of**

17     **certainty whether someone has been harmed or not.**

18  BY MR. PHILLIPS:

19  Q. So, let's do this. Suppose a lawyer employed by

20  CAI receives a call from a member of CAI and the member

21  says I want your legal advice on how to handle this

22  particular HR situation, and the lawyer at CAI considers

23  what the client says, consults or recalls the

24  appropriate law and gives the member advice that is

25  correct and competent. Under those circumstances is

```
1   there any harm to the member?
2                MR. DUNCAN:  Objection.
3                THE WITNESS:  And your hypothetical posits
4        there's no longer a prohibition against the corporate
5        practice of law?
6   BY MR. PHILLIPS:
7        Q.  The United States Supreme Court to your
8   consternation or not has said you cannot enforce Chapter
9   84 against CAI to prohibit its licensed lawyers from
10  giving advice to its members.  Yes, that's my
11  hypothetical.
12       A.  And you're also positing that there are no other
13  violations to Rules of Professional Conduct?
14       Q.  That's correct.
15       A.  Well, if the conduct is lawful and it doesn't
16  transgress any of the Rules of Professional Conduct,
17  then it would be quite legitimate.
18       Q.  But would there be any harm, any identifiable
19  harm?
20       A.  Who knows.
21                MR. DUNCAN:  Yeah, I object to the form.
22  BY MR. PHILLIPS:
23       Q.  Let's assuming the advice is correct and assuming
24  that the advice can be lawfully given because there's
25  been a ruling by a court that says 84 as written can't
```

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 38 of 47

820

1   be enforced --
2              MR. DUNCAN:  Same objection.
3   BY MR. PHILLIPS:
4      Q.  -- unless the advice is wrong?
5      **A.  Well, it's possible that the advice is right and**
6   **somebody is harmed.**
7      Q.  How is that?
8      **A.  It's a possibility even in our world when**
9   **everything is right there can still be a bad outcome.**
10     Q.  Oh, sure, right, but that's no different than any
11  lawyer advising any client in any situation, correct?
12     **A.  That's correct, exactly right, but you're asking**
13  **me if there's any harm and I'm saying but you can't be**
14  **positive that there's no harm.**
15     Q.  Now I understand where we've been missing each
16  other.  There's no harm in the giving of the advice by
17  the lawyer.  You're saying that there might be a
18  consequence from the advice that causes things not to
19  turn out?
20     **A.  Harm is adverse outcome.  It doesn't appear to me**
21  **that we could say with total confidence that that was**
22  **not a possibility.**
23     Q.  Right, but no more or less so that you can say
24  that with respect to advice by a solo practitioner to
25  somebody sitting in his office who counsels or advises a

```
 1  particular course of action; fair enough?
 2      A.  Right, that's right.
 3      Q.  Thank you.  Do you have any evidence or do you
 4  know of any instances where the State Bar's regulation
 5  of the attorney as opposed to the regulation of the
 6  entity for whom the attorney works has been insufficient
 7  to protect a public interest?
 8      A.  State Bar doesn't regulate entities.
 9      Q.  Yes.  And so, do you know of any instances?  That
10  gets to my question of where the authority that you do
11  have has been insufficient to protect the public.
12              MR. DUNCAN:  Objection to the form.
13              THE WITNESS:  I don't know.
14  BY MR. PHILLIPS:
15      Q.  Okay.  You don't know of any?
16      A.  No.
17      Q.  You can't call the mind to any examples?
18      A.  No, sir, I can't.
19      Q.  Okay, that was -- that was the question.  You
20  have in your hand Exhibit Number 111.
21      A.  Yes, sir.
22          [The referred to document was marked for
23  identification as Exhibit Number 111.]
24      Q.  And is this North Carolina State Bar's Responses
25  to Plaintiff's Second Set of Requests For Production?
```

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 40 of 47

822

1   in fact that is the role of the General Assembly.

2       Did I read that correctly?

3   **A. You did.**

4   Q. Okay. And, again, you testified earlier I

5 believe, but with respect to this objection I want to be

6 sure I understand the previous testimony. You've made

7 at the State Bar to your knowledge no effort that you're

8 aware of to test or to ask executives in other states

9 where trade associations can give legal advice to their

10 members through licensed attorneys whether that works or

11 not, whether it creates any ethical issues, whether

12 those attorneys have somehow been less ethical than

13 other attorneys or susceptible to some unsavory or bad

14 influence?

15         MR. DUNCAN: Objection. Objection to the

16   form.

17         **THE WITNESS: And I think you've correctly**

18   **characterized my testimony. I have had no such**

19   **conversations with other bar executives.**

20 BY MR. PHILLIPS:

21   Q. Okay. So, if you haven't made any assessment of

22 these risks, then on what basis did you lobby the

23 General Assembly not to change Chapter 84 in the manner

24 suggested by CAI?

25   **A. I think that the members of the Council, not me**

1        I could envision requiring some sort of

2    registration tracking scheme to identify those

3    entities who provide such services.

4        Do you see that?

5    A.  I see it.

6    Q.  Okay.  Does the State Bar currently have the

7    power to require some sort of registration or tracking

8    scheme for nonprofit trade associations?

9    A.  Not to my knowledge.

10   Q.  Okay.  The State Bar does require certain

11   out-of-state law firms to register?

12   A.  Yes, sir.

13   Q.  Okay.  And what is the authority for doing that?

14   A.  We have, well, we have jurisdiction over the

15   lawyers who have North Carolina law licenses and work

16   for those firms in the State of North Carolina.

17   Q.  Okay.  And you have jurisdiction over Bruce

18   Clarke, who is employed by CAI, because he's a licensed

19   North Carolina lawyer as well, correct?

20   A.  I don't know as a matter of fact whether

21   Mr. Clarke is licensed or not, I've never looked, but

22   if, in fact, he is, then we would have jurisdiction over

23   him.

24   Q.  And, therefore, by reach of your authority over a

25   licensed attorney employed by a trade association, you

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 42 of 47

824

1    could require that attorney to give you information

2    about his employment, correct?

3        A.  **We might reason thus from the actions with regard**

4    **to registering interstate law firms.**

5        Q.  You were anticipating my next question.  What was

6    the rationale for saying that out-of-state law firms

7    had registered with you?

8        A.  **We felt it was important to know who was**

9    **practicing law in North Carolina.**

10       Q.  And, by the way, you don't require all in-house

11   counsel to register themselves with the State Bar, do

12   you?

13       A.  **No.**

14       Q.  Okay.  Have you ever proposed that they be

15   required to do that, you be given that authority to do

16   that?

17       A.  **No, sir.**

18       Q.  And would there be -- is there any requirement

19   that the out-of-state law firms who register with you

20   provide any information other than the name of the law

21   firm and where the principal office is?

22       A.  **I believe that's all we ask for.**

23       Q.  Okay.  If you wanted to under the existing

24   authority for out-of-state law firms, would you require

25   North Carolina attorneys who work for them to provide

1   you with additional information about the law firm, such

2   as exactly who the partners are, exactly where all of

3   the offices are and how they're structured to ensure

4   compliance with the North Carolina Rules of Professional

5   Conduct for those attorneys who work in North Carolina?

6       **A. I don't know the answer to that question. It**

7   **requires some legal analysis that I haven't undertaken.**

8       Q. Do you know of any current legislation that would

9   prohibit you from requiring the attorneys to give you

10  that information, the North Carolina licensed attorneys?

11      **A. No, sir, I don't.**

12      Q. Do you know of any law that would prohibit State

13  Bar from requiring a government attorney to tell the

14  State Bar who his supervisors were?

15      **A. I don't know of any legal authority baring on**

16  **that question at all.**

17      Q. Do you know of anything that would -- I mean, is

18  it your view that the State Bar could require a

19  government attorney to say who his supervisors are?

20      **A. No, it's not my view. I don't know that I have**

21  **an opinion on that.**

22      Q. All right. Look at what was marked at an earlier

23  deposition as Exhibit 36, please. And do you recognize

24  this as an exhibit that on the first page includes a

25  letter dated July 19th, 2016 from Doug Brocker to Joshua

1    Walthall at the North Carolina State Bar regarding

2    review of CAI Prepaid Legal Services Plan?

3        A.  Yes, I see that.

4        Q.  Is this one of the documents -- is this exhibit,

5    the entire document, something that you reviewed in

6    preparation for your deposition today?

7        A.  No, sir.

8        Q.  Okay.  Look at the page that is Bates numbered

9    11532 if you would, which at the top says Attorney

10   Certification Form For Participation in Prepaid Legal

11   Services Plan; do you see that?

12       A.  I do see that, yes, sir.

13       Q.  Did you participate in the drafting of the

14   original version of this, or is this a document that

15   you're familiar with from any prior experience?

16       A.  No, sir.

17       Q.  Okay.  Do you see that in the second paragraph

18   the State Bar requires certification that a particular

19   Rule 7.3D has been read and that the attorney

20   understands her professional obligations regarding

21   participation in the plan?

22       A.  I see that.

23       Q.  And it goes on to say that in effect the attorney

24   must comply with the Rules of Professional Conduct.  Do

25   you see that?

827

1    A.  Um-hmm.

2    Q.  Do you know why the State Bar requires this?

3    A.  No, sir.

4    Q.  Okay.  Do you believe that you have the authority

5  to require this of any attorney?

6    A.  I don't have an opinion.  I haven't really

7  researched this.

8    Q.  Okay.  Is this a requirement of the State Bar,

9  this certification, because the State Bar has some

10  concern that attorneys that work for prepaid legal

11  services plans would otherwise not understand their

12  professional obligations?

13          MR. DUNCAN:  Objection to form.

14          THE WITNESS:  I don't know the answer to

15    that question.

16  BY MR. PHILLIPS:

17    Q.  The reason I'm maybe struggling a bit here is

18  that it seems to me that every licensed attorney is

19  obliged to do what this certification asks them to do.

20  Do you agree with that?

21          MR. DUNCAN:  Objection to form.

22          THE WITNESS:  Certainly every licensed

23    attorney has an obligation to comply with the Rules of

24    Professional Conduct.

25  BY MR. PHILLIPS:

1    Q.   Okay.  And this in the second paragraph spells

2   out, you know, the Rules of Professional Conduct

3   require, among other things, that as an attorney

4   participating in the plan, I must do the following:

5   Maintain professional independence, right?

6        A.   Yes, sir.

7        Q.   Preserve the confidence of clients, correct?

8        A.   Yes, sir.

9        Q.   Avoid conflicts of interest, correct?

10       A.   Yes, sir.

11       Q.   Not improperly share fees, correct?

12       A.   Um-hmm, yes, sir.

13       Q.   Not aid the unauthorized practice of law,

14   correct?

15       A.   Correct.

16       Q.   And comply with the rules on advertising and

17   solicitation, correct?

18       A.   That's correct.

19       Q.   And is the State Bar confident that somebody who

20   signs this certification will be able to comply with

21   that certification?

22       A.   We're certainly hopeful.

23       Q.   I mean that's the expectation, correct?

24       A.   Yes, sir.

25       Q.   And failure to do so can result in discipline or

Case 1:15-cv-00083-LCB-JLW   Document 106-10   Filed 05/18/17   Page 47 of 47

829

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2              CIVIL ACTION No. 1:15-CV-83-LCB-JLW

 3   CAPITAL ASSOCIATED INDUSTRIES,)
     INC.,                        )
 4                                )
                 Plaintiff,       )
 5                                )
     vs.                          )
 6                                )
     ROY COOPER, et al.,          )
 7                                )
                 Defendants.      )
 8                                )
                                  )
 9

10

11

12          Videotaped Rule 30(b)(6) Deposition of

13              NORTH CAROLINA STATE BAR

14            By and Through its Designee:

15                ALICE NEECE MINE,

16          And In Her Individual Capacity

17              (Taken by Plaintiff)

18            Raleigh, North Carolina

19          Thursday, January 12, 2017

20

21

22

23

24            Reported in Stenotype by
              Lauren M. McIntee, RPR
25   Transcript produced by computer-aided transcription
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 1 of 77

830

```
 1                APPEARANCES
    ON BEHALF OF THE PLAINTIFF:
 2                Reid L. Phillips, Esquire
                  Craig D. Schauer, Esquire
 3                Brooks, Pierce, McLendon,
                  Humphrey & Leonard, L.L.P.
 4                230 North Elm Street
                  2000 Renaissance Plaza
 5                Greensboro, North Carolina 27401
                  (336) 373-8850
 6
    ON BEHALF OF DEFENDANTS DISTRICT ATTORNEYS FREEMAN AND
 7  HENDERSON AND THE ATTORNEY GENERAL:
                  David J. Adinolfi, Esquire
 8                State of North Carolina Department of Justice
                  9001 Mail Service Center
 9                Raleigh, North Carolina 27699
                  (919) 716-6500
10
    ON BEHALF OF THE NORTH CAROLINA STATE BAR:
11                Alan W. Duncan, Esquire
                  Stephen M. Russell, Jr., Esquire
12                Mullins, Duncan, Harrell & Russell, P.L.L.C.
                  300 North Greene Street, Suite 2000
13                Greensboro, North Carolina 27401
                  (336) 645-3325
14
    ALSO PRESENT:
15
    Bruce Clarke
16  Michael Kirby, Videographer

17       Videotaped Rule 30(b)(6) Deposition of the NORTH

18  CAROLINA STATE BAR by and through its designee, ALICE

19  NEECE MINE, and in her individual capacity, a witness

20  called on behalf of Plaintiff, before Lauren M. McIntee,

21  Registered Professional Reporter and Notary Public, in

22  and for the State of North Carolina, at the office of

23  the North Carolina State Bar, 217 East Edenton Street,

24  Raleigh, North Carolina, on Thursday, January 12, 2017,

25  commencing at 9:33 a.m.
```

Case 1:15-cv-00083-LCB-JLW  Document 126-3  Filed 06/30/17  Page 2 of 9

**831**

```
 1        THE VIDEOGRAPHER:  We are on the record at
 2   9:33 a.m.  This is the videotaped deposition of
 3   Alice Mine in the matter of Capital Associated
 4   Industries, Incorporated, verse Roy Cooper, et al.
 5   This deposition is being held in the offices of the
 6   State Bar at 217 East Edenton Street, Raleigh,
 7   North Carolina 27601, on January 12, 2017.  The
 8   court reporter is Lauren McIntee.  The videographer
 9   is Michael Kirby, both with Caseworks.  Would
10   counsel please introduce themselves.
11        MR. PHILLIPS:  Reid Phillips for the
12   Plaintiff.
13        MR. SCHAUER:  Craig Schauer for the
14   Plaintiff.
15        MR. DUNCAN:  Alan Duncan for the North
16   Carolina State Bar.
17        MR. RUSSELL:  Steve Russell for the State
18   Bar.
19        MR. ADINOLFI:  David Adinolfi for District
20   Attorneys Freeman and Henderson and the Attorney
21   General.
22        THE VIDEOGRAPHER:  Would the court reporter
23   please swear in the witness.
24                ALICE NEECE MINE,
25     having first been duly sworn, was examined
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 2 of 77

**832**

```
 1              and did testify as follows:

 2                      EXAMINATION

 3   BY MR. PHILLIPS:

 4        Q.    Tell us your full name, please.

 5        A.    Alice Neece Mine.

 6        Q.    Where do you live?

 7        A.    I live in Chapel Hill.

 8        Q.    And what is your office address?

 9        A.    My office address, I think it's 208 Edenton,

10   East Edenton Street, Raleigh, North Carolina.

11        Q.    Who is your employer?

12        A.    The North Carolina State Bar.

13        Q.    And what is your job title?

14        A.    I am the Assistant Director of the State Bar

15   and ethics counsel.

16        Q.    And describe briefly your duties for the

17   State Bar.

18        A.    Well, I wear many, many hats here at the

19   State Bar.  As ethics counsel, I advise the Ethics

20   Committee of the State Bar council, and I provide

21   informal ethics advice to lawyers who contact the State

22   Bar by e-mail or by telephone and sometimes walk-ins.

23             I am the Director of the Continuing Legal

24   Education Program, which is largely an administrative

25   role.  I provide policy advice to the Board of
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 3 of 77

833

1  that one, I pulled it to just look at it so I would have

2  a sense of what it was about.

3      Q.   So to be clear, except for the Raymond case,

4  you have not, yourself, gone back and read the cases in

5  full; is that fair to say?

6      A.   That's correct.

7      Q.   Okay.  What you've read is what others have

8  said about the cases or written about the cases --

9      A.   That's correct.

10     Q.   -- is that fair to say?  All right.

11          Are you aware of any study that the State Bar

12  has made of legal services offered by trade

13  associations?

14     A.   No.

15     Q.   To your knowledge, is there any such study

16  that's ever been made?

17     A.   I don't know.

18     Q.   Okay.  And to, to make my question clear so

19  the answer is clear, are you aware of any study that the

20  State Bar has made of legal services offered by trade

21  associations?

22     A.   I am not aware of any such study.

23     Q.   Okay.

24          MR. DUNCAN:  So it's clear, I think there is

25      a topic on that that's not assigned to, to

834

1      A.     Well, I think those cases are pretty specific

2   as to what the circumstances are.

3      Q.     Okay.

4      A.     And I think they're pretty unique.  First,

5   that these are organizations that are clearly organized

6   for the purpose of not making any funds at all, not

7   making any revenues, whether those revenues -- you know,

8   in some non-profits those profits are just plowed back

9   into the organization.  They make profits, but they're

10  plowed back in the organization.  These are

11  organizations like the NAACP, ACLU, unions where the

12  purpose is to band together in order to accomplish some

13  kind of either political objective like the NAACP and

14  ACLU or union rights for individual collective

15  bargaining rights for workers.

16          And my understanding of the cases is that the

17  court said that the importance of the right to associate

18  and obtain legal counsel to represent them on those

19  political issues in those collective bargaining issues

20  is such that they would allow for inhouse counsel.

21     Q.     So your interpretation is that those cases

22  are somehow restricted to political causes and

23  collective bargaining causes; is that correct?

24     A.     Yes.

25     Q.     Have you conducted any research or done any

```
 1    study on your own to know what services the NAACP
 2    provides to its members?
 3         A.    I have just a general knowledge based on,
 4    excuse me, reading cases in the past and based on
 5    reading the newspaper, but I have not studied anything,
 6    no.
 7         Q.    You haven't sat down and as a task for
 8    yourself or assigned as a task for anybody else at the
 9    State Bar any study of evidence or data with respect to
10    legal services provided by the NAACP to its members --
11         A.    No.
12         Q.    -- is that fair to say?  Okay.
13              And likewise, I take it you've not done that
14    for any labor organizations, unions or other labor
15    organizations; is that correct?
16         A.    That's correct.
17         Q.    Okay.  So again, to your knowledge, there's
18    no study that's been made by the North Carolina State
19    Bar of exactly what services are provided by those
20    organizations to their members; is that true?
21         A.    That's true.
22         Q.    Okay.  Have you sought to obtain any
23    literature from anyone about what services the NAACP,
24    the unions, or any other trade association provides to
25    their members?
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 6 of 77

836

1         MR. DUNCAN:  Let me caution you to let him

2    finish the question.

3         **THE WITNESS:  Okay.  Yes, sir.**

4         MR. DUNCAN:  Because otherwise our record

5    will get garbled.

6     Q.   On Topic 16, do you recall any documents that

7  you've looked at in preparation for your deposition

8  today pertaining to this topic in particular?

9     **A.**   **Nothing other than what I've already**

10  **mentioned to you.**

11     Q.   And have you discussed Topic 16 with anybody

12  today in preparation for your deposition other than the

13  lawyers for the State Bar?

14     **A.**   **No, I have not.**

15     Q.   Okay.  And have you ever to your knowledge

16  called or corresponded with anybody in any other state

17  to discuss the ability of bars to regulate licensed

18  attorneys employed outside of law firms in providing

19  legal services to members of their employer?

20     **A.**   **No, I have not.**

21     Q.   Okay.  Let's look at what was previously

22  marked as Exhibit 32.  And turn if you would -- let me

23  ask you first.  Is this one of the documents that you

24  prepared, that you reviewed in preparation for your

25  deposition today?

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 7 of 77

1      Q.    All right.  And if you would, please, look at

2  the answer to Question 14 or Interrogatory 14, which is

3  on Page 11.  And to be clear, it's your testimony that

4  you did not assist in the drafting of this answer,

5  because the first time you saw these was after they had

6  been completed and they were shown to you in preparation

7  for your deposition today; is that correct?

8      A.    That's correct.

9      Q.    Okay.  But you have now read the answer to 14

10  in preparation for your deposition today, correct?

11      A.    Yes.

12      Q.    All right.  If you go about halfway, a little

13  more, into the second paragraph of the answer, look at

14  the sentence that begins, "In general, however, the

15  prospect of attorney employees practicing law in a trade

16  association implicates a number of issues, including at

17  a minimum the appropriate implementation or application

18  of the current Rules of Professional Conduct regarding,"

19  and then it lists a number of topics after that.  Do you

20  follow me?

21      A.    Yes, sir.

22      Q.    Okay.  Are you aware of any ethical concerns

23  that the Bar has about CAI providing legal services to

24  its members other than those that are described here?

25      A.    Well, first, it's not CAI that's kind of

Case 1:15-cv-00083-LCB-JLW  Document 106-11  Filed 05/18/17  Page 8 of 77

838

1  separated out. It's really the whole concept of the

2  corporate practice of law. I mean that's the, I, I

3  wouldn't separate out CAI because we don't know what CAI

4  really intends to do. It's the concept of the corporate

5  practice of law. So, and I think that's what this

6  responded to, was, well, it was specific to CAI, but

7  it's, it's applicable in both, in the big context. It's

8  the same concerns. And I agree with all these. I would

9  actually identify some additional concerns.

10      Q.    And which additional concerns would you

11  identify?

12      A.    Well, the, the, the first concern and sort of

13  the overarching concern is the preservation of the

14  lawyer's independent professional judgment. When a

15  lawyer is employed and is then providing services to

16  third parties, the lawyer has two masters. And the

17  lawyer's income is all coming from the employer. And so

18  that, that lawyer's loyalties are automatically divided,

19  so it's an inherent conflict of interest. There's that,

20  there's that issue. And I'm, I can't remember if that's

21  like kind of specifically referenced in here. It's sort

22  of implied there.

23          Confidentiality is a critical issue and, of

24  course, confidentiality is one of the core values of the

25  profession. And when a lawyer is working in the

839

1    corporate context with people who are not lawyers and
2    who aren't necessarily, even if there's like a little
3    legal department, aren't in that little legal
4    department, they don't understand those obligations.
5    The, the risk that confidential information will be
6    disclosed to those people is high.
7                And then you've got the employer who may or
8    may not be a lawyer.  That's really irrelevant because
9    they're functioning in, in a different capacity.  And
10   they, you know, can they demand access to that
11   confidential communications?  That's a question I think
12   that, you know, with that is the whole question of do,
13   does the attorney-client privilege attach to those
14   communications?  There's, that's a legal question, but I
15   think even if it does attach in the context, that
16   context, the risk that a third party would be present
17   that would cause a waiver of the privilege is much
18   higher, is much higher.
19               I think there, to me there are all these
20   issues that kind of arise out of the fact that the
21   employer is not subject to professional discipline, so
22   they are outside the purview of the State Bar, and yet
23   there's all these issues that come up.  For example, a
24   lawyer has a professional responsibility not to charge a
25   clearly excessive fee.  Well, who is going to set the

840

1    fees?  And if the employer sets the fees, they can't be

2    disciplined.  They're, you know, we only discipline

3    licensees, so they're not subject to that.  How does the

4    lawyer manage that?  Can the lawyer manage that?  I

5    think you have that excessive fee and excessive expenses

6    issue.

7           You've got advertising issues, assuming the

8    corporation is going to advertise its legal services in

9    some form.  Well, lawyers have a duty to not engage in

10   any false or misleading representations relative to

11   their services.  Will the lawyer comply with that?  And

12   then how, how do you regulate that?  Because the

13   lawyer's (sic) not a licensee.

14          You've got conflicts questions in that

15   they're, they run two ways really.  There, of course,

16   there's the inherent conflict between the lawyer and,

17   and his or her loyalties to the client and loyalties to

18   the employer, but you have other conflicts, too, because

19   the employer may actually have different interests than

20   the prospective client.  That could be, it could be

21   positional interests relative to some legal issue.

22   That's possible, but you could also have a direct

23   conflict there.

24          You could have a conflict between the, the

25   employer's desire to, you know, offer this legal service

1    with as minimal amount of expenses absolutely possible.

2    So they're going to, they're, the employer is, they're

3    cutting corners, cutting corners, and the lawyer is

4    there saying, you know, the full representation really

5    requires that we do X, Y, and Z.  So you have that

6    conflict.

7            And then if you're going to have lawyers in a

8    corporation having multiple clients outside the

9    corporation, well, if those clients are competitors or

10   they do business with each other, then the potential for

11   conflicts between the lawyer's clients is high.  So

12   you've got the whole conflict of interest issue present.

13           I think there's a really interesting dilemma

14   of what the, the lawyer quits because the lawyer feels

15   like she's being asked to do something that is

16   unethical.  And un, and under our Rules of Professional

17   Conduct, that can be one of your ways of resolving a

18   conflict.  In the, in inhouse counsel, in Rule 1.13

19   that's one of the ways you resolve the conflict there to

20   your, between you and your client, which is the

21   corporation.

22           But in this context, so the lawyer quits or

23   the lawyer's fired.  Well, what happens to all those

24   clients?  Because the relationship between a lawyer and

25   a client is a personal relationship.  The, it's a

842

1   personal trust relationship. I mean that's a premise of

2   the Rules of Professional Conduct and really of our

3   profession. So the lawyer's fired, and now there's all

4   these clients who are there. Do they follow the lawyer?

5   Well, then the corporation is going to say, "Well, we're

6   not going to pay for your services if you follow, the

7   legal services if you follow this lawyer that we fired."

8   So then that puts the clients in this dilemma.

9         And, and one of our other values as a

10   profession is that clients have, should have choice of

11   counsel. So you've got the, the corporation that's not

12   subject to professional regulation, not subject to the

13   duties of the Rules of Professional Conduct, so they can

14   fire at will, but they do so and the ramifications for

15   the clients of the lawyer are, are high.

16         I think that's all of them that I was trying

17   to go through in my mind, all the different categories,

18   but those are, those are the most significant ones for

19   me. I think I've mentioned them all.

20      Q.   Okay.

21      THE VIDEOGRAPHER: Counsel we've got a couple

22   minutes before we need to change.

23      MR. PHILLIPS: All right. Let's take a

24   break.

25      THE VIDEOGRAPHER: We are off the record at

```
 1        10:32 a.m.
 2              (Recess taken 10:32 a.m. to 10:41 a.m.)
 3              THE VIDEOGRAPHER:  We are back on the record
 4        at 10:41 a.m.
 5   BY MR. PHILLIPS:
 6        Q.     Before the break we were asking about the
 7   Bar's answer to Interrogatory 14, which I see you still
 8   have in front of you, correct?
 9        A.     Yes, sir.
10        Q.     All right.  And do you see that in the
11   question we ask about the application of the UPL, UPL
12   statutes as applied to CAI specifically?  Do you see the
13   reference to --
14        A.     Yes, sir.
15        Q.     -- CAI?  All right.
16              And the answer that you gave listing concerns
17   before the break was a list of general concerns as
18   opposed to ones that you had thought about specifically
19   with respect to CAI; is that correct?
20        A.     Well, I think what I was trying to say is
21   that there, there's really not a difference there.  We
22   haven't like focused on CAI.  We don't know exactly
23   what CAI intends to do.  The only thing I know is what
24   Mr. Clarke said they wanted to do back in 2013 in his
25   letter to me as counsel to the Ethics Committee.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 13 of 77

844

1          But I think you really have to look at this

2     in the broadest context because if, if, whatever the

3     court orders, if the court were to order that, you know,

4     these statutes are unconstitutional or whatever, then

5     the consequence would not just affect CAI.  It would be

6     broader, and so we have to look at all those issues.  I

7     think all the issues I brought up could apply.  I

8     actually thought of the ones I had not mentioned

9     previously.  So if I could, I'd like to just add those

10    to my answer.

11         Q.    Well, before we do that, and I'll let you do

12    that of course, do you understand Question 14 to be

13    asking about CAI in particular as you read it now?

14         A.    I see, I see that.

15         Q.    Okay.

16         A.    Yes.

17         Q.    All right.  Now, you had some other things

18    that you wanted to add to your previous answer.  What

19    are those other things you would like to add?

20         A.    So on this whole question of the fact that

21    the, the lawyer's professional responsibilities are

22    diluted by the fact that they are, the lawyer's

23    reporting to the employer who is not a licensee and not

24    subject to the Rules of Professional Conduct, one of

25    those other related issues there is what do you do if

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 14 of 77

845

1    there are client funds?  If you're handling a matter

2    where there is a settlement, for example, under the

3    Rules of Professional Conduct lawyers have very strict

4    requirements with regard to trust accounting, but the

5    employer would not be subject to those requirements.  So

6    how would, how do, how do you manage that?  How does,

7    how is that taken care of?

8           There's also this issue of supervision.  The

9    Rules of Professional Conduct contemplate that lawyers,

10   young lawyers are supervised by other lawyers.  Who

11   would be supervising the lawyers in the corporation?

12   And how would that be managed?  The other issue is the

13   competency of the lawyers.  If they're hired by a

14   non-lawyer, does that non-lawyer really know the skills,

15   knowledge, experience, ability of the lawyers they're

16   hiring to provide legal services to third parties?  I

17   think that's --

18      Q.    Any other --

19      A.    -- the majority of them.

20      Q.    I'm sorry.

21      A.    Yeah.  I, that's, I think that covers it.

22      Q.    Okay.  Now, to pick just one of those and

23   probe here for a minute, you said supervision of young

24   lawyers.  You were concerned that someone might hire a

25   lawyer and not know if that lawyer was competent to do

1    the work.  Is that what you were trying to convey?

2        A.    No.  What I'm saying is that if the decision

3    to hire the lawyers is coming from somebody in the

4    organization that is not a lawyer, then the question is

5    do they have the ability to, ability to evaluate the

6    competency of the people they're hiring.

7        Q.    Doesn't that happen in companies every day?

8        A.    Yeah, but we're not, we're talking about

9    hiring a lawyer.

10       Q.    Well --

11       A.    I understand --

12       Q.    -- I'm talking about companies that hire

13   inhouse counsel.  I mean that's frequently done by an

14   executive or a person who is not herself or himself a

15   lawyer --

16       A.    But the --

17       Q.    -- correct?

18       A.    -- the difference -- I'm sorry.

19       Q.    Yeah.  First of all, am I, am I correct that

20   there's nothing improper about XYZ CEO hiring a lawyer

21   to advise his company or her company --

22       A.    No, there's --

23       Q.    -- as an inhouse counsel?

24       A.    -- nothing incorrect about that.

25       Q.    And how then is it any different if a CEO of

Case 1:15-cv-00083-LCB-JLW   Document 123-7   Filed 06/19/17   Page 9 of 12

847

1    a trade association hires a lawyer to provide services?

2        A.    Because they're hiring a lawyer to provide

3    services to third parties.  Inhouse counsel is being

4    hired to provide legal services to the corporation, and

5    so they are making the decision this is who I want to be

6    my lawyer, my inhouse lawyer, and I'm going to pay the

7    consequences of, you know, whatever skill level they

8    have, whatever ability they have, but -- because I'm

9    making that decision, that employment decision for my

10   company.  It's entirely different to be hiring lawyers

11   to represent third parties, and the third parties are

12   relying upon you to pick somebody who is qualified to

13   provide the legal services that you need.

14       Q.    Can the newest law school graduate who has

15   received his license to practice law in North Carolina

16   open up a law office and begin advising clients on

17   anything that he considers himself competent to do?

18            MR. DUNCAN:  Objection to the form.  You can

19       answer.

20       A.    No.  No.  I mean technically there's nothing

21   in the license that prohibits him from doing that.

22   Rule 1.1, which is the rule on competency, says that you

23   should not provide legal services unless you're

24   competent to provide those services.  You can make

25   yourself competent.

848

```
1        Q.     Right.

2        A.     And you can associate somebody to bring up

3    your competency, but you should not be taking cases that

4    you are not competent to handle.

5        Q.     And the lawyer himself has to make that

6    determination, correct?

7        A.     Yes.

8        Q.     Okay.

9        A.     It's a part of their professional

10   responsibilities.

11       Q.     And so likewise, a lawyer who is hired by a

12   company, a corporation, has to make the determination

13   about whether she or he is competent to provide the

14   service that is requested, correct?

15       A.     Well, I think you get back into that same

16   dilemma where the lawyer is employed by a third party,

17   by presumably a non-lawyer, by the corporation.  And the

18   corporation is going to say, okay, we want you to handle

19   X, Y, and Z matters.  And the lawyer says, fine.  They

20   hire him, and then all of a sudden they're giving him A,

21   B, and C matters.  And what does the lawyer do?  I mean

22   it creates that dilemma as to what do you do in that

23   situation.  Your paycheck is dependant upon you

24   providing this work.

25       Q.     If you're a solo practitioner, your paycheck
```

849

1      Q.    Right.

2      A.    -- with 1, and we have specific rules that

3  deal with government lawyers.

4      Q.    1.1 applies to everybody, and there's no

5  different rule for the lawyer that works for government,

6  the government agency or the lawyer that works inhouse

7  or the lawyer that's in private practice, right?

8      A.    That's correct.

9      Q.    Okay.  There's no lesser standard or higher

10  standard for the lawyer who is an inhouse lawyer or a

11  government lawyer or a lawyer in private practice with

12  respect to 1.1?

13      A.    That's correct.

14      Q.    Okay.  All right.  So a lawyer who works for

15  a trade association, whether he's advising only the

16  trade association or members of the trade association,

17  is subject to Rule 1.1, right?

18      A.    Well, that, as I was saying, I think that's

19  part of the problem that's created in this situation, is

20  that the lawyer has these divided loyalties.  He's got

21  the -- and, and they're internal, too, because they have

22  an interest in maintaining their job.  They have an

23  interest in doing what their employer wants them to do,

24  and they have duties to the clients, to these third

25  parties who are outside the organization.  And it's very

Case 1:15-cv-00083-LCB-JLW  Document 106-11  Filed 05/18/17  Page 18 of 77

850

1  different than inhouse counsel because inhouse counsel

2  is internal to the organization.

3      Q.    But the inhouse counsel is equally dependent

4  upon the employer for the paycheck, right?

5      A.    That's correct.

6      Q.    That's not the difference.  The difference is

7  not that the lawyer wants to keep his job.  That's not

8  the difference you're pointing to?

9      A.    I think the difference is that in the context

10 of inhouse counsel they have one client, their employer.

11 So the loyalties aren't divided in that instance.  And

12 that, and their one client, they go to their one client

13 and they say, "I'm being asked to do something that is

14 beyond my competency.  I need training to do it.  I need

15 this, I need that, whatever."  That could happen in the

16 context of a corporation that's providing --

17     Q.    Yes.

18     A.    -- legal services to third parties, but it

19 creates I think a, a more difficult relationship.

20     Q.    What evidence do you have for that statement?

21     A.    I don't have any specific evidence.  I have

22 my knowledge of the Rules of Professional Conduct and

23 the ethics opinions.

24     Q.    But you have no experience or no evidence to

25 substantiate that, do you?

851

1      A.    Well, I guess so my question back to you is

2  substantiate which statement?  The statement about

3  inhouse counsel?

4      Q.    Yes.

5      A.    Because we have no experience with these,

6  with corporations practicing law in North Carolina.  We

7  don't have any experience in that realm, so I can't

8  speak to that.

9      Q.    And again, you haven't asked other states

10  where it's allowed if they have any experience with

11  that, correct?  We've established that on the record,

12  right?

13      A.    That's correct.

14      Q.    Okay.  And you didn't -- okay.  Well, let's,

15  let's go through the list of, and we'll take them in the

16  order that they're listed in the answer that the State

17  Bar provided here.  The first that's listed is the

18  confidentiality of privileged information.  Do you see

19  that?  Do you have any evidence that inhouse lawyers are

20  not able to protect the confidentiality of information?

21      A.    So again, are you talking about inhouse

22  counsel --

23      Q.    Yes.

24      A.    -- for a corporation --

25      Q.    Yes.

Case 1:15-cv-00083-LCB-JLW  Document 106-11  Filed 05/18/17  Page 20 of 77

852

1      **A.**    -- where the client is the corporation?

2      **Q.**    Yes, right.

3      **A.**    **No.**

4      **Q.**    Okay.  And, in fact, the State Bar feels that

5  inhouse lawyers know how to adequately protect, protect

6  the confidentiality of information, correct?

7      **A.**    **In the context of working inhouse for a**

8  **corporation where your only client is the corporation.**

9      **Q.**    Okay.  And I take it your answer would be the

10  same for lawyers who are employed by the government?

11  Whether as public defenders or district attorneys or in

12  government agencies, they're able to protect the

13  confidentiality of information as required by the Rules

14  of Professional Conduct, correct?

15      **A.**    **I don't, I actually don't know how to answer**

16  **that question a little bit because, you know, the**

17  **presumption is that lawyers will comply with the Rules**

18  **of Professional Conduct.  And, you know, one of the**

19  **things I do when I talk to lawyers on the phone is I**

20  **sort of problem-solve with them on how they can do that.**

21  **So is, are, is there a way for lawyers who are inhouse**

22  **counsel or who are government lawyers, whatever, to**

23  **protect confidential client information?  Yes, there is.**

24  **I have not studied how they do it.**

25      **Q.**    Okay.  And do you have any evidence that

```
 1    there is any systematic failure of lawyers working as
 2    inhouse counsel or as government lawyers or in settings
 3    other than private practice to protect confidential
 4    information?
 5         A.    Can you ask me that question again?
 6         Q.    Sure.  Do you have any evidence of any
 7    systematic failure, any, any systemic failure by lawyers
 8    in those other settings, the non-private practice
 9    settings, to adequately protect confidential
10    information?
11         A.    So I'm not sure what you mean by systemic.
12         Q.    Well, you might --
13         A.    I'm sure we've had disciplinary matters --
14         Q.    Sure.
15         A.    -- where that issue has come up.
16         Q.    And you address them through disciplinary
17    matters --
18         A.    Yes.
19         Q.    -- of the lawyers, correct?
20         A.    For individual lawyers.
21         Q.    Because you don't have the authority to
22    discipline the government, do you?
23         A.    We don't have any authority to discipline
24    entities, that's correct.
25         Q.    All right.  So in those cases where the Bar
```

854

1    address potential or actual conflicts of interest --

2         A.    So --

3         Q.    -- within the organization?

4         A.    -- when you say lawyers working for a

5    corporation, do you mean inhouse counsel?

6         Q.    Yes.

7         A.    Well, they wouldn't have any.

8         Q.    Well, might there be --

9         A.    If I'm --

10        Q.    -- different -- well, so you say that never

11   exists for the inhouse lawyer?

12        A.    For the inhouse lawyer, they don't, they only

13   have one client.  They only have one client, so there's

14   no conflicts between the interests of multiple clients

15   which is the, the issue I was raising previously, which

16   is what you would have if you have a corporation that's

17   practicing law and giving services to third parties.  So

18   with inhouse counsel, they've got one client.

19             Now, where you might have conflicts, and this

20   comes up for every lawyer, is when your client wants you

21   to do something that's unethical or illegal or, you

22   know, they just become impossible to work for sometimes.

23   I mean the conflicts arise between the lawyer and the

24   client frequently, and that would not be any different

25   than in the inhouse context either.  Rule 1.13 includes

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 23 of 77

1    a provision that deals with the conflict that comes up

2    when a lawyer is aware of a constituent of the

3    organization seeking to do something that's harmful to

4    the interests of the organization, contrary to the

5    interests of the organization, and it creates a

6    mechanism for addressing that conflict.

7        Q.    So, for example, where the executive wants

8    something that is not in the best interest of the

9    shareholders and it's a legal issue, then there is a

10   conflict within the organization, correct?

11       A.    That's correct.  And Rule 1.13 anticipates

12   that and provides guidance to lawyers as to how they

13   deal with that.

14       Q.    Right.  And so there is a way provided in the

15   rules for that to be resolved --

16       A.    That's correct.

17       Q.    -- correct?  Okay.

18            Now, in the case of lawyers who represent

19   insurance companies in defense of personal injury cases,

20   that's allowed by the rules, correct?

21       A.    That's correct.

22       Q.    And that happens quite a bit in North

23   Carolina, correct?

24       A.    In North Carolina we have the presumption

25   that the lawyer in insurance defense cases, particular

1      Q.    Sure.

2      A.    Whenever a lawyer calls me, I make my best

3 effort to try to assist them if they're asking me about

4 their own conduct and not another lawyer's conduct and

5 if it's a question that arises under the Rules of

6 Professional Conduct. If it's a question of their

7 professional responsibilities, my role is to work with

8 them and problem-solve with them so they avoid a

9 violation of the Rules of Professional Conduct.

10         And that would apply if the court order is

11 such that CAI can do something in the neighborhood of

12 offering legal services to third parties and it's doing

13 it through lawyers who are members of the North Carolina

14 State Bar. And if one of them called me, I would treat

15 them exactly the same as I treat any other member of the

16 State Bar.

17      Q.    All right. And you don't have any

18 recollection of any lawyer working for the NAACP, a

19 union, or any non-profit calling and posing such a

20 conflict of interest question to you; is that correct?

21      A.    That is correct.

22      Q.    Okay. And so you don't have any evidence of

23 any instance that you can recall sitting here today at

24 your deposition of a lawyer facing a conflict of

25 interest who works for the NAACP or a union or a

```
1    non-profit organization; is that correct?
2        A.   That's correct.
3        Q.   Okay.  The next concern that you listed, that
4    the Bar listed in its answer to Interrogatory 14 was
5    supervision of attorney employees.  Do you see that?
6        A.   I do.
7        Q.   Okay.  And in the long answer that you gave
8    before the break, you said that that was a concern that
9    you had with respect to the possibility of trade
10   associations advising their members through their
11   licensed lawyers, correct?
12       A.   Well, and I think you have to read the whole
13   sentence --
14       Q.   Sure.
15       A.   -- there.  It's the supervision of attorney
16   employees and attorneys' professional independence.
17       Q.   Okay.
18       A.   I think that you've got to think of that in,
19   in conjunctive, in the conjunctive because that's the
20   issue, is who is going to be making the decision?  Who
21   is going to be advising these clients --
22       Q.   Sure.
23       A.   -- that you refer to as clients of the
24   organization?  I think of them as clients of the lawyer.
25   And that's, kind of goes back to the, one of the key
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 26 of 77

858

1  problems in this setting is that, you know, the, our way

2  of thinking of lawyers' responsibilities is that they're

3  individual to the client.  And now we're talking about,

4  well, no, they're clients of CAI, so.  Or, or the

5  corporation, not necessarily CAI.

6          But that the, so, and our responsibilities

7  individually to clients, we have a duty to exercise

8  independent professional judgment, meaning that our

9  judgment should be unimpaired by either personal needs

10  or obligations or commitments or responsibilities or

11  obligations of other clients or obligations to other

12  third parties.  And in the context where you've got a

13  lawyer who is working for a corporation that is not

14  other lawyers, the potential to interfere with that

15  professional judgment is there.

16      Q.    All right.  And so I think I understand the

17  answer that you have given and the theory that you're

18  espousing.  What I want to explore now is if you have

19  any evidence of such harm that you project might occur

20  actually occurring.

21      A.    Well --

22      Q.    So --

23      A.    -- we don't have any evidence because it's

24  not in place.

25      Q.    Well, so you have the NAACP again as an

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 27 of 77

859

```
 1    Rules of Professional Conduct and see how they apply in
 2    this instance.
 3        Q.    And you have quite a bit of discretion in
 4    what you can do in terms of the writing of the rules.  I
 5    mean I understand there's a process that you have to go
 6    through and you don't get to decide on your own what the
 7    rules are, but there is a process for amending and
 8    changing the Rules of Professional Conduct, correct?
 9        A.    Yes.  The rules have changed substantially
10    over time and often in response to changes in the law.
11        Q.    Okay.
12        A.    But we do have constraints.  First of all, we
13    have, everything we do is approved by the Supreme Court,
14    so we have to get Supreme Court approval, but we also
15    have to make sure we're not in violation of
16    constitutional law or state law as well.
17        Q.    Okay.  But again there is a, a process -- oh,
18    do you know when the most recent change to the Rules of
19    Professional Conduct occurred?
20        A.    Yeah.  We did, we did a revision of the trust
21    accounting rules that I think were finalized last spring
22    to make it even more onerous to manage your trust
23    account.  So, no, actually those were done in order to
24    help lawyers identify internal theft.  So we did a
25    substantive --
```

1      Q.    And when was that, was really my question.

2      A.    Yeah.

3      Q.    How recent was that?

4      A.    I can't remember the exact date that the

5  Supreme Court approved them.  I'm thinking it was

6  sometime in the spring.  It was a process that took

7  about a year to go through.

8      Q.    Spring of 2016?

9      A.    Spring of 2016, thank you.

10     Q.    Yes.

11     A.    Yes, Spring of 2016.  It was an involved

12  process, but --

13     Q.    Okay.

14     A.    -- did that.

15     Q.    All right.  And so you said you wanted to

16  talk about supervision of attorney employees and

17  attorneys' professional independence together, but to

18  finish up on the supervision of attorney employees part

19  of it.  You don't have any evidence of any instances

20  where attorneys working for non-profit corporations or

21  trade associations have been improperly supervised that

22  you have not been able to address through the grievance

23  and discipline process, correct?

24          MR. DUNCAN:  Objection to the form.

25     A.    I'm not aware, I am not aware of any.

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 29 of 77

861

```
 1        Q.     Okay.  And then on the attorneys'
 2   professional independence point that you make, the State
 3   Bar makes in its answer to Interrogatory Number 14, is
 4   your concern there, as you have expressed it here, that
 5   a non-attorney might influence an attorney employed by
 6   CAI to do something that was against the Rules of
 7   Professional Conduct?
 8        A.     I think it's, really it's broader than that.
 9        Q.     Okay.
10        A.     Again, again, it's not specific to CAI,
11   assuming that the law is changed, and this would apply
12   across the board to any corporate entity that would then
13   be able to provide legal services to third parties.  The
14   concern would be that in the chain of supervision there
15   would be a non-lawyer making decisions about the
16   representation of a third party that were not in the
17   best interests of the third party.
18              Questions of, for example, of how, how you're
19   going to expend your resources, how much time are you
20   going to spend on this case?  You know, management
21   concerns that impair the lawyer's ability to exercise
22   independent professional judgment on behalf of the
23   client with regard to use of resources, with regard to
24   legal decision making.  One, one path may be, you know,
25   involve less time.  One decision for the client may
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 30 of 77

862

1    involve the lawyer actually spending less time on the

2    matter, freeing him up to represent other clients of

3    this entity.

4            I mean it's those kind of decisions that,

5    where you've got the interests of the organization, the

6    management interests of the organization, the financial

7    interests of the organization, possibly the mission of

8    the organization coming in conflict with the interests

9    of the individual client.

10       Q.    Don't public defenders face those choices

11   every day?

12       A.    I'm not following you.  How so?  How would

13   you say that?

14       Q.    Don't all lawyers -- yeah, okay.  Let me ask

15   it a different way.  Don't all lawyers need to make

16   decisions about how much time they will be able to spend

17   on a particular matter?

18       A.    The lawyers do.  The lawyer makes the

19   decision.  That's the difference.

20       Q.    And with respect to public defenders, they

21   have to decide how much time they can give to each one

22   of their cases, correct?

23       A.    They have to allocate, yes, very limited

24   resources towards the representation of indigent --

25       Q.    Severely --

863

1     **A.    -- criminal defendants.**

2     Q.    -- limited resources I would stipulate.

3     **A.    Yes.**

4     Q.    It's very difficult for those lawyers to, our

5  public defenders to decide which client is going to

6  plead, which client's case is going to go to trial, how

7  much time is going to be spent in preparation for one

8  case versus another, correct?

9     **A.    It is.  I, if the point is that this is the**

10  **same thing, it's not the same.  It's very different.**

11  **One, there's a real public policy issue there with the**

12  **representation of criminal defendants.  There's a**

13  **constitutional right to counsel, but there's limited**

14  **resources.  We know that there's tremendously limited**

15  **resources.  The head of the public defender's office is**

16  **a lawyer.  It's the public defender making those legal**

17  **judgments about how we are going to allocate these**

18  **resources the best among all of our clients so that we**

19  **can best represent their interests with these limited**

20  **resources.**

21        **In the context of an organization providing**

22  **representation to third parties, you don't have that**

23  **same restraint.  First of all, it's not a lawyer at the**

24  **top making the decision about the allocation of the**

25  **resources.  So they may not make it based on the need of**

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 32 of 77

864

```
 1    the individual client like in the public defender's
 2    office.  Okay.  We've got somebody who is charged with
 3    murder in the first, and we've got somebody who is
 4    charged, you know, with attempted assault.  We're going
 5    to devote more of our resources to the guy who may face
 6    the death penalty.
 7              I mean, but in the context of an entity
 8    that's providing representation to third parties, the
 9    decision, if the decision is being made at the top by
10    somebody who is not a lawyer, they may base it just
11    solely on, you know, that guy's matter is going to take
12    too much of your time.  Let's find a quick resolution of
13    it so you can go back and be, work on these matters that
14    are going to be more advantageous for our organization
15    for you to be working on.
16         Q.   And in a corporation where there are inhouse
17    counsel, there are also decisions that have to be made
18    about how the lawyers who work on the staff as inhouse
19    counsel are going to allocate their time, correct?
20         A.   That's correct.  But the, the client itself
21    is making those decisions, because that's who they work
22    for, is the client.
23         Q.   Okay.
24         A.   I mean they're employed by their own client.
25    So the client is making those decisions about the use of
```

865

```
 1        Q.      Whether you know of any.  Because you, you
 2    testified earlier that you haven't looked or you don't
 3    know of any studies that have been made of this
 4    situation, correct?
 5        A.      That's correct.
 6        Q.      All right.  And, okay.  Now, what about
 7    instances of improper supervision of attorneys working
 8    for for-profit corporations?  Inhouse attorneys,
 9    for-profit corporations, are you aware of any instances
10    where the attorney has exercised improper judgment
11    because of the influence of a CEO or a non-lawyer in the
12    organization?
13        A.      So we're talking about inhouse counsel now?
14        Q.      Yes.
15        A.      Well, they would have the duty under
16    Rule 1.13 to take action in that instance.
17        Q.      Right, the lawyer would?
18        A.      But again -- the lawyer would.
19        Q.      Yeah.
20        A.      But again, you know, that's your client.  So
21    you're talking with your client and your client is
22    making decisions about the legal representation, you
23    know, that if they're being, if the lawyer is being
24    asked to do something that's unethical or becomes aware
25    of malfeasance by a constituent organization, then they
```

866

1    have the duty to take it up to the top of the

2    organization and may have the duty to actually resign.

3        Q.    And so in the case of the inhouse lawyer

4    working for a for-profit corporation, the rules

5    adequately address what the lawyer should do, correct?

6        A.    So they give a route for the lawyer.  I

7    personally think adequate is not the right word to

8    describe that because it's really one of the situations

9    where there's no really great solution there, you know.

10   Because you've learned this stuff about your corporation

11   in confidence, confidential communications, and that you

12   take it up the ladder, all the way up to the board of

13   directors.

14       Q.    Yeah.

15       A.    If no one will pay attention to you at

16   anywhere along the line and the board of directors

17   refuses to do anything about it, because of your duty of

18   confidentiality, the resolution to that conflict is that

19   you have to resign.  That's a terrible, I mean that's a

20   very difficult thing for a lawyer --

21       Q.    And yet lawyers --

22       A.    -- to put them in that, that dilemma between

23   their personal interests and the interests of the

24   organization.

25       Q.    But that's what the rules require, correct?

867

1   A.   That's what the, that's the rule's resolution

2   to it.  One other option that we have not chosen in

3   North Carolina is to allow the lawyer to disclose the

4   confidential information.  Under, there's some limited

5   circumstances where we allow it, but.

6   Q.   Okay.  So back to the question of the

7   attorney's professional independence.  And you

8   anticipated one of my next questions, which is you have

9   not had any complaints about lawyers working for the

10  NAACP who have had their professional independence

11  compromised by non-lawyers, have you?

12  A.   So I can't really answer that question.  What

13  I can answer is, you know, have I had any inquiries

14  about that --

15  Q.   Yes.

16  A.   -- on the ethics hotline.

17  Q.   Right.

18  A.   I, I do not know whether we have gotten any

19  complaints to the Office of Counsel.  I don't --

20  Q.   Okay.

21  A.   -- I do not know whether we have opened files

22  on that.  There's a possibility that we have.

23  Q.   And if you had, we would --

24  A.   I am not personally aware of any.

25  Q.   Okay.  And if you had, you would have

868

1  produced it in discovery in this case, correct?

2     A.    I am assuming it was produced.

3     Q.    Okay.

4     A.    If that's what, if that was asked for.

5     Q.    Okay.  Fair enough.  And same question with

6  respect to union lawyers, lawyers that work for unions.

7  Are you aware of any instances where there has been a

8  complaint that a lawyer working for a union has had his

9  professional independence compromised by non-lawyers in

10 the same organization?

11    A.    I am not personally aware of any complaints.

12    Q.    And then what about non-profit organizations?

13 Generally, are you aware of any instances where,

14 notwithstanding what the statute allows, someone has

15 complained that a lawyer's independence has been

16 compromised by executives within the organization who

17 are not lawyers?

18         MR. DUNCAN:  Objection to the form.

19    A.    So I'm not personally aware of any of those

20 instances.  I have to say that this is one of those,

21 there's a lot of professional responsibilities that we

22 have that the clients would actually not ever be aware

23 that this is, that this has happened, and we would

24 never, we would never get a complaint about it.  The way

25 I might hear about it is because a lawyer calls me and,

869

1      Q.    Now, you've said several times in your

2    deposition that you don't understand what CAI wants to

3    do or what it proposes to do.  Is that a fair statement?

4      A.    I think what I'm trying to say is that I know

5    what they proposed to do in 2013.  I have no idea what

6    they would do if the lawsuit were successful, which

7    would depend in part on what the court order is.

8      Q.    Okay.  But you did meet with Mr. Clarke from

9    CAI, correct?

10      A.    Yes.

11      Q.    And he did in 2, in 2013 tell you what the

12    concept was for providing legal services to members,

13    correct?

14      A.    Yes.

15      Q.    And did you understand that some of the

16    features of that were that licensed North Carolina

17    lawyers would respond to questions from members

18    concerning human resources and employment issues?

19      A.    Yes, I understood that.

20      Q.    All right.  And did you understand that it

21    was not the intention of CAI to represent members in

22    litigation in filed cases in court?

23      A.    That was what was stated at that time.

24      Q.    Okay.

25      A.    But again, if the court were to order, you

Case 1:15-cv-00083-LCB-JLW   Document 121-11   Filed 06/16/17   Page 4 of 11

870

1   know, such that it would allow more than that, then you

2   would have some of these issues that would arise.

3       Q.    Okay.

4       A.    You, you, you know, that's what was said we

5   want to do back then, but that doesn't mean that this,

6   the order wouldn't change the landscape entirely, and

7   not just for CAI, but for other organizations as well.

8       Q.    And is that part of the concern of the State

9   Bar, that an order in this case could change the

10  landscape?

11      A.    I think that that's why we are in the

12  litigation.  It's not because, you know, we intervene,

13  and we're not in it just because we have something

14  against CAI by any means.

15      Q.    Okay.

16      A.    That, that's not the case.  Our, our duty is

17  to enforce the statutes and, and fulfill the rules

18  approved by the court, and that's why we're here and

19  that's what we're concerned about.

20              MR. PHILLIPS:  Okay.  I think the tape's

21          about to expire, so we'll take a break for that.

22              THE VIDEOGRAPHER:  Off the record at 11:42

23          a.m.

24              (Recess taken 11:42 a.m. to 11:51 a.m.)

25              THE VIDEOGRAPHER:  We are back on the record

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 38 of 77

1      Q.     So there's guidance available for lawyers in,

2 in that situation that you have described now because

3 you wrote it, right?

4      A.     Well, there's guidance based on the inquiries

5 that I received.

6      Q.     Sure.

7      A.     Which I haven't looked at in a while.

8      Q.     Okay.  The next item that you, that is the

9 State Bar gave an answer to this question was

10 advertising legal services.  Do you see that?

11      A.     Yes.

12      Q.     Do Rules 7.1, 7.2, and 7.3 address the issue

13 of advertising legal services?

14      A.     Well, 7.1, 7.2 do.  7.3 really deals with

15 solicitation, in-person solicitation issues.

16      Q.     Right.

17      A.     So I, and I guess that would be, could be

18 that issue as well.  And I don't know if the intent here

19 was to sweep that in there.  To me, the concern is that

20 the lawyers have a very specific duty not to engage in

21 any false or misleading communications, but you've got

22 the corporation that wants to notify the prospective

23 clients of the availability of these legal services.

24         And are they going to comply with the

25 lawyer's duties to avoid those things, or is there going

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 39 of 77

872

1  to be really improper, you know -- and one of the main
2  misleading items is that you create unjustified
3  expectations, so promises about the, the outcomes that
4  the, the legal services will achieve for the lawyer.
5  Is, is the corporate employer going to comply with the
6  lawyer's professional responsibilities, and what does
7  the lawyer do in the instance that they don't?
8      Q.    And you could reach the conduct of the lawyer
9  by disciplining the lawyer if he was part of an
10 organization that improperly advertised legal services,
11 correct?
12     A.    Well, yeah, you could, but that, that kind of
13 goes back to that whole question of, you know, how do
14 we, how do we treat these people that are in this
15 dilemma between being, you know, this is their
16 employment.  They don't have control over it, but we're
17 telling them that you have to have control over it.  I
18 mean I don't know the answer.  I, I don't know the
19 answer to that.
20          Yes, that, that would be a violation of the
21 Rules of Professional Conduct.  How would the Grievance
22 Committee handle that in light of the fact that it may
23 be mitigating that this lawyer, it's their employer?
24 They had no control over it.  They even went to the
25 employer and said don't do it this way.  The employer

Case 1:15-cv-00083-LCB-JLW  Document 106-11  Filed 05/18/17  Page 40 of 77

873

```
 1        Q.    And if an attorney at CAI did not comply with
 2   the rules, he would still be subject to the discipline
 3   of the State Bar, correct?  The fact --
 4        A.    Well, that's --
 5        Q.    -- that an attorney works for CAI doesn't
 6   insulate him from discipline under the Rules of
 7   Professional Conduct, correct?
 8        A.    That's correct.  I indicated that previously.
 9   It goes back to that same problem, is that the lawyer
10   has kind of two masters here.  He's got the employer and
11   the lawyer's own duties as a lawyer and as a member of
12   our profession and member of the State Bar.  And what do
13   you do in the instance where the lawyer is saying, you
14   know, we're not doing the right thing we need to do in
15   terms of drawing the distinction between these services
16   such that we're protecting the interests of our clients,
17   and the employer is kind of oblivious to that.
18             Well, yes, the complaint can be filed against
19   the lawyer, but it doesn't resolve the problem.  The
20   lawyer ends up with discipline, but it may not resolve
21   the problem.  Does the lawyer have to quit?  I mean
22   it's, it's a dilemma.  I don't know the answer to it.
23   It's a problem, one of the problems that's raised by
24   this kind of setting for the provision of legal
25   services.
```

1      A.      Well, that attorney has to do it, and
2   actually every, all the other attorneys in the firm do.
3   They all have the same professional responsibility.
4      Q.      Right.  Every attorney involved in the
5   practice of law has the same professional
6   responsibility, correct?
7      A.      Well, yes.  There's some unique situations.
8   There's, prosecutors have special responsibilities that
9   we set forth in a particular rule for them.
10     Q.      Right.
11     A.      So, but for the most part, all of the members
12  of the State Bar have the same professional
13  responsibilities.
14     Q.      And the point is that young lawyers working
15  in law firms can face exactly the same kind of
16  two-master question that you've posed as a potential
17  difficulty with trade associations giving legal
18  services, but the difference you see is that in the law
19  firm setting it's only lawyers; is that fair to say?
20     A.      That's correct.  And they're all subject to
21  the same Rules of Professional Conduct and they're all
22  subject to professional discipline, whereas in the trade
23  association context you've got this entity that's not
24  subject to the Rules of Professional Conduct and it's
25  not subject to professional discipline.  So it's, it's a

1      A.      I did become a partner in the firm.

2      Q.      Okay.  And as a partner in the firm were you

3  concerned about having the firm operate in a way that

4  generated profits?

5      A.      Oh, I was very concerned because the year I

6  became a partner we had no draws.  So it was right

7  after, it was after 19 I think 98 there was a serious

8  economic downturn, and I became a partner and I got no

9  money, but we actually put the interest of our employees

10  first.  We took no money and for a substantial period of

11  time, and unfortunately we still had to let a couple

12  people go.

13      Q.      And so really the point of my question is to

14  establish that you from your own background understand

15  that attorneys in private practice need to operate a law

16  firm in a way that makes money; is that fair?

17      A.      They are entitled to and, in fact, are

18  expected to.  I mean that's why they became lawyers, is

19  to earn a living.  And so the expectation is that

20  they're going to operate the law firm in a way that

21  hopefully, doesn't always, but hopefully will enable the

22  lawyers and the people that work for them to, to make a

23  living, yes.

24      Q.      Not every engagement is going to be

25  profitable, but overall at the end of the year they

1     Q.    Okay.  And those financial pressures are also

2  financial pressures of somebody working for the

3  government might feel, right?  They need to see to it

4  that they have a salary and that they're doing things

5  with their time that earn money so they can pay their

6  bills.  Fair enough?

7     A.    Well, I think it's like everyone who is

8  working is assuming -- I'm assuming that that's their

9  endeavor.

10     Q.    Okay.  So to some extent you can never

11  totally divorce yourself from the economic realities of

12  needing a job, right?

13     A.    No.  I mean if your point is that we always

14  have, as lawyers, this personal conflict between our own

15  self interest and the interests of our clients --

16     Q.    Yeah.

17     A.    -- you're absolutely right.  And that's one

18  of the things the Rules of Professional Conduct attempts

19  to manage.  Where the rubber hits the road is on fees.

20  I mean that's where the rubber hits the road and where I

21  think it's often most difficult for lawyers to really

22  see clearly about that, but I think my own personal

23  experience with my law firm where we did not have the

24  revenues, what we did was we took it on ourselves to

25  take the hit.  We didn't suddenly up the fees to those

1  clients we still had, you know.  We didn't, you know,

2  start engaging in improper practice.  We did the right

3  thing.

4       Q.    Okay.

5       A.    And we managed it as best we could, and

6  that's what the expectation is for lawyers.

7       Q.    And that's an expectation of all lawyers

8  regardless of their work setting, right?

9       A.    That, that is.  You're correct about that.

10      Q.    It's a shared expectation that lawyers have

11 of themselves and their profession, correct?

12      A.    That's correct.

13      Q.    And generally how do lawyers in North

14 Carolina do?  Are we pretty good?

15      A.    Well, as I said, I think sometimes lawyers

16 don't really see the fees issue as clearly as I would

17 like them to see it, but I think most lawyers in North

18 Carolina, my, my experience with lawyers in North

19 Carolina is that the, the vast majority of them are very

20 desirous of complying with the rules.

21      Q.    Okay.  Is there anything ethically wrong with

22 a law firm limiting its practice to the representation

23 of insurance companies?

24      A.    No.

25      Q.    And we've talked before about the conflict

```
1    that that can inherently create between representing the
2    insurance company and the insureds --
3              MR. DUNCAN:  Object to --
4         Q.   -- in defense of claims?
5              MR. DUNCAN:  Objection to the form.  There's
6         multiple insurance company kinds of
7         representations.
8         Q.   Personal injury defense cases are often
9    handled by law firms with the lawyers representing the
10   interest of the insured in court, correct?
11        A.   That's correct.
12        Q.   Okay.
13        A.   And our, the, under our system in North
14   Carolina the presumption, and some of it depends on what
15   the insurance contract says, but the presumption is that
16   the lawyer represents both the insured and the insurance
17   carrier.  And, yes, it's a situation where there's the
18   potential for conflict and you have a duty to manage
19   that, but as I said before, the vast majority of the
20   cases the lawyers are able to manage, and it never rises
21   to the level of a conflict.  It just usually is in the
22   context of settlements and in coverage issues.  And
23   that's when you bring in the outside counsel or --
24        Q.   And the reason --
25        A.   -- other counsel.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 46 of 77

1      Q.   -- there can be a conflict is, or one of the

2  reasons there can be a conflict is that the insured is

3  likely to have a case this year, but not another case

4  five years from now whereas the insurance company that

5  employs the lawyer and pays the fees is typically

6  sending a volume of cases to the law firm --

7      A.   Well, that's --

8      Q.   -- correct?

9      A.   -- one aspect of the conflict.

10     Q.   Yes.

11     A.   I mean the conflict that I was focusing on

12  is that instead of the interest of the insured and the

13  insurance carrier being aligned, they start to diverge.

14  And your conflict you're referencing is the one for the

15  lawyer and it's, it goes to the, you know, revenues --

16     Q.   Yes.

17     A.   -- question, is that, okay, you know, this is

18  where I get, you know, fed --

19     Q.   Right.

20     A.   -- is at, you know, the feet of this large

21  insurance carrier because they hand, send me cases and

22  send me cases and send me cases, where I only see this

23  insured this one time.  But again the rules say, you

24  know, they're both clients.  You owe them equal

25  professional responsibilities.

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 47 of 77

880

```
 1              And in fact, I often have this discussion
 2    with insurance defense lawyers where they want to say
 3    the insured is my primary client, you know.  They
 4    almost, they almost flip it and say, "I all, owe all my
 5    professional responsibilities to the insured."  And my
 6    response to that is you can't be a little bit pregnant.
 7    You're, if you, if the insurance company is your client,
 8    it's your client too, so.  But my experience with
 9    insurance defense lawyers is that they, in fact, really
10    focus in on the insured.
11         Q.    Okay.
12         A.    And while they're representing them in
13    whatever particular matter, that they are, they, they
14    put aside that question of the long-term representation
15    and bread and butter from the insurance company.
16         Q.    And so despite the conflict, in your
17    experience most attorneys are able to manage that
18    conflict; is that a fair --
19         A.    I think they --
20         Q.    -- very broad, but fair statement?
21         A.    My experience is they have, yeah, they make
22    the effort to manage that conflict.
23         Q.    And are largely successful, is that fair to
24    say?
25         A.    Well, I, you know, I don't know how to
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 48 of 77

881

```
 1   evaluate success.  I would say, you know, the lawyers
 2   that I talk to are working at doing that.
 3        Q.    Okay.
 4        A.    And do it well.
 5        Q.    Are lawyers in insurance defense firms
 6   permitted to accept cases where the insurance company
 7   imposes billing guidelines?
 8        A.    Yes.  I think we have an ethics opinion that
 9   says you can do that.
10        Q.    And can there be cases where the billing
11   guidelines say that the insurance company won't pay for
12   some services, but the client needs the services, and
13   the attorney, therefore, has a conflict between what the
14   billing guidelines say and what --
15        A.    Yeah.
16        Q.    -- the attorney believes the client should
17   receive in terms of services?
18        A.    We have an ethics --
19        Q.    Is that a conflict?
20        A.    We have an ethics opinion on that.  And I,
21   frankly I haven't looked at it in a long time because I
22   haven't gotten a question on this in a long time, and it
23   may be that our ethics opinion resolved the problem.  I
24   don't know, but there's an ethics opinion that talks
25   about how to manage that conflict.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 49 of 77

882

1    Q.    So the State Bar has recognized, if you're

2    recalling the ethics opinion correctly and I think you

3    are, that there can be a conflict, and provides guidance

4    on how the attorney should resolve that conflict,

5    correct?

6        **A.    And manage the conflict.**

7        Q.    Manage the conflict, all right.

8             Yeah, so the mere existence of the conflict

9    doesn't require that the service not be provided or that

10   the attorney can't work in that setting, right?

11            MR. DUNCAN:   Objection to the form.

12       Q.    Does the --

13       **A.    No.**

14       Q.    -- existence of a conflict between billing

15   guidelines and what the client may need in terms of

16   services require the attorney to resign?

17       **A.    Well, it might.   It's really going to depend**

18   **on the context.**

19       Q.    Okay.

20       **A.    It really depends on how much pressure is**

21   **being put on the lawyer to, to do something in**

22   **particular.**

23       Q.    Okay.

24       **A.    So.**

25       Q.    And --

1    A.    Really, I think that's really contextual --

2    Q.    Yes.

3    A.    -- how to answer that question.

4    Q.    And, therefore, requires the attorney to make

5  a decision about how to handle the matter, how to manage

6  the conflict as you put it, correct?

7    A.    Correct.

8    Q.    And the State Bar has not seen fit to say

9  because this conflict exists, you either have to

10  represent the insured or the insurance company; you

11  can't represent both?  There is no such rule in North

12  Carolina?

13    A.    No.  There's no, there's no ethics opinion

14  that says that.  I think there's some case law where the

15  courts have treated it that way.  And, in fact, that

16  Raymond case, it seems like that that's kind of where

17  the courts end -- the court ended up on that.

18    Q.    Right.

19    A.    It wasn't in the insurance context, but I'm

20  pretty sure there's some cases where that court has

21  reached that, courts have reached that conclusion.  It's

22  been the presumption ever since I've been at the State

23  Bar that the lawyer can, the, that the lawyer represents

24  both as opposed to some states take the position that

25  the lawyer only represents the insured and the insurance

```
 1    long, long-standing client and relinquishing the other
 2    case, which I gather was ongoing litigation.  So I don't
 3    feel like I completely understand the facts.
 4         Q.    Right.
 5         A.    But I think that the conflict between the
 6    interest in retaining one client versus another is a
 7    real conflict for firms.
 8         Q.    That does occur in the private law firm
 9    setting and requires lawyers to exercise their
10    professional judgment and to apply the Rules of
11    Professional Conduct in resolving those things, correct?
12         A.    Yes.  What I don't know about this, and again
13    it probably would be something I, if we, if the lawyer
14    called me, the lawyer who is writing the book called me
15    and said what should I do, I would say we should ask the
16    Ethics Committee because it's not clear to me whether
17    this is sort of purely separated from any conflicts
18    between the clients, in which case there might be an
19    issue of professional misconduct by the Cravath lawyer
20    in saying we're going to abandon one client
21    mid-litigation for no reason other than our financial
22    interests, but I, I can't really glean that from the
23    facts, so I would send it to the Ethics Committee
24    probably.
25         Q.    Okay.  But you do understand, I think you've
```

1  testified before, but let me ask you. You acknowledge

2  that attorneys are under financial performance and --

3  excuse me, are under financial pressure within law,

4  private law firms as well?

5      **A.**   **Yes.**

6      Q.   Okay. And that the pressure, some of that

7  pressure can come from a client that is responsible for

8  a significant part of the revenues of the law firm,

9  correct?

10     **A.**   **It could, yes.**

11     Q.   I mean is, is that not, in fact, a

12 circumstance that you deal with --

13     **A.**   **I actually haven't --**

14     Q.   -- fairly common?

15     **A.**   **I haven't gotten questions of that nature**

16 **frankly.**

17     Q.   Okay.

18     **A.**   **You know, I did practice law and I do talk to**

19 **lawyers all the time, so I understand that there, you**

20 **know, it's this difficult balancing act sometimes**

21 **between your professional responsibilities and earning a**

22 **living and that, but that's what we call on lawyers to**

23 **do.**

24     Q.   Okay. And in some situations and some

25 circumstances it might come down to leaving the job that

1  you had because you don't think you can do it ethically

2  in the circumstances that you're facing, correct?

3      **A.      Absolutely.   There's, Rule 1.13 says that's**

4  **your solution to a particular ethical dilemma.   So that**

5  **may be your resolution, or you have to seek to withdraw**

6  **because your client is asking you to do something that's**

7  **unethical or the situation requires you to do something**

8  **unethical.   So that's often a resolution.**

9      Q.      And that's going to be true regardless of

10  what setting the lawyer works in, correct?

11     **A.      Yes.**

12     Q.      Okay.   I mean it could be a government lawyer

13  who might feel pressure from a superior to do something

14  unethical, and at some point that lawyer might have to

15  resign that job in order to comply with the Rules --

16     **A.      Yeah.**

17     Q.      -- of Professional Conduct?

18     **A.      I mean they have the duty, they're, they have**

19  **the duty, a similar duty to go up the chain of command**

20  **to seek --**

21     Q.      Do the reporting first?

22     **A.      -- to be handled correctly.   So that's --**

23     Q.      Yes.   But at some point they might just have

24  to say it's not being handled, and I've gone as far up

25  the chain as I can.   Now my only choice is to resign,

1    correct?

2         A.    Yes.

3         Q.    And we expect lawyers to do that if that's

4    what it comes to in some cases, correct?

5         A.    Yes.

6         Q.    Okay.  Now, when we were looking at

7    Exhibit 1, which was -- or the first exhibit, which were

8    the answers to interrogatory, Number 14 -- I'm sorry.

9    Exhibit 1 was the deposition notice, and I'm at the

10   answers to interrogatories, Number 14.  You told me all

11   of the reasons that you could think of today that gave

12   you any concerns from an ethics perspective about CAI's

13   proposal to provide legal services through licensed

14   attorneys to its members, correct?

15        A.    I, I think we reviewed them in the course --

16        Q.    Okay.

17        A.    -- of our questions and answers.

18        Q.    We've reviewed them all this morning at this

19   deposition?

20        A.    Yes, sir.

21        Q.    Okay.  Thank you.

22        A.    May I add something?

23        Q.    Oh, absolutely yes.

24        A.    Yeah.  I think my answer was more expansive

25   than what's in the answer to the interrogatory.

1     Q.    You, you gave a, a long answer that had some

2  other features to it, and so let me just make sure that

3  we've talked about all those.  Preservation of

4  independent judgment we talked about --

5     A.    Yes.

6     Q.    -- right?  The privilege and the attachment

7  of privilege?

8     A.    Yes.  And also protected confidential

9  information.

10     Q.    Right.  And there again, we agreed that that

11  arises in settings besides trade associations and

12  non-profit corporations.  That's an issue that arises

13  wherever the, whatever the setting of the practice?

14     A.    That's correct.

15     MR. DUNCAN:  I'm going to object to the form.

16     Whatever the agreements were will be reflected in

17     testimony already given.

18     A.    Uh-huh.

19     Q.    But that, those concerns, that is, concerns

20  about the attachment of the privilege is a concern that

21  is a concern for every lawyer in every practice setting,

22  correct?

23     A.    Yes, but some settings more than others.

24     Q.    Okay.  And in --

25     A.    In the law firm setting, you know, you've,

1    the law also requires that lawyers who are, are

2    practicing in some kind of corporate form have to do it

3    in a law firm.

4        Q.    Okay.  And I want to make it clear on the

5    record.  Has the State Bar to your knowledge ever taken

6    any disciplinary action against a law firm?

7        A.    To my knowledge it has not.

8        Q.    And has it ever taken any disciplinary action

9    against a professional corporation?

10       A.    A professional corporation operating as a law

11   firm?

12       Q.    Yes.

13       A.    No, it has not.

14       Q.    Has it ever to your knowledge taken

15   disciplinary action against a public interest firm?

16       A.    The entity, you're talking about --

17       Q.    Yes.

18       A.    -- the entity?  No, because we don't take

19   disciplinary action against entities or firms.  We only

20   take disciplinary action against individual lawyers.

21       Q.    And similar so to questions with respect to

22   corporations that employ inhouse attorneys.  Does the

23   State Bar, has the State Bar ever to your knowledge

24   attempted to discipline a corporation that employed

25   lawyers?

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 57 of 77

890

1     **A.**    **We have absolutely no authority to do that.**

2     Q.    And are the attorneys who are employed by

3  those corporations nonetheless subject to discipline by

4  the State Bar?

5     **A.**    **Yes, they are.**

6     Q.    Can non-lawyers in corporations determine the

7  compensation of the lawyers who work for those

8  companies?

9     **A.**    **You're talking about inhouse counsel?**

10     Q.    Yes.

11     **A.**    **Yes, because they're the client.  So they're**

12  **absolutely entitled to do that.**

13     Q.    And does that control over lawyers'

14  compensation give the company any influence over the

15  lawyer?

16     **A.**    **Well, they're already employed by the**

17  **corporation, so, you know.  But I mean the lawyer's role**

18  **within the corporation is to advise its client, and**

19  **that's what they're paying for, is to get advice.  So --**

20     Q.    And if the --

21     **A.**    **-- you know, I, I can't really answer that**

22  **question.  Should it have, does it have some influence?**

23  **Well, it may influence, it definitely should influence**

24  **the advice that the lawyer is giving to their client**

25  **based on what the corporation is doing, what they want**

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 58 of 77

891

1  of that employment relationship where a non-lawyer is

2  making a decision about whether to retain the lawyer or

3  not?

4      A.    The, where I have seen it to be a real issue

5  for inhouse counsel is not about, it's not in giving

6  advice, you know.  The, they have been hired to give the

7  corporation advice to help the corporation.  The goal is

8  the same.  Their, their interests are aligned.  They

9  want the corporation to be successful to, you know,

10  accomplish its objectives, financial and otherwise.

11  Where the problem comes in is when the lawyer becomes

12  aware usually of illegal activity.  That's where the

13  real issue comes in, is when they become aware of

14  illegal activity and they have to take some action to

15  intervene and then, and then they go all the way up to

16  the board of directors and nothing is done, and then

17  they're forced to resign.

18      Q.    Okay.  Do you agree that ethical violations

19  can occur in whatever employment settings the lawyer

20  works in?

21      A.    Yes, that's true.

22      Q.    There's no setting that's exempt from ethical

23  pressures, ethical dilemmas, or the rules of ethics, is

24  there?

25      A.    Well, my job's pretty good.  I can't answer

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 59 of 77

892

1    that.  I mean really and truly, I mean I'm thinking --

2       Q.    Do you --

3       A.    -- about my own job.

4       Q.    -- know of one?  Yeah, do you know of a

5    setting?

6       A.    So I, I, lawyers do all kinds of things.  I

7    mean they do all kinds of different things, and I think

8    the pressures vary.  If we're trying to draw an analogy

9    to the question in Number 14, which relates to an entity

10   that is providing legal services to third parties, I

11   mean I think that's a critical distinction here, is you

12   don't have the direct relationship between the lawyer

13   and the client which you have even with inhouse counsel.

14   You just, you, you work inhouse with your client.

15           And I think the distinction here is that

16   you've got one step removed.  So the, the professional

17   responsibilities of the lawyer are, they're circumvented

18   through this obligation it has to its employer, and then

19   they're providing legal services to these third parties,

20   and that's where I think it's different and where I

21   think all of these different issues that I've mentioned

22   come into play and make it that much more difficult.

23      Q.    But the obligations of the lawyer are no

24   different in that setting, correct?

25      A.    Well, and that's, I guess that's the other

```
 1    thing.  So we don't know -- if this lawsuit was
 2    successful and the court entered an order that would
 3    allow some form of provision of legal services by these
 4    entities, I think we'd have to look at our Rules of
 5    Professional Conduct and determine whether they need to
 6    maybe be different.  I don't know.  I mean we're
 7    presuming they're going to be, they would be exactly the
 8    same.  And they may actually, we may need to have a
 9    special rule just like we have for inhouse counsel in
10    1.13 like we have for prosecutors.
11         Q.    Yeah.  And in those cases you've adopted
12    special rules to govern what those particular
13    circumstances are, correct?
14         A.    Yeah.  I think we'd have to do a complete
15    review of our rules to get there.
16         Q.    Do you do that anyway?  Is there a process
17    for doing a periodic complete review of the rules to see
18    what is working and what isn't, what's modern and up to
19    date and what's behind the times, that sort of thing?
20         A.    No, we don't typically do that.  We usually
21    respond to the ABA.  The ABA has routinely undertaken a
22    review of the Rules of Professional Conduct.  They did
23    so twice since the, the turn of the century, the turn of
24    the millennium I think.  There was Ethics 2000 and
25    Ethics 2020, and when they revised the model rules, we
```

894

1      Q.    And do you personally know of any grievances

2  that have been filed against lawyers with non-profit

3  organizations?

4      A.    **None that come to mind right now.**

5      Q.    And do you have any opinion from your

6  perspective as to whether attorneys who work for

7  non-profit corporations are any more or less ethical

8  than attorneys in private practice?

9          MR. DUNCAN:  Objection to the form.

10     A.    **I don't, I don't want to answer that.  I**

11  **don't want to speculate about that.  I can't, I don't, I**

12  **just, I have an opinion, but it's not based on anything.**

13  **It's probably based as much on my personal prejudices as**

14  **anything else, so I don't think it has any legitimacy.**

15     Q.    So no facts?

16     A.    **I don't think --**

17     Q.    No data or --

18     A.    **No.**

19     Q.    -- no facts?

20     A.    **And I don't do --**

21     Q.    Let me, let me --

22     A.    **And I don't handle grievances.**

23     Q.    Sure.

24     A.    **So I don't have that information to inform my**

25  **judgment.**

Case 1:15-cv-00083-LCB-JLW  Document 106-11  Filed 05/18/17  Page 62 of 77

895

1    the Ethics Committee has that authority, and the

2    executive director of the State Bar may have that

3    authority.

4        Q.    Okay.

5        A.    We can simply say to a lawyer we are not

6    going to provide you with an ethics opinion, and there's

7    a myriad of reasons why we might do that.

8        Q.    In the case of Ethics Decision 2013-2, who

9    made the decision to proceed?  Was it you initially that

10   said this is worthy of the process of formulating a

11   decision?

12       A.    Well, so this, the process was initiated, I

13   think I mentioned this morning by me mentioning to John

14   McMillan that there may be alternatives that would

15   provide the services that Mr. Clarke appeared to want to

16   provide to his members that would be consistent with the

17   requirements of the Rules of Professional Conduct.  And

18   based on that, we had this meeting.  And Mr. Clarke was

19   encouraged to submit an inquiry, which he did.  So it

20   was almost like a presuppose that we were going to

21   provide a response.

22       Q.    Sure.

23       A.    So it wasn't quite the normal analysis that

24   we would go through.

25       Q.    Let me hand you what we'll mark as 39.

896

```
 1       Q.    Okay.  And you said you understood what his
 2   objectives were, correct, that he wanted to be able, he
 3   wanted CAI to be able to provide cost-effective legal
 4   services to members of the association?
 5       A.    That with the component of a transition.  I
 6   felt like that was probably what had sort of moved him
 7   down this path initially, was that he, his folks on his
 8   staff who were talking to people about these HR issues,
 9   some of them were turning into legal issues.  And at
10   that point they had to say, to avoid giving legal advice
11   and violating the UPL laws, they had to say, well, you
12   need outside counsel.  And I'm assuming they had a
13   referral service and all of that, but he wanted that
14   transition to be much smoother and also wanted to be
15   able to provide less expensive legal services.
16               I guess one of those concerns was that when
17   it got to that point and they would tell the member,
18   well, you've got a legal matter and you need legal
19   representation, that instead of them finding a lawyer,
20   they would go online and they would do self-help stuff.
21   And so he was trying to avoid that problem as well.
22       Q.    And so did you believe that the objectives as
23   Mr. Clarke outlined them to you were good objectives and
24   reasonable objectives?
25       A.    I thought the, the idea of helping people to
```

1  find qualified legal services for a reduced cost, I
2  think that's an excellent goal for anybody.
3      Q.   Okay.
4      A.   Lawyers should have that goal, too, in
5  general.
6      Q.   All right.
7      A.   So I thought that was reasonable.  I didn't
8  look beyond any other motives for why you might want to
9  do this like, you know, this is another member benefit
10 that may attract more members to my organization.  I'm
11 sure they were, you know, part of that, but it also
12 seemed consistent with the services that he's been
13 providing to the members to want to facilitate legal
14 representation.
15     Q.   Okay.  And you mentioned the transition or
16 making it smoother.  Did you understand that?  That part
17 of what he wanted, part of what CAI wants is something
18 so that there doesn't have to be a stop in one
19 conversation, and a decision has to be made by the
20 member about whether to call somebody else or hire
21 another lawyer or do all that; that part of the
22 objective here was that, you know, once the conversation
23 has begun, the client has explained I've got this HR
24 issue, here's what's going on, the member doesn't want
25 to say stop the conversation, go to somebody else?

```
 1    have, you know, lawyers that you had in advance
 2    determined handled employment law issues and would be
 3    willing to be available.
 4         Q.   Okay.  And then there's a reference to both
 5    of you leaving for Texas and then you discussing with
 6    Mr. Kapp further tomorrow in Texas and you're traveling
 7    with Mr. Kapp and his wife, correct?
 8         A.   Oh, I don't, I don't remember.  Is that in,
 9    is that in this e-mail?
10         Q.   "I am looking forward to traveling with you
11    and Chancy."  And I believe Mr. Kapp's wife is Chancy.
12         A.   Yes.  That's, I must have been on the same
13    flight with them.
14         Q.   Where were you going in the state of Texas?
15         A.   I have a terrible memory.
16         Q.   Was it some meeting?
17         A.   So this was probably the National Conference
18    on Professional Responsibility, the American Bar
19    Association National Conference on Professional
20    Responsibility.  It's a two-and-a-half-day conference
21    that is basically my CLE.  It's how I get my training to
22    do what I do.  And the officers of the State Bar
23    typically attend the national conference.
24         Q.   Okay.  And in your message you say, "In any
25    event, doubt that the proposed opinion comes anywhere
```

```
1    close to what Bruce would like to do, but," so forth and

2    so on.  What, in what respects did you think the

3    proposed opinion did not come anywhere close to what

4    Mr. Clarke wanted to do?

5         A.    I think from --

6               MR. DUNCAN:  Objection.

7         A.    Oh.

8               MR. DUNCAN:  Objection to the form.

9         A.    Okay.  All right.  I felt from my meeting

10   with him and from his letter to me that he really had

11   his heart set on having either lawyers who worked for

12   him who would provide these services or having a captive

13   law firm, and I could not answer that in the ethics

14   decision that that was okay because it was not okay.  It

15   would be in violation of the law and of ethics rules.

16               And so, you know, I, I was hoping that when

17   he sent me the letter, that it might be something that

18   we could actually have more of a meeting of the minds,

19   but I did not feel like I was completely satisfying him.

20   I did feel like I was recommending a course of action

21   that would provide the services that he appeared to want

22   for his members, which was inexpensive legal services

23   available on a sort of as-needed basis with a minimum of

24   transition.

25         Q.    Okay.  And you said that the law wouldn't
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 67 of 77

1     A.    That's why it's, you know, it's, it's sort of

2  twofold.  And then they're sort of meant to mimic like

3  health insurance or some kind of plan so that you've got

4  access to a lawyer for a reasonable amount that you know

5  of in advance.  So you're paying for that kind of

6  insurance in advance.

7     Q.    And when you do consult the lawyer,

8  presumably you're paying a lesser charge than you would

9  if you were --

10     A.    That's correct.  For the presumption is --

11     Q.    -- uninsured or --

12     A.    I don't think the --

13     Q.    -- outside the plan?

14     A.    Yes.

15     Q.    Fair to say?

16     A.    The, the description of the plan doesn't say

17  that it has to be, but it -- well, it does say, "In

18  addition to covered services, a plan may provide

19  specified legal services at fees that are less than what

20  a non-member of the plan would normally pay."  So that

21  is actually referenced in, in the description of what a

22  pre-paid legal service plan is.

23     Q.    Okay.  And under this scenario, CAI would pay

24  the attorney for the services to the clients, correct?

25     A.    The attorneys would be participating in the

```
 1   plan, and they would agree to accept compensation
 2   through CAI, that's correct.
 3        Q.    So it would be --
 4        A.    As the administrator of the plan.
 5        Q.    Yeah.  So CAI would be the one that would be
 6   paying the attorneys for the services, correct?  The
 7   attorney wouldn't have to collect the money from the
 8   member or the client who called them with the issue?
 9        A.    That's correct.
10        Q.    The money would come from CAI, correct?
11        A.    That's correct.
12        Q.    Okay.  And then on the next page you
13   say, "Another option available to an association is to
14   establish a loyal" -- "lawyer referral service."  Do you
15   see that?
16        A.    Yes.
17        Q.    All right.  And again under this scenario CAI
18   or the association would be the one that would select
19   the lawyers who would be qualified to represent the
20   association members, correct?
21        A.    That's correct.
22        Q.    All right.  And then how would the referral
23   service work?
24        A.    Well, essentially in -- I'm sorry.  I'm not
25   familiar with this.
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 69 of 77

902

```
 1        A.     Yes, sir.

 2        Q.     -- do you recall that?  All right.

 3               I didn't ask you about the other listing in

 4     here, which are 11 points on the second page of the memo

 5     that says, "We would consider a model with these

 6     features similar to the insurance company related law

 7     practices allowed in 46 states."  And then there's a

 8     listing of 11 points after that.  Do you see that?

 9        A.     Yes.

10        Q.     All right.  Did you understand that

11     Mr. Clarke was saying that the CAI proposal would be

12     limited in the way that he describes in these 11 points?

13        A.     I'm sorry.  I don't understand your question.

14        Q.     Sure.  Did you understand Mr. Clarke was

15     saying that CAI wanted to, intended or would provide

16     services, legal services if allowed to do so subject to

17     these 11 points?

18        A.     I understood that this was his kind of ideal

19     way of doing this.

20        Q.     Okay.

21        A.     And that that was, this, that's my comment in

22     one of the e-mails.  I guess the e-mail to Keith Kapp

23     was really based on that, because it seemed clear that

24     he had sort of his mind set on that this was how he

25     wanted to do it.  And there was, there was no way that I
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 70 of 77

903

1  could write an opinion that would allow this because the

2  rules clearly didn't allow it, and I did not think the

3  statute allowed it either.

4       Q.    Did you look at those points nonetheless and

5  say, well, some of those points would address some of

6  the ethical concerns if they could be implemented?

7       A.    I would have made an effort to see if this,

8  if this scenario would be consistent with the lawyers'

9  professional responsibilities.  So it's really the

10  lawyers who would be working in this -- it's really a

11  captive law firm.

12       Q.    Okay.

13       A.    So I made my best effort to do that because I

14  knew this was kind of the way he wanted to go, but my,

15  my job is to help to enforce the Rules of Professional

16  Conduct and interpret them in a way that's consistent

17  with the rules themselves and the values behind the

18  rules.  And I couldn't, I couldn't -- a lot of these

19  things, the, the captive nature of the firm, the control

20  of the finances, I mean it basically would just be

21  lawyers in another office that's called a law firm, but

22  really that worked for CAI.

23       Q.    Well, look at Point Number 2.  "Governing

24  documents and policies would make it clear that the

25  LLC's attorney leader has the final say on matters of

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 71 of 77

904

1     A.    You know, Tom usually has a very subtle but

2  meaningful point to make by all of his essays, and I'm

3  trying to get the gist of what he was really writing

4  about.  But this was published in the Spring of 2003 --

5     Q.    Yes.

6     A.    -- which is close on the heels of the ethics

7  advisory -- I mean the authorized practice opinion.  So

8  I presume that he's talking about the FTC letter.  And

9  it's the only one I'm aware of.  As I said, I'm not

10  aware of any other FTC letters, so he must have been

11  speaking about that.

12     Q.    All right.  And then if you go to the next

13  paragraph, it says, "The FTC's view was strongly opposed

14  by elements of the Real Property Bar from whence there

15  first issued a considerable amount of overheated

16  rhetoric concerning the loss of the real estate

17  practice."  Do you see that?

18     A.    Yes.

19     Q.    And was there a lot of concern from the Real

20  Estate Bar about the proposed ethics decision in 2003?

21     A.    Well, there was not, no ethics decision in

22  2003.

23     Q.    I'm sorry.

24     A.    And the, and what he's talking about was the

25  FTC -- as I said, we initiated these hearings and we

```
1    invited, and I don't remember how we advertised it, but
2    we invited people who had an interest in the issue to
3    come forward.  There was a lot of interest in the Real
4    Estate Bar in the two ethics opinions that gave rise to
5    the FTC letter.  And they, their feeling was that the,
6    my sense of it is, yes, what Tom is saying is they were
7    concerned about residential real estate closings no
8    longer being handled by lawyers.
9              And there's a business component to that, but
10   the ones that I interacted with were very concerned
11   about consumer protection.  They believe very strongly
12   that lawyers' involvement in real estate closings in
13   North Carolina has led us to, one, have much better
14   records, title records than many of the other states
15   that allowed title insurance companies to do the
16   closings, etcetera.  And that even, and that's another
17   one of these tripartite representations.  We allow
18   closing lawyers to represent the buyer and the lender at
19   the closing, but even with that, that it's beneficial
20   for the buyer to have that representation at closing,
21   and critical.
22             So my sense of it, I don't know what the rest
23   of Tom's article is.  I would like to read it.  I
24   suspect that he's getting to the point, it seems like
25   the next sentence is getting there.  "Fortunately, as
```

906

1  time wore on, the theme gave way to a much more decorous
2  emphasis upon the genuine value good real estate lawyers
3  provide and the perils they obviate." And that's what I
4  was exposed to.

5      Q.    You testified that there was some concern
6  that you heard about the business component of
7  non-lawyers being involved in real estate closings,
8  correct?

9      A.    The loss of the residential real estate
10  practice.

11      Q.    Yeah.  And that was concern by attorneys
12  whose livelihood and practice was working in the
13  residential real estate closing field, right?

14      A.    It was, yeah, the people who were commenting
15  were predominantly residential real estate closing
16  lawyers.

17      Q.    Because the chance --

18      A.    Not exclusively.

19      Q.    Okay.

20      A.    Not exclusively.  The title insurance
21  companies felt very strongly about the importance of
22  keeping lawyers involved in closing.  And interestingly
23  enough, they were not interested in bringing closings
24  inhouse to title insurance companies, which is the way
25  they do it in many other states.  They did not want

1    that.  They felt like -- and I, some of it is a

2    liability thing.  They love having the lawyers there to

3    be liable for it all and then earning a pittance.  They

4    don't earn hardly, or they used to not earn much for

5    residential real estate closings.

6            So, you know, yes, there was a component of

7    it that was people who were afraid of changes in

8    residential real estate closings.  And, you know, keep

9    in mind the time frame here.  This is all right before

10   the whole real estate boom and crash and what's pushing

11   a lot of this stuff to, you know, fast, quick, dirty

12   closings, and these lawyers knew that.  So they, yeah,

13   there was a component of it where they were

14   protectionist, but there was a real component of it

15   where they were, you know what, if we, if we drop out of

16   this picture, there are going to be plenty of victims.

17   And there were.

18       Q.    So in analyzing the forces at work when times

19   change and the way legal services are changing, how do

20   you separate out the lawyer's interest from the public's

21   interest?  How do you approach that?

22       A.    Are you asking me personally?

23       Q.    Yes.

24       A.    I don't, I don't know how to answer that

25   question.

908

1  our duties as officers of the court.  And the rules are

2  helping us to try to negotiate those, those things, but

3  no, you, you can't necessarily always divorce that.

4      Q.   Okay.  And would you agree that a small

5  business with a question about employment law would be

6  better off being able to talk to a licensed North

7  Carolina attorney experienced in those matters than

8  trying to find the answer herself or himself by an

9  internet Google search?

10      MR. DUNCAN:  Objection to the form.

11      A.   Well, I told you earlier that I believe that

12  lawyers add value, that competent lawyers add value,

13  that our services are helpful to consumers.

14      Q.   Okay.

15      A.   So the answer to that question would have to

16  be yes.

17      Q.   Okay.  And on the price side, would you agree

18  that cost is an element of access to legal services?

19      A.   Yes.

20      Q.   Okay.  If somebody's going to have to pay a

21  $1,000 to get a simple answer, then that person might

22  instead choose not to ask or to try an internet search,

23  right?

24      A.   They might, yes.

25      Q.   Okay.  And you agree --

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 76 of 77

909

```
 1    North Carolina lawyers available to small businesses is
 2    a desirable goal?
 3              MR. DUNCAN:  Objection to the form.
 4         A.    Well, the preamble of our Rules of
 5    Professional Conduct emphasizes that a lawyer's
 6    professional responsibility to help make legal services
 7    accessible to everyone who needs them.  So it emphasizes
 8    the indigent obviously for obvious reasons, but you
 9    know, that's part of our goal as a profession.
10         Q.    And --
11         A.    Because we believe in the value of our
12    services.
13         Q.    All right.  That's all I've got.
14         A.    Okay.
15              MR. DUNCAN:  Thank you.  David?
16              MR. ADINOLFI:  No, thank you.
17              MR. DUNCAN:  Don't have any questions.  Thank
18    you.
19              THE VIDEOGRAPHER:  All right.  This concludes
20    the videotaped deposition of Alice Mine.  We are
21    off the record at 4:29 p.m.
22              (DEPOSITION CONCLUDED AT 4:29 P.M.)
23                  (SIGNATURE RESERVED)
24
25
```

Case 1:15-cv-00083-LCB-JLW   Document 106-11   Filed 05/18/17   Page 77 of 77

910